# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: CARRIER IQ, INC., CONSUMER**
**PRIVACY LITIGATION**

| | |
|---|---|
| Cindy Leong v. Carrier IQ Inc., et al, ) | |
|     C.D. California, C.A. No. 2:12-01562 ) | MDL No. 2330 |
| Carey Eckert v. Carrier IQ Inc., et al, ) | |
|     C.D. California, C.A. No. 2:12-01564 ) | |

## ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in these actions (*Leong and Eckert*) on April 19, 2012. In the absence of any opposition, the conditional transfer order was finalized with respect to these actions on April 27, 2012. The Panel has now been advised that *Leong and Eckert* were remanded to state court by the Honorable Gary A. Feess in an order filed on April 27, 2012.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-1" filed on April 19, 2012, is VACATED insofar as it relates to these actions.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel