1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| IN RE CARRIER IQ, INC. CONSUMER PRIVACY LITIGATION<br><br><br>THIS DOCUMENT RELATES TO ALL CASES | **Case No. 12-md-2330-EMC**<br><br>**CLASS ACTION**<br><br>**JOINT PROPOSED AGENDA BY CERTAIN PLAINTIFFS AND DEFENDANTS IN ADVANCE OF THE MAY 24, 2012 INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date:  May 24, 2012<br>Time:  9:00 a.m.<br>Courtroom:  5<br><br>Assigned to the Honorable Edward M. Chen, Courtroom 5 |

1    Pursuant to the Court's May 1, 2012 Pretrial Order (Dkt. No. 20), Plaintiffs, by their

2  undersigned counsel,[1] and Defendants, by their undersigned counsel, have met and conferred

3  and respectfully submit the following joint proposed agenda items for the May 24, 2012 initial

4  case management conference.

5  **I.    Proposed Agenda Items**

6    **A.    Organization of Counsel:**

7       **1.    Appointment of Plaintiffs' Liaison and Lead Counsel**

8    In the period since the JPML transferred these cases to this Court, Plaintiffs' counsel

9  have met and conferred in an attempt to reach a consensus on an organizational leadership

10 structure.  While discussions are continuing, no agreement has been reached.  The Parties

11 would like to discuss a schedule for the filing and briefing of motions under Fed. R. Civ. P.

12 23(g)(3) with the Court.

13       **2.    Defendants' Liaison Counsel**

14   Counsel for Defendants have met and conferred and agreed that Fenwick & West LLP,

15 counsel of record for defendant Carrier IQ, Inc., will act as Liaison Counsel for the

16 Defendants.

17    **B.    Filing of a Consolidated Amended Complaint and Motion Practice**

18       **1.    Plaintiffs' Proposed Schedule**

19   There are multiple versions of Plaintiffs' complaints filed in this MDL action, and

20 Plaintiffs intend to file a Consolidated Amended Complaint ("CAC").

21   Plaintiffs' counsel respectfully suggest that the Court set a date for Plaintiffs to file a

22 CAC forty-five (45) days after appointment of lead counsel.  The amendment of any other

23 pleadings, if necessary, should be completed by this date as well.

24   Plaintiffs' counsel respectfully suggest that the Court set a date for all Defendants

25 served with the CAC to answer, move or otherwise plead in response to the CAC forty-five

26

27 [1] This Submission is filed on behalf of all cases which the undersigned Plaintiffs' counsel have identified as member and related cases and have made contact with Plaintiffs' counsel in such cases.

28

JOINT PROPOSED AGENDA BY PLAINTIFFS AND DEFENDANTS IN ADVANCE OF THE
MAY 24, 2012 INITIAL CASE MANAGEMENT CONFERENCE

(45) days after the filing of the CAC.

To the extent any Defendants file a motion to compel arbitration, Plaintiffs will seek discovery on arbitration-related issues and class discovery forthwith, and request that discovery not be stayed.  Plaintiffs will seek additional time to respond to any motions to compel arbitration after completion of discovery.

Plaintiffs' counsel respectfully suggest that the Court set a date for any motion for class certification at a further case management conference after the CAC has been filed.

### 2.    Defendants' Proposed Schedule

Defendants do not oppose Plaintiffs' suggested deadline for filing a CAC of forty-five (45) days after appointment of lead counsel.  Subject to reviewing the CAC, Defendants intend to file motions to compel arbitration pursuant to the arbitration agreements contained in the individual plaintiffs' service agreements with their wireless carriers.  Defendants have included briefing on motions to compel arbitration in their proposed schedule:

#### a.    Motions to Compel Arbitration

Defendants shall file any motions to compel arbitration within forty-five (45) days after Plaintiffs file the CAC.  Plaintiffs will be allotted forty-five (45) days to file their opposition, if any, and Defendants' reply will be due thirty (30) days thereafter.

#### b.    Responsive Pleadings and Motions

All Defendants' obligations to respond to the CAC shall remain stayed pending resolution of the motions to compel arbitration, including for any Defendants that do not file a motion to compel arbitration.  If the Court denies Defendants' motions to compel arbitration, Defendants shall file their responsive pleadings within forty-five (45) days of the Order denying the motions to compel arbitration, subject to any stays of these proceedings pending any appeals of such an Order.  If a Defendant files a motion as a responsive pleading, including a motion pursuant to Fed. R. Civ. P. 12, Plaintiffs' opposition to that motion shall be filed within forty-five (45) days, and the movant's reply shall be filed within thirty (30) days of the filing of the opposition.

///

c.      Class Certification

Defendants' counsel respectfully suggest that the Court set a date for any motion for class certification at a further case management conference after the Court rules on Defendants' motions to compel arbitration.

**C.      Case Management Orders,**

Counsel are familiar with the *Manual for Complex Litigation, Fourth,* particularly §§ 22.6, 22.61, 22.62 and 22.63 and have reviewed this Court's initial order on document preservation (Pretrial Order at 5).  Plaintiffs' and Defendants' ("Parties") counsel are complying with and will continue to comply with all of their evidence preservation obligations under governing law.

