UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE<br><br>CARRIER IQ, INC.,<br>CONSUMER PRIVACY LITIGATION.<br>_____/ | No. C-12-md-2330 EMC<br><br>**ORDER RE BRIEFING ON PLAINTIFFS' MOTIONS TO APPOINT LEAD COUNSEL** |

As discussed at the case management conference of May 24, 2012, counsel for Plaintiffs shall file their motions for appointment as lead counsel by June 8, 2012. Each motion shall be no longer than fifteen (15) pages. There shall be no opposition or reply briefs. A hearing on the motions shall be held on **July 12, 2012, at 2:30 p.m.**

In their motions, counsel are to address the criteria identified by the Court in its pretrial order of May 1, 2012. In addition, counsel shall address the following issues:

1. Counsel's anticipated litigation and discovery plan for the MDL. Counsel need not provide exhaustive detail but should provide a general overview and description of counsel's anticipated approach.

2. Steps, procedures, and guidelines counsel intend to implement to control fees and costs, minimize duplication, and maximize efficiency (including staffing, use of paralegals, vendors, etc.).

3. Counsel's fee structure and anticipated costs.

4. Counsel's plan for allocating work, among the leadership team and with other counsel.

5. Counsel's views on the size *and* the specific role of the Executive Committee, why the benefits of an Executive Committee are expected to outweigh the costs; and how duplicative fees and costs resulting from the additional layer of governance associated with the Executive Committee may be minimized.

IT IS SO ORDERED.

Dated: May 24, 2012

_____
EDWARD M. CHEN
United States District Judge