Case3:12-md-02330-EMC Document89 Filed06/12/12 Page1 of 4

RODGER R. COLE (CSB No. 178865)
rcole@fenwick.com
MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
JENNIFER J. JOHNSON (CSB No. 252897)
jjjohnson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Defendant
CARRIER IQ, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MARK ROTTSCHAFER, individually, and on behalf of all others similarly situated,

Plaintiff,

v.

CARRIER IQ, INC.; HTC, INC., AND HTC AMERICA, INC.,

Defendants.

Case No.: 3:12-CV-02402-EMC

**MOTION TO SUBSTITUTE COUNSEL AND [~~PROPOSED~~] ORDER**

MOTION TO SUBSTITUTE COUNSEL AND [PROPOSED] ORDER

Case No. 3:12-CV-02402-EMC

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Carrier IQ, Inc. ("Carrier IQ") hereby substitutes Rodger R. Cole, Tyler G. Newby, Jennifer J. Johnson, and Molly R. Melcher of Fenwick & West LLP as its attorneys of record in the above-captioned action in place of its Local Counsel for the Northern District of Georgia, Jacob E. Daly of Freeman Mathis & Gary, LLP.

Pursuant to General Order 45, section IV(C)(5), and Civil Local Rule 11-5, Rodger R. Cole, Tyler G. Newby, Jennifer J. Johnson, and Molly R. Melcher of Fenwick & West LLP hereby request that the Court approve this substitution, and further request that all notices, filings, and other documents be served upon counsel at the addresses set forth below:

RODGER R. COLE
rcole@fenwick.com
MOLLY R. MELCHER
mmelcher@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

TYLER G. NEWBY
tnewby@fenwick.com
JENNIFER J. JOHNSON
jjjohnson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

We hereby agree to the foregoing substitution.

Dated: June 8, 2012

FENWICK & WEST LLP

By: */s/ Rodger R. Cole*
Rodger R. Cole

By: */s/ Tyler G. Newby*
Tyler G. Newby

By: */s/ Jennifer J. Johnson*
Jennifer J. Johnson

By: */s/ Molly R. Melcher*
Molly R. Melcher

I hereby agree to the foregoing substitution.

Dated: June 8, 2012                FREEMAN MATHIS & GARY, LLP

By */s/ Jacob E. Daly*
JACOB E. DALY
jdaly@fmglaw.com
FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600 Atlanta, Ga. 30339-5948
Telephone:   770.818.1431
Facsimile:   770.937.9960

I hereby agree to the foregoing substitution.

Dated:   June 8, 2012              CARRIER IQ, INC.

By: */s/ Magnolia Mansourkia Mobley*
Magnolia Mansourkia Mobley,
General Counsel and Chief Privacy Officer

Case3:12-md-02330-EMC Document89 Filed06/12/12 Page4 of 4

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Rodger R. Cole, am the ECF User whose identification and password are being used to file this **MOTION TO SUBSTITUTE COUNSEL AND [PROPOSED] ORDER**. In compliance with General Order 45.X.B, I hereby attest that all signatories have concurred in this filing.

Dated: June 8, 2012

*/s/ Rodger R. Cole*
Rodger R. Cole

**[PROPOSED] ORDER**

Pursuant to stipulation, it is SO ORDERED.

Dated: 6/12/12

Honorable Edward M. Chen
United States District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Edward M. Chen

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

MOTION TO SUBSTITUTE COUNSEL AND [PROPOSED] ORDER

3

Case No. 3:12-CV-02402-EMC