| | |
|---|---|
| Steve W. Berman (Pro Hac Vice)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile:  (206) 623-0594<br>steve@hbsslaw.com<br><br>Bruce L. Simon (96241)<br>PEARSON SIMON WARSHAW & PENNY, LLP<br>44 Montgomery Street, Suite 1200<br>San Francisco, CA 94104<br>Telephone: (415) 433-9000<br>Facsimile:  (415) 433-9008<br>bsimon@pswplaw.com<br><br>*Plaintiffs' Interim Co-Lead Counsel*<br><br>[*Additional Counsel listed on Signature Page*] | RODGER R. COLE (CSB No. 178865)<br>rcole@fenwick.com<br>MOLLY R. MELCHER<br>(CSB No. 272950)<br>mmelcher@fenwick.com<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA  94041<br>Telephone:  650.988.8500<br>Facsimile:  650.938.5200<br><br>TYLER G. NEWBY (CSB No. 205790)<br>tnewby@fenwick.com<br>JENNIFER J. JOHNSON<br>(CSB No. 252897)<br>jjjohnson@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Telephone: 415.875.2300<br>Facsimile:  415.281.1350<br><br>*Attorneys for Defendant<br>Carrier IQ, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Carrier IQ, Inc. Consumer Privacy Litigation*<br><br>[This Document Relates to All Cases] | Case No. C-12-md-2330-EMC<br><br>**STIPULATION AND [PR~~OPOSED~~] ORDER FOR CONTINUANCE OF TIME FOR PLAINTIFFS TO FILE A STIPULATION REGARDING ENTRY OF A PROTECTIVE ORDER** |

## STIPULATION

This Stipulation and [Proposed] Order is entered into by and between Plaintiffs' Interim Co-Lead Counsel and Defendants' counsel (collectively, the "Parties") as follows:

WHEREAS, pursuant to the Civil Minutes issued by this Court on May 24, 2012, Plaintiffs' deadline to file a stipulation regarding the entry of a protective order is 30 days after

STIPULATION AND [PROPOSED] ORDER              1              Case No. C-12-md-2330-EMC

the appointment of lead counsel (Dkt. No. 59);

WHEREAS, on July 12, 2012, this Court appointed Plaintiffs' interim co-lead counsel (Dkt. No. 99);

WHEREAS, the deadline for Plaintiffs to file a stipulation regarding the entry of a protective order is August 13, 2012;

WHEREAS, the Parties have conferred and agreed that the deadline for Plaintiffs to file a stipulation regarding the entry of a protective order shall be continued until 14 days after the filing of the consolidated, amended complaint on August 27, 2012, at which time it will be apparent which defendants have been named in the consolidated, amended complaint;

NOW THEREFORE, the Parties, by and through their respective counsel of record, hereby stipulate, subject to Court approval, as follows:

The deadline for Plaintiffs to file a stipulation regarding the entry of a protective order currently set for August 13, 2012 is continued to September 10, 2012.

IT IS SO STIPULATED.

Dated:   August 10, 2012

By: */s/ Robert F. Lopez*
STEVE W. BERMAN
HAGENS BERMAN SOBOL SHAPIRO LLP
Robert F. Lopez (Pro Hac Vice)
Thomas E. Loeser (202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com
toml@hbsslaw.com

Jeff D. Friedman (173886)
Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

| | |
|---|---|
| 1 | By: */s/ Daniel L. Warshaw* |
| 2 | Daniel L. Warshaw (185365) |
|   | PEARSON SIMON WARSHAW & PENNY, LLP |
| 3 | 15165 Ventura Blvd., Suite 400 |
|   | Sherman Oaks, CA 91403 |
| 4 | Telephone: (818) 788-8300 |
|   | Facsimile:  (818) 788-8104 |
| 5 | dwarshaw@pswplaw.com |

BRUCE L. SIMON
44 Montgomery Street, Suite 1200
PEARSON SIMON WARSHAW & PENNY, LLP
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008
bsimon@pswplaw.com

*Plaintiffs' Interim Co-Lead Counsel*

By:  */s/ Tyler G. Newby*
Tyler G. Newby (CSB No. 205790)
tnewby@fenwick.com
Jennifer J. Johnson (CSB No. 252897)
jjjohnson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Ph: (415) 875-2300
Fax:  (415) 281-1350

Rodger R. Cole (CSB No. 178865)
rcole@fenwick.com
Molly R. Melcher (CSB No. 272950)
mmelcher@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Ph:   (650) 988-8500
Fax:  (650) 938-5200

*Attorneys for Defendant Carrier IQ, Inc.*

By:  */s/ Gail E. Lees*
Gail E. Lees
glees@gibsondunn.com
S. Ashlie Beringer
aberinger@gibsondunn.com
Joshua A. Jessen

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

|   |   |
|---|---|
| 1 | jjessen@gibsondunn.com |
|   | GIBSON, DUNN & CRUTCHER LLP |
| 2 | 1881 Page Mill Road |
|   | Palo Alto, CA 94304 |
| 3 | Phone: (650) 849-5300 |
|   | Fax: (650) 849-5333 |

*Attorneys for Defendant Apple Inc.*

By:  /s/ Christopher J. Kelly
Christopher J. Kelly (SBN 276312)
cjkelly@mayerbrown.com
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Phone:     (650) 331-2000
Fax:(650) 331-2060

