UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE<br><br>CARRIER IQ, INC.,<br>CONSUMER PRIVACY LITIGATION.<br>_____/ | No. C-12-md-2330 EMC<br><br>**ORDER RE PLAINTIFFS' PROPOSED GUIDELINES TO LIMIT COSTS AND EXPENSES**<br><br>**(Docket No. 108)** |

Pursuant to the Court's order of July 16, 2012, *see* Docket No. 100 (order), co-lead counsel for the proposed classes have submitted proposed guidelines as to how to limit costs and expenses in this litigation. The Court has reviewed the proposed guidelines and hereby adopts them. Costs or expenses that do not fall within the limitations outlined in Docket No. 108 will be presumptively unreasonable and not compensable in any fee award.

That being said, the Court advises co-lead counsel that costs or expenses that do fall within the limitations in Docket No. 108 shall not be deemed presumptively reasonable. For instance, the Court will not approve compensation attendance for two lawyers and a paralegal at a deposition unless shown to be reasonably necessary. The Court retains its authority to evaluate any costs or expenses submitted by counsel for reasonableness.

IT IS SO ORDERED.

Dated: September 10, 2012

EDWARD M. CHEN
United States District Judge