Steve W. Berman (Pro Hac Vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

Bruce L. Simon (SBN 96241)
PEARSON SIMON WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008
bsimon@pswplaw.com

*Plaintiffs' Interim Co-Lead Counsel*

[*Additional Counsel listed on
Signature Page*]

RODGER R. COLE (CSB No. 178865)
rcole@fenwick.com
MOLLY R. MELCHER
(CSB No. 272950)
mmelcher@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone: 650.988.8500
Facsimile:  650.938.5200

TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
JENNIFER J. JOHNSON
(CSB No. 252897)
jjjohnson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile:  415.281.1350

*Attorneys for Defendant
Carrier IQ, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Carrier IQ, Inc. Consumer Privacy Litigation*<br><br>[This Document Relates to All Cases] | Case No. C-12-md-2330-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF TIME FOR PLAINTIFFS TO FILE A STIPULATION REGARDING ENTRY OF A PROTECTIVE ORDER** |

## STIPULATION

This Stipulation and [Proposed] Order is entered into by and between Plaintiffs' Interim Co-Lead Counsel and Defendants' counsel (collectively, the "Parties") as follows:

WHEREAS, the deadline for Plaintiffs to file a stipulation regarding the entry of a protective order was August 13, 2012;

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

WHEREAS, on August 10, 2012, the Parties filed a stipulation and [proposed] order to continue the deadline for Plaintiffs to file a stipulation regarding the protective order until 14 days after the filing of the consolidated, amended complaint on August 27, 2012 (Dkt. No. 105);

WHEREAS, on August 14, 2012, this Court granted the stipulation (Dkt. No. 106);

WHEREAS, the Parties have met and conferred in good faith regarding the terms of a stipulated protective order and believe that an additional week will allow the parties to meet and confer further and to resolve or substantially reduce the remaining items in dispute;

NOW THEREFORE, the Parties, by and through their respective counsel of record, hereby stipulate, subject to Court approval, as follows:

The deadline for Plaintiffs to file a stipulation regarding the entry of a protective order currently set for September 10, 2012 is continued to September 17, 2012.

IT IS SO STIPULATED.

Dated:   September 10, 2012

By: _/s/ Robert F. Lopez_____
STEVE W. BERMAN
HAGENS BERMAN SOBOL SHAPIRO LLP
Robert F. Lopez (Pro Hac Vice)
Thomas E. Loeser (202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com
toml@hbsslaw.com

Jeff D. Friedman (173886)
Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

By: _/s/ Daniel L. Warshaw_____
Daniel L. Warshaw (SBN 185365)
PEARSON SIMON WARSHAW & PENNY, LLP
15165 Ventura Blvd., Suite 400
Sherman Oaks, CA 91403

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

Telephone: (818) 788-8300
Facsimile:  (818) 788-8104
dwarshaw@pswplaw.com

Bruce L. Simon (SBN 96241)
William J. Newsom (SBN 267643)
44 Montgomery Street, Suite 2450
PEARSON SIMON WARSHAW & PENNY,
LLP
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008
bsimon@pswplaw.com
wnewsom@pswplaw.com

*Plaintiffs' Interim Co-Lead Counsel*

By:  */s/ Tyler G. Newby*
Tyler G. Newby (CSB No. 205790)
tnewby@fenwick.com
Jennifer J. Johnson (CSB No. 252897)
jjjohnson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Ph: (415) 875-2300
Fax:  (415) 281-1350

Rodger R. Cole (CSB No. 178865)
rcole@fenwick.com
Molly R. Melcher (CSB No. 272950)
mmelcher@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Ph:   (650) 988-8500
Fax:  (650) 938-5200

*Attorneys for Defendant Carrier IQ, Inc.*

By:  */s/ Rosemarie T. Ring*
Rosemarie T. Ring (SBN 220769)
Rose.Ring@mto.com
Jonathan H. Blavin (SBN 230269)
Jonathan.Blavin@mto.com
Bryan H. Heckenlively (SBN 279140)
Bryan.Heckenlively@mto.com
MUNGER, TOLLES & OLSON, LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA  94105-2907

Phone: (415) 512-4000
Fax: (415) 512-4077

Henry Weissmann (SBN 132418)
Henry.Weissmann@mto.com
MUNGER, TOLLES & OLSON, LLP
355 South Grand Avenue,
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

*Attorneys for Defendant HTC America, Inc.*

By:  _/s/ Simon J. Frankel_
Simon J. Frankel
sfrankel@cov.com
Mali B. Friedman
mfriedman@cov.com
COVINGTON & BURLING LLP
1 Front St., 35th Floor
San Francisco, CA 94111
Phone:  (415) 591-6000
Fax: (415) 591-6091

*Attorneys for Defendant Huawei Devices USA,
Inc.*

By:  _/s/ James Donato_
James Donato (SBN (146140)
jdonato@shearman.com
SHEARMAN & STERLING LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111-5994
Phone:  (415) 616-1100
Fax:(415) 616-1199

*Attorneys for Defendant LG Electronics
MobileComm U.S.A., Inc.*

By:  _/s/ Norman K. Beck_
Peter C. McCabe III
pmccabe@winston.com
Norman K. Beck
nbeck@winston.com
Scott T. Sakiyama
ssakiyama@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL  60601-9703
Phone: (312) 558-5600

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    Fax:    (312) 558-5700

2    Richard A. Lapping (SBN: 107496)
     rlapping@winston.com
3    WINSTON & STRAWN LLP
     101 California Street
4    San Francisco, CA 94111-5894
     Telephone: (415) 591-1000
5    Facsimile:   (415) 591-1400

6    *Attorneys for Defendant Motorola Mobility LLC*

7

8    By:   /s/ Wayne M. Helge
     Wayne M. Helge
9    whelge@park-law.com
     H.C. Park & Associates, PLC
10   8500 Leesburg Pike, Suite 7500
     Vienna, VA 22182
11   Phone: (703) 288-5105
     Fax: (703) 288-5139

12   *Attorneys for Defendant Pantech Wireless, Inc.*

13

14   By:   /s/ Lance A. Etcheverry
     Lance A. Etcheverry
15   lance.etcheverry@skadden.com
     300 South Grand Avenue, Suite 3400
16   Los Angeles, California 90071
     Phone:    (213) 687-5000
     Fax:(213) 687-5600

17
18   *Attorneys for Defendant Samsung*
     *Telecommunications America, LLC*

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER          5          Case No. C-12-md-2330-EMC

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Molly R. Melcher, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF TIME FOR PLAINTIFFS TO FILE A STIPULATION REGARDING ENTRY OF A PROTECTIVE ORDER.** In compliance with General Order 45.X.B, I hereby attest that all signatories have concurred in this filing.

Dated:    September 10, 2012          */s/ Molly R. Melcher*
                                       Molly R. Melcher


**[PR̶O̶P̶O̶S̶ED] ORDER**

Pursuant to stipulation, it is SO ORDERED.

Dated:_____        9/13/12

