Steve W. Berman (Pro Hac Vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

Bruce L. Simon (SBN 96241)
PEARSON SIMON WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008
bsimon@pswplaw.com

*Plaintiffs' Interim Co-Lead Counsel*

[*Additional Counsel listed on Signature Page*]

RODGER R. COLE (CSB No. 178865)
rcole@fenwick.com
MOLLY R. MELCHER
(CSB No. 272950)
mmelcher@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:  650.988.8500
Facsimile:  650.938.5200

TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
JENNIFER J. JOHNSON
(CSB No. 252897)
jjjohnson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile:  415.281.1350

*Attorneys for Defendant
Carrier IQ, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Carrier IQ, Inc. Consumer Privacy Litigation*<br><br>[This Document Relates to All Cases] | Case No. C-12-md-2330-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF TIME FOR DEFENDANTS TO FILE MOTION(S) TO COMPEL ARBITRATION AND REGARDING A BRIEFING SCHEDULE** |

## **STIPULATION**

This Stipulation and [Proposed] Order is entered into by and between Plaintiffs' Interim

Co-Lead Counsel and Defendants' counsel (collectively, the "Parties") as follows:

WHEREAS, the Court, in its July 16, 2012 Order appointing Interim Co-Lead Counsel

(Dkt. No. 100), set August 27, 2012 as the date by which Plaintiffs must file their Consolidated Amended Complaint and October 11, 2012 as the date for Defendants to file their motions to compel arbitration, if any;

WHEREAS, Defendants received from Plaintiffs information sufficient to identify Plaintiffs' wireless phone service providers and account identifiers on August 30, 2012 and, since that time, have worked diligently to obtain copies of Plaintiffs' service agreements and any related arbitration agreements from their wireless phone service carriers;

WHEREAS, as of October 2, 2012, Defendants have not yet received from Plaintiffs' wireless phone service carriers Plaintiff's service agreements and understand that the wireless phone service carriers are continuing to collect Plaintiffs' wireless phone service agreements;

WHEREAS, the Parties have met and conferred in good faith regarding an extension of time for Defendants to file their motion(s) to compel arbitration that will allow Defendants sufficient time to receive and review Plaintiffs' wireless phone service agreement; and

WHEREAS, Plaintiffs anticipate serving discovery relating to Plaintiffs' arbitration agreements following the filing of Defendants' motion(s) to compel arbitration;

NOW THEREFORE, the Parties, by and through their respective counsel of record, hereby stipulate, subject to Court approval, as follows:

The deadline for Defendants to file their motion(s) to compel arbitration is continued from October 11, 2012 to November 6, 2012;

Plaintiffs shall serve arbitration related discovery, if any, no later than November 20, 2012;

Defendants, without conceding in this Stipulation that Plaintiffs are entitled to any arbitration related discovery, will serve their responses and objections to Plaintiffs' arbitration-related discovery requests within 30 days of receiving the requests;

Plaintiffs' Opposition to Defendants' motion to compel arbitration shall be due within 40 days of the completion of arbitration discovery, or denial of any motions to compel arbitration related discovery; and

STIPULATION AND [~~PROPOSED~~] ORDER     2     Case No. C-12-md-2330-EMC

1  Defendants' Reply, if any, in support of their motion(s) to compel arbitration shall be filed
2  no later than 30 days after the filing of Plaintiffs' Opposition.
3  IT IS SO STIPULATED.

4  Dated:   October 8, 2012           By:   */s/ Steve W. Berman*
                                            STEVE W. BERMAN
5                                           HAGENS BERMAN SOBOL SHAPIRO LLP
                                            Robert F. Lopez (Pro Hac Vice)
6                                           Thomas E. Loeser (202724)
                                            HAGENS BERMAN SOBOL SHAPIRO LLP
7                                           1918 Eighth Avenue, Suite 3300
                                            Seattle, WA 98101
8                                           Telephone: (206) 623-7292
                                            Facsimile:  (206) 623-0594
9                                           steve@hbsslaw.com
                                            robl@hbsslaw.com
10                                          toml@hbsslaw.com

11                                          Jeff D. Friedman (173886)
                                            Shana E. Scarlett (217895)
12                                          HAGENS BERMAN SOBOL SHAPIRO LLP
                                            715 Hearst Avenue, Suite 202
13                                          Berkeley, CA 94710
                                            Telephone: (510) 725-3000
14                                          Facsimile: (510) 725-3001
                                            jefff@hbsslaw.com
15                                          shanas@hbsslaw.com

