Steve W. Berman (Pro Hac Vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

Bruce L. Simon (SBN 96241)
PEARSON SIMON WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008
bsimon@pswplaw.com

*Plaintiffs' Interim Co-Lead Counsel*

[*Additional Counsel listed on Signature Page*]

RODGER R. COLE (CSB No. 178865)
rcole@fenwick.com
MOLLY R. MELCHER
(CSB No. 272950)
mmelcher@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:  650.988.8500
Facsimile:  650.938.5200

TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
JENNIFER J. JOHNSON
(CSB No. 252897)
jjjohnson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile:  415.281.1350

*Attorneys for Defendant
Carrier IQ, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Carrier IQ, Inc. Consumer Privacy Litigation*<br><br>[This Document Relates to All Cases] | Case No. C-12-md-2330-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

## STIPULATION

This Stipulation and [Proposed] Order is entered into by and between Plaintiffs' Interim Co-Lead Counsel and Defendants' counsel (collectively, the "Parties") as follows:

WHEREAS, a further Case Management Conference is currently scheduled for October 26, 2012, at 10:30 a.m. (Dkt. No. 99);

WHEREAS, the last day for the Parties to file a Joint Case Management Conference statement is October 19, 2012 (Dkt. No. 99);

STIPULATION AND [PROPOSED] ORDER       1       Case No. C-12-md-2330-EMC

1   WHEREAS, the last day for Defendants to file their Motion(s) to Compel Arbitration has been continued from October 11, 2012 to November 6, 2012 (Dkt. No. 117);

2   WHEREAS, the last day for Plaintiffs to serve arbitration-related discovery, if any, is November 20, 2012 (Dkt. No. 117);

3   WHEREAS, the Parties have met and conferred and agreed that, in light of the extension of the arbitration-related deadlines, good cause exists to continue the further Case Management Conference until after Defendants have filed their Motion(s) to Compel Arbitration;

4   WHEREAS, the Parties have agreed that the further Case Management Conference, currently set for October 26, 2012, at 10:30 a.m., should be continued to November 30, 2012, at 10:30 a.m., and date for the parties to submit a Joint Case Management Conference statement should be continued from October 19, 2012, to November 19, 2012;

NOW THEREFORE, the Parties, by and through their respective counsel of record, hereby stipulate, subject to Court approval, as follows:

1.  The further Case Management Conference currently scheduled for October 26, 2012, at 10:30 a.m., is continued to November 30, 2012, at 10:30 a.m.; and

2.  The deadline for the parties to file a Joint Case management Conference statement is continued from October 19, 2012 to November 19, 2012.

IT IS SO STIPULATED.

Dated:   October 17, 2012              By:   */s/ Steve W. Berman*
                                       STEVE W. BERMAN
                                       HAGENS BERMAN SOBOL SHAPIRO LLP
                                       Robert F. Lopez (Pro Hac Vice)
                                       Thomas E. Loeser (202724)
                                       HAGENS BERMAN SOBOL SHAPIRO LLP
                                       1918 Eighth Avenue, Suite 3300
                                       Seattle, WA 98101
                                       Telephone: (206) 623-7292
                                       Facsimile:  (206) 623-0594
                                       steve@hbsslaw.com
                                       robl@hbsslaw.com
                                       toml@hbsslaw.com

                                       Jeff D. Friedman (173886)
                                       Shana E. Scarlett (217895)
                                       HAGENS BERMAN SOBOL SHAPIRO LLP
                                       715 Hearst Avenue, Suite 202

Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

By: */s/ Daniel L. Warshaw*
Daniel L. Warshaw (SBN 185365)
PEARSON SIMON WARSHAW & PENNY, LLP
15165 Ventura Blvd., Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile:  (818) 788-8104
dwarshaw@pswplaw.com

Bruce L. Simon (SBN 96241)
William J. Newsom (SBN 267643)
44 Montgomery Street, Suite 2450
PEARSON SIMON WARSHAW & PENNY, LLP
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008
bsimon@pswplaw.com
wnewsom@pswplaw.com

*Plaintiffs' Interim Co-Lead Counsel*


By: */s/ Tyler G. Newby*
Tyler G. Newby (CSB No. 205790)
tnewby@fenwick.com
Jennifer J. Johnson (CSB No. 252897)
jjjohnson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Ph: (415) 875-2300
Fax:  (415) 281-1350

Rodger R. Cole (CSB No. 178865)
rcole@fenwick.com
Molly R. Melcher (CSB No. 272950)
mmelcher@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Ph:   (650) 988-8500
Fax:  (650) 938-5200

