1   Steve W. Berman (Pro Hac Vice)
    HAGENS BERMAN SOBOL SHAPIRO LLP
2   1918 Eighth Avenue, Suite 3300
    Seattle, WA 98101
3   Telephone: (206) 623-7292
    Facsimile:  (206) 623-0594
4   steve@hbsslaw.com

5   Bruce L. Simon (SBN 96241)
    PEARSON SIMON WARSHAW & PENNY, LLP
6   44 Montgomery Street, Suite 2450
    San Francisco, CA 94104
7   Telephone: (415) 433-9000
    Facsimile:  (415) 433-9008
8   bsimon@pswplaw.com

9   *Plaintiffs' Interim Co-Lead Counsel*

10  [*Additional Counsel listed on
    Signature Page*]

11

RODGER R. COLE (CSB No. 178865)
rcole@fenwick.com
MOLLY R. MELCHER
(CSB No. 272950)
mmelcher@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:  650.988.8500
Facsimile:  650.938.5200

TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
JENNIFER J. JOHNSON
(CSB No. 252897)
jjjohnson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:  415.875.2300
Facsimile:  415.281.1350

*Attorneys for Defendant
Carrier IQ, Inc.*

12

13

14

UNITED STATES DISTRICT COURT

15

NORTHERN DISTRICT OF CALIFORNIA

16

SAN FRANCISCO DIVISION

17

18

19  *In re Carrier IQ, Inc. Consumer Privacy
    Litigation*

20  [This Document Relates to All Cases]

21

22

23

Case No. C-12-md-2330-EMC

**SECOND STIPULATION AND
[PROPOSED] ORDER FOR
CONTINUANCE OF TIME FOR
DEFENDANTS TO FILE MOTION(S)
TO COMPEL ARBITRATION AND
REGARDING A BRIEFING
SCHEDULE**

24

25                          **STIPULATION**

26      This Stipulation and [Proposed] Order is entered into by and between Plaintiffs' Interim

27  Co-Lead Counsel and Defendants' counsel (collectively, the "Parties") as follows:

28      WHEREAS, the Court, in its July 16, 2012 Order appointing Interim Co-Lead Counsel

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

(Dkt. No. 100), set August 27, 2012 as the date by which Plaintiffs must file their Consolidated Amended Complaint and October 11, 2012 as the date for Defendants to file their motions to compel arbitration, if any;

WHEREAS, Defendants received from Plaintiffs information sufficient to identify Plaintiffs' wireless phone service providers and account identifiers on August 30, 2012 and, since that time, have worked diligently to obtain copies of Plaintiffs' service agreements and any related arbitration agreements from their wireless phone service carriers;

WHEREAS, as of October 2, 2012, Defendants had not yet received from Plaintiffs' wireless phone service carriers Plaintiffs' service agreements and understood that the wireless phone service carriers were continuing to collect Plaintiffs' wireless phone service agreements;

WHEREAS, on October 8, 2012, the Parties filed a joint stipulation to extend time for Defendants to file their motion(s) to compel arbitration to allow Defendants sufficient time to receive and review Plaintiffs' wireless phone service agreements;

WHEREAS, on October 10, 2012, the Court granted the Parties' joint stipulation to extend time for Defendants to file their motion(s) to compel arbitration from October 11, 2012 to November 6, 2012;

WHEREAS, as of November 1, 2012, Defendants have still not yet received from Plaintiffs' wireless phone service carriers all of Plaintiffs' service agreements and understand that certain wireless phone service carriers are continuing to collect Plaintiffs' wireless phone service agreements, which will be provided within the next week;

WHEREAS, the Parties have met and conferred in good faith regarding an extension of time for Defendants to file their motion(s) to compel arbitration that will allow Defendants sufficient time to receive and review Plaintiffs' wireless phone service agreements; and

WHEREAS, Plaintiffs anticipate serving discovery relating to Plaintiffs' arbitration agreements following the filing of Defendants' motion(s) to compel arbitration;

