| | |
|---|---|
| Steve W. Berman (Pro Hac Vice) | RODGER R. COLE (CSB No. 178865) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | rcole@fenwick.com |
| 1918 Eighth Avenue, Suite 3300 | MOLLY R. MELCHER |
| Seattle, WA 98101 | (CSB No. 272950) |
| Telephone: (206) 623-7292 | mmelcher@fenwick.com |
| Facsimile: (206) 623-0594 | FENWICK & WEST LLP |
| steve@hbsslaw.com | Silicon Valley Center |
| | 801 California Street |
| Bruce L. Simon (SBN 96241) | Mountain View, CA 94041 |
| PEARSON SIMON WARSHAW & PENNY, LLP | Telephone: 650.988.8500 |
| 44 Montgomery Street, Suite 2450 | Facsimile: 650.938.5200 |
| San Francisco, CA 94104 | |
| Telephone: (415) 433-9000 | TYLER G. NEWBY (CSB No. 205790) |
| Facsimile: (415) 433-9008 | tnewby@fenwick.com |
| bsimon@pswplaw.com | JENNIFER J. JOHNSON |
| | (CSB No. 252897) |
| *Plaintiffs' Interim Co-Lead Counsel* | jjjohnson@fenwick.com |
| | FENWICK & WEST LLP |
| [*Additional Counsel listed on Signature Page*] | 555 California Street, 12th Floor |
| | San Francisco, CA 94104 |
| | Telephone: 415.875.2300 |
| | Facsimile: 415.281.1350 |
| | |
| | *Attorneys for Defendant Carrier IQ, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Carrier IQ, Inc. Consumer Privacy Litigation* | Case No. C-12-md-2330-EMC |
| | **STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS FOR MOTION TO COMPEL ARBITRATION BRIEFING** |
| [This Document Relates to All Cases] | |

## **STIPULATION**

This Stipulation and [Proposed] Order is entered into by and between Plaintiffs' Interim

Co-Lead Counsel and Defendants' counsel (collectively, the "Parties") as follows:

WHEREAS, the Parties met and conferred and agreed that the page limits provided in

Northern District of California Local Rules 7-2 and 7-3 for the Consolidated Motion to Compel

STIPULATION AND [PROPOSED] ORDER            1            Case No. C-12-md-2330-EMC

Arbitration Briefing should be expanded to account for the Defendants' consolidated briefing;

WHEREAS, the Parties have agreed that Defendants' Consolidated Motion to Compel Arbitration is expanded from 25 to 40 pages, exclusive of Defendants' signature blocks;

WHEREAS, the Parties have agreed that Plaintiffs' Opposition to Defendants' Consolidated Motion to Compel Arbitration is expanded from 25 to 45 pages, exclusive of Plaintiffs' signature blocks;

WHEREAS, the Parties have agreed that Defendants' Reply in Support of the Consolidated Motion to Compel Arbitration is expanded from 15 to 25 pages, exclusive of Defendants' signature blocks;

NOW THEREFORE, the Parties, by and through their respective counsel of record, hereby stipulate, subject to Court approval, as follows:

1. The page limit for Defendants' Consolidated Motion to Compel Arbitration is expanded from 25 to 40 pages, exclusive of Defendants' signature blocks;

2. The page limit for Plaintiffs' Opposition to Defendants' Consolidated Motion to Compel Arbitration is expanded from 25 to 45 pages, exclusive of Plaintiffs' signature blocks; and

3. The page limit for Defendants' Reply in Support of the Consolidated Motion to Compel Arbitration is expanded from 15 to 25 pages, exclusive of Defendants' signature blocks.

IT IS SO STIPULATED.

Dated:   November 16, 2012

By:   */s/ Steve W. Berman*
STEVE W. BERMAN
HAGENS BERMAN SOBOL SHAPIRO LLP
Robert F. Lopez (Pro Hac Vice)
Thomas E. Loeser (202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com
toml@hbsslaw.com

Jeff D. Friedman (173886)
Shana E. Scarlett (217895)

|   |   |
|---|---|
| 1 | HAGENS BERMAN SOBOL SHAPIRO LLP |
|   | 715 Hearst Avenue, Suite 202 |
| 2 | Berkeley, CA 94710 |
|   | Telephone: (510) 725-3000 |
| 3 | Facsimile: (510) 725-3001 |
|   | jefff@hbsslaw.com |
| 4 | shanas@hbsslaw.com |

By:   */s/ Daniel L. Warshaw*
Daniel L. Warshaw (SBN 185365)
PEARSON SIMON WARSHAW & PENNY, LLP
15165 Ventura Blvd., Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile:  (818) 788-8104
dwarshaw@pswplaw.com

Bruce L. Simon (SBN 96241)
William J. Newsom (SBN 267643)
44 Montgomery Street, Suite 2450
PEARSON SIMON WARSHAW & PENNY, LLP
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008
bsimon@pswplaw.com
wnewsom@pswplaw.com

