UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE<br><br>CARRIER IQ, INC.,<br>CONSUMER PRIVACY LITIGATION | Case No. 3:12-md-02330-EMC<br><br>**DECLARATION OF SCOTT WILLIAMSON IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION** |

I, Scott Williamson, declare as follows:

1. The following facts are of my own personal knowledge, and if called as a witness I could and would testify competently as to their truth.

2. I am employed by AT&T Mobility LLC ("ATTM") as Director of Sales Operations. I am familiar with the policies and procedures by which ATTM company-owned retail stores give customers copies of their wireless service agreements, including the terms and conditions of those agreements.

3. I have been informed that plaintiffs in this lawsuit purchased cellular phones from ATTM company-owned retail stores in October and November 2011. As a matter of ATTM's policy and routine practice, a customer who entered into a wireless service agreement for postpaid service at an ATTM company-owned retail store during that period was given during the transaction, among other things, his or her Customer Service Summary containing the wireless service agreement.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of October 2012 at Atlanta, GA.

Scott Williamson