| | |
|---|---|
| Steve W. Berman (Pro Hac Vice)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile:  (206) 623-0594<br>steve@hbsslaw.com<br><br>Bruce L. Simon (SBN 96241)<br>PEARSON SIMON WARSHAW & PENNY, LLP<br>44 Montgomery Street, Suite 2450<br>San Francisco, CA 94104<br>Telephone: (415) 433-9000<br>Facsimile:  (415) 433-9008<br>bsimon@pswplaw.com<br><br>*Plaintiffs' Interim Co-Lead Counsel*<br><br>[*Additional Counsel listed on Signature Page*] | RODGER R. COLE (CSB No. 178865)<br>rcole@fenwick.com<br>MOLLY R. MELCHER<br>(CSB No. 272950)<br>mmelcher@fenwick.com<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA  94041<br>Telephone:  650.988.8500<br>Facsimile:  650.938.5200<br><br>TYLER G. NEWBY (CSB No. 205790)<br>tnewby@fenwick.com<br>JENNIFER J. JOHNSON<br>(CSB No. 252897)<br>jjjohnson@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Telephone: 415.875.2300<br>Facsimile:  415.281.1350<br><br>*Attorneys for Defendant<br>Carrier IQ, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Carrier IQ, Inc. Consumer Privacy Litigation*<br><br>[This Document Relates to All Cases] | Case No. 3:12-md-2330-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING JOINT DISCOVERY LETTER BRIEF**<br><br>Date:    N/A<br>Time:    N/A<br>Place:   Courtroom 5, 17th Floor<br>Judge:    Hon. Edward M. Chen |

## **STIPULATION**

This Stipulation and [Proposed] Order is entered into by and between Plaintiffs' Interim Co-Lead Counsel and Defendants' counsel (collectively, the "Parties") as follows:

WHEREAS, on February 14, 2013, the Parties filed a Further Joint Status Report stating that the Parties anticipate filing discovery motions in the form of joint letter briefs no later than March 18, 2013 (Dkt. No. 147);

WHEREAS, on March 11, 2013, counsel for the undersigned parties met-and-conferred regarding Plaintiffs' discovery requests, Defendants' responses and objections to Plaintiffs' discovery requests, and the permissible scope of arbitration-related discovery. Counsel from the West Coast met and conferred in person in San Francisco, and counsel located in Chicago and the Washington, D.C. area participated telephonically;

WHEREAS, the Parties anticipate that they will be unable to reach agreement as to Plaintiffs' requests for arbitration-related discovery, but are continuing to meet and confer in an attempt to reach a resolution and narrow the issues in dispute;

WHEREAS, in compliance with the Court's Civil Standing Order on Discovery, the Parties anticipate filing a Joint Letter Brief seeking the Court's assistance with resolving their disputes on March 21, 2013;

WHEREAS, the Parties propose filing a single consolidated Joint Letter Brief on behalf of all Parties, rather than filing separate letter briefs concerning the discovery requests issued to each Defendant;

WHEREAS, the Parties propose that the page limit for the consolidated Joint Letter Brief be expanded from three (3) pages to no more than ten (10) pages, exclusive of the Parties' signature blocks, to accommodate the discovery disputes between Plaintiffs and each of the seven Defendants;

NOW THEREFORE, the Parties, by and through their respective counsel of record, hereby stipulate, subject to Court approval, as follows:

1. The Parties shall file one consolidated Joint Letter Brief on behalf of all Parties on March 21, 2013; and

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

2. The page limit for the Joint Letter Brief is expanded from three (3) to no more than ten (10) pages, exclusive of the Parties' signature blocks.

IT IS SO STIPULATED.

Dated: March 12, 2013

By: /s/ Steve W. Berman
STEVE W. BERMAN (Pro Hac Vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
Robert F. Lopez (Pro Hac Vice)
Thomas E. Loeser (202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com
toml@hbsslaw.com

Jeff D. Friedman (173886)
Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

By: /s/ Daniel L. Warshaw
Daniel L. Warshaw (SBN 185365)
PEARSON SIMON WARSHAW & PENNY, LLP
15165 Ventura Blvd., Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
dwarshaw@pswplaw.com

Bruce L. Simon (SBN 96241)
William J. Newsom (SBN 267643)
44 Montgomery Street, Suite 2450
PEARSON SIMON WARSHAW & PENNY, LLP
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pswplaw.com
wnewsom@pswplaw.com

