1  Michael W. Sobol (CA State Bar No. 194857)
   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
2  275 Battery Street, 30th Floor
   San Francisco, CA  94111-3339
3  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
4  msobol@lchb.com

5  *Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| Michael Allan, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARRIER IQ, INC., a Delaware corporation; HTC CORPORATION, a Taiwan corporation; HTC AMERICA, INC., a Washington corporation; and DOES 1–100,<br><br>Defendants. | Case No. 3:12-md-02330-EMC<br><br>**NOTICE OF WITHDRAWAL OF EDUARDO E. SANTACANA** |

PLEASE TAKE NOTICE THAT in the above-captioned litigation, Eduardo E. Santacana hereby withdraws as counsel for Plaintiff Michael Allan and the proposed class. Attorney Santacana is no longer with the law firm of Lieff Cabraser Heimann & Bernstein, LLP.

1083783.1

NOTICE OF WITHDRAWAL OF EDUARDO E. SANTACANA
CASE NO3:12-MD-02330-EMC

1  The firm of Lieff Cabraser Heimann & Bernstein, LLP, continues to represent Plaintiff in this
2  matter.

4  Dated:  March 15, 2013                Respectfully submitted,

   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

   By:   */s/ Michael W. Sobol*

   Michael W. Sobol (State Bar No. 194857)
   275 Battery Street, 29th Floor
   San Francisco, CA  94111-3339
   Telephone:    (415) 956-1000
   Facsimile:     (415) 956-1008
   *msobol@lchb.com*

   *Attorneys for Plaintiff Michael Allan*