Steve W. Berman (Pro Hac Vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

Bruce L. Simon (SBN 96241)
PEARSON SIMON WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008
bsimon@pswplaw.com

*Plaintiffs' Interim Co-Lead Counsel*

[*Additional Counsel listed on Signature Page*]

RODGER R. COLE (CSB No. 178865)
rcole@fenwick.com
MOLLY R. MELCHER
(CSB No. 272950)
mmelcher@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:  650.988.8500
Facsimile:   650.938.5200

TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
JENNIFER J. JOHNSON
(CSB No. 252897)
jjjohnson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:  415.875.2300
Facsimile:   415.281.1350

*Attorneys for Defendant
Carrier IQ, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Carrier IQ, Inc. Consumer Privacy Litigation*<br><br>[This Document Relates to All Cases] | Case No. 3:12-md-2330-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:   May 16, 2013<br>Time:   10:30 a.m.<br>Place:  Courtroom 5, 17th Floor<br>Judge:  Hon. Edward M. Chen |

**STIPULATION**

This Stipulation and [Proposed] Order is entered into by and between Plaintiffs' Interim Co-Lead Counsel and Defendants' counsel (collectively, the "Parties") as follows:

WHEREAS, pursuant to the Clerk's Notice Vacating Hearing Date on Motion to Compel Arbitration and Setting CMC (Dkt. No. 148), a Case Management Conference is currently scheduled for May 16, 2013, at 10:30 a.m., and the deadline for the Parties to file a Case Management Statement is May 9, 2013;

WHEREAS, on April 11, 2013, the Parties filed a Joint Status Letter regarding the ongoing status of arbitration-related discovery wherein they agreed to provide this Court with a further update no later than June 6, 2013 (Dkt. No. 158);

WHEREAS, on April 22, 2013, Plaintiffs propounded a set of interrogatories regarding both unconscionability and scope issues on each Defendant, with the exception of Motorola Mobility LLC, which has not moved to compel arbitration;

WHEREAS, the deadline for Defendants to serve their objections and responses to the interrogatories is May 28, 2013;

WHEREAS, following service of Defendants' objections and responses to the interrogatories, the Parties will engage in further meet-and-confer efforts as necessary;

WHEREAS, in light of the status of the arbitration-related discovery, the Parties propose to continue the deadline to file the Case Management Statement from May 9, 2013, to June 6, 2013, and to continue the Case Management Conference currently scheduled for May 16, 2013, at 10:30 a.m., to June 20, 2013, at 10:30 a.m., or a date and time available with the Court following the resolution of arbitration-related discovery;

NOW THEREFORE, the Parties, by and through their respective counsel of record, hereby stipulate, subject to Court approval, as follows:

1. The deadline for the Parties to file the Case Management Statement currently set for May 9, 2013, is continued to June 6, 2013; and

2. The Case Management Conference scheduled for May 16, 2013, at 10:30 a.m., is continued to June 20, 2013, at 10:30 a.m., or a date and time available with the Court following

STIPULATION AND [PROPOSED] ORDER     1     Case No. 3:12-md-2330-EMC

the resolution of arbitration-related discovery.

    IT IS SO STIPULATED.

Dated:    May 8, 2013

By:   */s/ Steve W. Berman*
Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
Robert F. Lopez (*pro hac vice*)
Thomas E. Loeser (202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com
toml@hbsslaw.com

By:   */s/ Daniel L. Warshaw*
Daniel L. Warshaw (SBN 185365)
PEARSON SIMON & WARSHAW, LLP
15165 Ventura Blvd., Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile:  (818) 788-8104
dwarshaw@pswlaw.com

Bruce L. Simon (SBN 96241)
William J. Newsom (SBN 267643)
44 Montgomery Street, Suite 2450
PEARSON SIMON & WARSHAW, LLP
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008
bsimon@pswlaw.com
wnewsom@pswlaw.com

*Plaintiffs' Interim Co-Lead Counsel*

By: */s/ Tyler G. Newby*
Tyler G. Newby (CSB No. 205790)
tnewby@fenwick.com
Jennifer J. Johnson (CSB No. 252897)
jjjohnson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Ph: (415) 875-2300
Fax: (415) 281-1350

