| | |
|---|---|
| Steve W. Berman (Pro Hac Vice)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile:  (206) 623-0594<br>steve@hbsslaw.com<br><br>Bruce L. Simon (SBN 96241)<br>PEARSON SIMON & WARSHAW, LLP<br>44 Montgomery Street, Suite 2450<br>San Francisco, CA 94104<br>Telephone: (415) 433-9000<br>Facsimile:  (415) 433-9008<br>bsimon@pswplaw.com<br><br>*Plaintiffs' Interim Co-Lead Counsel*<br><br>[*Additional Counsel listed on Signature Page*] | RODGER R. COLE (CSB No. 178865)<br>rcole@fenwick.com<br>MOLLY R. MELCHER<br>(CSB No. 272950)<br>mmelcher@fenwick.com<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA  94041<br>Telephone:  650.988.8500<br>Facsimile:  650.938.5200<br><br>TYLER G. NEWBY (CSB No. 205790)<br>tnewby@fenwick.com<br>JENNIFER J. JOHNSON<br>(CSB No. 252897)<br>jjjohnson@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Telephone:  415.875.2300<br>Facsimile:   415.281.1350<br><br>*Attorneys for Defendant*<br>*Carrier IQ, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Carrier IQ, Inc. Consumer Privacy Litigation*<br><br>[This Document Relates to All Cases] | Case No. 3:12-md-2330-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:     June 20, 2013<br>Time:    10:30 a.m.<br>Place:   Courtroom 5, 17th Floor<br>Judge:   Hon. Edward M. Chen |

**STIPULATION**

This Stipulation and [Proposed] Order is entered into by and between Plaintiffs' Interim Co-Lead Counsel and Defendants' counsel (collectively, the "Parties") as follows:

WHEREAS, pursuant to the Stipulation and Order to Continue Case Management Conference entered by the Court on May 10, 2013 (Dkt. No. 160), a Case Management Conference is currently scheduled for June 20, 2013, at 10:30 a.m., and the deadline for the Parties to file a Case Management Statement is June 13, 2013;

WHEREAS, on June 6, 2013, the Parties filed a Status Report Re: Arbitration-Related Discovery (Dkt. No. 161);

WHEREAS, following service of Defendants' objections and responses to interrogatories propounded by the plaintiffs, the Parties are engaged in further meet-and-confer efforts and intend to bring any disputes to the Court's attention promptly;

WHEREAS, in light of the status of the arbitration-related discovery, the Parties propose to continue the Case Management Conference currently scheduled for June 20, 2013, at 10:30 a.m., to August 22, 2013, at 10:30 a.m., and to continue the deadline to file the Case Management Statement from June 13, 2013, to August 15, 2013;

NOW THEREFORE, the Parties, by and through their respective counsel of record, hereby stipulate, subject to Court approval, as follows:

1. The Case Management Conference scheduled for June 20, 2013, at 10:30 a.m., is continued to August 22, 2013, at 10:30 a.m.; and

2. The deadline for the Parties to file the Case Management Statement currently set for June 6, 2013, is continued to August 15, 2013.

IT IS SO STIPULATED.

Dated:   June 6, 2013                    By:   */s/ Steve W. Berman*
                                                    Steve W. Berman (*pro hac vice*)
                                                    HAGENS BERMAN SOBOL SHAPIRO LLP
                                                    Robert F. Lopez (*pro hac vice*)
                                                    Thomas E. Loeser (202724)
                                                    HAGENS BERMAN SOBOL SHAPIRO LLP
                                                    1918 Eighth Avenue, Suite 3300
                                                    Seattle, WA 98101
                                                    Telephone: (206) 623-7292
                                                    Facsimile:  (206) 623-0594

```
                                          steve@hbsslaw.com
                                          robl@hbsslaw.com
                                          toml@hbsslaw.com

                                       By:   /s/ Daniel L. Warshaw
                                          Daniel L. Warshaw (SBN 185365)
                                          PEARSON SIMON & WARSHAW, LLP
                                          15165 Ventura Blvd., Suite 400
                                          Sherman Oaks, CA 91403
                                          Telephone: (818) 788-8300
                                          Facsimile:  (818) 788-8104
                                          dwarshaw@pswlaw.com

                                          Bruce L. Simon (SBN 96241)
                                          William J. Newsom (SBN 267643)
                                          44 Montgomery Street, Suite 2450
                                          PEARSON SIMON & WARSHAW, LLP
                                          San Francisco, CA 94104
                                          Telephone: (415) 433-9000
                                          Facsimile:  (415) 433-9008
                                          bsimon@pswlaw.com
                                          wnewsom@pswlaw.com

                                          Plaintiffs' Interim Co-Lead Counsel


                                       By:  /s/ Tyler G. Newby
                                          Tyler G. Newby (CSB No. 205790)
                                          tnewby@fenwick.com
                                          Jennifer J. Johnson (CSB No. 252897)
                                          jjjohnson@fenwick.com
                                          FENWICK & WEST LLP
                                          555 California Street, 12th Floor
                                          San Francisco, CA 94104
                                          Ph: (415) 875-2300
                                          Fax:  (415) 281-1350

                                          Rodger R. Cole (CSB No. 178865)
                                          rcole@fenwick.com
                                          Molly R. Melcher (CSB No. 272950)
                                          mmelcher@fenwick.com
                                          FENWICK & WEST LLP
                                          801 California Street
                                          Mountain View, CA 94041
                                          Ph:   (650) 988-8500
                                          Fax:  (650) 938-5200

                                          Attorneys for Defendant Carrier IQ, Inc.


                                       By:   /s/ Bryan H. Heckenlively
                                          Bryan H. Heckenlively (SBN 279140)
                                          Bryan.Heckenlively@mto.com
                                          Rosemarie T. Ring (SBN 220769)
```

