Paul R. Kiesel, State Bar No. 119854
 *kiesel@kbla.com*
Jeffrey A. Koncius, State Bar No. 189803
 *koncius@kbla.com*
KIESEL + LARSON LLP
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Tel:   310-854-4444
Fax:  310-854-0812

Attorneys for Plaintiffs,
Daniel Massey, Adam Schwartz, Edward Shumate,
Eric Steiner, Matthew Thornton, and Yonatan
Wadler, individually and on behalf of all others
similarly situated in this action

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE<br><br>CARRIER IQ, Inc.<br>CONSUMER PRIVACY LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | No. 12-md-2330-EMC<br><br>**NOTICE OF FIRM NAME CHANGE**<br><br>Trial Date:    None |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, effective immediately, Kiesel Boucher Larson LLP has changed its name and will, henceforth be known as KIESEL + LARSON LLP. The firm's address, telephone and facsimile numbers, and email addresses remain the same.

DATED: July 19, 2013            KIESEL + LARSON LLP


                                By:    /s/ *Jeffrey A. Koncius*
                                       JEFFREY A. KONCIUS
                                       Attorneys for Plaintiffs and the Class