**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE                                                  No. C-12-md-2330 EMC

CARRIER IQ, INC.,
CONSUMER PRIVACY LITIGATION.          **ORDER DIRECTING PARTIES TO
                                                      FILE A JOINT LETTER ON
                                                      DISCOVERY DISPUTES WITH
                                                      NON-PARTIES**

_____/

      IT IS HEREBY ORDERED that after meeting and conferring, a joint letter addressing any

discovery disputes between plaintiffs and non-parties (Sprint, ATTM, Cricket, and Google) shall be

filed by September 6, 2013.  The joint letter will identify each dispute and provide a brief summary

of the parties' position thereon.  The Court will take any such disputes under submission for

resolution.

      IT IS SO ORDERED.

 Dated:   August 23, 2013

_____
Edward M. Chen
United States District Judge