STEVE W. BERMAN, (Pro Hac Vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:   (206) 623-0594
steve@hbsslaw.com

Bruce L. Simon (CSB No. 96241)
PEARSON SIMON & WARSHAW, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008
bsimon@pswlaw.com

*Plaintiffs' Interim Co-Lead Counsel*

*[Additional Counsel listed on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Carrier IQ, Inc. Consumer  Privacy Litigation*<br><br>[This Document Relates to: All Cases] | Case No. C-12-md-2330-EMC<br><br>**PLAINTIFFS' STATUS REPORT RE: ARBITRATION-RELATED DISCOVERY DISPUTES WITH WIRELESS CARRIERS AND GOOGLE INC.** |

- 1 -

1  Plaintiffs write to update the Court regarding the status of their outstanding arbitration-related discovery disputes with non-parties AT&T Mobility, LLC ("ATTM"), Cricket Communications, Inc. ("Cricket"), Sprint Solutions Inc. ("Sprint"), and Google Inc. ("Google").

Plaintiffs have reached agreement with ATTM, Cricket, and Sprint regarding plaintiffs' arbitration-related subpoenas to them and their declarants in this matter.  Accordingly, plaintiffs will not be submitting an arbitration-related discovery dispute to the Court today with respect to any of those three carriers.

Unfortunately, plaintiffs were unable to reach agreement with Google regarding their discovery dispute.  Accordingly, the plaintiffs and Google are today submitting a joint letter brief for the Court's consideration.

DATED: September 6, 2013

By: ___*/s/ Robert F. Lopez*___
Steve W. Berman (Pro Hac Vice)
Robert F. Lopez (Pro Hac Vice)
Thomas E. Loeser (CSB No. 202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com
toml@hbsslaw.com

Jeff D. Friedman (CSB No. 173886)
Shana E. Scarlett (CSB No. 217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

|   |   |   |
|---|---|---|
| 1 | By: | _____/s/ Daniel L. Warshaw_____ |
| 2 |  | Daniel L. Warshaw (CSB No. 185365) |
|   |  | PEARSON SIMON & WARSHAW, LLP |
|   |  | 15165 Ventura Blvd., Suite 400 |
|   |  | Sherman Oaks, CA 91403 |
|   |  | Telephone: (818) 788-8300 |
|   |  | Facsimile: (818) 788-8104 |
|   |  | dwarshaw@pswlaw.com |

Bruce L. Simon (CSB No. 96241)
William J. Newsom (CSB No. 267643)
PEARSON SIMON & WARSHAW, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pswlaw.com
wnewsom@pswlaw.com

*Plaintiffs' Interim Co-Lead Counsel*

---

PLAINTIFFS' STATUS REPORT RE:  - 3 -
ARBITRATION-RELATED DISCOVERY
010285-11  638184 V1                                              Case No. C-12-md-2330-EMC