| | |
|---|---|
| Steve W. Berman (Pro Hac Vice)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>steve@hbsslaw.com<br><br>Bruce L. Simon (SBN 96241)<br>PEARSON SIMON & WARSHAW, LLP<br>44 Montgomery Street, Suite 2450<br>San Francisco, CA 94104<br>Telephone: (415) 433-9000<br>Facsimile: (415) 433-9008<br>bsimon@pswplaw.com<br><br>*Plaintiffs' Interim Co-Lead Counsel* | RODGER R. COLE (CSB No. 178865)<br>rcole@fenwick.com<br>MOLLY R. MELCHER<br>(CSB No. 272950)<br>mmelcher@fenwick.com<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041<br>Telephone: 650.988.8500<br>Facsimile: 650.938.5200<br><br>TYLER G. NEWBY (CSB No. 205790)<br>tnewby@fenwick.com<br>JENNIFER J. JOHNSON<br>(CSB No. 252897)<br>jjjohnson@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Telephone: 415.875.2300<br>Facsimile: 415.281.1350<br><br>*Attorneys for Defendant*<br>*Carrier IQ, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Carrier IQ, Inc. Consumer Privacy Litigation*<br><br>[This Document Relates to All Cases] | Case No. C-12-md-2330-EMC<br><br>**FURTHER JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:   November 14, 2013<br>Time:   11:00 a.m.<br>Place:  Courtroom 5, 17th Floor<br>Judge:  Hon. Edward M. Chen |

FURTHER JOINT CMC STATEMENT                                                Case No. C-12-md-2330-EMC

Pursuant to the Clerk's Notice Setting Further Case Management Conference (Dkt. No. 196), Plaintiffs' Interim Co-Lead Counsel and Counsel for Defendants Carrier IQ, Inc., HTC America, Inc., Huawei Devices USA, Inc., LG Electronics MobileComm U.S.A, Inc., Motorola Mobility LLC, Pantech Wireless, Inc., and Samsung Telecommunications America, LLC (collectively, "Defendants") submit the following Further Joint Case Management Statement reporting progress or changes since the last statement was filed in advance of the Further Case Management Conference currently scheduled for November 14, 2013.

1.  **MOTIONS**

    A.  **Consolidated Motion to Compel Arbitration**

    Defendants' Consolidated Motion to Compel Arbitration and to Stay Litigation was filed on November 20, 2012 (Dkt. Nos. 129 – 135). As described in further detail below, the parties are engaged in arbitration-related discovery. Plaintiffs' Opposition to Defendants' Motion to Compel Arbitration shall be due within 40 days of the completion of arbitration-related discovery, or denial of any motions to compel arbitration-related discovery. Dkt. No. 125. Defendants' Reply in support of their Motion to Compel Arbitration shall be filed no later than 30 days after the filing of Plaintiffs' Opposition. *Id.*

2.  **DISCOVERY**

    A.  **Arbitration-Related Discovery**

    On September 6, 2013, the parties filed a joint letter brief regarding their dispute as to Plaintiffs' arbitration-related discovery requests. Dkt. No. 172. In the joint letter brief, Plaintiffs moved to compel the following three categories of information from Defendants: (1) all Carrier IQ software "profiles" used on each Plaintiff's phone; (2) identification of all data types transmitted by Carrier IQ software from each Plaintiff's phone and the recipients and frequency of transmission to those recipients; and (3) whether the Carrier IQ software had been removed or disabled from any Plaintiff's phone, and, if so, communications with wireless carriers about that topic (Interrogatories 11-13). *See id.* at 1-5. On September 10, 2013, this Court referred the discovery dispute to Magistrate Judge Cousins.

FURTHER JOINT CMC STATEMENT      1      Case No. C-12-md-2330-EMC

On September 27, 2013, Magistrate Judge Cousins issued the Order Re: Joint Discovery Letter Briefs (Dkt. No. 194), ordering Defendants to (1) "produce the profiles that were installed or loaded on each plaintiff's mobile device," and ordering further that "defendants collectively are only required to produce one copy of each pertinent profile"; and (2) respond to Interrogatories 11-13 as provided in the Order by October 18, 2013. On October 7, 2013, the parties filed a Stipulation and (Proposed) Order to continue the time for Defendants to respond to Interrogatories 11-13 from October 18, 2013 to November 8, 2013. Dkt. No. 197. The Court granted that Order on October 8, 2013. Dkt. No. 198. Defendants filed a motion for partial relief from Magistrate Judge Cousins'- September 27 Order (Dkt. No. 200), which this Court denied on October 16, 2013 (Dkt. No. 202).

On October 18, 2013, Carrier IQ produced the software profiles in its possession, custody, or control corresponding to the mobile device for each Plaintiff that subscribed to Sprint or Cricket as their wireless service provider. Carrier IQ also informed Plaintiffs that it does not have possession, custody, or control of the data that would enable it to determine the profiles corresponding to the mobile devices for the Plaintiffs that subscribed to AT&T as their wireless service provider and that such data is in the possession, custody, or control of AT&T. Absent further agreed-upon extension, Defendants anticipate serving their responses to Interrogatories 11-13 pursuant to Magistrate Judge Cousins' September 27 Order on November 8, 2013.[1]

**3.   OTHER**

   **A.   Google**

The deadline for Plaintiffs and Google to file their joint discovery letter brief is November 13, 2013, per the Court's October 8, 2013 Order Continuing Time. Dkt. No. 198. On October 9, 2013, Plaintiffs and Google filed a joint letter updating the Court regarding their meet and confer discussions. Dkt. No. 199. Plaintiffs will review the discovery responses from Defendants and intend to further meet and confer with Google regarding the content of those

---

[1] Defendant HTC America, Inc. ("HTCA") has requested certain identifying information from several plaintiffs in order to respond to Interrogatory No. 13. Plaintiffs are in the process of providing that information. HTCA and Plaintiffs have agreed to a one-week extension with regard only to HTCA's response to Interrogatory No. 13.

