1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| *In re Carrier IQ, Inc. Consumer Privacy Litigation* | Case No. C-12-md-2330-EMC (NC) |
|---|---|
| [This Document Relates to All Cases] | **STIPULATION AND [PROPOSED] ORDER CONTINUING TIME FOR DEFENDANT HTC AMERICA, INC. TO RESPOND TO INTERROGATORY NO. 13 AS PROVIDED IN DISCOVERY ORDER** |

(Left margin: FENWICK & WEST LLP, ATTORNEYS AT LAW, MOUNTAIN VIEW)

**STIPULATION**

This Stipulation and [Proposed] Order is entered into by and between Plaintiffs' interim co-lead counsel and counsel for Defendant HTC America, Inc. ("HTCA") (collectively, the "Parties") as follows:

WHEREAS, on September 27, 2013, United States Magistrate Judge Cousins issued the Order Re: Joint Discovery Letter Briefs (Dkt. No. 194) ("Discovery Order"), ordering Defendants to (1) "produce the profiles that were installed or loaded on each plaintiff's mobile device," and ordering further that "defendants collectively are only required to produce one copy of each pertinent profile"; and (2) respond to Interrogatories 11-13 as provided in the Discovery Order by October 18, 2013;

WHEREAS, on October 7, 2013, Judge Cousins issued the Order Continuing Time for Defendants to Respond to Interrogatories 11-13 As Provided in Discovery Order (Dkt. No. 198), which continued the deadline for responding to Interrogatories 11-13 to November 8, 2013;

WHEREAS, HTCA requires certain information from the HTC Plaintiffs to respond to Interrogatory No. 13, two of the five HTC Plaintiffs have provided such information as of this filing, and while plaintiffs are working on obtaining the information for the other three HTC Plaintiffs, HTCA will be unable to respond fully to Interrogatory No. 13 on November 8, 2013;

WHEREAS, the Parties have met and conferred and agree that, with the Court's approval, HTCA's deadline for responding to Interrogatory No. 13 should be continued by one week to November 15, 2013, or to a date three days after receipt of the required information from the remaining three HTC Plaintiffs, whichever is later;

NOW THEREFORE, the Parties, by and through their respective counsel of record, hereby stipulate, subject to Court approval, as follows:

1. The deadline for HTCA to respond to Interrogatory No. 13 as provided in the Discovery Order currently set for November 8, 2013, is continued to November 15, 2013, or to a date three days after receipt of the required information from the remaining three HTC Plaintiffs, whichever is later.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |

Dated:   November 7, 2013             By:   */s/ Robert F. Lopez*
                                       STEVE W. BERMAN (Pro Hac Vice)
                                       HAGENS BERMAN SOBOL SHAPIRO LLP
                                       Robert F. Lopez (Pro Hac Vice)
                                       Thomas E. Loeser (202724)
                                       HAGENS BERMAN SOBOL SHAPIRO LLP
                                       1918 Eighth Avenue, Suite 3300
                                       Seattle, WA 98101
                                       Telephone: (206) 623-7292
                                       Facsimile:  (206) 623-0594
                                       steve@hbsslaw.com
                                       robl@hbsslaw.com
                                       toml@hbsslaw.com

                                       Jeff D. Friedman (173886)
                                       Shana E. Scarlett (217895)
                                       HAGENS BERMAN SOBOL SHAPIRO LLP
                                       715 Hearst Avenue, Suite 202
                                       Berkeley, CA 94710
                                       Telephone: (510) 725-3000
                                       Facsimile: (510) 725-3001
                                       jefff@hbsslaw.com
                                       shanas@hbsslaw.com

                                      By:   */s/ Williiam J. Newsom*

                                       Bruce L. Simon (SBN 96241)
                                       William J. Newsom (SBN 267643)
                                       44 Montgomery Street, Suite 2450
                                       PEARSON SIMON & WARSHAW, LLP
                                       San Francisco, CA 94104
                                       Telephone: (415) 433-9000
                                       Facsimile:  (415) 433-9008
                                       bsimon@pswlaw.com
                                       wnewsom@pswlaw.com

                                       Daniel L. Warshaw (SBN 185365)
                                       PEARSON SIMON & WARSHAW, LLP
                                       15165 Ventura Blvd., Suite 400
                                       Sherman Oaks, CA 91403
                                       Telephone: (818) 788-8300
                                       Facsimile:  (818) 788-8104
                                       dwarshaw@pswlaw.com

                                       *Plaintiffs' Interim Co-Lead Counsel*

                                      By:  */s/ Rosemarie T. Ring*
                                       Rosemarie T. Ring (SBN 220769)
                                       MUNGER, TOLLES & OLSON, LLP
                                       Jonathan H. Blavin (SBN 230269)
                                       Bryan H. Heckenlively (SBN 279140)

STIPULATION AND ~~[PROPOSED]~~ ORDER        3            Case No. C-12-md-2330-EMC (NC)

22066360.1

560 Mission Street
Twenty-Seventh Floor
San Francisco, CA  94105-2907
Phone: (415) 512-4000
Fax: (415) 512-4077
Rose.Ring@mto.com
Jonathan.Blavin@mto.com
Bryan.Heckenlively@mto.com

Henry Weissmann (SBN 132418)
Henry.Weissmann@mto.com
MUNGER, TOLLES & OLSON, LLP
355 South Grand Avenue,
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

*Attorneys for Defendant HTC America, Inc.*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Rosemarie T. Ring, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER CONTINUING TIME FOR DEFENDANT HTC AMERICA, INC. TO RESPOND TO INTERROGATORY NO. 13 AS PROVIDED IN DISCOVERY ORDER.** In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: November 7, 2012                 */s/ Rosemarie T. Ring*
                                        Rosemarie T. Ring

**[PROPOSED] ORDER**

Pursuant to stipulation, it is SO ORDERED AS MODIFIED.

Dated: November 8, 2013

                                        Honorable Nathanael Cousins
                                        United States Magistrate Judge



IT IS SO ORDERED AS MODIFIED
Judge Nathanael M. Cousins

STIPULATION AND [PROPOSED] ORDER          5          Case No. C-12-md-2330-EMC (NC)

22066360.1