JOINT SUBMISSION
*In re Carrier IQ, Inc. Consumer Privacy Litigation*, Case No. 3:12-md-2330-EMC

November 13, 2013

**VIA ECF**

Honorable Nathanael M. Cousins
United States District Court
San Francisco, CA  94102

Dear Judge Cousins:

      Plaintiffs and Google Inc. ("Google") respectfully submit this joint letter to advise the Court that, following further discussion and compromise, they have reached resolution of the matters addressed in their previous joint letter to the Court dated October 9, 2013. (Dkt. 199).  Once Google performs as agreed, plaintiffs' discovery efforts as to it will conclude for this phase of the case (*i.e.*, the phase of the case concerned with defendants' motion to compel arbitration of plaintiffs' claims).  Plaintiffs and Google agree that this compromise is without prejudice to, and will not affect, plaintiffs' rights to pursue discovery from Google in the later merits phases of this matter, should the defendants' motion to compel arbitration be denied in whole or part.

      As part of this compromise, Google has agreed to produce all HTC-related material that was segregated by Google, as referenced in the October 9, 2013 joint letter and at the September 25, 2013 hearing.[1]  Google has estimated that restoration of the material and production to plaintiffs will take three to four weeks from today.  The parties will advise the Court if that schedule changes.  Plaintiffs and Google anticipate that Google may mark some or all of this material as Confidential under the protective order in place in this matter.

---

[1] The parties to that letter stated with respect to the HTC-related material:

> Google also advised that the crash report and log data of which it spoke at the September 25, 2013 hearing must be restored in order to be accessed. According to Google, restoration will take approximately three weeks. It further advised that one component of the data, the so-called logcat logs, is stored separately from the corresponding crash reports. It represented that restoration will entail combining the two parts of what Google received during each reporting event, which will require some additional work.

This is the material, believed by Google to comprise approximately 197 GB of crash report and log data, that Google has agreed to produce to plaintiffs following restoration.

Judge Nathanael M. Cousins
November 13, 2013
Page 2

     Plaintiffs and Google thank the Court for its assistance with this matter.

                          Respectfully submitted,

Dated:   November 13, 2013       By:   */s/ Robert F. Lopez*
                          Steve W. Berman (*pro hac vice*)
                          HAGENS BERMAN SOBOL SHAPIRO LLP
                          Robert F. Lopez (*pro hac vice*)
                          Thomas E. Loeser (202724)
                          HAGENS BERMAN SOBOL SHAPIRO LLP
                          1918 Eighth Avenue, Suite 3300
                          Seattle, WA 98101
                          Telephone: (206) 623-7292
                          Facsimile:  (206) 623-0594
                          steve@hbsslaw.com
                          robl@hbsslaw.com
                          toml@hbsslaw.com

                        By:   */s/ Daniel L. Warshaw*
                          Daniel L. Warshaw (SBN 185365)
                          PEARSON SIMON & WARSHAW, LLP
                          15165 Ventura Blvd., Suite 400
                          Sherman Oaks, CA 91403
                          Telephone: (818) 788-8300
                          Facsimile:  (818) 788-8104
                          dwarshaw@pswlaw.com

                          Bruce L. Simon (SBN 96241)
                          William J. Newsom (SBN 267643)
                          44 Montgomery Street, Suite 2450
                          PEARSON SIMON & WARSHAW, LLP
                          San Francisco, CA 94104
                          Telephone: (415) 433-9000
                          Facsimile:  (415) 433-9008
                          bsimon@pswlaw.com
                          wnewsom@pswlaw.com

                          *Plaintiffs' Interim Co-Lead Counsel*

010285-11  636273 V1

Judge Nathanael M. Cousins
November 13, 2013
Page 3

                By:  */s/ Michael H. Page*
                Michael H. Page (CSB No. 154913)
                MPage@durietangri.com
                DURIE TANGRI LLP
                217 Leidesdorff Street
                San Francisco, CA 94111
                Ph:   (415) 362-6666
                Fax: (415) 236-6300
                MPage@durietangri.com

### ATTESTATION

I, William J. Newsom, am the ECF User whose identification and password are being used to file this **JOINT STATUS LETTER.**  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated:   November 13, 2013        */s/ William J. Newsom*

Dated: November 15, 2013



GRANTED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

010285-11  636273 V1