JOINT SUBMISSION
*In re Carrier IQ, Inc. Consumer Privacy Litigation*, Case No. 3:12-md-2330-EMC

December 11, 2013

**VIA ECF**

Honorable Nathanael M. Cousins
United States District Court
San Francisco, CA 94102

Dear Judge Cousins:

      Pursuant to the Court's November 15, 2013 Order (Dkt. No. 207), Plaintiffs and Google Inc. ("Google") respectfully submit this joint letter regarding the status of discovery between Google and Plaintiffs. On Friday, December 6, 2013, Google advised that it would provide Plaintiffs with the agreed-upon production on or before Friday, December 13, 2013. While Plaintiffs reserve the right to ask clarifying follow-up questions regarding this production, this should complete all discovery with Google as it pertains to defendants' pending motion to compel arbitration. Assuming there are no issues with the formatting of the production, Plaintiffs do not anticipate that the timing of this delivery will cause them to request alteration of the current briefing schedule set by the Court.

      Plaintiffs and Google thank the Court for its assistance with this matter.

Respectfully submitted,

Dated: December 11, 2013

By: */s/ Robert F. Lopez*
Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
Robert F. Lopez (*pro hac vice*)
Thomas E. Loeser (202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com
toml@hbsslaw.com

By: */s/ Daniel L. Warshaw*
Daniel L. Warshaw (SBN 185365)
PEARSON SIMON & WARSHAW, LLP
15165 Ventura Blvd., Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
dwarshaw@pswlaw.com

Judge Nathanael M. Cousins
November 13, 2013
Page 2

                        Bruce L. Simon (SBN 96241)
                        William J. Newsom (SBN 267643)
                        44 Montgomery Street, Suite 2450
                        PEARSON SIMON & WARSHAW, LLP
                        San Francisco, CA 94104
                        Telephone: (415) 433-9000
                        Facsimile:  (415) 433-9008
                        bsimon@pswlaw.com
                        wnewsom@pswlaw.com

                        *Plaintiffs' Interim Co-Lead Counsel*


By: */s/ Michael H. Page*
    Michael H. Page (CSB No. 154913)
    MPage@durietangri.com
    DURIE TANGRI LLP
    217 Leidesdorff Street
    San Francisco, CA 94111
    Ph:   (415) 362-6666
    Fax:  (415) 236-6300
    MPage@durietangri.com

    *Counsel for Google Inc.*