Steve W. Berman (Pro Hac Vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

Bruce L. Simon (SBN 96241)
PEARSON SIMON & WARSHAW, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008
bsimon@pswlaw.com

*Plaintiffs' Interim Co-Lead Counsel*

RODGER R. COLE (CSB No. 178865)
rcole@fenwick.com
MOLLY R. MELCHER
(CSB No. 272950)
mmelcher@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone: 650.988.8500
Facsimile:  650.938.5200

TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
JENNIFER J. JOHNSON
(CSB No. 252897)
jjjohnson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile:  415.281.1350

*Attorneys for Defendant
Carrier IQ, Inc.*

[*Additional Counsel listed on
Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Carrier IQ, Inc. Consumer Privacy Litigation*<br><br>[This Document Relates to All Cases] | Case No. C-12-md-2330-EMC (NC)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' CONSOLIDATED MOTION TO COMPEL ARBITRATION** |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**STIPULATION**

This Stipulation and [Proposed] Order is entered into by and between Plaintiffs' interim co-lead counsel and counsel for Defendants Carrier IQ, Inc., HTC America, Inc., Huawei Devices USA, Inc., LG Electronics MobileComm U.S.A, Inc., Pantech Wireless, Inc. and Samsung Telecommunications America, LLC ("Defendants") (collectively, the "Parties") as follows:

WHEREAS, at the Further Case Management Conference held on November 14, 2013, this Court set the briefing schedule for Defendants' Consolidated Motion to Compel Arbitration (Dkt. No. 208);

WHEREAS, Plaintiffs' Opposition to the Motion to Compel Arbitration is currently due on January 20, 2014, Defendants' Reply in support of the Motion to Compel Arbitration is currently due on February 19, 2014, and the hearing on the Motion to Compel Arbitration is set for March 13, 2014, at 1:30 p.m.;

WHEREAS, in light of the fact that January 20, 2014, is a federal court holiday, the Parties have agreed that Plaintiffs shall have until January 21, 2014, to file their Opposition;

WHEREAS, the Parties have further agreed that Defendants shall have until February 20, 2014, to file their Reply;

WHEREAS, these modifications to the briefing schedule will not affect the hearing date currently set for March 13, 2014;

NOW THEREFORE, the Parties, by and through their respective counsel of record, hereby stipulate, subject to Court approval, as follows:

1.     Plaintiffs shall have until January 21, 2014, to file their Opposition to the Motion to Compel Arbitration;

2.     Defendants shall have until February 20, 2014, to file their Reply in support of the Motion to Compel Arbitration; and

3.     The hearing on the Motion to Compel Arbitration shall remain on calendar for March 13, 2014, at 1:30 p.m.

IT IS SO STIPULATED.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Dated:   January 8, 2014

By:   */s/ Robert F. Lopez*
STEVE W. BERMAN (Pro Hac Vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
Robert F. Lopez (Pro Hac Vice)
Thomas E. Loeser (202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com
toml@hbsslaw.com

Jeff D. Friedman (173886)
Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

By:   */s/ Bruce L. Simon*

Bruce L. Simon (SBN 96241)
William J. Newsom (SBN 267643)
44 Montgomery Street, Suite 2450
PEARSON SIMON & WARSHAW, LLP
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008
bsimon@pswlaw.com
wnewsom@pswlaw.com

Daniel L. Warshaw (SBN 185365)
PEARSON SIMON & WARSHAW, LLP
15165 Ventura Blvd., Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile:  (818) 788-8104
dwarshaw@pswlaw.com

*Plaintiffs' Interim Co-Lead Counsel*

By:  */s/ Tyler G. Newby*
Tyler G. Newby (CSB No. 205790)
tnewby@fenwick.com
Jennifer J. Johnson (CSB No. 252897)
jjjohnson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor

San Francisco, CA 94104
Ph: (415) 875-2300
Fax:  (415) 281-1350

Rodger R. Cole (CSB No. 178865)
rcole@fenwick.com
Molly R. Melcher (CSB No. 272950)
mmelcher@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Ph:    (650) 988-8500
Fax:  (650) 938-5200

*Attorneys for Defendant Carrier IQ, Inc.*

By:  */s/ Rosemarie T. Ring*
Rosemarie T. Ring (SBN 220769)
Rose.Ring@mto.com
Jonathan H. Blavin (SBN 230269)
Jonathan.Blavin@mto.com
Bryan H. Heckenlively (SBN 279140)
Bryan.Heckenlively@mto.com
MUNGER, TOLLES & OLSON, LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA  94105-2907
Phone: (415) 512-4000
Fax: (415) 512-4077

Henry Weissmann (SBN 132418)
Henry.Weissmann@mto.com
MUNGER, TOLLES & OLSON, LLP
355 South Grand Avenue,
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

*Attorneys for Defendant HTC America, Inc.*

By:  */s Simon J. Frankel*
Simon J. Frankel
sfrankel@cov.com
Mali B. Friedman
mfriedman@cov.com
COVINGTON & BURLING LLP
1 Front St., 35th Floor
San Francisco, CA 94111
Phone:  (415) 591-6000
Fax: (415) 591-6091

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Fenwick & West LLP
Attorneys at Law
San Francisco

*Attorneys for Defendant Huawei Devices USA, Inc.*

By:   /s/ James Donato
    James Donato (SBN (146140)
    jdonato@shearman.com
    SHEARMAN & STERLING LLP
    Four Embarcadero Center, Suite 3800
    San Francisco, CA 94111-5994
    Phone:  (415) 616-1100
    Fax:(415) 616-1199

*Attorneys for Defendant LG Electronics MobileComm U.S.A., Inc.*

By:   /s/ Alan A. Wright
    Alan A. Wright
    awright@park-law.com
    Oluwaseun Ajayi
    oajayi@park-law.com
    H.C. Park & Associates, PLC
    1894 Preston White Drive
    Reston, VA 20191
    Phone: (703) 288-5105
    Fax: (703) 288-5139

*Attorneys for Defendant Pantech Wireless, Inc.*

By:   /s/ Lance A. Etcheverry
    Lance A. Etcheverry
    lance.etcheverry@skadden.com
    300 South Grand Avenue, Suite 3400
    Los Angeles, California 90071
    Phone:      (213) 687-5000
    Fax:(213) 687-5600

*Attorneys for Defendant Samsung Telecommunications America, LLC*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Tyler G. Newby, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' CONSOLIDATED MOTION TO COMPEL ARBITRATION.** In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated:   January 8, 2014                     */s/ Tyler G. Newby*
                                             Tyler G. Newby

**[PROPOSED] ORDER**

Pursuant to stipulation, it is SO ORDERED.

Dated: _____1/10/14_____



Honorable Edward M. Chen
United States District Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO