1   Steve W. Berman (Pro Hac Vice)
    HAGENS BERMAN SOBOL SHAPIRO LLP
2   1918 Eighth Avenue, Suite 3300
    Seattle, WA 98101
3   Telephone: (206) 623-7292
    Facsimile:  (206) 623-0594
4   steve@hbsslaw.com

5   Bruce L. Simon (SBN 96241)
    PEARSON SIMON & WARSHAW, LLP
6   44 Montgomery Street, Suite 2450
    San Francisco, CA 94104
7   Telephone: (415) 433-9000
    Facsimile:  (415) 433-9008
8   bsimon@pswplaw.com

9   *Plaintiffs' Interim Co-Lead Counsel*

10  [*Additional Counsel listed on
    Signature Page*]

11

RODGER R. COLE (CSB No. 178865)
rcole@fenwick.com
MOLLY R. MELCHER
(CSB No. 272950)
mmelcher@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:  650.988.8500
Facsimile:   650.938.5200

TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
JENNIFER J. JOHNSON
(CSB No. 252897)
jjjohnson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:  415.875.2300
Facsimile:   415.281.1350

*Attorneys for Defendant
Carrier IQ, Inc.*

12

13

14          UNITED STATES DISTRICT COURT

15          NORTHERN DISTRICT OF CALIFORNIA

16          SAN FRANCISCO DIVISION

17

18  | *In re Carrier IQ, Inc. Consumer Privacy Litigation* | Case No. 3:12-md-2330-EMC |
    |---|---|
19  | | **STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO DISMISS PAGE LIMIT AND BRIEFING** |
20  | [This Document Relates to All Cases] | |
21  | | |
22  | | Date:   N/A |
    | | Time:   N/A |
23  | | Place:  Courtroom 5, 17th Floor |
    | | Judge:   Hon. Edward M. Chen |
24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER                    Case No. 3:12-md-2330-EMC

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1

**STIPULATION**

2        This Stipulation and [Proposed] Order is entered into by and between Plaintiffs' interim

3   co-lead counsel and counsel for Defendants (collectively, the "Parties") as follows:

4        WHEREAS, on June 16, 2014 the Court entered a minute order stating that the following

5   page limits shall apply to Defendants' motions to dismiss: "one for Carrier IQ – 25 pages limit for

6   the motion, 25 pages for the opposition, and 15 pages for the reply; and the other motion to

7   dismiss for OEMs – 40 pages limit for the motion, 40 pages for the opposition, and 25 pages for

8   the reply" (Dkt. No. 286);

9        WHEREAS, Carrier IQ and the OEM Defendants have met and conferred and agreed to

10  file a single motion to dismiss;

11       WHEREAS, counsel for the undersigned parties met and conferred regarding Defendants'

12  motions to dismiss and have agreed that Defendants shall file a consolidated motion to dismiss

13  with the following page limits:  60 pages for the motion, 60 pages for the opposition, and 35

14  pages for the reply;

15       NOW THEREFORE, the Parties, by and through their respective counsel of record,

16  hereby stipulate, subject to Court approval, as follows:

17       1.       The Defendants shall file one Motion to Dismiss on July 23, 2014; and

18       2.       The page limits for briefing on the Motion to Dismiss shall be 60 pages for the

19  motion, 60 pages for the opposition, and 35 pages for the reply, exclusive of signature blocks.

20       IT IS SO STIPULATED.

21  Dated:   July 16, 2014                           By:___*/s/ Robert F. Lopez*_____
                                                        Robert F. Lopez (Pro Hac Vice)
22                                                      HAGENS BERMAN SOBOL SHAPIRO LLP
                                                        Steve W. Berman (Pro Hac Vice)
23                                                      Thomas E. Loeser (202724)
                                                        HAGENS BERMAN SOBOL SHAPIRO LLP
24                                                      1918 Eighth Avenue, Suite 3300
                                                        Seattle, WA 98101
25                                                      Telephone: (206) 623-7292
                                                        Facsimile:  (206) 623-0594
26                                                      steve@hbsslaw.com
                                                        robl@hbsslaw.com
27                                                      toml@hbsslaw.com

28                                                      Jeff D. Friedman (173886)
                                                        Shana E. Scarlett (217895)

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1
2
3
4

HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

5

By: _____/s/ Daniel L. Warshaw_____
Daniel L. Warshaw (SBN 185365)
PEARSON SIMON & WARSHAW, LLP
15165 Ventura Blvd., Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile:  (818) 788-8104
dwarshaw@pswplaw.com

6
7
8
9

Bruce L. Simon (SBN 96241)
William J. Newsom (SBN 267643)
44 Montgomery Street, Suite 2450
PEARSON SIMON & WARSHAW, LLP
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008
bsimon@pswplaw.com
wnewsom@pswplaw.com

10
11
12
13
14

*Plaintiffs' Interim Co-Lead Counsel*

15
16

By: _/s/ Tyler G. Newby_____
Tyler G. Newby (CSB No. 205790)
tnewby@fenwick.com
Jennifer J. Johnson (CSB No. 252897)
jjjohnson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Ph: (415) 875-2300
Fax:  (415) 281-1350

17
18
19
20
21
22

Rodger R. Cole (CSB No. 178865)
rcole@fenwick.com
Molly R. Melcher (CSB No. 272950)
mmelcher@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Ph:   (650) 988-8500
Fax:  (650) 938-5200

