| | |
|---|---|
| Steve W. Berman (*pro hac vice*) <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> 1918 Eighth Avenue, Suite 3300 <br> Seattle, WA 98101 <br> Telephone: (206) 623-7292 <br> Facsimile:  (206) 623-0594 <br> steve@hbsslaw.com <br><br> Bruce L. Simon (SBN 96241) <br> PEARSON SIMON & WARSHAW, LLP <br> 44 Montgomery Street, Suite 2450 <br> San Francisco, CA 94104 <br> Telephone: (415) 433-9000 <br> Facsimile:  (415) 433-9008 <br> bsimon@pswplaw.com <br><br> *Plaintiffs' Interim Co-Lead Counsel* <br><br> [*Additional Counsel listed on Signature Page*] | RODGER R. COLE (CSB No. 178865) <br> rcole@fenwick.com <br> MOLLY R. MELCHER <br> (CSB No. 272950) <br> mmelcher@fenwick.com <br> ANNASARA G. PURCELL (CSB No. 295512) <br> apurcell@fenwick.com <br> FENWICK & WEST LLP <br> Silicon Valley Center <br> 801 California Street <br> Mountain View, CA  94041 <br> Telephone:  650.988.8500 <br> Facsimile:   650.938.5200 <br><br> TYLER G. NEWBY (CSB No. 205790) <br> tnewby@fenwick.com <br> JENNIFER J. JOHNSON <br> (CSB No. 252897) <br> jjjohnson@fenwick.com <br> FENWICK & WEST LLP <br> 555 California Street, 12th Floor <br> San Francisco, CA 94104 <br> Telephone: 415.875.2300 <br> Facsimile:  415.281.1350 <br><br> *Attorneys for Defendant Carrier IQ, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Carrier IQ, Inc. Consumer Privacy Litigation* <br><br> [This Document Relates to All Cases] | Case No. 3:12-md-2330-EMC <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE FOR MEDIATION** <br><br> Date:     N/A <br> Time:    N/A <br> Place:   Courtroom 5, 17th Floor <br> Judge:   Hon. Edward M. Chen |

## STIPULATION

This Stipulation and [Proposed] Order is entered into by and between Plaintiffs' interim co-lead counsel and counsel for Defendants (collectively, the "Parties") as follows:

WHEREAS, in its minute order following the June 12, 2014 status conference, the Court ordered the parties to complete alternative dispute resolution by October 31, 2014 (Dkt. No. 286);

WHEREAS the parties elected to proceed with private mediation and the Court approved this election on July 3, 2014 (Dkt. No. 294);

WHEREAS the parties have been actively engaged in the process of selecting a mediator and preparing for mediation;

WHEREAS lead counsel for one of the Defendants in this matter is planning to be out of the country from October 18 to November 5;

WHEREAS due to the number of parties involved in this matter, the number of dates for which all parties and an acceptable mediator are available to participate before October 18 is extremely limited;

WHEREAS the parties agree that they are more likely to have a productive mediation if they conduct the mediation after November 5;

NOW THEREFORE, the parties through their respective counsel of record, hereby stipulate, subject to Court approval, as follows:

1. The deadline for concluding alternative dispute resolution shall be extended from October 31, 2014, to November 25, 2014.

IT IS SO STIPULATED.

Dated: August 11, 2014

By: */s/ Robert F. Lopez*
Steve W. Berman (*pro hac vice*)
Robert F. Lopez (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com

By: */s/ Daniel L. Warshaw*
    Daniel L. Warshaw (SBN 185365)
    PEARSON SIMON & WARSHAW, LLP
    15165 Ventura Blvd., Suite 400
    Sherman Oaks, CA 91403
    Telephone: (818) 788-8300
    Facsimile: (818) 788-8104
    dwarshaw@pswplaw.com

    Bruce L. Simon (SBN 96241)
    44 Montgomery Street, Suite 2450
    PEARSON SIMON & WARSHAW, LLP
    San Francisco, CA 94104
    Telephone: (415) 433-9000
    Facsimile: (415) 433-9008
    bsimon@pswplaw.com
    wnewsom@pswplaw.com

