**In the United States District Court
for the Northern District of California
District Judge Edward M. Chen**

**CIVIL MINUTES**

**Date:**  September 18, 2014          **Time:** 1:37-3:28
                                       **Court Reporter**: Belle Ball

**Case No. and Name:**   C12-md-2330 EMC In re Carrier IQ, Inc.
                         (and all member cases and related cases as stated on the record)

.**Attorneys:**   Steve Berman, Dan Warshaw, Robert Lopez, and Robert Retana for
                  Plaintiffs
                  Rodger Cole and Tyler Newby for Defendant Carrier IQ, Inc.
                  Krista Enns for Defendant Motorola
                  Oluwaseun Ajayi for Defendant Pantech (phone)
                  Sheryl Leung and Lance Etcheverry for Defendant Samsung Tel.
                  Jeff Scott  for Defendant LG USA
                  Rosemarie Ring and Bryan Heckenlively for Defendant HTC
                  Simon Frankel for Defendant Huawei

**Deputy Clerk:**   Betty Lee

**PROCEEDINGS:**

- DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND CONSOLIDATED
COMPLAINT  #304

**SUMMARY:**

Court took matter under submission and to issue order.   Further CMC already scheduled for
12/11/14 at 10:30 a.m.  An updated joint CMC Statement shall be filed by 12/4/14.