| | |
|---|---|
| Steve W. Berman (*pro hac vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile:  (206) 623-0594<br>steve@hbsslaw.com<br><br>Bruce L. Simon (SBN 96241)<br>PEARSON SIMON & WARSHAW, LLP<br>44 Montgomery Street, Suite 2450<br>San Francisco, CA 94104<br>Telephone: (415) 433-9000<br>Facsimile:  (415) 433-9008<br>bsimon@pswplaw.com<br><br>*Plaintiffs' Interim Co-Lead Counsel*<br><br>[*Additional Counsel listed on Signature Page*] | RODGER R. COLE (CSB No. 178865)<br>rcole@fenwick.com<br>MOLLY R. MELCHER<br>(CSB No. 272950)<br>mmelcher@fenwick.com<br>ANNASARA G. PURCELL (CSB No. 295512)<br>apurcell@fenwick.com<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA  94041<br>Telephone:  650.988.8500<br>Facsimile:  650.938.5200<br><br>TYLER G. NEWBY (CSB No. 205790)<br>tnewby@fenwick.com<br>JENNIFER J. JOHNSON<br>(CSB No. 252897)<br>jjjohnson@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Telephone: 415.875.2300<br>Facsimile:  415.281.1350<br><br>*Attorneys for Defendant Carrier IQ, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Carrier IQ, Inc. Consumer Privacy Litigation*<br><br>[This Document Relates to All Cases] | Case No. 3:12-md-2330-EMC<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Judge:   Hon. Edward M. Chen |

Interim co-lead counsel for Plaintiffs ("Plaintiffs") and Defendant Carrier IQ, Inc. ("Carrier IQ") hereby notify the Court that they have reached an agreement in principle that will resolve Plaintiffs' claims against Carrier IQ on a class-wide basis.  Mediation between the

Plaintiffs and remaining Defendants is scheduled for November 12, 2014. Plaintiffs and Carrier IQ will consult together regarding a motion for preliminary approval following mediation and advise the Court of how they wish to proceed.

Dated: November 3, 2014

By: */s/ Robert F. Lopez*
Steve W. Berman (*pro hac vice*)
Robert F. Lopez (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com

Daniel L. Warshaw (SBN 185365)
PEARSON SIMON & WARSHAW, LLP
15165 Ventura Blvd., Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
dwarshaw@pswplaw.com

Bruce L. Simon (SBN 96241)
44 Montgomery Street, Suite 2450
PEARSON SIMON & WARSHAW, LLP
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pswplaw.com
wnewsom@pswplaw.com

*Plaintiffs' Interim Co-Lead Counsel*

| | |
|---|---|
| | By: */s/ Tyler G. Newby* |
| | Tyler G. Newby (CSB No. 205790) |
| | tnewby@fenwick.com |
| | Jennifer J. Johnson (CSB No. 252897) |
| | jjjohnson@fenwick.com |
| | FENWICK & WEST LLP |
| | 555 California Street, 12th Floor |
| | San Francisco, CA 94104 |
| | Ph: (415) 875-2300 |
| | Fax: (415) 281-1350 |
| | |
| | Rodger R. Cole (CSB No. 178865) |
| | rcole@fenwick.com |
| | Molly R. Melcher (CSB No. 272950) |
| | mmelcher@fenwick.com |
| | FENWICK & WEST LLP |
| | 801 California Street |
| | Mountain View, CA 94041 |
| | Ph:   (650) 988-8500 |
| | Fax: (650) 938-5200 |
| | |
| | *Attorneys for Defendant Carrier IQ, Inc.* |

JOINT NOTICE OF SETTLEMENT          3          Case No. 3:12-md-2330-EMC