UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE<br><br>CARRIER IQ, INC. CONSUMER<br>PRIVACY LITIGATION.<br><br>_____/ | No. C-12-md-2330 EMC<br><br>**ORDER RE PANTECH WIRELESS INC.'S EX PARTE MOTION FOR RELIEF FROM COURT-ORDERED MEDIATION** |

On November 7, 2014, Defendant Pantech Wireless, Inc. ("Pantech") filed an *ex parte* motion seeking relief from this Court's November 25, 2014 deadline for completing mediation in this matter. Dkt. No. 324. The basis of Pantech's motion is that its parent company, Pantech Co. Ltd., has entered court receivership in Korea and has filed for recognition of a foreign main proceeding before the Bankruptcy Court for the Northern District of Georgia pursuant to Chapter 15 of the Bankruptcy Code. The parties are hereby **ORDERED** to provide a response to Pantech's *ex parte* motion. Defendants' response shall take the form of a joint statement. The parties' response shall indicate their position on Pantech's motion as well as their position on what effect, if any, the bankruptcy filings may have on these proceedings. The parties shall file their responses by **3:00pm** on **Friday, November 14, 2014**.

IT IS SO ORDERED.

Dated: November 10, 2014

_____
EDWARD M. CHEN
United States District Judge