UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE<br><br>CARRIER IQ, INC. CONSUMER PRIVACY LITIGATION.<br>_____/ | No. C-12-md-2330 EMC<br><br>**ORDER DENYING PANTECH WIRELESS INC.'S EX PARTE MOTION FOR RELIEF FROM COURT-ORDERED MEDIATION** |

Pantech Wireless' Application for Relief from Court Ordered Mediation, filed with this Court on November 7, 2014, is **DENIED**. Absent a bankruptcy court order indicating to the contrary, no stay or relief from liability resulting from Pantech Wireless' parent company filing for bankruptcy is warranted.

IT IS SO ORDERED.

Dated: November 14, 2014

_____
EDWARD M. CHEN
United States District Judge