Steve W. Berman (Pro Hac Vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

Bruce L. Simon (SBN 96241)
PEARSON SIMON & WARSHAW, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008
bsimon@pswplaw.com

*Plaintiffs' Interim Co-Lead Counsel*

Rodger R. Cole (CSB No. 178865)
rcole@fenwick.com
Molly R. Melcher
(CSB No. 272950)
mmelcher@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:  650.988.8500
Facsimile:   650.938.5200

Tyler G. Newby (CSB No. 205790)
tnewby@fenwick.com
Jennifer J. Johnson
(CSB No. 252897)
jjjohnson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile:  415.281.1350

*Attorneys for Defendant
Carrier IQ, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Carrier IQ, Inc. Consumer Privacy Litigation*<br><br>[This Document Relates to All Cases] | Case No. C-12-md-2330-EMC<br><br>**FURTHER JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:  December 11, 2014<br>Time:  10:30 a.m.<br>Place:  Courtroom 5, 17th Floor<br>Judge:  Hon. Edward M. Chen |

FURTHER JOINT CMC STATEMENT                                    Case No. C-12-md-2330-EMC

Pursuant to Civil Local Rule 16-10(d), Plaintiffs' interim co-lead counsel and counsel for Defendants Carrier IQ, Inc., HTC America, Inc., HTC Corporation, Huawei Devices USA, Inc., LG Electronics MobileComm U.S.A, Inc., Motorola Mobility LLC, Pantech Wireless, Inc., Samsung Telecommunications America, LLC, and Samsung Electronics Co., Ltd. (collectively, "Defendants") submit the following Further Joint Case Management Conference Statement in advance of the Further Case Management Conference currently scheduled for December 11, 2014. Because the parties plan to participate in a second day of mediation on December 16, 2014 as discussed in more detail below, the parties jointly request that the Case Management Conference be moved to January 15, 2015.

### 1. SETTLEMENT BETWEEN CARRIER IQ AND PLAINTIFFS

As described in the Joint Notice of Settlement submitted to the Court on November 3, 2014 (Dkt. No. 322), Defendant Carrier IQ and Plaintiffs have reached an agreement in principle that will resolve Plaintiffs' claims against Carrier IQ on a class-wide basis. Plaintiffs and Carrier IQ continue to consult regarding a motion for preliminary approval. Following the upcoming mediation scheduled for December 16, 2014 between Plaintiffs and the remaining Defendants, Plaintiffs and Carrier IQ will notify the Court of how they will proceed with settlement approval.

### 2. MEDIATION WITH REMAINING DEFENDANTS

On November 12, 2014, the parties (except for Pantech Wireless, Inc.) participated in an all-day mediation session with the Hon. James Larson (Ret.) at JAMS. While the parties were unable to reach a global settlement during this mediation, the parties believe that a second mediation session is worthwhile. Accordingly, the parties have scheduled a second all-day mediation session with Judge Larson for December 16, 2014.

In light of this additional mediation, the parties request that the Court reschedule the Further Case Management Conference currently scheduled for December 11, 2014, to January 15, 2014. The parties will submit an additional report on the status of mediation efforts to the Court no later than December 19, 2014.

FURTHER JOINT CMC STATEMENT     1     Case No. C-12-md-2330-EMC

| | |
|---|---|
| Dated: December 4, 2014 | By: /s/ Robert F. Lopez |
| | Steve W. Berman (*pro hac vice*) |
| | Robert F. Lopez (*pro hac vice*) |
| | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | 1918 Eighth Avenue, Suite 3300 |
| | Seattle, WA 98101 |
| | Telephone: (206) 623-7292 |
| | Facsimile: (206) 623-0594 |
| | steve@hbsslaw.com |
| | robl@hbsslaw.com |

By: /s/ Daniel L. Warshaw
Daniel L. Warshaw (SBN 185365)
PEARSON SIMON & WARSHAW, LLP
15165 Ventura Blvd., Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
dwarshaw@pswplaw.com

Bruce L. Simon (SBN 96241)
PEARSON SIMON & WARSHAW LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pswplaw.com

*Plaintiffs' Interim Co-Lead Counsel*

By: /s/ Tyler G. Newby
Rodger R. Cole (CSB No. 178865)
rcole@fenwick.com
Molly R. Melcher (CSB No. 272950)
mmelcher@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Ph: (650) 988-8500
Fax: (650) 938-5200

