**GREENBERG TRAURIG, LLP**
Ian C. Ballon (SBN 141819)
*Ballon@gtlaw.com*
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Tel:  650-328-8500; Fax: 650-328-8508

**GREENBERG TRAURIG, LLP**
Jeff E. Scott (SBN 126308)
*ScottJ@gtlaw.com*
Rebekah S. Guyon (SBN 291037)
*GuyonR@gtlaw.com*
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel:  310-586-7700; Fax: 310-586-7800

Attorneys for Defendants LG Electronics MobileComm U.S.A., Inc. and LG Electronics, Inc.

[*Additional Counsel listed on Signature Page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE<br><br>CARRIER IQ, INC.,<br>CONSUMER PRIVACY LITIGATION<br><br>[This Document Relates to Case Nos. 3:11-cv-06199-EMC; 3:11-cv-06641-EMC] | Case No.:   3:12-md-02330-EMC<br><br>STIPULATION RE RESPONSIVE PLEADING DEADLINE FOR DEFENDANT LG ELECTRONICS, INC. |

1    WHEREAS Defendant LG Electronics, Inc. ("LG Korea") was served with the Summons and
2 First Consolidated Amended Complaint in the above-captioned matter on October 24, 2014, and its
3 current deadline to respond to the Complaint is November 14, 2014;

4    WHEREAS the Complaint has been superseded by a Second Consolidated Amended Complaint
5 to which the other Defendants to this lawsuit filed a Motion to Dismiss.  That Motion was heard by the
6 Court on September 18, 2014, and has been under submission for a decision since that date;

7    WHEREAS a mediation took place in this case on November 12, 2014 and a second mediation
8 session is set for December 16, 2014;

9    WHEREAS the parties hereto agree that it would be most efficient for LG Korea to respond to
10 the operative version of the Complaint, if and when its subsidiary LG Electronics MobileComm USA,
11 Inc. is required to respond to that version of the Complaint, which will depend on what claims survive
12 the Motion to Dismiss and whether a Third Amended Complaint is filed;

13    THEREFORE, IT IS STIPULATED AND AGREED AS FOLLOWS:

14    Defendant LG Korea shall respond to the operative version of the Complaint in this action, if
15 any, if and when defendant subsidiary LG Electronics MobileComm USA, Inc. is required to respond to
16 that same version of the Complaint.  Nothing herein shall be construed as a waiver of any of LG Korea's
17 defenses or as limiting the manner in which LG Korea may respond to the operative Complaint.

18 DATED:  December 11, 2014           GREENBERG TRAURIG, LLP

19                                      By:   /s/   Jeff E. Scott
20                                            Jeff E. Scott
                                         *Attorneys for Defendants LG Electronics MobileComm*
21                                       *U.S.A., Inc. and LG Electronics, Inc.*

22

23 DATED:  December 11, 2014           PEARSON SIMON & WARSHAW, LLP

24                                      By:   /s/   Daniel L. Warshaw
25                                            Daniel L. Warshaw
                                         Daniel L. Warshaw (SBN 185365)
26                                       PEARSON SIMON & WARSHAW, LLP
                                         15165 Ventura Blvd., Suite 400
27                                       Sherman Oaks, CA 91403
                                         Tel: 818-788-8300; Fax: 818-788-8104
28                                       dwarshaw@pswplaw.com

Bruce L. Simon (SBN 96241)
PEARSON SIMON & WARSHAW, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Tel: 415-433-9000; Fax: 415-433-9008
bsimon@pswplaw.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Tel: 206-623-7292; Fax: 206-623-0594
steve@hbsslaw.com
*Plaintiffs' Interim Co-Lead Counsel*

I, Daniel L. Warshaw, am the ECF user whose ID and password are being used to file this *Stipulation re Responsive Pleading Deadline for Defendant LG Electronics, Inc.* In compliance with Local Rule 5-1(i)(3), I hereby attest that the concurrence of the filing of this document has been obtained from the other signatories indicated by a conformed signature (/s/) within this document.

DATED: December 11, 2014           By:   /s/  Daniel L. Warshaw
                                         Daniel L. Warshaw

**[PROPOSED] ORDER**

Pursuant to stipulation, it is SO ORDERED.

       December 16, 2014
Dated: _____                    _____
                                                      Honorable
                                                      United States

IT IS SO ORDERED
Judge Edward M. Chen