1   Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
2   1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
3   Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
4   steve@hbsslaw.com

5   Bruce L. Simon (SBN 96241)
PEARSON SIMON & WARSHAW, LLP
6   44 Montgomery Street, Suite 2450
San Francisco, CA 94104
7   Telephone: (415) 433-9000
Facsimile:  (415) 433-9008
8   bsimon@pswlaw.com

9   Plaintiffs' Interim Co-Lead Counsel

RODGER R. COLE (CSB No. 178865)
rcole@fenwick.com
MOLLY R. MELCHER
(CSB No. 272950)
mmelcher@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:  650.988.8500
Facsimile:   650.938.5200

TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
JENNIFER J. JOHNSON
(CSB No. 252897)
jjjohnson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:  415.875.2300
Facsimile:   415.281.1350

Attorneys for Defendant
Carrier IQ, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re Carrier IQ, Inc. Consumer Privacy Litigation<br><br>[This Document Relates to All Cases] | Case No. C-12-md-2330-EMC<br><br>**FURTHER JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:     April 13, 2015<br>Time:     2:30 p.m.<br>Place:    Courtroom 5, 17th Floor<br>Judge:   Hon. Edward M. Chen |

862909.1

C-12-md-2330-EMC

1    Pursuant to Civil Local Rule 16-10(d), plaintiffs' interim co-lead counsel and counsel for

2  defendants Carrier IQ, Inc., HTC America, Inc., HTC Corporation, Huawei Device USA, Inc., LG

3  Electronics, Inc. and LG Electronics MobileComm U.S.A, Inc., Motorola Mobility LLC, Pantech

4  Wireless, Inc., Samsung Telecommunications America, LLC, and Samsung Electronics Co., Ltd.

5  (collectively, "Defendants") submit the following Further Joint Case Management Conference

6  Statement in advance of the Further Case Management Conference currently scheduled for April

7  13, 2015.

8  **1.    SETTLEMENT BETWEEN PLAINTIFFS AND CARRIER IQ**

9    As described in the Joint Notice of Settlement submitted to the Court on November 3,

10  2014 (Dkt. No. 322), Plaintiffs and Defendant Carrier IQ have reached an agreement in principle

11  that will resolve Plaintiffs' claims against Carrier IQ on a classwide basis.  Plaintiffs and Carrier

12  IQ are proceeding to document their settlement-in-principle and continue to consult regarding a

13  motion for preliminary approval, considering, among other factors, the possibility of an omnibus

14  motion for preliminary approval in the event that settlement is reached in the near future among

15  Plaintiffs and the Original Equipment Manufacturer ("OEM") Defendants.

16  **2.    MEDIATION**

17    On March 17, 2015, all parties attended a third mediation session before the Hon. James

18  Larson (Ret.), during which Plaintiffs and the OEM Defendants made significant progress towards

19  reaching a classwide settlement.  In light of that progress, the parties plan to hold another

20  mediation session on April 27, 2015, which was the earliest date available for all necessary parties

21  and Judge Larson.  The parties therefore respectfully request that the Court continue the Further

22  Case Management Conference to a date after April 27, 2015.  The parties plan to file a stipulation

23  seeking this continuance.  In the event that an agreement in principle is reached at the April 27,

24  2015 mediation, the parties will promptly file a notice of the same and begin documenting their

25  agreement.

26  **3.    DISCOVERY**

27    In early December 2014, Plaintiffs asked certain OEM Defendants to supplement their

28  initial disclosures to include relevant insurance agreements.  The Samsung defendants and Pantech

1  Wireless, Inc., subsequently provided Plaintiffs with the requested insurance agreements, while

2  Motorola Mobility LLC has said it will do so.  Furthermore, HTC Corporation, LG Electronics,

3  Inc., and Samsung Electronics Co., Ltd. have not yet served Plaintiffs with their initial disclosures.

4          Also in early December 2014, Plaintiffs requested that the OEM Defendants, except the

5  HTC Defendants, supplement their responses to Plaintiffs' pre-ADR Interrogatory No. 4 and

6  plaintiffs' pre-ADR Requests for Production ("RFPs") Nos. 7, 10 and 11—which relate to whether

7  the Carrier IQ software, or any component thereof, was programmed or installed on the OEM

8  defendants' devices in such a way as to cause or permit the logging to the device logs of any type

9  of consumer content or communications—in light of Carrier IQ's responses to a similar

10 Interrogatory.  The OEM Defendants proceeded to verify the completeness of their responses to

11 the above mentioned Interrogatory and RFPs in light of Carrier IQ's responses.  LG Electronics

