STEVE W. BERMAN (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

BRUCE L. SIMON (Bar No. 96241)
**PEARSON, SIMON & WARSHAW, LLP**
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pswlaw.com

*Counsel for Select Plaintiffs and Co-Lead Counsel for the Proposed Classes*

*[Additional Counsel Listed on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE<br>CARRIER IQ, INC.,<br>CONSUMER PRIVACY LITIGATION | No. 12-md-2330-EMC<br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO FILE THIRD CONSOLIDATED AMENDED COMPLAINT** |

WHEREAS, in their Joint CMC Statement [Dkt. No. 359], the parties advised the Court that on March 17, 2015, all parties attended a third mediation session before the Hon. James Larson (Ret.). In light of the progress made on March 17, the parties plan to hold another mediation session on April 27, 2015, which was the earliest date available for all necessary parties and Judge Larson; and

WHEREAS, the Plaintiffs are currently scheduled to file a Third Consolidated Amended Complaint ("TCAC") on April 27, 2015 [Dkt. No. 349], the same day on which their next mediation session with the OEM Defendants is scheduled.

**NOW THEREFORE, IT IS STIPULATED AND AGREED AS FOLLOWS:**

Subject to Court approval, the parties stipulate that the deadline to file the TCAC shall be extended for one week, to May 4, 2015.

Dated: April 7, 2015

By: /s/ Daniel L. Warshaw
Daniel L. Warshaw (SBN 185365)
PEARSON SIMON & WARSHAW, LLP
15165 Ventura Blvd., Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
dwarshaw@pswlaw.com

Bruce L. Simon (SBN 96241)
Robert G. Retana (SBN 148677)
PEARSON SIMON & WARSHAW, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pswlaw.com

By: /s/ Robert F. Lopez
Steve W. Berman (pro hac vice)
Robert F. Lopez (pro hac vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

robl@hbsslaw.com

*Plaintiffs' Interim Co-Lead Counsel*


By: */s/ Rodger R. Cole*
Rodger R. Cole (CSB No. 178865)
rcole@fenwick.com
Molly R. Melcher (CSB No. 272950)
mmelcher@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Ph: (650) 988-8500
Fax: (650) 938-5200

Tyler G. Newby (CSB No. 205790)
tnewby@fenwick.com
Jennifer J. Johnson (CSB No. 252897)
jjjohnson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Ph: (415) 875-2300
Fax: (415) 281-1350

*Attorneys for Defendant Carrier IQ, Inc.*


By: */s/ Rosemarie T. Ring*
Rosemarie T. Ring (SBN 220769)
Rose.Ring@mto.com
Jonathan H. Blavin (SBN 230269)
Jonathan.Blavin@mto.com
Bryan H. Heckenlively (SBN 279140)
Bryan.Heckenlively@mto.com
MUNGER, TOLLES & OLSON, LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Phone: (415) 512-4000
Fax: (415) 512-4077

Henry Weissmann (SBN 132418)
Henry.Weissmann@mto.com
MUNGER, TOLLES & OLSON, LLP
355 South Grand Avenue,
Thirty-Fifth Floor

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

| | |
|---|---|
| 1 | Los Angeles, CA 90071-1560 |
| 2 | Telephone: (213) 683-9100 |
|   | Facsimile: (213) 687-3702 |
| 3 | |
|   | *Attorneys for Defendants HTC America, Inc., and* |
| 4 | *HTC Corporation* |
| 5 | |
| 6 | By: */s/ Simon J. Frankel* |
|   | Simon J. Frankel |
| 7 | sfrankel@cov.com |
|   | Katherine R.H. Gasztonyi |
| 8 | kgasztonyi@cov.com |
|   | COVINGTON & BURLING LLP |
| 9 | 1 Front St., 35th Floor |
|   | San Francisco, CA 94111 |
| 10 | Phone: (415) 591-6000 |
|    | Fax: (415) 591-6091 |
| 11 | |
| 12 | *Attorneys for Defendant Huawei Device USA, Inc.* |
| 13 | |
| 14 | By: */s/ Wilson W. Lin* |
|    | Wilson W. Lin (SBN 302228) |
| 15 | WLin@park-law.com |
|    | H.C. Park & Associates, PLC |
| 16 | 1894 Preston White Drive |
|    | Reston, VA 20191 |
| 17 | Phone: (703) 544-9230 |
|    | Fax: (703) 288-5139 |
| 18 | |
|    | *Attorneys for Defendant Pantech Wireless, Inc.* |
| 19 | |
| 20 | By: */s/ Lance A. Etcheverry* |
|    | Lance A. Etcheverry (SBN 199916) |
| 21 | lance.etcheverry@skadden.com |
|    | SKADDEN ARPS SLATE MEAGHER & FLOM |
| 22 | LLP |
|    | 300 South Grand Avenue, Suite 3400 |
| 23 | Los Angeles, California 90071 |
| 24 | Phone: (213) 687-5000 |
|    | Fax: (213) 687-5600 |
| 25 | |
| 26 | S. Sheryl Leung (SBN 238229) |
|    | sheryl.leung@skadden.com |
| 27 | SKADDEN ARPS SLATE MEAGHER & FLOM |
|    | LLP |
| 28 | 525 University Avenue, Suite 1400 |

```
Palo Alto, California 94301
Phone: (650) 470-4544
Fax: (650) 798-6605
```

*Attorneys for Defendants Samsung Telecommunications America, LLC and Samsung Electronics Co., Ltd.*

By: */s/ Jeff E. Scott*
Jeff E. Scott (SBN 126308)
ScottJ@gtlaw.com
Lori Chang (SBN 228142)
ChangL@gtlaw.com
Rebekah Guyon (SBN 291037)
GuyonR@gtlaw.com
GREENBERG TAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel: 310-586-7700
Fax: 310-586-7800

Ian C. Ballon (SBN 141819)
Ballon@gtlaw.com
GREENBERG TAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Tel: 650-328-8500
Fax: 650-328-8508

*Attorneys for Defendants LG Electronics, Inc. and LG Electronics MobileComm U.S.A., Inc.*

By: */s/ Norman K. Beck*
Peter C. McCabe III
pmccabe@winston.com
Norman K. Beck
nbeck@winston.com
Christopher J. Letkewicz
cletkewicz@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Phone: (312) 558-5600
Fax: (312) 558-5700

Krista M. Enns (SBN 206430)
kenns@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone: (415) 591-1000

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

| | |
|---|---|
| 1 | Facsimile: (415) 591-1400 |
| 2 | *Attorneys for Defendant Motorola Mobility LLC* |

**[PROPOSED] ORDER**

The deadline for Plaintiffs to file their Third Consolidated Amended Complaint is May 4, 2015.

DATED: 4/8, 2015

Edwar[d M. Chen]
United [States District Jud]ge

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Daniel L. Warshaw, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO FILE THIRD AMENDED COMPLAINT**. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: April 7, 2015

*/s/ Daniel L. Warshaw*
DANIEL L. WARSHAW