| | |
|---|---|
| Steve W. Berman (*pro hac vice*) | Rodger R. Cole (CSB No. 178865) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | rcole@fenwick.com |
| 1918 Eighth Avenue, Suite 3300 | FENWICK & WEST LLP |
| Seattle, WA 98101 | Silicon Valley Center |
| Telephone: (206) 623-7292 | 801 California Street |
| Facsimile: (206) 623-0594 | Mountain View, CA 94041 |
| steve@hbsslaw.com | Telephone: (650) 988.8500 |
| | Facsimile: (650) 938.5200 |
| Bruce L. Simon (CSB No. 96241) | |
| PEARSON SIMON & WARSHAW, LLP | Tyler G. Newby (CSB No. 205790) |
| 44 Montgomery Street, Suite 1200 | tnewby@fenwick.com |
| San Francisco, CA 94104 | Jennifer J. Johnson |
| Telephone: (415) 433-9000 | (CSB No. 252897) |
| Facsimile: (415) 433-9008 | jjjohnson@fenwick.com |
| bsimon@pswlaw.com | FENWICK & WEST LLP |
| | 555 California Street, 12th Floor |
| *Plaintiffs' Interim Co-Lead Counsel* | San Francisco, CA 94104 |
| | Telephone: (415) 875.2300 |
| | Facsimile: (415) 281.1350 |
| | |
| | *Attorneys for Defendant Carrier IQ, Inc.* |
| | |
| | *[Additional Defense Counsel Listed Below]* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re Carrier IQ, Inc. Consumer Privacy Litigation<br><br>This Document Relates to:<br><br>ALL CASES | No. 3:12-md-2330-EMC<br><br>JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND NOTICE OF SETTLEMENT<br><br>Date: July 2, 2015<br>Time: 10:30 a.m.<br>Place: Courtroom 5, 17th Floor<br>Judge: Hon. Edward M. Chen |

Pursuant to Civil Local Rule 16-10(d), plaintiffs' interim co-lead counsel and counsel for defendants Carrier IQ, Inc., HTC America, Inc., HTC Corporation, Huawei Devices USA, Inc., LG Electronics MobileComm U.S.A, Inc., LG Electronics, Inc., Motorola Mobility LLC, Pantech Wireless, Inc., Samsung Telecommunications America, LLC, and Samsung Electronics Co., Ltd. (collectively, "defendants") submit the following Further Joint Case Management Conference Statement in advance of the Further Case Management Conference currently scheduled for July 2, 2015.

**A.   SETTLEMENT BETWEEN PLAINTIFFS AND ALL DEFENDANTS**

Following the last mediation session on April 27, 2015, the parties reached agreement in principle on a global settlement subject to execution of a written settlement agreement. Plaintiffs recently prepared and distributed a draft settlement agreement to Defendants, which Defendants are reviewing and hope to finalize soon subject to agreement on the last remaining material terms (with the caveat that a notice plan has not yet been concluded, as discussed below).

The Parties have been working diligently to conclude their efforts as soon as reasonably possible, but unfortunately were unable to conclude their work in time to complete all of the settlement papers, including a notice plan, such that a motion for preliminary approval could be filed within 30 days of the Court's order of May 26, 2016 (Dkt. No. 372), per the terms of that order.

Regarding notice, Plaintiffs have consulted, and continue to consult, with notice administration firms toward a plan designed to effect the best notice to settlement class members that is practicable under the circumstances. Completion of the notice plan, and any further efforts as to notice that would be appropriate thereafter, is one of the last significant steps requiring completion before the settlement agreement can be finalized. The parties presently anticipate that the settlement agreement and claims administration plans should be finalized in the next 30 days, with the notice plan to be finalized as soon as reasonably possible. The parties request that the court schedule a

status conference call for July 30, 2015. The parties also respectfully request that the Court stay all deadlines in light of the reported developments. All parties are committed to working expeditiously to complete the settlement and preliminary approval process.

Dated: June 25, 2015               By:   /s/ Robert F. Lopez
                                         Steve W. Berman (*pro hac vice*)
                                         Robert F. Lopez (*pro hac vice*)
                                         HAGENS BERMAN SOBOL SHAPIRO LLP
                                         1918 Eighth Avenue, Suite 3300
                                         Seattle, WA 98101
                                         Telephone: (206) 623-7292
                                         Facsimile: (206) 623-0594
                                         steve@hbsslaw.com
                                         robl@hbsslaw.com

                                   By:   /s/ Daniel L. Warshaw
                                         Daniel L. Warshaw (SBN 185365)
                                         PEARSON SIMON & WARSHAW, LLP
                                         15165 Ventura Blvd., Suite 400
                                         Sherman Oaks, CA 91403
                                         Telephone: (818) 788-8300
                                         Facsimile: (818) 788-8104
                                         dwarshaw@pswlaw.com

                                         Bruce L. Simon (SBN 96241)
                                         PEARSON SIMON & WARSHAW, LLP
                                         44 Montgomery Street, Suite 2450
                                         San Francisco, CA 94104
                                         Telephone: (415) 433-9000
                                         Facsimile: (415) 433-9008
                                         bsimon@pswlaw.com

