| | |
|---|---|
| Steve W. Berman (*pro hac vice*) | Rodger R. Cole (CSB No. 178865) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | rcole@fenwick.com |
| 1918 Eighth Avenue, Suite 3300 | FENWICK & WEST LLP |
| Seattle, WA 98101 | Silicon Valley Center |
| Telephone: (206) 623-7292 | 801 California Street |
| Facsimile: (206) 623-0594 | Mountain View, CA 94041 |
| steve@hbsslaw.com | Telephone: (650) 988.8500 |
| | Facsimile: (650) 938.5200 |
| Bruce L. Simon (CSB No. 96241) | |
| PEARSON SIMON & WARSHAW, LLP | Tyler G. Newby (CSB No. 205790) |
| 44 Montgomery Street, Suite 1200 | tnewby@fenwick.com |
| San Francisco, CA 94104 | FENWICK & WEST LLP |
| Telephone: (415) 433-9000 | 555 California Street, 12th Floor |
| Facsimile: (415) 433-9008 | San Francisco, CA 94104 |
| bsimon@pswlaw.com | Telephone: (415) 875.2300 |
| | Facsimile: (415) 281.1350 |
| *Plaintiffs' Interim Co-Lead Counsel* | |
| | *Attorneys for Defendant Carrier IQ, Inc.* |
| | *[Additional Defense Counsel Listed Below]* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re Carrier IQ, Inc. Consumer Privacy Litigation | No. 3:12-md-2330-EMC |
| | **STIPULATION AND [PROPOSED] ORDER REGARDING CHANGING DATE OF CASE MANAGEMENT CONFERENCE** |
| This Document Relates to: | Date: N/A |
| ALL CASES | Time: N/A |
| | Place: Courtroom 5, 17th Floor |
| | Judge: Hon. Edward M. Chen |

1	This Stipulation and [Proposed] Order is entered into between Plaintiffs' Interim Co-Lead Counsel and counsel for defendants Carrier IQ, Inc., HTC America, Inc., HTC Corporation, Huawei Devices USA, Inc., LG Electronics MobileComm U.S.A, Inc., LG Electronics, Inc., Motorola Mobility LLC, Pantech Wireless, Inc., Samsung Electronics America, LLC, and Samsung Electronics Co., Ltd.

WHEREAS, at the Case Management Conference ("CMC") held on October 15, 2015, the Court set a Further CMC for November 9, 2015 at 11:30 a.m. [Dkt. No. 392];

WHEREAS, Counsel for Plaintiffs has a conflict on that date, and therefore requested that defense counsel agree to move the date of the CMC to November 17, 2015 at 11:30 a.m., subject to Court approval;

WHEREAS, Counsel for Defendants agree to move the CMC to November 17, 2015 at 11:30 a.m., subject to Court approval;

NOW, THEREFORE, Plaintiffs and Defendants, by and through their respective counsel of record, hereby stipulate, subject to Court approval, as follows:

The Further CMC may be continued from November 9, 2015 at 11:30 a.m., to November 17, 2015 at 11:30 a.m., or as soon thereafter as the Court's calendar permits.

**IT IS SO STIPULATED.**

Dated: October 21, 2015	By:	/s/ Robert F. Lopez
		Steve W. Berman (*pro hac vice*)
		Robert F. Lopez (*pro hac vice*)
		HAGENS BERMAN SOBOL SHAPIRO LLP
		1918 Eighth Avenue, Suite 3300
		Seattle, WA 98101
		Telephone: (206) 623-7292
		Facsimile: (206) 623-0594
		steve@hbsslaw.com
		robl@hbsslaw.com

