| | |
|---|---|
| Steve W. Berman (*pro hac vice*) | Rodger R. Cole (CSB No. 178865) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | rcole@fenwick.com |
| 1918 Eighth Avenue, Suite 3300 | FENWICK & WEST LLP |
| Seattle, WA 98101 | Silicon Valley Center |
| Telephone: (206) 623-7292 | 801 California Street |
| Facsimile: (206) 623-0594 | Mountain View, CA 94041 |
| steve@hbsslaw.com | Telephone: (650) 988.8500 |
| | Facsimile: (650) 938.5200 |
| Bruce L. Simon (CSB No. 96241) | |
| PEARSON SIMON & WARSHAW, LLP | Tyler G. Newby (CSB No. 205790) |
| 44 Montgomery Street, Suite 1200 | tnewby@fenwick.com |
| San Francisco, CA 94104 | FENWICK & WEST LLP |
| Telephone: (415) 433-9000 | 555 California Street, 12th Floor |
| Facsimile: (415) 433-9008 | San Francisco, CA 94104 |
| bsimon@pswlaw.com | Telephone: (415) 875.2300 |
| | Facsimile: (415) 281.1350 |
| *Plaintiffs' Interim Co-Lead Counsel* | |
| | *Attorneys for Defendant Carrier IQ, Inc.* |
| | *[Additional Defense Counsel Listed Below]* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re Carrier IQ, Inc. Consumer Privacy Litigation | No. 3:12-md-2330-EMC |
| | **STIPULATION AND [PROPOSED] ORDER REGARDING CHANGING DATE OF CASE MANAGEMENT CONFERENCE** |
| This Document Relates to:<br><br>ALL CASES | Date: N/A<br>Time: N/A<br>Place: Courtroom 5, 17th Floor<br>Judge: Hon. Edward M. Chen |

| | |
|---|---|
| 1 | This Stipulation and [Proposed] Order is entered into between Plaintiffs' Interim Co-Lead |
| 2 | Counsel and counsel for defendants Carrier IQ, Inc., HTC America, Inc., HTC Corporation, Huawei |
| 3 | Devices USA, Inc., LG Electronics MobileComm U.S.A, Inc., LG Electronics, Inc., Motorola |
| 4 | Mobility LLC, Pantech Wireless, Inc., Samsung Electronics America, LLC, and Samsung |
| 5 | Electronics Co., Ltd. |
| 6 | WHEREAS, at the Case Management Conference ("CMC") held on October 15, 2015, the |
| 7 | Court set a Further CMC for November 9, 2015 at 11:30 a.m. [Dkt. No. 392]; |
| 8 | WHEREAS, Counsel for Plaintiffs has a conflict on that date, and therefore requested that |
| 9 | defense counsel agree to move the date of the CMC to November 17, 2015 at 11:30 a.m., subject to |
| 10 | Court approval; |
| 11 | WHEREAS, Counsel for Defendants agree to move the CMC to November 17, 2015 at 11:30 |
| 12 | a.m., subject to Court approval; |
| 13 | NOW, THEREFORE, Plaintiffs and Defendants, by and through their respective counsel of |
| 14 | record, hereby stipulate, subject to Court approval, as follows: |
| 15 | The Further CMC may be continued from November 9, 2015 at 11:30 a.m., to November 17, |
| 16 | 2015 at 11:30 a.m., or as soon thereafter as the Court's calendar permits. |
| 17 | **IT IS SO STIPULATED.** |

Dated: October 21, 2015      By:   /s/ Robert F. Lopez
                                    Steve W. Berman (*pro hac vice*)
                                    Robert F. Lopez (*pro hac vice*)
                                    HAGENS BERMAN SOBOL SHAPIRO LLP
                                    1918 Eighth Avenue, Suite 3300
                                    Seattle, WA 98101
                                    Telephone: (206) 623-7292
                                    Facsimile: (206) 623-0594
                                    steve@hbsslaw.com
                                    robl@hbsslaw.com

|  |  |  |
|---|---|---|
| 1 | By: | /s/ Daniel L. Warshaw |
| 2 | | Daniel L. Warshaw (SBN 185365) |
| | | PEARSON SIMON & WARSHAW, LLP |
| 3 | | 15165 Ventura Blvd., Suite 400 |
| | | Sherman Oaks, CA 91403 |
| 4 | | Telephone: (818) 788-8300 |
| | | Facsimile: (818) 788-8104 |
| 5 | | dwarshaw@pswlaw.com |

By: /s/ Daniel L. Warshaw
Daniel L. Warshaw (SBN 185365)
PEARSON SIMON & WARSHAW, LLP
15165 Ventura Blvd., Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
dwarshaw@pswlaw.com

Bruce L. Simon (SBN 96241)
PEARSON SIMON & WARSHAW, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pswlaw.com

*Plaintiffs' Interim Co-Lead Counsel*

By: /s/ Rodger R. Cole
Rodger R. Cole (CSB No. 178865)
rcole@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Ph: (650) 988-8500
Fax: (650) 938-5200

Tyler G. Newby (CSB No. 205790)
tnewby@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Ph: (415) 875-2300
Fax: (415) 281-1350

