Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Bruce L. Simon (CSB No. 96241)
PEARSON SIMON & WARSHAW, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pswlaw.com

*Plaintiffs' Interim Co-Lead Counsel*

Rodger R. Cole (CSB No. 178865)
rcole@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988.8500
Facsimile: (650) 938.5200

Tyler G. Newby (CSB No. 205790)
tnewby@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875.2300
Facsimile: (415) 281.1350

*Attorneys for Defendant Carrier IQ, Inc.*

*[Additional Defense Counsel Listed Below]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re Carrier IQ, Inc. Consumer Privacy Litigation | No. 3:12-md-2330-EMC |
| This Document Relates to:<br><br>ALL CASES | **JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date: November 17, 2015<br>Time: 11:30 a.m<br>Place: Courtroom 5, 17th Floor<br>Judge: Hon. Edward M. Chen |

Pursuant to Civil Local Rule 16-10(d), plaintiffs' interim co-lead counsel and counsel for defendants Carrier IQ, Inc., HTC America, Inc., HTC Corporation, Huawei Devices USA, Inc., LG Electronics MobileComm U.S.A, Inc., LG Electronics, Inc., Motorola Mobility LLC, Pantech Wireless, Inc., Samsung Electronics America, LLC, and Samsung Electronics Co., Ltd. submit the following Further Joint Case Management Conference Statement in advance of the Further Case Management Conference currently scheduled for November 17, 2015.

The parties have resolved all major issues relating to the settlement except that they are awaiting confirmation regarding a single term from some of the defendants and their carriers. The parties anticipate that the aforementioned confirmation will be received in advance of the November 17, 2015 Further Case Management Conference.

Dated: November 10, 2015

By: /s/ Robert F. Lopez

Steve W. Berman (*pro hac vice*)
Robert F. Lopez (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com

By: /s/ Daniel L. Warshaw

Daniel L. Warshaw (SBN 185365)
PEARSON SIMON & WARSHAW, LLP
15165 Ventura Blvd., Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
dwarshaw@pswlaw.com

Bruce L. Simon (SBN 96241)
PEARSON SIMON & WARSHAW, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pswlaw.com

*Plaintiffs' Interim Co-Lead Counsel*

By: /s/ Rodger R. Cole
Rodger R. Cole (CSB No. 178865)
rcole@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Ph: (650) 988-8500
Fax: (650) 938-5200

Tyler G. Newby (CSB No. 205790)
tnewby@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Ph: (415) 875-2300
Fax: (415) 281-1350

*Attorneys for Defendant Carrier IQ, Inc.*

By: /s/ Rosemarie T. Ring
Rosemarie T. Ring (SBN 220769)
Rose.Ring@mto.com
Jonathan H. Blavin (SBN 230269)
Jonathan.Blavin@mto.com
Bryan H. Heckenlively (SBN 279140)
Bryan.Heckenlively@mto.com
MUNGER, TOLLES & OLSON, LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Phone: (415) 512-4000
Fax: (415) 512-4077

Henry Weissmann (SBN 132418)
Henry.Weissmann@mto.com
MUNGER, TOLLES & OLSON, LLP
355 South Grand Avenue,
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendants HTC America, Inc., and HTC Corporation*

By: /s/ Simon J. Frankel
Simon J. Frankel
sfrankel@cov.com
COVINGTON & BURLING LLP
1 Front St., 35th Floor
San Francisco, CA 94111
Phone: (415) 591-6000
Fax: (415) 591-6091

*Attorneys for Defendant Huawei DeviceUSA, Inc.*

By: /s/ Wilson W. Lin
Wilson W. Lin (SBN 302228)
wlin@park-law.com
H.C. Park & Associates, PLC
1894 Preston White Drive
Reston, VA 20191
Phone: (703) 544-9230
Fax: (703) 288-5139

*Attorneys for Defendant Pantech Wireless, Inc.*

By: /s/ Lance A. Etcheverry
Lance A. Etcheverry (SBN 199916)
lance.etcheverry@skadden.com
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Phone: (213) 687-5000
Fax: (213) 687-5600

S. Sheryl Leung (SBN 238229)
sheryl.leung@skadden.com
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Phone: (650) 470-4544
Fax: (650) 798-6605

*Attorneys for Defendants Samsung Telecommunications America, LLC and Samsung Electronics Co., Ltd.*

By: /s/ Jeff E. Scott

Jeff E. Scott (SBN 126308)
ScottJ@gtlaw.com
Lori Chang (SBN 228142)
ChangL@gtlaw.com
Rebekah Guyon (SBN 291037)
GuyonR@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel: 310-586-7700
Fax: 310-586-7800

Ian C. Ballon (SBN 141819)
Ballon@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Tel: 650-328-8500
Fax: 650-328-8508

*Attorneys for Defendants LG Electronics MobileComm U.S.A., Inc. and LG Electronics, Inc.*

By: /s/ Krista M. Enns

Krista M. Enns (SBN 206430)
kenns@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Peter C. McCabe III
pmccabe@winston.com
Christopher J. Letkewicz
cletkewicz@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Phone: (312) 558-5600
Fax: (312) 558-5700

*Attorneys for Defendant Motorola Mobility LLC*

## ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)

I, Jeff E. Scott, am the ECF User whose identification and password are being used to file this **JOINT CASE MANAGEMENT CONFERENCE STATEMENT**. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: November 10, 2015

/s/ *Jeff E. Scott*

Jeff E. Scott

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2015, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

Dated: November 10, 2015

/s/ *Jeff E. Scott*

Jeff E. Scott