# OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
### Northern District of California

## CIVIL MINUTES

**Date:** November 17, 2015  **FTR Time:** 11:52-11:55  **Judge:** EDWARD M. CHEN
**Case No.:** 12-md-02330-EMC  **Case Name:** In re Carrier IQ

| | |
|---|---|
| **Attorney for Plaintiff:** | Dan Warshaw |
| **Attorney for Defendant:** | Tyler Newby for Defendant Carrier IQ, Inc. |
| | Krista Enns for Defendant Motorola |
| | Wilson Lin for Defendant Pantech |
| | Lance Etcheverry for Defendant Samsung Tel. |
| | Rebekah Guyon for Defendant LG USA |
| | Bryan Heckenlively for Defendant HTC |
| | Simon Frankel for Huawai |

**Deputy Clerk:** Betty Lee  **Court Reporter:** N/A

## PROCEEDINGS

Further CMC

## SUMMARY

Parties resolved final term. Case is to settle. Parties are working on settlement documentation. Hearing on motion for preliminary approval of settlement is schedule for 1/28/16 at 1:30 p.m. Motion shall be filed by 1/15/16. Parties shall notify the Court by filing a joint letter once the settlement documentation is signed.