Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

Bruce L. Simon (SBN 96241)
PEARSON SIMON & WARSHAW, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008
bsimon@pswlaw.com

*Plaintiffs' Interim Co-Lead Counsel*

*[Additional signatures below]*

RODGER R. COLE (CSB No. 178865)
rcole@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:  650.988.8500
Facsimile:   650.938.5200

TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
ANNASARA G. PURCELL
(CSB No. 295512)
apurcell@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile:   415.281.1350

*Attorneys for Defendant
Carrier iQ, Inc.*

*[Additional signatures below]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Carrier IQ, Inc. Consumer Privacy Litigation*<br><br>[This Document Relates to All Cases] | Case No. C-12-md-2330-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE SETTLEMENT AGREEMENT AND CONTINUING PRELIMINARY APPROVAL HEARING DATE** |

STIPULATION EXTENDING TIME TO FILE
MOTION FOR PRELIMINARY APPROVAL

Case No. C-12-md-2330-EMC

This Stipulation and [Proposed] Order is entered into between Plaintiffs' Interim Co-Lead Counsel ("Plaintiffs") and counsel for defendants Carrier IQ, Inc., HTC America, Inc., HTC Corporation, Huawei Devices USA, Inc., LG Electronics MobileComm U.S.A, Inc., LG Electronics, Inc., Motorola Mobility LLC, Pantech Wireless, Inc., Samsung Electronics America, Inc., and Samsung Electronics Co., Ltd ("Defendants").

WHEREAS, the current deadline for Plaintiffs to file a motion for preliminary settlement approval is January 15, 2016;

WHEREAS, a hearing on Plaintiffs' anticipated motion for preliminary settlement approval is currently on calendar for January 28, 2016;

WHEREAS, the parties have reached agreement on all terms and language of a settlement agreement, but have not yet been able to obtain signatures from each party or an appropriate representative of each party;

WHEREAS, the parties anticipate that by January 22, 2016, each party will be able to obtain the necessary signatures;

WHEREAS, continuing the hearing on Plaintiffs' motion for preliminary settlement approval will allow the court adequate time to review the motion and settlement agreement in light of later filing date;

WHEREAS, February 16, 2016 at 2:00 p.m. is currently available for a hearing on the Court's calendar;

NOW, THEREFORE, Plaintiffs and Defendants, by and through their respective counsel of record, hereby stipulate, subject to Court approval, as follow:

Plaintiffs' motion for preliminary settlement approval shall be filed on or before January 22, 2016. The hearing on Plaintiffs' anticipated motion is continued to February 16, 2016 at 2:00 p.m.

Dated: January 15, 2016        By: /s/ Robert F. Lopez
                                Steve W. Berman
                                Robert F. Lopez
                                HAGENS BERMAN SOBOL SHAPIRO LLP
                                1918 Eighth Avenue, Suite 3300

STIPULATION EXTENDING TIME TO FILE
MOTION FOR PRELIMINARY APPROVAL            1                Case No. C-12-md-2330-EMC

1    Seattle, WA 98101
     Telephone: (206) 623-7292
2    Facsimile: (206) 623-0594
     steve@hbsslaw.com
3    robl@hbsslaw.com

4    By: /s/ Daniel L. Warshaw
     Daniel L. Warshaw
5    PEARSON SIMON & WARSHAW, LLP
     15165 Ventura Blvd., Suite 400
6    Sherman Oaks, CA 91403
     Telephone: (818) 788-8300
7    Facsimile: (818) 788-8104
     dwarshaw@pswlaw.com
8

9    Bruce L. Simon
     Robert G. Retana
10   PEARSON SIMON & WARSHAW, LLP
     44 Montgomery Street, Suite 2450
11   San Francisco, CA 94104
     Telephone: (415) 433-9000
12   Facsimile: (415) 433-9008
     bsimon@pswlaw.com
13   rretana@pswlaw.com

14
15   *Plaintiffs' Interim Co-Lead Counsel*

16   By: /s/ Tyler G. Newby
     Rodger R. Cole
17   rcole@fenwick.com
     FENWICK & WEST LLP
18   801 California Street
     Mountain View, CA 94041
19   Ph: (650) 988-8500
     Fax: (650) 938-5200
20

