# Exhibit C



Ms. Marcia Hoffman
Electronic Frontier Foundation
454 Shotwell Street
San Francisco CA 94110-1914

November 23rd 2011

**FAX TRANSMISSION**

Dear Ms. Hoffman,

I write to inform you that we are withdrawing our legal request to cease and desist to Trevor Eckhart as of today – November 23rd 2011.

We are deeply sorry for any concern or trouble that our letter may have caused Mr. Eckhart, and in retrospect we realize that we would have been better served by reaching out to Mr. Eckhart to establish a dialogue in the first instance.

We wanted to notify you immediately and request your help in establishing an open dialogue with Mr. Eckhart as I would like to personally apologize to Mr. Eckhart.

In addition, we would welcome the opportunity to start a discussion with you about these issues that we believe will be helpful to us, to our customers and to consumers that use mobile devices.

We sincerely appreciate your work on Mr. Eckhart's behalf and respect and share your commitment to protecting free speech in a rapidly changing technological world.

I look forward to hearing from you.

Sincerely,

Larry Lenhart, CEO
Carrier IQ Inc.

1200 Villa Street, Suite 200
Mountain View, CA 94041
www.CarrierIQ.com
office: +1.650.625.5400
fax: +1.650.625.5435