# Exhibit D

CARRIER IQ™

Product Overview

# IQ Insight Experience Manager

## Boost Revenues with Improved Mobile Customer Experience

IQ Insight Experience Manager provides a level of visibility into true customer experience, previously unavailable in the mobile industry. Based on Carrier IQ's leading Mobile Service Intelligence technology, IQ Insight Experience Manager uses data directly from the mobile phone itself to give a precise view of how users interact with both their phones and the services delivered through them, even if the phone is not communicating with the network.

With User Experience increasingly viewed as the key differentiator between mobile providers, IQ Insight enables you to align your business improvements with the things customers truly value. Identify exactly how your customers interact with services and which ones they use. See which content they consume, even offline. Identify problems in service delivery, including the inability to connect to the service at all. This actionable intelligence enables you to focus on critical quality and customer satisfaction issues.

### No More Waiting

Traditional techniques such as focus groups have two major drawbacks: they are slow and they only sample a very small proportion of the user base. IQ Insight Experience Manager takes customer experience profiling to another level, enabling you to view experience data at any level of granularity from the entire population, to comparative groups, down to individual users, all at the touch of a button.

This data is updated in real time and aggregated in the Carrier IQ Mobile Service Intelligence Platform™ at any interval required for the application. No more waiting for groups to be convened, no laborious debriefing procedures, no errors due to inaccurate recall – just true, accurate, timely



### Benefits

- See how services and devices perform in the hands of real users
- Analyze data in real time – no more waiting for focus groups to report
- Identify changes that will improve service performance and customer experience
- Get an instant view of performance across the network and compare by geography, tower, user group and a wide range of configurable parameters
- Engage more effectively with suppliers by comparing performance across different devices and service providers
- Improve business Key Performance Indicators with integrated quantitative data

© 2009 Carrier IQ, Inc. All Rights Reserved.

## Actionable Intelligence

At Carrier IQ, we understand that you don't simply want more data. You need intelligent analytics that view data in meaningful ways to help you make better business decisions. IQ Insight does just this, providing data in either graphical or tabular form to enable you to ask questions, compare populations and understand trends within the business. IQ Insight Experience Manager lets you answer business-critical questions, including:

- How long does it take the user to start the service?
- What proportion of content is side loaded?
- How do users respond to mobile advertising?
- How do different device models compare in delivering the same service?
- How do different services compare when delivered through the same device?

IQ Insight Experience Manager goes beyond subjective or anecdotal data to give quantitative results you can weave into your existing business processes for customer satisfaction and performance improvement.

## See the Detail

User experience is affected by many factors such as geography, signal strength, phone model, service provider and network congestion. Historically, it has been difficult to understand the influence of each of these factors – there were simply too many variables to get enough data. With IQ Insight Experience Manager, it is possible to receive data from thousands to millions of users across your entire user base. Combined with Carrier IQ's unique Mobile Service Intelligence Platform and advanced analytic applications, this vast collection of data is accessible in easy-to-understand reports, cross correlations and views that put you in control. Carrier IQ's solution is completely configurable, enabling you to use standard views or to create your own custom reports in order to highlight specific points of interest.

## Carrier IQ – the power of knowing.

### Features

- Built on Carrier IQ's industry leading Mobile Service Intelligence Platform
- Handle any number of users from tens to tens of millions
- Capture a vast array of experience data including screen transitions, button presses, service interactions and anomalies
- "Task" phones dynamically over the air to optimise data selection
- Analyze data in real time, including comparative and cross correlation analysis across groups, geographies, devices and services
- Quantitative experience measures taken directly from the device integrate seamlessly with existing business processes and tools
- "Zero delay" data capture, eliminates the delays inherent in other methods such as focus groups
- View application and device feature usage, such as camera, music, messaging, browser and TV

**Headquarters**
CARRIER IQ, Inc.
1200 Villa Street
Mountain View
CA 94041 USA
Phone: +1 650 625 5400
Fax: +1.650.625.5435

**Europe**
CARRIER IQ EUROPE LIMITED
50 Broadway - St-James Park
London SW1H 0RG UK
Phone: +44 7508686426

sales@carrieriq.com

**Asia Pacific**
CARRIER IQ Reg. Office
Level 16, 1 Sentral
Jalan Stesen Sentral 5
Kuala Lumpur, Malaysia
Phone: +6 03 2092 9222



Carrier IQ and the Carrier IQ logo are trademarks of Carrier IQ, Inc.