**1.      Plaintiffs' Proposal**

Plaintiffs respectfully suggest that a Confidentiality Order, a Document Preservation Order, an Expert Discovery Stipulation, and an ESI Order be negotiated and presented to the Court for consideration within thirty (30) days after appointment of Plaintiffs' leadership. Plaintiffs believe these orders are important to be in place in a timely fashion and that discovery will be necessary to address any Defendant's motion to compel arbitration, and so should not be delayed.

**2.      Defendants' Proposal**

Because the relevant claims, defenses and parties in this case will not be known until after the CAC is filed and Defendants intend to compel arbitration of plaintiffs' claims, Defendants propose that any protective order or other orders addressing discovery issues be negotiated and presented to the Court only if the Court issues an order denying Defendants' motions to compel arbitration, and if so, within thirty (30) days of any such order.  Until then, the Defendants shall continue to follow the Court's Order on Preservation of Evidence set forth in Paragraph 12 of its May 1, 2012 Pre-Trial Order.

///

///

///

JOINT PROPOSED AGENDA BY PLAINTIFFS AND DEFENDANTS IN ADVANCE OF THE
MAY 24, 2012 INITIAL CASE MANAGEMENT CONFERENCE

D.    **Discovery**

1.    **Plaintiffs' Proposal**

Plaintiffs respectfully suggest that the Court set a date for the exchange of Rule 26(a) initial disclosures after the Court has appointed Plaintiffs' leadership in this MDL action.

Plaintiffs further suggest that the Court set a date for Plaintiffs and Defendants to meet and confer and jointly submit a Discovery Plan to the Court no later than sixty (60) days from the date of appointment of lead counsel. To the extent any Defendants file a motion to compel arbitration, Plaintiffs will seek discovery on arbitration-related issues and class discovery forthwith, and request that discovery not be stayed.

2.    **Defendants' Proposal**

Defendants respectfully request that discovery, including initial disclosures and development of a discovery plan, remain stayed until after the pleadings are set.  As noted above, Defendants intend to file motions to compel arbitration of Plaintiffs' claims, which would preclude them from going forward in this Court.  If those motions are denied, subject to seeing the CAC, Defendants intend to file motions to dismiss Plaintiffs' claims which will impact the relevant claims and defenses in this case, if any remain after those motions are decided.  Additionally, Defendants anticipate that one or more of the existing Defendants will not be named as a defendant in the CAC.  Accordingly, Defendants believe that judicial economy will be served and parties' resources conserved if all discovery, including initial disclosures and development of a discovery plan, should not commence until the pleadings are set.

II.    **Parties Agreeing to Have an Attending Attorney Represent the Party's Interest at the Conference**

Pursuant to paragraph four of the Pretrial Order, certain parties with similar interests have agreed to have attending attorneys represent their parties' interest at the May 24, 2012 initial case management conference.