Evan M. Tager
etager@mayerbrown.com
Archis Parasharami
aparasharami@mayerbrown.com
Andrew A. Nicely
MAYER BROWN LLP
1999 K Street N.W.
Washington, D.C. 20006
Phone: (202) 263-3000
Fax:(202) 263-3300

*Attorneys for Defendant AT&T Mobility LLC*

By:  /s/ Rosemarie T. Ring
Rosemarie T. Ring (SBN 220769)
Rose.Ring@mto.com
Jonathan H. Blavin (SBN 230269)
Jonathan.Blavin@mto.com
Bryan H. Heckenlively (SBN 279140)
Bryan.Heckenlively@mto.com
MUNGER, TOLLES & OLSON, LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA  94105-2907
Phone: (415) 512-4000
Fax: (415) 512-4077

Henry Weissmann (SBN 132418)
Henry.Weissmann@mto.com
MUNGER, TOLLES & OLSON, LLP
355 South Grand Avenue,
Thirty-Fifth Floor
Los Angeles, CA  90071-1560

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION AND [PROPOSED] ORDER       4       Case No. C-12-md-2330-EMC

```
                                        Telephone:  (213) 683-9100
                                        Facsimile:  (213) 687-3702

                                        Attorneys for Defendant HTC America, Inc.


                                  By:   /s/ Simon J. Frankel
                                        Simon J. Frankel
                                        sfrankel@cov.com
                                        Mali B. Friedman
                                        mfriedman@cov.com
                                        COVINGTON & BURLING LLP
                                        1 Front St., 35th Floor
                                        San Francisco, CA 94111
                                        Phone:  (415) 591-6000
                                        Fax: (415) 591-6091

                                        Attorneys for Defendant Huawei Devices USA,
                                        Inc.


                                  By:   /s/ James Donato
                                        James Donato (SBN (146140)
                                        jdonato@shearman.com
                                        SHEARMAN & STERLING LLP
                                        Four Embarcadero Center, Suite 3800
                                        San Francisco, CA 94111-5994
                                        Phone:  (415) 616-1100
                                        Fax:(415) 616-1199

                                        Attorneys for Defendants LG Electronics U.S.A.,
                                        Inc., LG Electronics MobileComm U.S.A., Inc.
                                        LG Electronics Mobile Research U.S.A., LLC


                                  By:   /s/ Norman K. Beck
                                        Peter C. McCabe III
                                        pmccabe@winston.com
                                        Norman K. Beck
                                        nbeck@winston.com
                                        Scott T. Sakiyama
                                        ssakiyama@winston.com
                                        WINSTON & STRAWN LLP
                                        35 W. Wacker Drive
                                        Chicago, IL  60601-9703
                                        Phone: (312) 558-5600
                                        Fax:    (312) 558-5700

                                        Richard A. Lapping (SBN: 107496)
                                        rlapping@winston.com
                                        WINSTON & STRAWN LLP
                                        101 California Street
                                        San Francisco, CA 94111-5894
                                        Telephone: (415) 591-1000
```

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION AND [PROPOSED] ORDER        5               Case No. C-12-md-2330-EMC

Facsimile:   (415) 591-1400

*Attorneys for Defendant Motorola Mobility LLC*

By:  */s/ Wayne M. Helge*
   Wayne M. Helge
   8500 Leesburg Pike, Suite 7500
   Vienna, VA 22182
   Phone: (703) 288-5105
   Fax: (703) 288-5139

*Attorneys for Defendant Pantech Wireless, Inc.*

By:  */s/ Lance A. Etcheverry*
   Lance A. Etcheverry
   lance.etcheverry@skadden.com
   300 South Grand Avenue, Suite 3400
   Los Angeles, California 90071
   Phone:      (213) 687-5000
   Fax:(213) 687-5600

*Attorneys for Defendants Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC*

By:  */s/ Timothy L. Alger*
   Timothy L. Alger (CSB 160303)
   talger@perkinscoie.com
   PERKINS COIE LLP
   3150 Porter Drive
   Palo Alto, CA 94304
   Phone: (650) 838-4300
   Fax: (650) 838-4350

   Amanda J. Beane (WA 33070)
   abeane@perkinscoie.com
   PERKINS COIE LLP
   1201 Third Avenue, Suite 4800
   Seattle, WA 98101-3099
   Phone: (206) 359-3965
   Fax:(206) 359-4965

*Attorneys for Defendant Sprint Spectrum L.P. (also erroneously sued as Sprint Nextel Corp.) and Sprint Solutions, Inc.*

STIPULATION AND [PROPOSED] ORDER           6           Case No. C-12-md-2330-EMC

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Molly R. Melcher, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF TIME FOR PLAINTIFFS TO FILE A STIPULATION REGARDING ENTRY OF A PROTECTIVE ORDER.** In compliance with General Order 45.X.B, I hereby attest that all signatories have concurred in this filing.

Dated: August 10, 2012

*/s/ Molly R. Melcher*
Molly R. Melcher

**[PROPOSED] ORDER**

Pursuant to stipulation, it is SO ORDERED.

Dated: August 14, 2012

Honorable Edward M. Chen
United States



IT IS SO ORDERED
Judge Edward M. Chen

STIPULATION AND [PROPOSED] ORDER        7        Case No. C-12-md-2330-EMC