16                                   By:   */s/ Daniel L. Warshaw*
                                            Daniel L. Warshaw (SBN 185365)
17                                          PEARSON SIMON WARSHAW & PENNY, LLP
18                                          15165 Ventura Blvd., Suite 400
                                            Sherman Oaks, CA 91403
19                                          Telephone: (818) 788-8300
                                            Facsimile:  (818) 788-8104
20                                          dwarshaw@pswplaw.com

21                                          Bruce L. Simon (SBN 96241)
                                            William J. Newsom (SBN 267643)
22                                          44 Montgomery Street, Suite 2450
                                            PEARSON SIMON WARSHAW & PENNY, LLP
23                                          San Francisco, CA 94104
24                                          Telephone: (415) 433-9000
                                            Facsimile:  (415) 433-9008
25                                          bsimon@pswplaw.com
                                            wnewsom@pswplaw.com
26
                                            *Plaintiffs' Interim Co-Lead Counsel*
27
28

STIPULATION AND [~~PROPOSED~~] ORDER     3           Case No. C-12-md-2330-EMC

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

| | |
|---|---|
| 1 | By: */s/ Tyler G. Newby* |
| 2 | Tyler G. Newby (CSB No. 205790)<br>tnewby@fenwick.com |
| 3 | Jennifer J. Johnson (CSB No. 252897)<br>jjjohnson@fenwick.com |
| 4 | FENWICK & WEST LLP<br>555 California Street, 12th Floor |
| 5 | San Francisco, CA 94104<br>Ph: (415) 875-2300 |
| 6 | Fax: (415) 281-1350 |

Rodger R. Cole (CSB No. 178865)
rcole@fenwick.com
Molly R. Melcher (CSB No. 272950)
mmelcher@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Ph:   (650) 988-8500
Fax:  (650) 938-5200

*Attorneys for Defendant Carrier IQ, Inc.*

By:  */s/ Rosemarie T. Ring*
Rosemarie T. Ring (SBN 220769)
Rose.Ring@mto.com
Jonathan H. Blavin (SBN 230269)
Jonathan.Blavin@mto.com
Bryan H. Heckenlively (SBN 279140)
Bryan.Heckenlively@mto.com
MUNGER, TOLLES & OLSON, LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA  94105-2907
Phone: (415) 512-4000
Fax: (415) 512-4077

Henry Weissmann (SBN 132418)
Henry.Weissmann@mto.com
MUNGER, TOLLES & OLSON, LLP
355 South Grand Avenue,
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

*Attorneys for Defendant HTC America, Inc.*

By: */s Simon J. Frankel*
Simon J. Frankel
sfrankel@cov.com
Mali B. Friedman
mfriedman@cov.com
COVINGTON & BURLING LLP
1 Front St., 35th Floor
San Francisco, CA 94111
Phone: (415) 591-6000
Fax: (415) 591-6091

*Attorneys for Defendant Huawei Devices USA, Inc.*

By: */s/ James Donato*
James Donato (SBN (146140)
jdonato@shearman.com
SHEARMAN & STERLING LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111-5994
Phone: (415) 616-1100
Fax:(415) 616-1199

*Attorneys for Defendant LG Electronics MobileComm U.S.A., Inc.*

By: */s/ Norman K. Beck*
Peter C. McCabe III
pmccabe@winston.com
Norman K. Beck
nbeck@winston.com
Scott T. Sakiyama
ssakiyama@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Phone: (312) 558-5600
Fax:    (312) 558-5700

Richard A. Lapping (SBN: 107496)
rlapping@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone: (415) 591-1000
Facsimile:   (415) 591-1400

*Attorneys for Defendant Motorola Mobility LLC*

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

By: */s/ Wayne M. Helge*
Wayne M. Helge
whelge@park-law.com
H.C. Park & Associates, PLC
8500 Leesburg Pike, Suite 7500
Vienna, VA 22182
Phone: (703) 288-5105
Fax: (703) 288-5139

*Attorneys for Defendant Pantech Wireless, Inc.*

By: */s/ Lance A. Etcheverry*
Lance A. Etcheverry
lance.etcheverry@skadden.com
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Phone:     (213) 687-5000
Fax:(213) 687-5600

*Attorneys for Defendant Samsung Telecommunications America, LLC*

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Tyler G. Newby, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF TIME FOR DEFENDANTS TO FILE MOTION(S) TO COMPEL ARBITRATION AND REGARDING A BRIEFING SCHEDULE.** In compliance with General Order 45.X.B, I hereby attest that all signatories have concurred in this filing.

Dated:   October 8, 2012         */s/ Tyler G. Newby*
Tyler G. Newby (CSB No. 205790)
tnewby@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Ph: (415) 875-2300
Fax: (415) 281-1350

**[PROPOSED] ORDER**

Pursuant to stipulation, it is SO ORDERED.



Dated:  October 10, 2012

Honorable Edward M. Chen
United States District Judge