*Attorneys for Defendant Carrier IQ, Inc.*

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

|   |   |
|---|---|
| 1 | By: */s/ Rosemarie T. Ring* |
| 2 | Rosemarie T. Ring (SBN 220769)<br>Rose.Ring@mto.com |
| 3 | Jonathan H. Blavin (SBN 230269)<br>Jonathan.Blavin@mto.com |
| 4 | Bryan H. Heckenlively (SBN 279140)<br>Bryan.Heckenlively@mto.com |

By: */s/ Rosemarie T. Ring*
   Rosemarie T. Ring (SBN 220769)
   Rose.Ring@mto.com
   Jonathan H. Blavin (SBN 230269)
   Jonathan.Blavin@mto.com
   Bryan H. Heckenlively (SBN 279140)
   Bryan.Heckenlively@mto.com
   MUNGER, TOLLES & OLSON, LLP
   560 Mission Street
   Twenty-Seventh Floor
   San Francisco, CA 94105-2907
   Phone: (415) 512-4000
   Fax: (415) 512-4077

   Henry Weissmann (SBN 132418)
   Henry.Weissmann@mto.com
   MUNGER, TOLLES & OLSON, LLP
   355 South Grand Avenue,
   Thirty-Fifth Floor
   Los Angeles, CA 90071-1560
   Telephone: (213) 683-9100
   Facsimile: (213) 687-3702

   *Attorneys for Defendant HTC America, Inc.*

By: */s Simon J. Frankel*
   Simon J. Frankel
   sfrankel@cov.com
   Mali B. Friedman
   mfriedman@cov.com
   COVINGTON & BURLING LLP
   1 Front St., 35th Floor
   San Francisco, CA 94111
   Phone: (415) 591-6000
   Fax: (415) 591-6091

   *Attorneys for Defendant Huawei Devices USA, Inc.*

By: */s/ James Donato*
   James Donato (SBN (146140)
   jdonato@shearman.com
   SHEARMAN & STERLING LLP
   Four Embarcadero Center, Suite 3800
   San Francisco, CA 94111-5994
   Phone: (415) 616-1100
   Fax:(415) 616-1199

   *Attorneys for Defendant LG Electronics MobileComm U.S.A., Inc.*

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION AND [PROPOSED] ORDER         4         Case No. C-12-md-2330-EMC

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

| | |
|---|---|
| 1 | By: */s/ Norman K. Beck* |
| | Peter C. McCabe III |
| 2 | pmccabe@winston.com |
| | Norman K. Beck |
| 3 | nbeck@winston.com |
| | Scott T. Sakiyama |
| 4 | ssakiyama@winston.com |
| | WINSTON & STRAWN LLP |
| 5 | 35 W. Wacker Drive |
| | Chicago, IL  60601-9703 |
| 6 | Phone: (312) 558-5600 |
| | Fax:    (312) 558-5700 |
| 7 | |
| | Richard A. Lapping (SBN: 107496) |
| 8 | rlapping@winston.com |
| | WINSTON & STRAWN LLP |
| 9 | 101 California Street |
| | San Francisco, CA 94111-5894 |
| 10 | Telephone: (415) 591-1000 |
| | Facsimile:  (415) 591-1400 |
| 11 | |
| | *Attorneys for Defendant Motorola Mobility LLC* |
| 12 | |
| 13 | By:  */s/ Wayne M. Helge* |
| | Wayne M. Helge |
| 14 | whelge@park-law.com |
| | H.C. Park & Associates, PLC |
| 15 | 8500 Leesburg Pike, Suite 7500 |
| | Vienna, VA 22182 |
| 16 | Phone: (703) 288-5105 |
| | Fax: (703) 288-5139 |
| 17 | |
| | *Attorneys for Defendant Pantech Wireless, Inc.* |
| 18 | |
| 19 | By:  */s/ Lance A. Etcheverry* |
| | Lance A. Etcheverry |
| 20 | lance.etcheverry@skadden.com |
| | 300 South Grand Avenue, Suite 3400 |
| 21 | Los Angeles, California 90071 |
| | Phone:     (213) 687-5000 |
| 22 | Fax:(213) 687-5600 |
| 23 | *Attorneys for Defendant Samsung Telecommunications America, LLC* |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Molly R. Melcher, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE.** In compliance with General Order 45.X.B, I hereby attest that all signatories have concurred in this filing.

Dated:   October 17, 2012              */s/ Molly R. Melcher*
                                        Molly R. Melcher

**[PROPOSED] ORDER**

Pursuant to stipulation, it is SO ORDERED.

Dated:   10/19/12

Honorable Edward M. Chen
United States District Judge



STIPULATION AND [PROPOSED] ORDER        6                Case No. C-12-md-2330-EMC