NOW THEREFORE, the Parties, by and through their respective counsel of record, hereby stipulate, subject to Court approval, as follows:

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    The deadline for Defendants to file their motion(s) to compel arbitration is continued from

2    November 6, 2012 to November 20, 2012;

3    Plaintiffs shall serve arbitration related discovery, if any, no later than December 7, 2012;

4    Defendants, without conceding in this Stipulation that Plaintiffs are entitled to any

5    arbitration related discovery, will serve their responses and objections to Plaintiffs' arbitration-

6    related discovery requests within 30 days of receiving the requests;

7    Plaintiffs' Opposition to Defendants' motion to compel arbitration shall be due within 40

8    days of the completion of arbitration discovery, or denial of any motions to compel arbitration

9    related discovery; and

10    Defendants' Reply, if any, in support of their motion(s) to compel arbitration shall be filed

11    no later than 30 days after the filing of Plaintiffs' Opposition.

12        IT IS SO STIPULATED.

13    Dated:   November 1, 2012              By:___ /s/ Steve W. Berman_____
                                            STEVE W. BERMAN
14                                          HAGENS BERMAN SOBOL SHAPIRO LLP
                                            Robert F. Lopez (Pro Hac Vice)
15                                          Thomas E. Loeser (202724)
                                            HAGENS BERMAN SOBOL SHAPIRO LLP
16                                          1918 Eighth Avenue, Suite 3300
                                            Seattle, WA 98101
17                                          Telephone: (206) 623-7292
                                            Facsimile:  (206) 623-0594
18                                          steve@hbsslaw.com
                                            robl@hbsslaw.com
19                                          toml@hbsslaw.com

20                                          Jeff D. Friedman (173886)
                                            Shana E. Scarlett (217895)
21                                          HAGENS BERMAN SOBOL SHAPIRO LLP
                                            715 Hearst Avenue, Suite 202
22                                          Berkeley, CA 94710
                                            Telephone: (510) 725-3000
23                                          Facsimile: (510) 725-3001
                                            jefff@hbsslaw.com
24                                          shanas@hbsslaw.com

25                                          By:___ /s/ Daniel L. Warshaw_____
                                            Daniel L. Warshaw (SBN 185365)
26                                          PEARSON SIMON WARSHAW & PENNY,
                                            LLP
27                                          15165 Ventura Blvd., Suite 400
                                            Sherman Oaks, CA 91403

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1
2

Telephone: (818) 788-8300
Facsimile:  (818) 788-8104
dwarshaw@pswplaw.com

3
4
5
6
7

Bruce L. Simon (SBN 96241)
William J. Newsom (SBN 267643)
44 Montgomery Street, Suite 2450
PEARSON SIMON WARSHAW & PENNY, LLP
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008
bsimon@pswplaw.com
wnewsom@pswplaw.com

8
9

*Plaintiffs' Interim Co-Lead Counsel*

10

By:  /s/ Tyler G. Newby

11
12
13
14
15

Tyler G. Newby (CSB No. 205790)
tnewby@fenwick.com
Jennifer J. Johnson (CSB No. 252897)
jjjohnson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Ph: (415) 875-2300
Fax:  (415) 281-1350

16
17
18
19
20

Rodger R. Cole (CSB No. 178865)
rcole@fenwick.com
Molly R. Melcher (CSB No. 272950)
mmelcher@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Ph:   (650) 988-8500
Fax:  (650) 938-5200

21
22

*Attorneys for Defendant Carrier IQ, Inc.*

23
24
25
26
27
28

By:   /s/ Rosemarie T. Ring

Rosemarie T. Ring (SBN 220769)
Rose.Ring@mto.com
Jonathan H. Blavin (SBN 230269)
Jonathan.Blavin@mto.com
Bryan H. Heckenlively (SBN 279140)
Bryan.Heckenlively@mto.com
MUNGER, TOLLES & OLSON, LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA  94105-2907

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1  |  Phone: (415) 512-4000
Fax: (415) 512-4077