*Plaintiffs' Interim Co-Lead Counsel*

By:  */s/ Tyler G. Newby*
Tyler G. Newby (CSB No. 205790)
tnewby@fenwick.com
Jennifer J. Johnson (CSB No. 252897)
jjjohnson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Ph: (415) 875-2300
Fax:  (415) 281-1350

Rodger R. Cole (CSB No. 178865)
rcole@fenwick.com
Molly R. Melcher (CSB No. 272950)
mmelcher@fenwick.com
FENWICK & WEST LLP
801 California Street

```
                                    Mountain View, CA 94041
                                    Ph:   (650) 988-8500
                                    Fax: (650) 938-5200

                                    Attorneys for Defendant Carrier IQ, Inc.


                              By:   /s/ Rosemarie T. Ring
                                    Rosemarie T. Ring (SBN 220769)
                                    Rose.Ring@mto.com
                                    Jonathan H. Blavin (SBN 230269)
                                    Jonathan.Blavin@mto.com
                                    Bryan H. Heckenlively (SBN 279140)
                                    Bryan.Heckenlively@mto.com
                                    MUNGER, TOLLES & OLSON, LLP
                                    560 Mission Street
                                    Twenty-Seventh Floor
                                    San Francisco, CA  94105-2907
                                    Phone: (415) 512-4000
                                    Fax: (415) 512-4077

                                    Henry Weissmann (SBN 132418)
                                    Henry.Weissmann@mto.com
                                    MUNGER, TOLLES & OLSON, LLP
                                    355 South Grand Avenue,
                                    Thirty-Fifth Floor
                                    Los Angeles, CA  90071-1560
                                    Telephone:  (213) 683-9100
                                    Facsimile:   (213) 687-3702

                                    Attorneys for Defendant HTC America, Inc.


                              By:   /s Simon J. Frankel
                                    Simon J. Frankel
                                    sfrankel@cov.com
                                    Mali B. Friedman
                                    mfriedman@cov.com
                                    COVINGTON & BURLING LLP
                                    1 Front St., 35th Floor
                                    San Francisco, CA 94111
                                    Phone:  (415) 591-6000
                                    Fax: (415) 591-6091

                                    Attorneys for Defendant Huawei Devices USA,
                                    Inc.


                              By:   /s/ James Donato
                                    James Donato (SBN (146140)
                                    jdonato@shearman.com
                                    SHEARMAN & STERLING LLP
                                    Four Embarcadero Center, Suite 3800
                                    San Francisco, CA 94111-5994
```

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

|     |     |
| --- | --- |
| 1   | Phone:  (415) 616-1100 |
| 2   | Fax:(415) 616-1199 |
| 3   | *Attorneys for Defendant LG Electronics MobileComm U.S.A., Inc.* |
| 4   |     |
| 5   | By:  */s/ Norman K. Beck* |
|     | Peter C. McCabe III |
| 6   | pmccabe@winston.com |
|     | Norman K. Beck |
| 7   | nbeck@winston.com |
|     | Scott T. Sakiyama |
| 8   | ssakiyama@winston.com |
|     | WINSTON & STRAWN LLP |
| 9   | 35 W. Wacker Drive |
|     | Chicago, IL  60601-9703 |
| 10  | Phone: (312) 558-5600 |
|     | Fax:     (312) 558-5700 |

Richard A. Lapping (SBN: 107496)
rlapping@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone: (415) 591-1000
Facsimile:   (415) 591-1400

*Attorneys for Defendant Motorola Mobility LLC*

By:  */s/ Wayne M. Helge*
Wayne M. Helge
whelge@park-law.com
H.C. Park & Associates, PLC
1894 Preston White Drive
Reston, VA 20191
Phone: (703) 288-5105
Fax: (703) 288-5139

*Attorneys for Defendant Pantech Wireless, Inc.*

By:  */s/ Lance A. Etcheverry*
Lance A. Etcheverry
lance.etcheverry@skadden.com
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Phone:      (213) 687-5000
Fax:(213) 687-5600

*Attorneys for Defendant Samsung Telecommunications America, LLC*

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION AND [PROPOSED] ORDER     5     Case No. C-12-md-2330-EMC

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Tyler G. Newby, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS FOR MOTION TO COMPEL ARBITRATION BRIEFING.** In compliance with General Order 45.X.B, I hereby attest that all signatories have concurred in this filing.

Dated: November 16, 2012

*/s/ Tyler G. Newby*
Tyler G. Newby (CSB No. 205790)
tnewby@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Ph: (415) 875-2300
Fax: (415) 281-1350

**[PROPOSED] ORDER**

Pursuant to stipulation, it is SO ORDERED.

Dated: 11/19/12



IT IS SO ORDERED
Judge Edward M. Chen

Honorable
United

STIPULATION AND [PROPOSED] ORDER    6    Case No. C-12-md-2330-EMC