*Plaintiffs' Interim Co-Lead Counsel*

By: /s/ Tyler G. Newby
Tyler G. Newby (CSB No. 205790)

tnewby@fenwick.com
Jennifer J. Johnson (CSB No. 252897)
jjjohnson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Ph: (415) 875-2300
Fax: (415) 281-1350

Rodger R. Cole (CSB No. 178865)
rcole@fenwick.com
Molly R. Melcher (CSB No. 272950)
mmelcher@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Ph:   (650) 988-8500
Fax:  (650) 938-5200

*Attorneys for Defendant Carrier IQ, Inc.*

By:  */s/ Rosemarie T. Ring*
Rosemarie T. Ring (SBN 220769)
Rose.Ring@mto.com
Jonathan H. Blavin (SBN 230269)
Jonathan.Blavin@mto.com
Bryan H. Heckenlively (SBN 279140)
Bryan.Heckenlively@mto.com
MUNGER, TOLLES & OLSON, LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA  94105-2907
Phone: (415) 512-4000
Fax: (415) 512-4077

Henry Weissmann (SBN 132418)
Henry.Weissmann@mto.com
MUNGER, TOLLES & OLSON, LLP
355 South Grand Avenue,
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

*Attorneys for Defendant HTC America, Inc.*

1  By: /s Simon J. Frankel
   Simon J. Frankel
2  sfrankel@cov.com
   Mali B. Friedman
3  mfriedman@cov.com
   COVINGTON & BURLING LLP
4  1 Front St., 35th Floor
   San Francisco, CA 94111
5  Phone: (415) 591-6000
   Fax: (415) 591-6091

6
   *Attorneys for Defendant Huawei Devices USA,*
7  *Inc.*

8  By: /s/ James Donato
   James Donato (SBN (146140)
9  jdonato@shearman.com
   SHEARMAN & STERLING LLP
10 Four Embarcadero Center, Suite 3800
   San Francisco, CA 94111-5994
11 Phone: (415) 616-1100
   Fax:(415) 616-1199

12
   *Attorneys for Defendant LG Electronics*
13 *MobileComm U.S.A., Inc.*

14
   By: /s/ Norman K. Beck
15 Peter C. McCabe III
   pmccabe@winston.com
16 Norman K. Beck
   nbeck@winston.com
17 Scott T. Sakiyama
   ssakiyama@winston.com
18 WINSTON & STRAWN LLP
   35 W. Wacker Drive
19 Chicago, IL 60601-9703
   Phone: (312) 558-5600
20 Fax:    (312) 558-5700

21 Krista M. Enns (SBN 206430)
   kenns@winston.com
22 WINSTON & STRAWN LLP
   101 California Street
23 San Francisco, CA 94111-5894
   Telephone: (415) 591-1000
24 Facsimile:  (415) 591-1400

25 *Attorneys for Defendant Motorola Mobility LLC*

26
   By: /s/ Wayne M. Helge
27 Wayne M. Helge
   whelge@park-law.com
28 H.C. Park & Associates, PLC
   1894 Preston White Drive

|   |   |
|---|---|
| 1 | Reston, VA 20191 |
| 2 | Phone: (703) 288-5105<br>Fax: (703) 288-5139 |
| 3 | *Attorneys for Defendant Pantech Wireless, Inc.* |

By: */s/ Lance A. Etcheverry*
Lance A. Etcheverry
lance.etcheverry@skadden.com
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Phone:     (213) 687-5000
Fax:(213) 687-5600

*Attorneys for Defendant Samsung Telecommunications America, LLC*

**ATTESTATION**

1. I, Tyler G. Newby, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER REGARDING JOINT DISCOVERY LETTER BRIEF.** In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: March 12, 2013

*/s/ Tyler G. Newby*
Tyler G. Newby (CSB No. 205790)
tnewby@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Ph: (415) 875-2300
Fax: (415) 281-1350

**[PROPOSED] ORDER**

Pursuant to stipulation, it is SO ORDERED.

Dated: 3/14/13

Honorable Edward M. Chen

IT IS SO ORDERED
Judge Edward M. Chen

STIPULATION AND [PROPOSED] ORDER     6     Case No. 3:12-md-2330-EMC