Rodger R. Cole (CSB No. 178865)
rcole@fenwick.com
Molly R. Melcher (CSB No. 272950)
mmelcher@fenwick.com

STIPULATION AND [PROPOSED] ORDER    2    Case No. 3:12-md-2330-EMC

FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Ph:   (650) 988-8500
Fax: (650) 938-5200

*Attorneys for Defendant Carrier IQ, Inc.*

By:  */s/ Rosemarie T. Ring*
Rosemarie T. Ring (SBN 220769)
Rose.Ring@mto.com
Jonathan H. Blavin (SBN 230269)
Jonathan.Blavin@mto.com
Bryan H. Heckenlively (SBN 279140)
Bryan.Heckenlively@mto.com
MUNGER, TOLLES & OLSON, LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA  94105-2907
Phone: (415) 512-4000
Fax: (415) 512-4077

Henry Weissmann (SBN 132418)
Henry.Weissmann@mto.com
MUNGER, TOLLES & OLSON, LLP
355 South Grand Avenue,
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

*Attorneys for Defendant HTC America, Inc.*

By:  */s Simon J. Frankel*
Simon J. Frankel
sfrankel@cov.com
Mali B. Friedman
mfriedman@cov.com
COVINGTON & BURLING LLP
1 Front St., 35th Floor
San Francisco, CA 94111
Phone:  (415) 591-6000
Fax: (415) 591-6091

*Attorneys for Defendant Huawei Devices USA, Inc.*

By:  */s/ James Donato*
James Donato (SBN (146140)
jdonato@shearman.com
SHEARMAN & STERLING LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111-5994
Phone:  (415) 616-1100

```
                                    Fax:(415) 616-1199

                                    Attorneys for Defendant LG Electronics
                                    MobileComm U.S.A., Inc.


                             By:    /s/ Wayne M. Helge
                                    Wayne M. Helge
                                    whelge@park-law.com
                                    H.C. Park & Associates, PLC
                                    1894 Preston White Drive
                                    Reston, VA 20191
                                    Phone: (703) 288-5105
                                    Fax: (703) 288-5139

                                    Attorneys for Defendant Pantech Wireless, Inc.

                             By:    /s/ Lance A. Etcheverry
                                    Lance A. Etcheverry
                                    lance.etcheverry@skadden.com
                                    SKADDEN ARPS, SLATE, MEAGHER &
                                    FLOM LLP & Affiliates
                                    300 South Grand Avenue, Suite 3400
                                    Los Angeles, California 90071
                                    Phone:    (213) 687-5000
                                    Fax:(213) 687-5600

                                    Attorneys for Defendant Samsung
                                    Telecommunications America, LLC

                             By:    /s/ Norman K. Beck
                                    Peter C. McCabe III
                                    pmccabe@winston.com
                                    Norman K. Beck
                                    nbeck@winston.com
                                    Scott T. Sakiyama
                                    ssakiyama@winston.com
                                    WINSTON & STRAWN LLP
                                    35 W. Wacker Drive
                                    Chicago, IL 60601-9703
                                    Phone: (312) 558-5600
                                    Fax:    (312) 558-5700

                                    Krista M. Enns (SBN 206430)
                                    kenns@winston.com
                                    WINSTON & STRAWN LLP
                                    101 California Street
                                    San Francisco, CA 94111-5894
                                    Telephone: (415) 591-1000
                                    Facsimile:  (415) 591-1400

                                    Attorneys for Defendant Motorola Mobility LLC
```

STIPULATION AND [PROPOSED] ORDER     4     Case No. 3:12-md-2330-EMC

## ATTESTATION

I, Tyler G. Newby, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE.** In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: May 8, 2013

*/s/ Tyler G. Newby*
Tyler G. Newby (CSB No. 205790)
tnewby@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Ph: (415) 875-2300
Fax: (415) 281-1350

## [~~PRO~~POSED] ORDER

Pursuant to stipulation, it is SO ORDERED.

Dated: 5/10/13

Honorable Edward M. Chen
United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

STIPULATION AND [PROPOSED] ORDER        5        Case No. 3:12-md-2330-EMC