STIPULATION AND [PROPOSED] ORDER        2        Case No. 3:12-md-2330-EMC

Rose.Ring@mto.com
Jonathan H. Blavin (SBN 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON, LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Phone: (415) 512-4000
Fax: (415) 512-4077

Henry Weissmann (SBN 132418)
Henry.Weissmann@mto.com
MUNGER, TOLLES & OLSON, LLP
355 South Grand Avenue,
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendant HTC America, Inc.*

By: */s Simon J. Frankel*
Simon J. Frankel
sfrankel@cov.com
Mali B. Friedman
mfriedman@cov.com
COVINGTON & BURLING LLP
1 Front St., 35th Floor
San Francisco, CA 94111
Phone: (415) 591-6000
Fax: (415) 591-6091

*Attorneys for Defendant Huawei Devices USA, Inc.*

By: */s/ James Donato*
James Donato (SBN (146140)
jdonato@shearman.com
SHEARMAN & STERLING LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111-5994
Phone: (415) 616-1100
Fax:(415) 616-1199

*Attorneys for Defendant LG Electronics MobileComm U.S.A., Inc.*

By: */s/ Wayne M. Helge*
Wayne M. Helge
whelge@park-law.com
H.C. Park & Associates, PLC
1894 Preston White Drive
Reston, VA 20191

```
                                    Phone: (703) 288-5105
                                    Fax: (703) 288-5139

                                    Attorneys for Defendant Pantech Wireless, Inc.

                              By:   /s/ Lance A. Etcheverry
                                    Lance A. Etcheverry
                                    lance.etcheverry@skadden.com
                                    SKADDEN ARPS, SLATE, MEAGHER &
                                    FLOM LLP & Affiliates
                                    300 South Grand Avenue, Suite 3400
                                    Los Angeles, California 90071
                                    Phone:    (213) 687-5000
                                    Fax:(213) 687-5600

                                    Attorneys for Defendant Samsung
                                    Telecommunications America, LLC

                              By:   /s/ Norman K. Beck
                                    Peter C. McCabe III
                                    pmccabe@winston.com
                                    Norman K. Beck
                                    nbeck@winston.com
                                    Scott T. Sakiyama
                                    ssakiyama@winston.com
                                    WINSTON & STRAWN LLP
                                    35 W. Wacker Drive
                                    Chicago, IL 60601-9703
                                    Phone: (312) 558-5600
                                    Fax:   (312) 558-5700

                                    Krista M. Enns (SBN 206430)
                                    kenns@winston.com
                                    WINSTON & STRAWN LLP
                                    101 California Street
                                    San Francisco, CA 94111-5894
                                    Telephone: (415) 591-1000
                                    Facsimile: (415) 591-1400

                                    Attorneys for Defendant Motorola Mobility LLC
```

**ATTESTATION**

I, Tyler G. Newby, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE.** In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated:   June 6, 2013

*/s/ Tyler G. Newby*
Tyler G. Newby (CSB No. 205790)
tnewby@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Ph: (415) 875-2300
Fax: (415) 281-1350

**[PROPOSED] ORDER**

Pursuant to stipulation, it is SO ORDERED.

Dated:   6/7/13

Honorable
United States

*IT IS SO ORDERED*
*Judge Edward M. Chen*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER        5        Case No. 3:12-md-2330-EMC