FURTHER JOINT CMC STATEMENT         2         Case No. C-12-md-2330-EMC

discovery responses, with particular focus on whether Defendants' discovery responses obviate or lessen the need for discovery from Google. Absent a complete agreement, Plaintiffs and Google will file a joint discovery letter brief on November 13, as ordered.

**B.    Carriers**

Plaintiffs expect to receive responsive declarations from each of the third-party carriers shortly.

Dated:   November 7, 2013

By:   */s/ Robert F. Lopez*
STEVE W. BERMAN (Pro Hac Vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
Robert F. Lopez (Pro Hac Vice)
Thomas E. Loeser (202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com
toml@hbsslaw.com

Jeff D. Friedman (173886)
Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

By:   */s/ Daniel L. Warshaw*
Daniel L. Warshaw (SBN 185365)
PEARSON SIMON & WARSHAW , LLP
15165 Ventura Blvd., Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile:  (818) 788-8104
dwarshaw@pswlaw.com

Bruce L. Simon (SBN 96241)
William J. Newsom (SBN 267643)
44 Montgomery Street, Suite 2450
PEARSON SIMON & WARSHAW, LLP
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008
bsimon@pswlaw.com
wnewsom@pswlaw.com

*Plaintiffs' Interim Co-Lead Counsel*

FURTHER JOINT CMC STATEMENT         3            Case No. C-12-md-2330-EMC

By: */s/ Tyler G. Newby*
Tyler G. Newby (CSB No. 205790)
tnewby@fenwick.com
Jennifer J. Johnson (CSB No. 252897)
jjjohnson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Ph: (415) 875-2300
Fax: (415) 281-1350

Rodger R. Cole (CSB No. 178865)
rcole@fenwick.com
Molly R. Melcher (CSB No. 272950)
mmelcher@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Ph:   (650) 988-8500
Fax:  (650) 938-5200

*Attorneys for Defendant Carrier IQ, Inc.*

By:  */s/ Rosemarie T. Ring*
Rosemarie T. Ring (SBN 220769)
Rose.Ring@mto.com
Jonathan H. Blavin (SBN 230269)
Jonathan.Blavin@mto.com
Bryan H. Heckenlively (SBN 279140)
Bryan.Heckenlively@mto.com
MUNGER, TOLLES & OLSON, LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA  94105-2907
Phone: (415) 512-4000
Fax:          (415) 512-4077

Henry Weissmann (SBN 132418)
Henry.Weissmann@mto.com
MUNGER, TOLLES & OLSON, LLP
355 South Grand Avenue,
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

*Attorneys for Defendant HTC America, Inc.*

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FURTHER JOINT CMC STATEMENT    4    Case No. C-12-md-2330-EMC

By: */s Simon J. Frankel*
Simon J. Frankel
sfrankel@cov.com
Mali B. Friedman
mfriedman@cov.com
COVINGTON & BURLING LLP
1 Front St., 35th Floor
San Francisco, CA 94111
Phone: (415) 591-6000
Fax: (415) 591-6091

*Attorneys for Defendant Huawei Devices USA, Inc.*

By: */s/ James Donato*
James Donato (SBN 146140)
jdonato@shearman.com
SHEARMAN & STERLING LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111-5994
Phone: (415) 616-1100
Fax:(415) 616-1199

*Attorneys for Defendant LG Electronics MobileComm U.S.A., Inc.*

By: */s/ Norman K. Beck*
Peter C. McCabe III
pmccabe@winston.com
Norman K. Beck
nbeck@winston.com
Scott T. Sakiyama
ssakiyama@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Phone: (312) 558-5600
Fax: (312) 558-5700

Krista M. Enns (SBN 206430)
kenns@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Attorneys for Defendant Motorola Mobility LLC*

FURTHER JOINT CMC STATEMENT  5  Case No. C-12-md-2330-EMC

By:   /s/ Wayne M. Helge
    Wayne M. Helge
    whelge@park-law.com
    H.C. Park & Associates, PLC
    1894 Preston White Drive
    Reston, VA 20191
    Phone: (703) 288-5105
    Fax: (703) 288-5139

*Attorneys for Defendant Pantech Wireless, Inc.*

By:   /s/ Lance A. Etcheverry
    Lance A. Etcheverry
    lance.etcheverry@skadden.com
    300 South Grand Avenue, Suite 3400
    Los Angeles, California 90071
    Phone:    (213) 687-5000
    Fax:(213) 687-5600

*Attorneys for Defendant Samsung Telecommunications America, LLC*

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FURTHER JOINT CMC STATEMENT     6      Case No. C-12-md-2330-EMC

## **ATTESTATION**

I, Jennifer J. Johnson, am the ECF User whose identification and password are being used to file this **FURTHER JOINT CASE MANAGEMENT CONFERENCE STATEMENT.** In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated:   November 7, 2013                */s/ Jennifer J. Johnson*
                                         Jennifer J. Johnson