23
24
25
26
27

*Attorneys for Defendant Carrier IQ, Inc.*

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION AND [PROPOSED] ORDER          2          Case No. 3:12-md-2330-EMC

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1

By:  */s/ Rosemarie T. Ring*
Rosemarie T. Ring (SBN 220769)
Rose.Ring@mto.com

2

Jonathan H. Blavin (SBN 230269)
Jonathan.Blavin@mto.com

3

Bryan H. Heckenlively (SBN 279140)
Bryan.Heckenlively@mto.com

4

MUNGER, TOLLES & OLSON, LLP
560 Mission Street

5

Twenty-Seventh Floor
San Francisco, CA  94105-2907

6

Phone: (415) 512-4000
Fax: (415) 512-4077

7

8

Henry Weissmann (SBN 132418)
Henry.Weissmann@mto.com

9

MUNGER, TOLLES & OLSON, LLP
355 South Grand Avenue,

10

Thirty-Fifth Floor
Los Angeles, CA  90071-1560

11

Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

12

13

*Attorneys for Defendant HTC America, Inc.*

14

By:  */s Simon J. Frankel*
Simon J. Frankel
sfrankel@cov.com

15

Katherine R. H. Gasztonyi
kgasztonyi@cov.com

16

COVINGTON & BURLING LLP
1 Front St., 35th Floor

17

San Francisco, CA 94111
Phone:  (415) 591-6000

18

Fax: (415) 591-6091

19

*Attorneys for Defendant Huawei Devices USA, Inc.*

20

By:  */s/ Jeff E. Scott*
Jeff E. Scott (SBN 126308)

21

ScottJ@gtlaw.com
Rebekah S. Guyon (SBN 291037)

22

GuyonR@gtlaw.com
GREENBERG TRAURIG, LLP

23

1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121

24

Tel: 310-586-7700
Fax: 310-586-7800

25

26

Ian C. Ballon (SBN 141819)
Ballon@gtlaw.com

27

GREENBERG TRAURIG, LLP
1900 University Avenue, 5th Floor

28

East Palo Alto, CA 94303
Tel: 650-328-8500

STIPULATION AND [PROPOSED] ORDER          3                    Case No. 3:12-md-2330-EMC

1   Fax: 650-328-8508

2   *Attorneys for Defendant LG Electronics*
    *MobileComm U.S.A., Inc.*

3

4   By:   */s/ Norman K. Beck*
        Peter C. McCabe III

5       pmccabe@winston.com
        Norman K. Beck

6       nbeck@winston.com
        Scott T. Sakiyama

7       ssakiyama@winston.com
        WINSTON & STRAWN LLP

8       35 W. Wacker Drive
        Chicago, IL  60601-9703

9       Phone: (312) 558-5600
        Fax:     (312) 558-5700

10

11      Krista M. Enns (SBN 206430)
        kenns@winston.com

12      WINSTON & STRAWN LLP
        101 California Street

13      San Francisco, CA 94111-5894
        Telephone: (415) 591-1000

14      Facsimile:   (415) 591-1400

15      *Attorneys for Defendant Motorola Mobility LLC*

16  By:   */s/ Oluwaseun O. Ajayi*
        Oluwaseun Ajayi (SBN 250903)

17      oajayi@park-law.com
        Alan A. Wright

18      awright@park-law.com
        H.C. Park & Associates, PLC

19      1894 Preston White Drive
        Reston, VA 20191

20      Phone: (703) 288-5105
        Fax: (703) 288-5139

21      *Attorneys for Defendant Pantech Wireless, Inc.*

22

23  By:   */s/ Lance A. Etcheverry*
        Lance A. Etcheverry

24      lance.etcheverry@skadden.com
        300 South Grand Avenue, Suite 3400

25      Los Angeles, California 90071
        Phone:      (213) 687-5000

26      Fax:(213) 687-5600

27      *Attorneys for Defendant Samsung*
        *Telecommunications America, LLC*

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION AND [PROPOSED] ORDER          4          Case No. 3:12-md-2330-EMC

1

**[PROPOSED] ORDER**

2
    Pursuant to stipulation, it is SO ORDERED.

3

4
Dated:           7/22/14

Honorable Edward M. Chen
Unit...

IT IS SO ORDERED

Judge Edward M. Chen

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION AND [PROPOSED] ORDER          5          Case No. 3:12-md-2330-EMC

1

**ATTESTATION**

2       I, Tyler G. Newby, am the ECF User whose identification and password are being used to

3  file this **STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO**

4  **DISMISS PAGE LIMIT AND BRIEFING.**  In compliance with Civil Local Rule 5-1(i)(3), I

5  hereby attest that all signatories have concurred in this filing.

6  Dated:    July 16, 2014                */s/ Tyler G. Newby*

7                                    Tyler G. Newby (CSB No. 205790)
                                    tnewby@fenwick.com
8                                    FENWICK & WEST LLP
                                    555 California Street, 12th Floor
9                                    San Francisco, CA 94104
                                    Ph: (415) 875-2300
10                                   Fax:  (415) 281-1350

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION AND [PROPOSED] ORDER            6            Case No. 3:12-md-2330-EMC