    *Plaintiffs' Interim Co-Lead Counsel*

By: */s/ Tyler G. Newby*
    Tyler G. Newby (CSB No. 205790)
    tnewby@fenwick.com
    Jennifer J. Johnson (CSB No. 252897)
    jjjohnson@fenwick.com
    FENWICK & WEST LLP
    555 California Street, 12th Floor
    San Francisco, CA 94104
    Ph: (415) 875-2300
    Fax: (415) 281-1350

    Rodger R. Cole (CSB No. 178865)
    rcole@fenwick.com
    Molly R. Melcher (CSB No. 272950)
    mmelcher@fenwick.com
    FENWICK & WEST LLP
    801 California Street
    Mountain View, CA 94041
    Ph:   (650) 988-8500
    Fax:  (650) 938-5200

    *Attorneys for Defendant Carrier IQ, Inc.*

By: */s/ Rosemarie T. Ring*
    Rosemarie T. Ring (SBN 220769)
    Rose.Ring@mto.com
    Jonathan H. Blavin (SBN 230269)
    Jonathan.Blavin@mto.com
    Bryan H. Heckenlively (SBN 279140)
    Bryan.Heckenlively@mto.com

MUNGER, TOLLES & OLSON, LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA  94105-2907
Phone: (415) 512-4000
Fax: (415) 512-4077

Henry Weissmann (SBN 132418)
Henry.Weissmann@mto.com
MUNGER, TOLLES & OLSON, LLP
355 South Grand Avenue,
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

*Attorneys for Defendant HTC America, Inc.*

By:  */s Simon J. Frankel*
Simon J. Frankel
sfrankel@cov.com
Katherine R. H. Gasztonyi
kgasztonyi@cov.com
COVINGTON & BURLING LLP
1 Front St., 35th Floor
San Francisco, CA 94111
Phone:  (415) 591-6000
Fax: (415) 591-6091

*Attorneys for Defendant Huawei Devices USA, Inc.*

By:  */s/ Jeff E. Scott*
Jeff E. Scott (SBN 126308)
ScottJ@gtlaw.com
Rebekah S. Guyon (SBN 291037)
GuyonR@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel: 310-586-7700
Fax: 310-586-7800

Ian C. Ballon (SBN 141819)
Ballon@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Tel: 650-328-8500
Fax: 650-328-8508

*Attorneys for Defendant LG Electronics MobileComm U.S.A., Inc.*

| | |
|---|---|
| 1 | By: */s/ Norman K. Beck* |
| 2 | Peter C. McCabe III<br>pmccabe@winston.com |
| 3 | Norman K. Beck<br>nbeck@winston.com |
| 4 | Christopher J. Letkewicz<br>cletkewicz@winston.com |

By: */s/ Norman K. Beck*
Peter C. McCabe III
pmccabe@winston.com
Norman K. Beck
nbeck@winston.com
Christopher J. Letkewicz
cletkewicz@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Phone: (312) 558-5600
Fax: (312) 558-5700

Krista M. Enns (SBN 206430)
kenns@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Attorneys for Defendant Motorola Mobility LLC*

By: */s/ Oluwaseun O. Ajayi*
Oluwaseun Ajayi (SBN 250903)
oajayi@park-law.com
Alan A. Wright
awright@park-law.com
H.C. Park & Associates, PLC
1894 Preston White Drive
Reston, VA 20191
Phone: (703) 288-5105
Fax: (703) 288-5139

*Attorneys for Defendant Pantech Wireless, Inc.*

By: */s/ Lance A. Etcheverry*
Lance A. Etcheverry
lance.etcheverry@skadden.com
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Phone:      (213) 687-5000
Fax:(213) 687-5600

*Attorneys for Defendant Samsung Telecommunications America, LLC*

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, it is SO ORDERED.

Dated: 8/11/14

_____
Honorable Edward M. Chen
United States District Judge