Tyler G. Newby (CSB No. 205790)
tnewby@fenwick.com
Jennifer J. Johnson (CSB No. 252897)
jjjohnson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FURTHER JOINT CMC STATEMENT     2     Case No. C-12-md-2330-EMC

        San Francisco, CA 94104
        Ph: (415) 875-2300
        Fax: (415) 281-1350

        *Attorneys for Defendant Carrier IQ, Inc.*

By: /s/ Rosemarie T. Ring
    Rosemarie T. Ring (SBN 220769)
    Rose.Ring@mto.com
    Jonathan H. Blavin (SBN 230269)
    Jonathan.Blavin@mto.com
    Bryan H. Heckenlively (SBN 279140)
    Bryan.Heckenlively@mto.com
    MUNGER, TOLLES & OLSON, LLP
    560 Mission Street
    Twenty-Seventh Floor
    San Francisco, CA 94105-2907
    Phone: (415) 512-4000
    Fax: (415) 512-4077

    Henry Weissmann (SBN 132418)
    Henry.Weissmann@mto.com
    MUNGER, TOLLES & OLSON, LLP
    355 South Grand Avenue,
    Thirty-Fifth Floor
    Los Angeles, CA 90071-1560
    Telephone: (213) 683-9100
    Facsimile: (213) 687-3702

    *Attorneys for Defendants HTC America, Inc., and HTC Corporation*

By: /s/ Simon J. Frankel
    Simon J. Frankel
    sfrankel@cov.com
    Katherine R.H. Gasztonyi
    kgasztonyi@cov.com
    COVINGTON & BURLING LLP
    1 Front St., 35th Floor
    San Francisco, CA 94111
    Phone: (415) 591-6000
    Fax: (415) 591-6091

    *Attorneys for Defendant Huawei Devices USA, Inc.*

By: /s/ Oluwaseun O. Ajayi
Oluwaseun O. Ajayi (SBN 250903)
oajayi@park-law.com
H.C. Park & Associates, PLC
1894 Preston White Drive
Reston, VA 20191
Phone: (703) 288-5105
Fax: (703) 288-5139

*Attorneys for Defendant Pantech Wireless, Inc.*


By: /s/ Lance A. Etcheverry
Lance A. Etcheverry (SBN 199916)
lance.etcheverry@skadden.com
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Phone: (213) 687-5000
Fax: (213) 687-5600

S. Sheryl Leung (SBN 238229)
sheryl.leung@skadden.com
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Phone: (650) 470-4544
Fax: (650) 798-6605

*Attorneys for Defendant Samsung Telecommunications America, LLC and Samsung Electronics Co., Ltd.*


By: /s/ Jeff E. Scott
Jeff E. Scott (SBN 126308)
ScottJ@gtlaw.com
Rebekah S. Guyon (SBN 291037)
GuyonR@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel: 310-586-7700
Fax: 310-586-7800

Ian C. Ballon (SBN 141819)
Ballon@gtlaw.com
GREENBERG TRAURIG, LLP

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FURTHER JOINT CMC STATEMENT        4        Case No. C-12-md-2330-EMC

1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Tel: 650-328-8500
Fax: 650-328-8508

*Attorneys for Defendant LG Electronics MobileComm U.S.A., Inc.*

By: /s/ Norman K. Beck
    Peter C. McCabe III
    pmccabe@winston.com
    Norman K. Beck
    nbeck@winston.com
    Christopher J. Letkewicz
    cletkewicz@winston.com
    WINSTON & STRAWN LLP
    35 W. Wacker Drive
    Chicago, IL 60601-9703
    Phone: (312) 558-5600
    Fax:   (312) 558-5700

Krista M. Enns (SBN 206430)
kenns@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone: (415) 591-1000
Facsimile:  (415) 591-1400

*Attorneys for Defendant Motorola Mobility LLC*

## ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)

I, Tyler G. Newby, am the ECF User whose identification and password are being used to file this **FURTHER JOINT CASE MANAGEMENT CONFERENCE STATEMENT**. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated:    December 4, 2014        /s/ Tyler G. Newby
                                                        Tyler G. Newby

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FURTHER JOINT CMC STATEMENT 6 Case No. C-12-md-2330-EMC