12 MobileComm U.S.A. provided plaintiffs with a supplemental response to pre-ADR Interrogatory

13 No. 4 and another OEM defendant, Huawei Device USA, Inc., has conferred with plaintiffs and

14 represented that, based on its investigation to date, its answers to the Interrogatory and RFPs are

15 complete as-is, but it is continuing its investigation.  The other OEM defendants continue to

16 investigate to confirm the completeness of their Interrogatory and RFP responses and to determine

17 if those responses need to be supplemented in accordance with Fed. R. Civ. P. 26(e).  Plaintiffs

18 have requested that such investigation be completed, and that any supplementation be made, prior

19 to the parties' next mediation session on April 27, 2015.

20         The parties are hopeful that any discovery disputes that may arise from Plaintiffs'

21 supplemental requests can be resolved without court intervention

22 **4.      THIRD CONSOLIDATED AMENDED COMPLAINT**

23         Plaintiffs' Third Consolidated Amended Complaint ("TCAC") is presently due on April

24 27, 2015, the same day as the parties' next scheduled mediation session.  In light of this, the

25 parties have agreed that Plaintiffs shall have until May 4, 2015 to file their TCAC in the event that

26 filing it is necessary because a settlement was not reached on April 27, 2015 among the Plaintiffs

27 and the OEM Defendants.  The parties plan to file a stipulation to this effect, asking the Court to

28 order this one-week extension, by tomorrow, April 7, 2015.

1   Dated:  April 6, 2015                    By: /s/ Robert F. Lopez
                                                 Steve W. Berman (*pro hac vice)*
2                                                Robert F. Lopez (*pro hac vice*)
                                                 HAGENS BERMAN SOBOL SHAPIRO LLP
3                                                1918 Eighth Avenue, Suite 3300
                                                 Seattle, WA 98101
4                                                Telephone: (206) 623-7292
                                                 Facsimile: (206) 623-0594
5                                                steve@hbsslaw.com
                                                 robl@hbsslaw.com
6

7                                            By: /s/ Daniel L. Warshaw
                                                 Daniel L. Warshaw (SBN 185365)
8                                                PEARSON SIMON & WARSHAW, LLP
                                                 15165 Ventura Blvd., Suite 400
9                                                Sherman Oaks, CA 91403
                                                 Telephone: (818) 788-8300
10                                               Facsimile: (818) 788-8104
                                                 dwarshaw@pswlaw.com
11

12                                               Bruce L. Simon (SBN 96241)
                                                 PEARSON SIMON & WARSHAW, LLP
13                                               44 Montgomery Street, Suite 2450
                                                 San Francisco, CA 94104
14                                               Telephone: (415) 433-9000
                                                 Facsimile: (415) 433-9008
15                                               bsimon@pswlaw.com
16

17                                               Plaintiffs' Interim Co-Lead Counsel

18                                           By: /s/ Rodger R. Cole
                                                 Rodger R. Cole (CSB No. 178865)
19                                               rcole@fenwick.com
                                                 Molly R. Melcher (CSB No. 272950)
20                                               mmelcher@fenwick.com
                                                 FENWICK & WEST LLP
21                                               801 California Street
                                                 Mountain View, CA 94041
22                                               Ph: (650) 988-8500
                                                 Fax: (650) 938-5200
23

24                                               Tyler G. Newby (CSB No. 205790)
                                                 tnewby@fenwick.com
25                                               Jennifer J. Johnson (CSB No. 252897)
                                                 jjjohnson@fenwick.com
26                                               FENWICK & WEST LLP
                                                 555 California Street, 12th Floor
27                                               San Francisco, CA 94104
28

862909.1                               3                    C-12-md-2330-EMC
FURTHER JOINT CASE MANAGEMENT CONFERENCE STATEMENT