                                         *Plaintiffs' Interim Co-Lead Counsel*

                                   By:   /s/ Tyler G. Newby
                                         Rodger R. Cole (CSB No. 178865)
                                         rcole@fenwick.com
                                         FENWICK & WEST LLP
                                         801 California Street
                                         Mountain View, CA 94041
                                         Ph: (650) 988-8500
                                         Fax: (650) 938-5200

Tyler G. Newby (CSB No. 205790)
tnewby@fenwick.com
Jennifer J. Johnson (CSB No. 252897)
jjjohnson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Ph: (415) 875-2300
Fax: (415) 281-1350

*Attorneys for Defendant Carrier IQ, Inc.*

By: /s/ Rosemarie T. Ring
Rosemarie T. Ring (SBN 220769)
Rose.Ring@mto.com
Jonathan H. Blavin (SBN 230269)
Jonathan.Blavin@mto.com
Bryan H. Heckenlively (SBN 279140)
Bryan.Heckenlively@mto.com
MUNGER, TOLLES & OLSON, LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Phone: (415) 512-4000
Fax: (415) 512-4077

Henry Weissmann (SBN 132418)
Henry.Weissmann@mto.com
MUNGER, TOLLES & OLSON, LLP
355 South Grand Avenue,
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendants HTC America, Inc., and HTC Corporation*

By: /s/ Simon J. Frankel
Simon J. Frankel
sfrankel@cov.com
Katherine R.H. Gasztonyi
kgasztonyi@cov.com
COVINGTON & BURLING LLP
1 Front St., 35th Floor
San Francisco, CA 94111
Phone: (415) 591-6000
Fax: (415) 591-6091

*Attorneys for Defendant Huawei DeviceUSA, Inc.*

| | | |
|---|---|---|
|1| By: | /s/ Wilson W. Lin |
| | | Wilson W. Lin (SBN 302228) |

By: /s/ Wilson W. Lin
Wilson W. Lin (SBN 302228)
wlin@park-law.com
H.C. Park & Associates, PLC
1894 Preston White Drive
Reston, VA 20191
Phone: (703) 544-9230
Fax: (703) 288-5139

*Attorneys for Defendant Pantech Wireless, Inc.*

By: /s/ Lance A. Etcheverry
Lance A. Etcheverry (SBN 199916)
lance.etcheverry@skadden.com
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Phone: (213) 687-5000
Fax: (213) 687-5600

S. Sheryl Leung (SBN 238229)
sheryl.leung@skadden.com
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Phone: (650) 470-4544
Fax: (650) 798-6605

*Attorneys for Defendants Samsung Telecommunications America, LLC and Samsung Electronics Co., Ltd.*

By: /s/ Jeff E. Scott
Jeff E. Scott (SBN 126308)
ScottJ@gtlaw.com
Lori Chang (SBN 228142)
ChangL@gtlaw.com
Rebekah Guyon (SBN 291037)
GuyonR@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel: 310-586-7700
Fax: 310-586-7800

|     |     |
| --- | --- |
| 1   | Ian C. Ballon (SBN 141819) |
|     | Ballon@gtlaw.com |
| 2   | GREENBERG TRAURIG, LLP |
|     | 1900 University Avenue, 5th Floor |
| 3   | East Palo Alto, CA 94303 |
|     | Tel: 650-328-8500 |
| 4   | Fax: 650-328-8508 |
| 5   | *Attorneys for Defendants LG Electronics* |
|     | *MobileComm U.S.A., Inc. and LG Electronics, Inc.* |

By:   /s/ Norman K. Beck
      Peter C. McCabe III
      pmccabe@winston.com
      Norman K. Beck
      nbeck@winston.com
      Christopher J. Letkewicz
      cletkewicz@winston.com
      WINSTON & STRAWN LLP
      35 W. Wacker Drive
      Chicago, IL 60601-9703
      Phone: (312) 558-5600
      Fax: (312) 558-5700

      Krista M. Enns (SBN 206430)
      kenns@winston.com
      WINSTON & STRAWN LLP
      101 California Street
      San Francisco, CA 94111-5894
      Telephone: (415) 591-1000
      Facsimile: (415) 591-1400

*Attorneys for Defendant Motorola Mobility LLC*

```
IT IS SO ORDERED that a telephonic status conference is set for 7/30/15
at 11:15 a.m.  Parties who wish to appear by phone shall contact Plaintiffs
interim Co-Lead counsel Daniel Warshaw by 7/27/15.  Mr. Warshaw is directed to
set up a conference call with Court Call and inform all parties and the Court by
7/28/15 the dial in number and a list of the names of counsel who will be
appearing.
```

_____
Edward M. Chen
U.S. District

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

### ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)

I, Tyler G. Newby, am the ECF User whose identification and password are being used to file this **FURTHER JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND NOTICE OF SETTLEMEMT**. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: June 25, 2015                                    /s/ *Tyler G. Newby*
                                                                          Tyler G. Newby

### CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2015, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

Dated: June 25, 2015                                    /s/ *Tyler G. Newby*
                                                                          Tyler G. Newby