| | | |
|---|---|---|
| | By: | /s/ Daniel L. Warshaw |
| | | Daniel L. Warshaw (SBN 185365) |
| | | PEARSON SIMON & WARSHAW, LLP |
| | | 15165 Ventura Blvd., Suite 400 |
| | | Sherman Oaks, CA 91403 |
| | | Telephone: (818) 788-8300 |
| | | Facsimile: (818) 788-8104 |
| | | dwarshaw@pswlaw.com |
| | | |
| | | Bruce L. Simon (SBN 96241) |
| | | PEARSON SIMON & WARSHAW, LLP |
| | | 44 Montgomery Street, Suite 2450 |
| | | San Francisco, CA 94104 |
| | | Telephone: (415) 433-9000 |
| | | Facsimile: (415) 433-9008 |
| | | bsimon@pswlaw.com |
| | | |
| | | *Plaintiffs' Interim Co-Lead Counsel* |
| | | |
| | By: | /s/ Rodger R. Cole |
| | | Rodger R. Cole (CSB No. 178865) |
| | | rcole@fenwick.com |
| | | FENWICK & WEST LLP |
| | | 801 California Street |
| | | Mountain View, CA 94041 |
| | | Ph: (650) 988-8500 |
| | | Fax: (650) 938-5200 |
| | | |
| | | Tyler G. Newby (CSB No. 205790) |
| | | tnewby@fenwick.com |
| | | FENWICK & WEST LLP |
| | | 555 California Street, 12th Floor |
| | | San Francisco, CA 94104 |
| | | Ph: (415) 875-2300 |
| | | Fax: (415) 281-1350 |
| | | |
| | | *Attorneys for Defendant Carrier IQ, Inc.* |
| | By: | /s/ Rosemarie T. Ring |
| | | Rosemarie T. Ring (SBN 220769) |
| | | Rose.Ring@mto.com |
| | | Jonathan H. Blavin (SBN 230269) |
| | | Jonathan.Blavin@mto.com |
| | | Bryan H. Heckenlively (SBN 279140) |
| | | Bryan.Heckenlively@mto.com |
| | | MUNGER, TOLLES & OLSON, LLP |
| | | 560 Mission Street |
| | | Twenty-Seventh Floor |
| | | San Francisco, CA 94105-2907 |
| | | Phone: (415) 512-4000 |
| | | Fax: (415) 512-4077 |

|   |   |   |
|---|---|---|
| 1 | | Henry Weissmann (SBN 132418) |
| 2 | | Henry.Weissmann@mto.com |
|   | | MUNGER, TOLLES & OLSON, LLP |
| 3 | | 355 South Grand Avenue, |
|   | | Thirty-Fifth Floor |
| 4 | | Los Angeles, CA 90071-1560 |
|   | | Telephone: (213) 683-9100 |
| 5 | | Facsimile: (213) 687-3702 |

*Attorneys for Defendants HTC America, Inc., and HTC Corporation*

By: /s/ Simon J. Frankel
Simon J. Frankel
sfrankel@cov.com
COVINGTON & BURLING LLP
1 Front St., 35th Floor
San Francisco, CA 94111
Phone: (415) 591-6000
Fax: (415) 591-6091

*Attorneys for Defendant Huawei DeviceUSA, Inc.*

By: /s/ Wilson W. Lin
Wilson W. Lin (SBN 302228)
wlin@park-law.com
H.C. Park & Associates, PLC
1894 Preston White Drive
Reston, VA 20191
Phone: (703) 544-9230
Fax: (703) 288-5139

*Attorneys for Defendant Pantech Wireless, Inc.*

By: /s/ Lance A. Etcheverry
Lance A. Etcheverry (SBN 199916)
lance.etcheverry@skadden.com
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Phone: (213) 687-5000
Fax: (213) 687-5600

|   |   |   |
|---|---|---|
| 1 | | S. Sheryl Leung (SBN 238229) |
| 2 | | sheryl.leung@skadden.com |
|   | | SKADDEN ARPS SLATE MEAGHER & FLOM LLP |
| 3 | | 525 University Avenue, Suite 1400 |
|   | | Palo Alto, California 94301 |
| 4 | | Phone: (650) 470-4544 |
|   | | Fax: (650) 798-6605 |

*Attorneys for Defendants Samsung Telecommunications America, LLC and Samsung Electronics Co., Ltd.*

By: /s/ Jeff E. Scott
Jeff E. Scott (SBN 126308)
ScottJ@gtlaw.com
Lori Chang (SBN 228142)
ChangL@gtlaw.com
Rebekah Guyon (SBN 291037)
GuyonR@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel: 310-586-7700
Fax: 310-586-7800

Ian C. Ballon (SBN 141819)
Ballon@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Tel: 650-328-8500
Fax: 650-328-8508

*Attorneys for Defendants LG Electronics MobileComm U.S.A., Inc. and LG Electronics, Inc.*

By: /s/ Krista M. Enns
Krista M. Enns (SBN 206430)
kenns@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Peter C. McCabe III
pmccabe@winston.com
Christopher J. Letkewicz
cletkewicz@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Phone: (312) 558-5600
Fax: (312) 558-5700

*Attorneys for Defendant Motorola Mobility LLC*

## [PROPOSED] ORDER

Pursuant to Stipulation, it is SO ORDERED.  The Further CMC is continued to _____ at _____.  A Joint CMC Statement is due on _____.


DATED:  _____


_____
Honorable Edward M. Chen
United States District Judge

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Daniel L. Warshaw, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER REGARDING CHANGING DATE OF CASE MANAGEMENT CONFERENCE**.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: October 21, 2015                                              /s/ *Daniel L. Warshaw*
                                                                                        Daniel L. Warshaw

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2015, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

Dated: October 21, 2015                                    /s/ *Daniel L. Warshaw*
                                                                            Daniel L. Warshaw