*Attorneys for Defendant Carrier IQ, Inc.*

By: /s/ Rosemarie T. Ring
Rosemarie T. Ring (SBN 220769)
Rose.Ring@mto.com
Jonathan H. Blavin (SBN 230269)
Jonathan.Blavin@mto.com
Bryan H. Heckenlively (SBN 279140)
Bryan.Heckenlively@mto.com
MUNGER, TOLLES & OLSON, LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Phone: (415) 512-4000
Fax: (415) 512-4077

| | |
|---|---|
| 1 | Henry Weissmann (SBN 132418) |
| | Henry.Weissmann@mto.com |
| 2 | MUNGER, TOLLES & OLSON, LLP |
| | 355 South Grand Avenue, |
| 3 | Thirty-Fifth Floor |
| | Los Angeles, CA 90071-1560 |
| 4 | Telephone: (213) 683-9100 |
| | Facsimile: (213) 687-3702 |

*Attorneys for Defendants HTC America, Inc., and HTC Corporation*

By: /s/ Simon J. Frankel
Simon J. Frankel
sfrankel@cov.com
COVINGTON & BURLING LLP
1 Front St., 35th Floor
San Francisco, CA 94111
Phone: (415) 591-6000
Fax: (415) 591-6091

*Attorneys for Defendant Huawei DeviceUSA, Inc.*

By: /s/ Wilson W. Lin
Wilson W. Lin (SBN 302228)
wlin@park-law.com
H.C. Park & Associates, PLC
1894 Preston White Drive
Reston, VA 20191
Phone: (703) 544-9230
Fax: (703) 288-5139

*Attorneys for Defendant Pantech Wireless, Inc.*

By: /s/ Lance A. Etcheverry
Lance A. Etcheverry (SBN 199916)
lance.etcheverry@skadden.com
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Phone: (213) 687-5000
Fax: (213) 687-5600

| | |
|---|---|
| 1 | S. Sheryl Leung (SBN 238229)<br>sheryl.leung@skadden.com |
| 2 | SKADDEN ARPS SLATE MEAGHER &<br>FLOM LLP |
| 3 | 525 University Avenue, Suite 1400<br>Palo Alto, California 94301 |
| 4 | Phone: (650) 470-4544<br>Fax: (650) 798-6605 |
| 5 | |
| 6 | *Attorneys for Defendants Samsung Telecommunications America, LLC and Samsung Electronics Co., Ltd.* |
| 7 | |
| 8 | By: /s/ Jeff E. Scott<br>Jeff E. Scott (SBN 126308) |
| 9 | ScottJ@gtlaw.com<br>Lori Chang (SBN 228142) |
| 10 | ChangL@gtlaw.com<br>Rebekah Guyon (SBN 291037) |
| 11 | GuyonR@gtlaw.com<br>GREENBERG TRAURIG, LLP |
| 12 | 1840 Century Park East, Suite 1900<br>Los Angeles, CA 90067-2121 |
| 13 | Tel: 310-586-7700<br>Fax: 310-586-7800 |
| 14 | |
| 15 | Ian C. Ballon (SBN 141819)<br>Ballon@gtlaw.com |
| 16 | GREENBERG TRAURIG, LLP<br>1900 University Avenue, 5th Floor |
| 17 | East Palo Alto, CA 94303<br>Tel: 650-328-8500 |
| 18 | Fax: 650-328-8508 |
| 19 | *Attorneys for Defendants LG Electronics MobileComm U.S.A., Inc. and LG Electronics, Inc.* |
| 20 | |
| 21 | By: /s/ Krista M. Enns<br>Krista M. Enns (SBN 206430) |
| 22 | kenns@winston.com<br>WINSTON & STRAWN LLP |
| 23 | 101 California Street<br>San Francisco, CA 94111-5894 |
| 24 | Telephone: (415) 591-1000<br>Facsimile: (415) 591-1400 |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

|     | Peter C. McCabe III |
| --- | --- |
| 1   | pmccabe@winston.com |
| 2   | Christopher J. Letkewicz |
|     | cletkewicz@winston.com |
| 3   | WINSTON & STRAWN LLP |
|     | 35 W. Wacker Drive |
| 4   | Chicago, IL 60601-9703 |
|     | Phone: (312) 558-5600 |
| 5   | Fax: (312) 558-5700 |

*Attorneys for Defendant Motorola Mobility LLC*

## [PR~~OPO~~SED] ORDER

Pursuant to Stipulation, it is SO ORDERED. The Further CMC is continued to 11/17/15 at 11:30 a.m. A Joint CMC Statement is due on 11/10/15.

DATED: 10/23/15

_____
Honorable Edw[ard M. Chen]
United States D[istrict Judge]

*IT IS SO ORDERED AS MODIFIED*
/s/ Judge Edward M. Chen

## ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)

I, Daniel L. Warshaw, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER REGARDING CHANGING DATE OF CASE MANAGEMENT CONFERENCE**. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: October 21, 2015 /s/ *Daniel L. Warshaw*
Daniel L. Warshaw

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2015, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

Dated: October 21, 2015

/s/ *Daniel L. Warshaw*
Daniel L. Warshaw