21   Tyler G. Newby
     tnewby@fenwick.com
22   FENWICK & WEST LLP
     555 California Street, 12th Floor
23   San Francisco, CA 94104
     Telephone: (415) 875-2300
24   Facsimile: (415) 281-1350
25
26   *Attorneys for Defendant Carrier iQ, Inc.*

27

28   STIPULATION EXTENDING TIME TO FILE
     MOTION FOR PRELIMINARY APPROVAL         2         Case No. C-12-md-2330-EMC

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

By: /s/ Rosemarie T. Ring
Rosemarie T. Ring
Rose.Ring@mto.com
Jonathan H. Blavin
Jonathan.Blavin@mto.com
Bryan H. Heckenlively
Bryan.Heckenlively@mto.com
MUNGER, TOLLES & OLSON, LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Henry Weissmann
Henry.Weissmann@mto.com
MUNGER, TOLLES & OLSON, LLP
355 South Grand Avenue,
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendants HTC America, Inc., and HTC Corporation*

By: /s/ Simon J. Frankel
Simon J. Frankel
sfrankel@cov.com
COVINGTON & BURLING LLP
1 Front St., 35th Floor
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

*Attorneys for Defendant Huawei Device USA, Inc.*

By: /s/ Wilson W. Lin
Wilson W. Lin
WLin@park-law.com
H.C. Park & Associates, PLC
1894 Preston White Drive
Reston, VA 20191
Telephone: (703) 544-9230
Facsimile:  (703) 288-5139

*Attorneys for Defendant Pantech Wireless, Inc.*

STIPULATION EXTENDING TIME TO FILE
MOTION FOR PRELIMINARY APPROVAL         3                        Case No. C-12-md-2330-EMC

By: /s/ Lance A. Etcheverry
    Lance A. Etcheverry
    lance.etcheverry@skadden.com
    SKADDEN ARPS SLATE MEAGHER & FLOM LLP
    300 South Grand Avenue, Suite 3400
    Los Angeles, California 90071
    Telephone: (213) 687-5000
    Facsimile: (213) 687-5600

    S. Sheryl Leung
    sheryl.leung@skadden.com
    SKADDEN ARPS SLATE MEAGHER & FLOM LLP
    525 University Avenue, Suite 1400
    Palo Alto, California 94301
    Telephone: (650) 470-4544
    Facsimile: (650) 798-6605

    *Attorneys for Defendants Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd.*

By: /s/ Jeff E. Scott
    Jeff E. Scott
    ScottJ@gtlaw.com
    Lori Chang
    ChangL@gtlaw.com
    Rebekah Guyon
    GuyonR@gtlaw.com
    GREENBERG TRAURIG, LLP
    1840 Century Park East, Suite 1900
    Los Angeles, CA 90067-2121
    Telephone: 310-586-7700
    Facsimile: 310-586-7800

    Ian C. Ballon
    Ballon@gtlaw.com
    GREENBERG TRAURIG, LLP
    1900 University Avenue, 5th Floor
    East Palo Alto, CA 94303
    Telephone: 650-328-8500
    Facsimile: 650-328-8508

    *Attorneys for Defendants LG Electronics, Inc. and LG Electronics MobileComm U.S.A., Inc.*

STIPULATION EXTENDING TIME TO FILE
MOTION FOR PRELIMINARY APPROVAL      4      Case No. C-12-md-2330-EMC

By: /s/ Krista M. Enns
Christopher J. Letkewicz
cletkewicz@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL  60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Krista M. Enns
kenns@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Attorneys for Defendant Motorola Mobility LLC*

**[PROPOSED] ORDER**

Pursuant to Stipulation, it is SO ORDERED.

DATED: 1/19/2016 _____

IT IS SO ORDERED

Judge Edward M. Chen

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Tyler G. Newby, am the ECF user whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE SETTLEMENT AGREEMENT AND CONTINUING PRELIMINARY APPROVAL HEARING DATE**.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: January 15, 2016

                                         */s/ Tyler G. Newby*
                                         Tyler G. Newby

**CERTIFCATE OF SERVICE**

I hereby certify that on January 15, 2016, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

Dated: January 15, 2016

*/s/ Tyler G. Newby*
Tyler G. Newby

STIPULATION EXTENDING TIME TO FILE
MOTION FOR PRELIMINARY APPROVAL      7      Case No. C-12-md-2330-EMC