///

///

JOINT PROPOSED AGENDA BY PLAINTIFFS AND DEFENDANTS IN ADVANCE OF THE
MAY 24, 2012 INITIAL CASE MANAGEMENT CONFERENCE

1     Dated:  May 17, 2012                       Respectfully submitted,

2

3     /s/ Daniel L. Warshaw                     /s/ Brian Strange

4     Bruce Lee Simon                          Brian R. Strange

Daniel L. Warshaw                        STRANGE & CARPENTER

5     PEARSON, SIMON, WARSHAW &        12100 Wilshire Blvd, Suite 1900

PENNY LLP                         Los Angeles, California 90025

6     15165 Ventura Boulevard, Suite 400       (310) 207-5055

Sherman Oaks, CA 91403               Fax: (310) 826-3210

7     (818) 788-8300                          LACounsel@earthlink.net

Fax: (818) 788-8104

8     bsimon@pswplaw.com                  *Representing Plaintiffs Israel*

dwarshaw@pswplaw.com              *Olivares, Clarissa Portales, Lisa*

9                                      *Clark, Felipe Garcia, Robert*

*Representing Plaintiffs Daniel Pipkin,*    *Spradley, Mark Laning, James*

10    *Chad Ulrich*                           *Douglas White*

11

12    /s/ Christopher Collins                   /s/ Steve W. Berman

13    Christopher Collins                      Steve W. Berman

ROBBINS GELLER RUDMAN &         Robert F. Lopez

14    DOWD LLP                         Hagens Berman Sobol Shapiro LLP

655 West Broadway                    1918 Eighth Avenue

15    Suite 1900                            Suite 3300

San Diego, CA 92101                  Seattle, WA 98101

16    (619) 231-1058                         (206) 623-7292

Fax: 619-231-7423                    Fax: (206) 623-0594

17    chrisc@rgrdlaw.com                    steve@hbsslaw.com

18                                      robl@hbsslaw.com

*Representing Plaintiffs Robert Kleer,*

19    *Jannet Linder*                      *Representing Plaintiffs Patrick*

                                   *Kenny, Justin Sharp, Jeremy*

20                                   *Feitelson, Greg Feitelson, Eric*

                                  *Thomas, Benjamin Lancaster,*

21                                 *Colleen Fischer, Kurt Fairfield,*

22                                 *Harry Sarafian, David Williams,*

                                *Stephanie Wirth, John Swafford,*

23                                 *Luke Szulczewski, Richard Rosenfeld,*

                                *Michael Zemartis, Timothy Dodson,*

24                                 *Evan Brooks, Marcus Neal, Brian*

                                *Sandstrom, John Woods, Leonard*

25                                 *Hobbs, and Kenneth Tishenkel*

26

27

28

JOINT PROPOSED AGENDA BY PLAINTIFFS AND DEFENDANTS IN ADVANCE OF THE
MAY 24, 2012 INITIAL CASE MANAGEMENT CONFERENCE

/s/ Warren T. Burns

Warren T. Burns
SUSMAN GODFREY LLP
901 Main Street, Suite 5100
Dallas, Texas 75202
(214) 754-1928
Fax: (214) 754-1933
wburns@susmangodfrey.com

*Representing Plaintiff Caprice Ieyoub*


/s/ Ira P. Rothken

Ira P. Rothken
ROTHKEN LAW FIRM, LLP
3 Hamilton Landing, Suite 280
Novato, CA 94949-8248
(415) 924-4250
Fax: (415) 924-2905
ndca@techfirm.com

*Representing Plaintiffs Jennifer Sue
Patrick, Scott Lewis*


/s/ David A. Straite

David A. Straite
STEWARTS LAW US LLP
1201 N. Orange Street
Wilmington, DE 19801
(302) 298-1200
Fax: (302) 298-1222
dstraite@stewartslaw.com

*Representing Plaintiffs Jeffrey Pacilli,
Saima Mian, Amandeep Singh, Marilyn
Robledo*


/s/ Jonathan Shub

Jonathan Shub
SEEGER WEISS LLP
1515 Market Street , Suite 1380
Philadelphia, PA 19102
(215) 564-2300
Fax: (215) 851-8029
jshub@seegerweiss.com

*Representing Plaintiff Kenneth
Cassine, Vishal Shah*


/s/ David Cialkowski

David Cialkowski
ZIMMERMAN REED, PLLP
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
(612) 341-0400
Fax: (612) 341-0844
David.Cialkowski@zimmreed.com

*Representing Plaintiffs Caryl Wolff,
Matthew Fosson, Elizabeth Fosson*


/s/ Daniel Kotchen

Daniel Kotchen
KOTCHEN & LOW LLP
2300 M Street N.W., Suite 800
Washington, D.C. 20037
(202) 416-1848
Fax: (202) 280-1128
dkotchen@kotchen.com

*Representing Plaintiffs Sam
Stoltenburg, Amber Westenberger*

JOINT PROPOSED AGENDA BY PLAINTIFFS AND DEFENDANTS IN ADVANCE OF THE
MAY 24, 2012 INITIAL CASE MANAGEMENT CONFERENCE

1  /s/ David I. Cates                          /s/ Michael Louis Kelly

2  David I. Cates                              Michael Louis Kelly
   CATES LAW FIRM                              KIRTLAND & PACKARD LLP
3  216 West Pointe Drive                       2041 Rosecrans Avenue, Third Floor
   Suite A                                     El Segundo, CA 90245-4923
4  Swansea, IL 62226                           (310) 536-1000
   618-277-3644                                Fax: (310) 536-1001
5  Fax: (618) 277-7882                         mlk@kirtlandpackard.com
   dcates@cateslaw.com
6                                              *Representing Plaintiffs Lindsay*
   *Representing Brandon Ivy-Perry, Jeremy*    *Padilla, Eliezer Pilowsky, Steven*
7  *Bain, Justin Conley, Laura Lebryk*         *Watts*

8

9  /s/ Christopher V. Tisi                     /s/ Ben Barnow

10 Christopher V. Tisi                         Ben Barnow
   HERMAN GEREL, LLP                           BARNOW AND ASSOCIATES, P.C.
11 2000 L Street, N.W., Suite 400              One North LaSalle Street, Suite 4600
   Washington, DC 20036                        Chicago, IL 60602
12 (202) 783-6400                              (312) 621-2000
   Fax: (202) 416-6392                         Fax: (312) 641-5504
13 cvtisi@aol.com                              b.barnow@barnowlaw.com

14
   *Representing Plaintiffs Andrew Sanders,*   *Representing Plaintiff Andy*
15 *Rowena Silvera*                            *Kacmarcik*

16

17 /s/ Timothy G. Blood                        /s/ Daniel L. Germain

18 Timothy G. Blood                            Daniel L. Germain
   BLOOD HURST & O'REARDON LLP                 ROSMAN & GERMAIN LLP
19 701 B Street Suite 1700                     16311 Ventura Boulevard, Suite
   San Diego, CA 92101                         1200
20 (619) 338-1100                              Encino, CA  91436-2152
   Fax: (619) 338-1101                         (818) 788-0877
21 tblood@bholaw.com                           Fax: (818) 788-0885
                                               Germain@lalawyer.com
22 *Representing Plaintiffs Caryl Wolff,*
23 *Matthew Fosson, Elizabeth Fosson*          *Representing Plaintiffs Caryl Wolff,*
                                               *Matthew Fosson, Elizabeth Fosson*
24