2

3  |  Henry Weissmann (SBN 132418)
Henry.Weissmann@mto.com
MUNGER, TOLLES & OLSON, LLP
355 South Grand Avenue,
Thirty-Fifth Floor

4

5  |  Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

6

7  |  *Attorneys for Defendant HTC America, Inc.*

8

9  |  By:  */s Simon J. Frankel*
Simon J. Frankel
sfrankel@cov.com

10  |  Mali B. Friedman
mfriedman@cov.com

11  |  COVINGTON & BURLING LLP
1 Front St., 35th Floor

12  |  San Francisco, CA 94111
Phone:  (415) 591-6000

13  |  Fax: (415) 591-6091

14  |  *Attorneys for Defendant Huawei Devices USA, Inc.*

15

16  |  By:  */s/ James Donato*
James Donato (SBN (146140)

17  |  jdonato@shearman.com
SHEARMAN & STERLING LLP

18  |  Four Embarcadero Center, Suite 3800
San Francisco, CA 94111-5994

19  |  Phone:  (415) 616-1100
Fax:(415) 616-1199

20

21  |  *Attorneys for Defendant LG Electronics MobileComm U.S.A., Inc.*

22

23  |  By: */s/ Norman K. Beck*
Peter C. McCabe III
pmccabe@winston.com

24  |  Norman K. Beck
nbeck@winston.com

25  |  Scott T. Sakiyama
ssakiyama@winston.com

26  |  WINSTON & STRAWN LLP
35 W. Wacker Drive

27  |  Chicago, IL  60601-9703
Phone: (312) 558-5600

28

STIPULATION AND [PROPOSED] ORDER          5          Case No. C-12-md-2330-EMC

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1

Fax:     (312) 558-5700

2

Richard A. Lapping (SBN: 107496)
rlapping@winston.com

3

WINSTON & STRAWN LLP
101 California Street

4

San Francisco, CA 94111-5894
Telephone: (415) 591-1000

5

Facsimile:   (415) 591-1400

6

*Attorneys for Defendant Motorola Mobility LLC*

7

8

By:   */s/ Wayne M. Helge*
Wayne M. Helge

9

whelge@park-law.com
H.C. Park & Associates, PLC

10

8500 Leesburg Pike, Suite 7500
Vienna, VA 22182

11

Phone: (703) 288-5105
Fax: (703) 288-5139

12

*Attorneys for Defendant Pantech Wireless, Inc.*

13

14

By:   */s/ Lance A. Etcheverry*
Lance A. Etcheverry

15

lance.etcheverry@skadden.com
300 South Grand Avenue, Suite 3400

16

Los Angeles, California 90071
Phone:       (213) 687-5000

17

Fax:(213) 687-5600

18

*Attorneys for Defendant Samsung
Telecommunications America, LLC*

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER                6                Case No. C-12-md-2330-EMC

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Tyler G. Newby, am the ECF User whose identification and password are being used to

file this **SECOND STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF**

**TIME FOR DEFENDANTS TO FILE MOTION(S) TO COMPEL ARBITRATION AND**

**REGARDING A BRIEFING SCHEDULE.**  In compliance with General Order 45.X.B, I

hereby attest that all signatories have concurred in this filing.

Dated:    November 1, 2012            */s/ Tyler G. Newby*
                                                        Tyler G. Newby (CSB No. 205790)
                                                        tnewby@fenwick.com
                                                        FENWICK & WEST LLP
                                                        555 California Street, 12th Floor
                                                        San Francisco, CA 94104
                                                        Ph: (415) 875-2300
                                                        Fax:  (415) 281-1350


**[PROPOSED] ORDER**



Pursuant to stipulation, it is SO ORDERED.


            November 2, 2012
Dated:_____

                                            Honorable E
                                            United States

IT IS SO ORDERED

Judge Edward M. Chen

STIPULATION AND [PROPOSED] ORDER            7            Case No. C-12-md-2330-EMC