1
Ph: (415) 875-2300
Fax: (415) 281-1350

2

3
Attorneys for Defendant Carrier IQ, Inc.

4
By: /s/ Rosemarie T. Ring
Rosemarie T. Ring (SBN 220769)

5
Rose.Ring@mto.com
Jonathan H. Blavin (SBN 230269)

6
Jonathan.Blavin@mto.com
Bryan H. Heckenlively (SBN 279140)

7
Bryan.Heckenlively@mto.com
MUNGER, TOLLES & OLSON, LLP

8
560 Mission Street

9
Twenty-Seventh Floor
San Francisco, CA 94105-2907

10
Phone: (415) 512-4000
Fax: (415) 512-4077

11

12
Henry Weissmann (SBN 132418)
Henry.Weissmann@mto.com

13
MUNGER, TOLLES & OLSON, LLP
355 South Grand Avenue,

14
Thirty-Fifth Floor
Los Angeles, CA 90071-1560

15
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

16

17
Attorneys for Defendants HTC America, Inc., and
HTC Corporation

18

19
By: /s/ Simon J. Frankel
Simon J. Frankel

20
sfrankel@cov.com
Katherine R.H. Gasztonyi

21
kgasztonyi@cov.com
COVINGTON & BURLING LLP

22
1 Front St., 35th Floor

23
San Francisco, CA 94111
Phone: (415) 591-6000

24
Fax: (415) 591-6091

25
Attorneys for Defendant Huawei Device USA, Inc.

26

27
By: /s/ Wilson W. Lin
Wilson W. Lin (SBN 302228)

28
WLin@park-law.com

862909.1

4

C-12-md-2330-EMC

FURTHER JOINT CASE MANAGEMENT CONFERENCE STATEMENT

1    H.C. Park & Associates, PLC
     1894 Preston White Drive
2    Reston, VA 20191
     Phone: (703) 544-9230
3    Fax:  (703) 288-5139

4    Attorneys for Defendant Pantech Wireless, Inc.

5

6    By: /s/ Lance A. Etcheverry
         Lance A. Etcheverry  (SBN 199916)
7        lance.etcheverry@skadden.com
         SKADDEN ARPS SLATE MEAGHER & FLOM
8        LLP
         300 South Grand Avenue, Suite 3400
9        Los Angeles, California 90071
         Phone: (213) 687-5000
10       Fax: (213) 687-5600

11
         S. Sheryl Leung (SBN 238229)
12       sheryl.leung@skadden.com
         SKADDEN ARPS SLATE MEAGHER & FLOM
13       LLP
         525 University Avenue, Suite 1400
14       Palo Alto, California  94301
         Phone: (650) 470-4544
15       Fax: (650) 798-6605

16
         Attorneys for Defendant Samsung
17       Telecommunications America, LLC and Samsung
         Electronics Co., Ltd.
18

19
     By: /s/ Jeff E. Scott
20       Jeff E. Scott (SBN 126308)
         ScottJ@gtlaw.com
21       Rebekah Guyon (SBN 291037)
         GuyonR@gtlaw.com
22       GREENBERG TRAURIG, LLP
         1840 Century Park East, Suite 1900
23       Los Angeles, CA 90067-2121
         Tel: 310-586-7700
24       Fax: 310-586-7800

25       Ian C. Ballon (SBN 141819)
         Ballon@gtlaw.com
26       GREENBERG TRAURIG, LLP
         1900 University Avenue, 5th Floor
27       East Palo Alto, CA 94303
         Tel: 650-328-8500
28       Fax: 650-328-8508

862909.1                          5                    C-12-md-2330-EMC
          FURTHER JOINT CASE MANAGEMENT CONFERENCE STATEMENT

1

2          Attorneys for Defendants LG Electronics, Inc. and
           LG Electronics MobileComm U.S.A., Inc.

3          By: /s/ Norman K. Beck

4              Peter C. McCabe III
               pmccabe@winston.com

5              Norman K. Beck
               nbeck@winston.com

6              Christopher J. Letkewicz
               cletkewicz@winston.com

7              WINSTON & STRAWN LLP
               35 W. Wacker Drive

8              Chicago, IL  60601-9703
               Phone: (312) 558-5600

9              Fax:    (312) 558-5700

10             Krista M. Enns (SBN 206430)
               kenns@winston.com

11             WINSTON & STRAWN LLP
               101 California Street

12             San Francisco, CA 94111-5894
               Telephone: (415) 591-1000

13             Facsimile:   (415) 591-1400

14             Attorneys for Defendant Motorola Mobility LLC

15

16

17

18

19     IT IS SO ORDERED that the further CMC is reset from 4/13/15 to 5/21/15
       at 10:30 a.m.  An updated joint CMC Statement shall be filed by 5/14/15.
20     _____
       Edward M. Chen
21     U.S. District Judge

22

23     

24

25

26

27

28

1    **ATTESTATION PURSUANT TO Local rule 5-1(i)(3)**

2        I, Robert G. Retana, am the ECF User whose identification and password are being used to

3    file this **FURTHER JOINT CASE MANAGEMENT CONFERENCE STATEMENT**.  In

4    compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in

5    this filing.

6    Dated:    April 6, 2015                              /s/ Robert G. Retana

7                                                          Robert G. Retana

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28