25

26

27

28

JOINT PROPOSED AGENDA BY PLAINTIFFS AND DEFENDANTS IN ADVANCE OF THE
MAY 24, 2012 INITIAL CASE MANAGEMENT CONFERENCE

/s/ Larry D. Drury

Larry D. Drury
LARRY D. DRURY, LTD.
100 North LaSalle Street, Suite 1010
Chicago, IL 60602
(312) 346-7950
Fax: (312) 346-5777
ldrurylaw@aol.com

*Representing Plaintiff Michael Siegel*

/s/ Matthew L. Tuccillo

Matthew L. Tuccillo
POMERANTZ HAUDEK
GROSSMAN & GROSS LLP
100 Park Avenue, 26th Floor
New York, New York 10017
(212) 661-1100, ext. 294
Fax: (212) 661-8665
mltuccillo@pomlaw.com

*Representing Plaintiff Peter Medine.
Joseph Shapiro, Mo Khang*

/s/ Marc Lawrence Godino

Marc Lawrence Godino
GLANCY BINKOW & GOLDBERG LLP
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
310-201-9150
Fax: (310) 201-9160
mgodino@glancylaw.com

*Representing Plaintiff s Peter Medine.
Joseph Shapiro, Mo Khang*

/s/ Shpetim Ademi

Shpetim Ademi
ADEMI & O'REILLY, LLP
3620 E. Layton Ave.
Cudahy, WI 53110
(414) 482-8000
sademi@ademilaw.co

*Representing Plaintiff Andy
Kacmarcik*

/s/ Curtis D. Johnson, Jr.

Curtis D. Johnson, Jr.
JOHNSON & BROWN, PC
11 South Idlewild Street
Memphis, TN 38104
(901) 725-7520
Fax: (901) 725-7570
cjohnson@johnsonandbrownlaw.com

*Representing Plaintiff Cheryl Eakins*

/s/ Charles E. Schaffer

Charles E. Schaffer
LEVIN, FISHBEIN, SEDRAN &
BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106
(215) 592-1500
cschaffer@lfsblaw.com

*Representing Plaintiff s Erin Janek,
Accident Investigative Services, Inc.,
Kristina Cerrone, Mark Rottschafer*

JOINT PROPOSED AGENDA BY PLAINTIFFS AND DEFENDANTS IN ADVANCE OF THE
MAY 24, 2012 INITIAL CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| /s/ Eric Davis Holland | /s/ Gary E. Klein |
| Eric Davis Holland | Gary E. Klein |
| HOLLAND, GROVES, SCHNELLER | RODDY KLEIN & RYAN |
| AND STOLZE | 727 Atlantic Avenue |
| 300 North Tucker Blvd | 2nd Floor |
| Suite 801 | Boston, MA 02111 |
| St. Louis, MO 63104 | (617) 357-5500 ext. 15 |
| (314) 241-8111 | Fax: (617) 357-5030 |
| Fax: (314) 241-5554 | klein@roddykleinryan.com |
| eholland@allfela.com | |
| | *Representing Plaintiff Joshua Libby* |
| *Representing Plaintiffs Joseph Cosme,* | |
| *Erin Janek, Elizabeth Lammert, Lisa* | |
| *Rosenburg, Margaret Elliott, Jerimiah* | |
| *Thomas Moree, Vlad Twerskoi, Mark* | |
| *Rottschafer* | |

| | |
|---|---|
| /s/ Michael A. Caddell | /s/ David S. Ratner |
| Michael A. Caddell | David S. Ratner |
| Cynthia B. Chapman | MORELLI RATNER, P.C. |
| CADDELL AND CHAPMAN | 950 Third Avenue |
| 1331 Lamar | New York, NY 10022 |
| Suite 1070 | (212) 751-9800 |
| Houston, TX 77010-3027 | Fax: (212) 751-0046 |
| (713) 751-0400 | DRatner@morellilaw.com |
| Fax: (713) 751-0906 | |
| mac@caddellchapman.com | *Representing Plaintiff Chad Maron* |
| cbc@caddellchapman.com | |
| | |
| *Representing Plaintiff Bobby Cline* | |

| | |
|---|---|
| /s/ Joseph H Malley | /s/ Jon D. Robinson |
| Joseph H Malley | Jon D. Robinson |
| LAW OFFICE OF JOSEPH H. | BOLEN, ROBINSON & ELLIS, |
| MALLEY, PC | LLP |
| 1045 North Zang Boulevard | 2nd Floor |
| Dallas, TX 75208 | 202 South Franklin Street |
| (214) 943-6100 | Decatur, IL 62523 |
| Fax: (214) 943-6170 | (217) 429-4296 |
| malleylaw@gmail.com | Fax: (217) 329-0034 |
| | |
| *Representing Plaintiffs Israel Olivares,* | *Representing Plaintiff Mark* |
| *Clarissa Portales, Lisa Clark, Felipe* | *Rottschafer* |
| *Garcia, Robert Spradley, Mark Laning,* | |
| *James Douglas White* | |

/s/ Peter M. Van Dyke

Peter M. Van Dyke
EAGAN, DONOHUE, VAN DYKE &
FALSEY, LLP
24 Arapahoe Road
West Hartford, CT 06107
(860) 232-7200
Fax: (860) 232-0214
pvd@eddf-law.com

*Representing Plaintiff Ryan McKeen*


/s/ Burton Rosenblatt

Burton Rosenblatt
ELY BETTINI ULMAN
3200 N Central AVe #1930
Phoenix, AZ 85012

*Representing Plaintiff Jerimiah
Thomas Moree*


/s/ Scott L. Keniley

Scott L. Keniley
THE KENILEY LAW FIRM
2 Ravina Drive
Suite 500
Atlanta, GA 30346
(770) 263-0000
Fax: (404) 420-2260
scott@k5law.com

*Representing Plaintiff Mark Rottschafer*


/s/ Michael M. Weinkowitz

Michael M. Weinkowitz
LEVIN FISHBEIN SEDRAN &
BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106
(215) 592-1500
mweinkowitz@lfsblaw.com

*Representing Plaintiff Daniel
Schlanger*


/s/ C. Richard Newsome

C. Richard Newsome
NEWSOME LAW FIRM
Suite 1500
201 S. Orange Ave
Orlando, FL 32801
(407) 648-5977
Fax: (407) 648-5282
newsome@newsomelaw.com

*Representing Plaintiff William White, IV*


/s/ Mark Andrew Chavez

Mark Andrew Chavez
Chavez & Gertler LLP
42 Miller Avenue
Mill Valley, CA 93941
(415) 381-5599
Fax: (415) 381-5572
mark@chavezgertler.com

*Representing Plaintiff Andre
Lavertue*

JOINT PROPOSED AGENDA BY PLAINTIFFS AND DEFENDANTS IN ADVANCE OF THE
MAY 24, 2012 INITIAL CASE MANAGEMENT CONFERENCE

/s/ Paul R. Kiesel

Paul R. Kiesel
KIESEL BOUCHER & LARSON LLP
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910
(310) 854-4444
Fax: (310) 854-0812
Kiesel@kbla.com

*Representing Plaintiffs Eric Steiner,
Adam Schwartz, Daniel Massey, Edward
Shumate, Matthew Thornton, Yonatan
Wadler*

/s/ Paul O. Paradis

Paul O. Paradis
HORWITZ HORWITZ & PARADIS
Attorneys at Law
570 7th Avenue
20th Floor
New York, NY 10018
(212) 986-4500
Fax: (212) 986-4501
pparadis@hhplawny.com

*Representing Plaintiff Yonatan
Wadler*

/s/ Jay P. Salzman

Jay P. Salzman
SCHOENGOLD & SPORN, PC
19 Fulton Street, Suite 406
New York, NY 10038
(212) 964-0046
Fax: (212) 267-8137

*Representing Plaintiff Yonatan Wadler*

/s/ J. Paul Gignac

J. Paul Gignac
ARIAS, OZZELLO & GIGNAC
LLP
115 South La Cumbre Lane
Suite 300
Santa Barbara, CA 93105
(805) 683-7400
Fax: (805) 683-7401
j.paul@aogllp.com

*Representing Plaintiff Matthew Hiles*

/s/ Reginald Von Terrell

Reginald Von Terrell
THE TERRELL LAW GROUP
Post Office Box 13315, PMB #148
Oakland, CA 94661
(510) 237-9700
Fax: (510) 237-4616
reggiet2@aol.com

*Representing Plaintiff Dennis Patrick*

/s/ Michael W. Sobol

Michael W. Sobol
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
(415) 956-1000
Fax: (415) 956-1008
msobol@lchb.com

*Representing Plaintiff Michael Allan*

/s/ Eduardo E. Santacana

Eduardo E. Santacana
LIEFF CABRASER HEIMANN AND
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
(415) 956-1000
Fax: (415) 956-1008
esantacana@lchb.com

*Representing Plaintiff Michael Allan*


/s/ Gregory B. Scarlett

Gregory B. Scarlett
WASSERMAN, COMDEN,
CASSELMAN AND ESENSTEN, LLP
5567 Reseda Boulevard, Suite 330
Tarzana, CA 91356
(818) 705-6800
Fax:( 818) 996-8266
gscarlett@wccelaw.com

*Representing Plaintiffs Rodney Shively,
Lawrence Regis House, Jr.*


/s/ Daniel Kotchen

Daniel Kotchen
Daniel Lee Low
Kotchen and Low LLP
2300 M Street NW
Suite 800
Washington, DC 20037
(202) 841-7164
Fax: (202) 280-1128
dlow@kotchen.com
dkotchen@kotchen.com

*Representing Plaintiffs Sam Stoltenburg,
Amber Westenberger*


/s/ Marc A. Wites

Marc A. Wites
WITES & KAPETAN, P.A.
4400 North Federal Highway
Lighthouse Point, FL 33064
(954) 570-8989
Fax: (954) 354-0205
mwites@wklawyers.com

*Representing Plaintiff Curtis
Dubberly*


/s/ Bernard Daskal

Bernard Daskal
LYNCH DASKAL EMERY LLP
264 West 40th Street
New York, NY 10018
(212) 302-2400
Fax: (212) 302-2210
daskal@lawlynch.com

*Representing Plaintiff David Yastrab*


/s/ Michael Brown

Michael Brown
PETERSON, BERK & CROSS
200 E. College Avenue
Appleton, WI 54912
(920) 831-0330
Fax: (920) 831-0165
mbrown@pbclaw.com

*Representing Plaintiffs Sam
Stoltenburg, Amber Westenberger*

JOINT PROPOSED AGENDA BY PLAINTIFFS AND DEFENDANTS IN ADVANCE OF THE
MAY 24, 2012 INITIAL CASE MANAGEMENT CONFERENCE

/s/ James L. Ward, Jr.

James L. Ward, Jr.
RICHARDSON, PATRICK,
WESTBROOK & BRICKMAN, LLC
1037 Chuck Dawley Blvd., Bldg. A
P.O. Box 1007 (29465)
Mt. Pleasant, SC 29464
843-727-6500

*Representing Plaintiffs Sam Stoltenburg,
Amber Westenberger*


/s/ David I. Pankin

David I. Pankin
LAW OFFICES OF DAVID I.
PANKIN, P.C.
48 Willoughby St.
Brooklyn, NY 11201
(718) 243-2444
Fax: (718) 243-1144
dpankin@pankinlaw.com

*Representing Plaintiff Jay Katz*


/s/ Eric J. O'Bell

Eric J. O'Bell
LAW OFFICES OF ERIC J. O'BELL
3500 North Hullen Street
Metairie, LA 70002
(504) 456-8677
Fax: (504) 456-8624
ejo@obelllawfirm.com

*Representing Plaintiff Cameron Jones*


/s/ Paul Marett Brannon

Paul Marett Brannon
BRANNON LAW FIRM, L.L.C.
3500 North Hullen Street
Metairie, LA 70002
(504) 456-8600
Fax: (504) 456-8697
PMB@BrannonLawFirm.com

*Representing Plaintiff Cameron
Jones*


/s/ Manuel Dobrinsky

Manuel Dobrinsky
ATTORNEY AT LAW
One Biscayne Tower, Suite 3100, 2
South Biscayne Boulevard
Miami, FL 33131
(305) 371-3666
Fax: (305) 371-6725
MDobrinsky@fdlaw.net

*Representing Plaintiffs Craig Schmidt,
Leron Levy, Peter Lowden*


/s/ Daniel Dennis Dolan, II

Daniel Dennis Dolan, II
LITIGATION PARTNERS, P.L.
One Biscayne Tower, Suite 3100
2 South Biscayne Boulevard
Miami, FL33131
(305) 371-3666
Fax:  (305) 371-6725
DDD@dolan-law.com

*Representing Plaintiff s Craig
Schmidt, Leron Levy, Peter Lowden*

/s/ Peter J. McNulty

Peter J. McNulty
MCNULTY LAW FIRM
827 Moraga Drive
Bel Air, CA 92101-1502
(310) 471-2707
Fax: (310) 472-7014
peter@mcnultylaw.com

*Representing Plaintiff Amy Roberts*

/s/ Robert A. Curtis

Robert A. Curtis
FOLEY BEZEK BEHLE &
CURTIS, LLP
15 West Carrillo Street
Santa Barbara, CA 93101
(805) 962-9495 x124
Fax: (805) 962-0722
rcurtis@foleybezek.com

*Representing Plaintiff Matthew Hiles*

/s/ Rosemary M. Rivas

Rosemary M. Rivas
FINKELSTEIN THOMPSON LLP
100 Bush St., Suite 1450
San Francisco, California 94104
 (415) 398-8700, ext. 102
Fax:  (415) 398-8704
RRivas@finkelsteinthompson.com

*Representing Plaintiff Dao Phong*

/s/ Daniel E. Gustafson

Daniel E. Gustafson
Daniel C. Hedlund
Joseph C. Bourne
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, Minnesota 55402
(612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
jbourne@gustafsongluek.com

*Representing Plaintiff George Howell*

/s/ Peter N. Wasylyk

Peter N. Wasylyk
LAW OFFICES OF PETER N.
WASYLYK
1307 Chalkstone Avenue
Providence, RI 02908
(401) 831-7730
Fax: (401) 861-6064
pnwlaw@aol.com

*Representing Plaintiff Melissa J. Link*

/s/ Gabriel D. Zeldin

Gabriel D. Zeldin
Steyer Lowenthal Boodrookas
ALVAREZ & SMITH LLP
One California Street, Suite 300
San Francisco, CA  94111
(415) 421-3400
Fax: (415) 421-2234
gzeldin@steyerlaw.com

*Representing Plaintiffs Matthew Branson, Kathryn Graffman, and Jason Simons*

JOINT PROPOSED AGENDA BY PLAINTIFFS AND DEFENDANTS IN ADVANCE OF THE
MAY 24, 2012 INITIAL CASE MANAGEMENT CONFERENCE

/s/ John R. Climaco

John R. Climaco
CLIMACO, LEFKOWITZ, PECA,
WILCOX & GAROFOLI
55 Public Square, Ste. 1950
Cleveland, OH 44113
(216) 621-8484
Fax: (216) 771-1632
jrclim@climacolaw.com

*Representing Plaintiffs Ashley L. Jones,
Mario Jackson*

/s/ Scott J. Ferrell

Scott J. Ferrell
James Byron Hardin
NEWPORT TRIAL GROUP
A PROFESSIONAL
CORPORATION
895 Dove Street, Suite 425
Newport Beach, CA 92660
(949) 706-6464
Fax: (949) 706-6469
jhardin@trialnewport.com
sferrell@trialnewport.com

*Representing Plaintiffs Roseanne
Castro, Josephine Gonzalez*

/s/ John T. Longo

John T. Longo, Esq.
CITADEL CONSUMER LITIGATION,
PC
681 Smith Street, Suite 201
Providence, RI 02908
(401) 383-7550
Fax: (401) 537-9185
jtlongo@citadelpc.com

*Representing Plaintiff Dylan T. Ferreira*

Dated: May 17, 2012

FENWICK & WEST LLP

By: _____ /s/ Rodger R. Cole _____
Rodger R. Cole (CSB No. 178865)
rcole@fenwick.com
Molly R. Melcher (CSB No. 272950)
mmelcher@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Phone:    (650) 988-8500
Fax:      (650) 938-5200

Tyler G. Newby (CSB No. 205790)
tnewby@fenwick.com
Jennifer J. Johnson (CSB No. 252897)
jjjohnson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Ph: (415) 875-2300
Fax: (415) 281-1350

Attorneys for Defendant
CARRIER IQ, INC.

Dated: May 17, 2012

GIBSON, DUNN & CRUTCHER LLP

By: _____ /s/ Gail E. Lees _____
Gail E. Lees
glees@gibsondunn.com
S. Ashlie Beringer
aberinger@gibsondunn.com
Joshua A. Jessen
jjessen@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304
Phone:    (650) 849-5300
Fax:      (650) 849-5333

Attorneys for Defendant
APPLE INC.

JOINT PROPOSED AGENDA BY PLAINTIFFS AND DEFENDANTS IN ADVANCE OF THE
MAY 24, 2012 INITIAL CASE MANAGEMENT CONFERENCE

Dated:  May 17, 2012                          MAYER BROWN LLP

                                    By:  _____ */s/ Christopher J. Kelly*_____
                                         Christopher J. Kelly (SBN 276312)
                                         cjkelly@mayerbrown.com
                                         MAYER BROWN LLP
                                         Two Palo Alto Square, Suite 300
                                         3000 El Camino Real
                                         Palo Alto, CA 94306-2112
                                         Phone:     (650) 331-2000
                                         Fax:       (650) 331-2060

                                         Evan M. Tager
                                         etager@mayerbrown.com
                                         Archis Parasharami
                                         aparasharami@mayerbrown.com
                                         Andrew A. Nicely
                                         MAYER BROWN LLP
                                         1999 K Street N.W.
                                         Washington, D.C. 20006
                                         Phone:     (202) 263-3000
                                         Fax:       (202) 263-3300

                                         Attorneys for Defendant
                                         AT&T MOBILITY LLC

1   Dated: May 17, 2012                          MUNGER, TOLLES & OLSON LLP

2                                                By:      /s/ Rosemarie T. Ring
                                                 Rosemarie T. Ring (SBN 220769)
3                                                Rose.Ring@mto.com
                                                 Jonathan H. Blavin (SBN 230269)
4                                                Jonathan.Blavin@mto.com
                                                 Victoria L. Boesch (SBN 228561)
5                                                Victoria.Boesch@mto.com
                                                 Bryan H. Heckenlively (SBN 279140)
6                                                Bryan.Heckenlively@mto.com
                                                 MUNGER, TOLLES & OLSON, LLP
7                                                560 Mission Street
                                                 Twenty-Seventh Floor
8                                                San Francisco, CA  94105-2907
                                                 Phone:    (415) 512-4000
9                                                Fax:      (415) 512-4077

10                                               Henry Weissmann (SBN 132418)
                                                 Henry.Weissmann@mto.com
11                                               MUNGER, TOLLES & OLSON, LLP
                                                 355 South Grand Avenue,
12                                               Thirty-Fifth Floor
                                                 Los Angeles, CA  90071-1560
13                                               Telephone:  (213) 683-9100
                                                 Facsimile:  (213) 687-3702
14
                                                 Attorneys for Defendant
15                                               HTC AMERICA, INC.

16   Dated: May 17, 2012                          COVINGTON & BURLING LLP

17
                                                 By:         /s/ Simon J. Frankel
18                                               Simon J. Frankel
                                                 sfrankel@cov.com
19                                               Mali B. Friedman
                                                 mfriedman@cov.com
20                                               COVINGTON & BURLING LLP
                                                 1 Front St., 35th Floor
21                                               San Francisco, CA 94111
                                                 Phone:    (415) 591-6000
22                                               Fax:      (415) 591-6091

23                                               Attorneys for Defendant
                                                 HUAWEI DEVICES USA, INC.
24

25

26

27

28

1    Dated:  May 17, 2012                          SHEARMAN & STERLING LLP

2                                                  By:  _____/s/ James Donato_____
                                                        James Donato (SBN (146140)
3                                                       jdonato@shearman.com
                                                        SHEARMAN & STERLING LLP
4                                                       Four Embarcadero Center, Suite 3800
                                                        San Francisco, CA 94111-5994
5                                                       Phone:     (415) 616-1100
                                                        Fax:       (415) 616-1199
6
                                                        Attorneys for Defendants
7                                                       LG Electronics U.S.A., Inc.,
                                                        LG Electronics MobileComm U.S.A.,
8                                                       Inc.
                                                        LG Electronics Mobile Research
9                                                       U.S.A., LLC

10   Dated:     May 17, 2012                        WINSTON & STRAWN LLP

11
                                                   By:  _____/s/ Norman K. Beck_____
12                                                      Norman K. Beck
                                                        nbeck@winston.com
13                                                      WINSTON & STRAWN LLP
                                                        35 W. Wacker Drive
14                                                      Chicago, IL  60601-9703
                                                        Phone:     (312) 558-5600
15                                                      Fax:       (312) 558-5700

16                                                      Representing Defendant
                                                        MOTOROLA MOBILITY, INC.
17
     Dated:     May 17, 2012                        H.C. PARK & ASSOCIATES, PLC
18

19                                                 By:  _____/s/ Wayne M. Helge_____
                                                        Wayne M. Helge
20
                                                        8500 Leesburg Pike
21                                                      Suite 7500
                                                        Vienna, VA 22182
22                                                      Phone:     (703) 288-5105
                                                        Fax:       (703) 288-5139
23
                                                        Attorneys for Defendant
24                                                      PANTECH WIRELESS, INC.

25

26

27

28
                                            19
     JOINT PROPOSED AGENDA BY PLAINTIFFS AND DEFENDANTS IN ADVANCE OF THE
     MAY 24, 2012 INITIAL CASE MANAGEMENT CONFERENCE

1

Dated:    May 17, 2012                                LOEB & LOEB LLP

2

By:    _____/s/ Christine M. Reilly_____

3                                                                        Christine M. Reilly

4                                                              Michael L. Mallow
                                                             mmallow@loeb.com
5                                                              Christine M. Reilly
                                                             creilly@loeb.com
6                                                              LOEB & LOEB LLP
                                                             10100 Santa Monica Blvd., Suite 2200
7                                                              Los Angeles, CA 90067
                                                             Phone:    (213) 282-2361
8                                                              Fax:       (213) 652-1830

9                                                              Attorneys for Defendant
                                                             RESEARCH IN MOTION
10                                                             CORPORATION

Dated:    May 17, 2012                                SKADDEN, ARPS, SLATE, MEAGHER &
11                                                             FLOM LLP

12

By:    _____/s/ Lance A. Etcheverry_____
13                                                             Lance A. Etcheverry
                                                             lance.etcheverry@skadden.com
14                                                             300 South Grand Avenue, Suite 3400
                                                             Los Angeles, California 90071
15                                                             Phone:    (213) 687-5000
                                                             Fax:       (213) 687-5600
16
                                                             Attorneys for Defendants
17                                                             SAMSUNG ELECTRONICS
                                                             AMERICA, INC. and SAMSUNG
18                                                             TELECOMMUNICATIONS
                                                             AMERICA, LLC.
19

20

21

22

23

24

25

26

27

28

JOINT PROPOSED AGENDA BY PLAINTIFFS AND DEFENDANTS IN ADVANCE OF THE
MAY 24, 2012 INITIAL CASE MANAGEMENT CONFERENCE

1    Dated:   May 17, 2012            PERKINS COIE LLP

2

By: _____*/s/ Timothy L. Alger*_____

3                                      Timothy L. Alger (CSB 160303
talger@perkinscoie.com
PERKINS COIE LLP
4                                        3150 Porter Drive
Palo Alto, CA 94304
5                                        Phone:      (650) 838-4300
Fax:         (650) 838-4350
6

7                                        Amanda J. Beane (WA 33070)
abeane@perkinscoie.com
8                                        PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
9                                        Phone:      (206) 359-3965
Fax:         (206) 359-4965
10

11                                        Attorneys for Defendant
Sprint Spectrum L.P. (also erroneously
sued as Sprint Nextel Corp.)
12                                        and Sprint Solutions, Inc.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

21

JOINT PROPOSED AGENDA BY PLAINTIFFS AND DEFENDANTS IN ADVANCE OF THE
MAY 24, 2012 INITIAL CASE MANAGEMENT CONFERENCE

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Brian R. Strange, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  May 17, 2012                                Respectfully submitted,


                                                    /s/ Brian R. Strange
                                                    Brian R. Strange
                                                    STRANGE & CARPENTER
                                                    12100 Wilshire Blvd, Suite 1900
                                                    Los Angeles, California 90025
                                                    (310) 207-5055
                                                    Fax: (310) 826-3210
                                                    LACounsel@earthlink.net

JOINT PROPOSED AGENDA BY PLAINTIFFS AND DEFENDANTS IN ADVANCE OF THE
MAY 24, 2012 INITIAL CASE MANAGEMENT CONFERENCE