# Exhibit C



HAGENS BERMAN

EXPERIENCE.
INNOVATION.
RESULTS.



Hagens Berman is a national leader in class-action litigation driven by a team of legal powerhouses. With a tenancious spirit, we are motivated to make a positive difference in people's lives.

HAGENS BERMAN SOBOL SHAPIRO LLP

# Table of Contents

**INTRODUCTION**
The Firm . . . . . . . . . . . . . . . . . . . . . . . . . . 3
Locations . . . . . . . . . . . . . . . . . . . . . . . . . 4
Major Successes . . . . . . . . . . . . . . . . . . . . 5

**PRACTICE AREAS**
Investor Fraud:
  Individual and Class Action Litigation . . . . . . 8
  Institutional Investor Portfolio Monitoring
    and Recovery Services . . . . . . . . . . . . . . 10
Antitrust. . . . . . . . . . . . . . . . . . . . . . . . . . . .11
Consumer Protection:
  General Class Litigation. . . . . . . . . . . . . . . 12
  Defective Product Litigation . . . . . . . . . . . 14
  Drugs and Supplement Litigation . . . . . . . .15
Employment Litigation . . . . . . . . . . . . . . . . . .17
Civil and Human Rights . . . . . . . . . . . . . . . . .18
Whistleblower Litigation. . . . . . . . . . . . . . . . .19
Sports Litigation  . . . . . . . . . . . . . . . . . . . . . 21
Governmental Representation . . . . . . . . . . . . 23
Personal Injury and Abuse . . . . . . . . . . . . . . 24
Intellectual Property  . . . . . . . . . . . . . . . . . . 25

**MANAGING PARTNER**
Berman, Steve W. . . . . . . . . . .29

**EXECUTIVE COMMITTEE**
Sobol, Thomas M. . . . . . . . . . .32
Shapiro, Anthony D. . . . . . . . .35
Carey, Robert B. . . . . . . . . . .37

**PARTNERS**
Aragon, Leonard W.  . . . . . . . .39
Barnes, Lauren Guth . . . . . . . 40
Borkon, Peter E. . . . . . . . . . . .43
Breckenridge, Jeniphr A.E. . . . 46
Byszewski, Elaine T. . . . . . . . .47
Brown, Ari Y.  . . . . . . . . . . . . .49
Connolly, Jennifer Fountain . . . .51
Fegan, Elizabeth A. . . . . . . . . .53
Friedman, Jeff D. . . . . . . . . . .55
Gordon, Lee M. . . . . . . . . . . .57
Johnson, Kristen A. . . . . . . . . .58
Kathrein, Reed R.  . . . . . . . . . 60
Kurowski, Daniel J. . . . . . . . . 62
Loeser, Thomas E. . . . . . . . . . 64
Lopez, Robert F. . . . . . . . . . . .66
Mahoney, Barbara . . . . . . . . . .68
Matt, Sean R. . . . . . . . . . . . . .69
McLean, Martin D. . . . . . . . . . .71
Moody, David P.  . . . . . . . . . .72
Nalven, David S. . . . . . . . . . . .73
O'Hara, Christopher A. . . . . . . .74
Scarlett, Shana E. . . . . . . . . . .75
Spiegel, Craig R. . . . . . . . . . .76
Spiegel, Ronnie Seidel . . . . . . .77
Stevenson, Shayne C. . . . . . . .78
Tabbara, Ivy Arai . . . . . . . . . . 81
Volk, Andrew M.  . . . . . . . . . . 82
Weaver, Tyler S. . . . . . . . . . . .83
Zweig, Jason A. . . . . . . . . . . .84

**SENIOR COUNSEL**
Green, Kevin K. . . . . . . . . . . . .86

**OF COUNSEL**
Arnold, Gregory T. . . . . . . . . .88
Barth, Karl P. . . . . . . . . . . . . . 91
Boebel, Nicholas S. . . . . . . . . .92
Carlson, Mark S. . . . . . . . . . . .93
Graves, Phillip . . . . . . . . . . . . .95
King, Jon T. . . . . . . . . . . . . . . .97
Kras, Michella A. . . . . . . . . . . .98
Notargiacomo, Ed . . . . . . . . . .99
Patterson, Jerrod. . . . . . . . . . 101
Shaw, Greer. . . . . . . . . . . . . .103
Sprung, Jeffrey T. . . . . . . . . . .105
Styant-Browne, Nick . . . . . . . .107

**ASSOCIATES**
Bauer, Ian . . . . . . . . . . . . . . .108
Bede, Ashley . . . . . . . . . . . . .109
DeStefano, John . . . . . . . . . . 110
Fimmel, Steve W. . . . . . . . . . . 111
Freeman, Rachel . . . . . . . . . . 112
Gannon, Catherine Y.N. . . . . . 113
Grivas, Anthea D.  . . . . . . . . . 114
Kalscheur, Heidi Hansen . . . . . 116
Lang, Jeffrey A.  . . . . . . . . . . . 117
LaSalle, Kristie . . . . . . . . . . . . 118
MacAuley, Jessica . . . . . . . . . 119
Pitoun, Christopher R. . . . . . .120
Smith, Shelby R. . . . . . . . . . . 121
Wojtanowicz, Garth . . . . . . . . .122

# The Firm

Hagens Berman Sobol Shapiro LLP was founded in 1993 with one purpose: to help victims with claims of fraud and negligence that adversely impact a broad group of people. The firm initially focused on class action and other types of complex, multi-party litigation always representing plaintiffs/victims. As the firm grew, it expanded its scope while staying true to its mission of taking on important cases that implicate the public interest, and now represents plaintiffs including investors, consumers, inventors, workers, the environment, governments, whistleblowers and others.

*We are one of the nation's leading class action law firms, and have earned an international reputation for excellence and innovation in ground-breaking litigation against large corporations.*

**OUR FOCUS.** Our main focus is to represent plaintiffs/victims in securities and investment fraud, product liability, tort, antitrust, consumer fraud, employment, whistleblower, intellectual property, environmental, and employee pension protection cases. Our firm is particularly skilled at managing multi-state and nationwide class actions through an organized, coordinated approach that implements an efficient and aggressive prosecutorial strategy in order to place maximum pressure on the defendant.

**WE WIN.** We believe excellence stems from a commitment to try each case, vigorously represent the best interests of our clients, and obtain the maximum recovery. Our opponents know we are determined and tenacious and they respect our skills and recognize our track record of achieving top results.

**WHAT MAKES US DIFFERENT.** We achieve results—our track record proves it. While many class action or individual plaintiff cases result in large legal fees and no meaningful result for the client, Hagens Berman finds ways to return real value.

**A NATIONWIDE REACH.** The scope of our practice is truly nationwide. We have flourished through our network of offices in nine cities across the United States, including Seattle, Boston, Chicago, Colorado Springs, Los Angeles, New York, Phoenix, San Francisco, and Washington, D.C. Our reach is not limited to the cities where we maintain offices. We have cases pending in courts across the country, with substantial activity in California, New York, Washington, Arizona, Illinois, and Idaho.



## Locations

**SEATTLE**
1918 8th Avenue, Suite 3300
Seattle, WA 98101
(206) 623-7292 phone
(206) 623-0594 fax

**BOSTON**
55 Cambridge Parkway. Suite 301
Cambridge, MA  02142
(617) 482-3700 phone
(617) 482-3003 fax

**CHICAGO**
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
(708) 628-4949 phone
(708) 628-4950 fax

**COLORADO SPRINGS**
2301 E. Pikes Peak Avenue
Colorado Springs, CO  80909
(719) 635.0377 phone
(719) 635-2920 fax

**LOS ANGELES**
301 North Lake Avenue, Suite 203
Pasadena, CA 91101
(213) 330-7150 phone
(213) 330-7152 fax

**NEW YORK**
One Penn Plaza, 36th Floor
New York, NY 10119
(212) 752-5455 phone
(917) 210-3980 fax

**PHOENIX**
11 West Jefferson Street, Suite 1000
Phoenix, AZ 85003
(602) 840-5900 phone
(602) 840-3012 fax

**SAN DIEGO**
701 B Street, Suite 1700
San Diego, CA 92101
(619) 929-3340 phone
(619) 929-3337 fax

**SAN FRANCISCO**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
(510) 725-3000 phone
(510) 725-3001 fax

**WASHINGTON, D.C.**
1701 Pennsylvania Ave. NW, Suite 300
Washington, D.C. 20006
(202) 248-5403 phone
(202) 580-6559 fax

HAGENS BERMAN SOBOL SHAPIRO LLP

❝ ...the track record of Hagens Berman['s] **Steve Berman is... impressive**, having racked... a $1.6 billion settlement in the Toyota Unintended Acceleration Litigation and a substantial number of really outstanding big-ticket results. ❞

— *Milton I. Shadur, Senior U.S. District Judge, naming Hagens Berman Interim Class Counsel in Stericycle Pricing MDL*

❝ Class counsel has **consistently demonstrated extraordinary skill and effort.** ❞

— *U.S. District Judge James Selna, Central Distict of California, In re Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices and Products Liability Litigation*

❝ Berman is considered **one of the nation's top class-action lawyers**. ❞

— *Associated Press*

## Elite Trial Lawyers
*2014 & 2015, The National Law Journal*

## The Plaintiffs' Hot List: The Year's Hottest Firms
*2006, 2007, 2009-2013 & 2015, The National Law Journal*

## Most Feared Plaintiffs Firms
*2015, Law360*

❝ **Landmark consumer cases are business as usual** for Steve Berman. ❞

— *The National Law Journal, naming Steve Berman one of the 100 most influential attorneys in the nation for the third time in a row*

❝ [A] **clear choice** emerges. That choice is the Hagens Berman firm. ❞

— *U.S. District Court for the Northern District of California, In re Optical Disk Drive Products Antitrust Litigation (appointing the firm lead counsel)*

❝ All right, I think I can conclude on the basis with my five years with you all, watching this litigation progress and seeing it wind to a conclusion, that **the results are exceptional**... You did an exceptionally good job at organizing and managing the case... ❞

— *U.S. District Court for the Northern District of California, In re Dynamic Random Access Memory Antitrust Litigation (Hagens Berman was co-lead counsel and helped achieve the $325 million class settlement)*

VISA-MASTERCARD ANTITRUST LITIGATION

The firm served as co-lead counsel in what was then the largest antitrust settlement in history – valued at $27 billion.

MCKESSON DRUG LITIGATION

Hagens Berman was lead counsel in these racketeering cases against McKesson for drug pricing fraud that settled for more than $444 million on the eve of trials.

STATE OF WASHINGTON, ET AL. V. PHILIP MORRIS, ET AL.

Hagens Berman represented 13 states in the largest recovery in litigation history – $206B.

DRAM ANTITRUST LITIGATION

The firm was co-lead counsel, and the case settled for $345 million in favor of purchasers of dynamic random access memory chips (DRAM).

AVERAGE WHOLESALE PRICE DRUG LITIGATION

Hagens Berman was co-lead counsel in this ground-breaking drug pricing case against the world's largest pharmaceutical companies, resulting in a victory at trial. The court approved a total of $338 million in settlements.

ENRON ERISA LITIGATION

Hagens Berman was co-lead counsel in this ERISA litigation, which recovered in excess of $250 million, the largest ERISA settlement in history.

LUPRON CONSUMER LITIGATION

Hagens Berman secured $150 million settlement on behalf of patients using Lupron for prostate cancer.

CHARLES SCHWAB SECURITIES LITIGATION

The firm was lead counsel in this action alleging fraud in the management of the Schwab YieldPlus mutual fund; a $235 million class settlement was approved by the court.

EXPEDIA HOTEL TAXES AND FEES LITIGATION

Hagens Berman obtained summary judgment in this class action to recover deceptive service fees and settled the case for $123.4 million.

Practice Areas

**PRACTICE AREAS**

# Investor Fraud - Individual and Class Action Litigation

Investing is a speculative business involving assessment of a variety of risks that can only be properly weighed with full disclosure of accurate information. No investor should suffer undue risk or incur losses due to misrepresentations related to their investment decisions.

Our attorneys work for institutional and individual investors defrauded by unscrupulous corporate insiders and mutual funds. The firm vigorously pursues fraud recovery litigation, forcing corporations and mutual funds to answer to deceived investors.

Hagens Berman is one of the country's leading securities litigation firms advising clients in both individual and class-action cases. The firm has experience, dedication and a team with the horsepower required to drive complex cases to exemplary outcomes. Our attorneys are authorities in an array of issues unique to federal and state securities statutes and related laws. We use a variety of highly experienced experts as an integral part of our prosecution team. Successes on behalf of our investor clients include:

› **Charles Schwab Securities Litigation**

Lead counsel, alleging fraud in the management of the Schwab YieldPlus mutual fund.

RESULT: $235 million class settlement for investors.

› **Oppenheimer**

Additional counsel for lead plaintiffs in class action alleging Oppenheimer misled investors regarding its Champion and Core Bond Funds.

RESULT: $100 million for the classes.

› **Tremont**

Co-lead counsel in a case alleging Tremont Group Holdings breached its fiduciary duties by turning over $3.1 billion to Bernard Maddoff.

RESULT: $100 million settlement between investors, Tremont and its affiliates.

› **Enron**

Co-lead counsel in ERISA litigation.

RESULT: More than $250 million, the largest ERISA settlement in history.

› **Boeing**

Uncovered critical production problems with the 777 airliner documented internally by Boeing, but swept under the rug until a pending merger with McDonnell Douglas was completed.

RESULT: Record-breaking settlement of more than $92.5 million.

› **J.P. Morgan – Madoff**

Case alleges that banking and investment giant J.P. Morgan was complicit in aiding Bernard Madoff's Ponzi scheme. Investors claim that J.P. Morgan operated as Bernard L. Madoff Investment Securities LLC's primary banker for more than 20 years.

RESULT: $218 million settlement amount for the class and a total of $2.2 billion paid from JPMorgan that will benefit victums of Madoff's Ponzi scheme.

HAGENS BERMAN SOBOL SHAPIRO LLP

**PRACTICE AREAS**

# Investor Fraud - Individual and Class Action Litigation

### › Morrison Knudsen

Filed a shareholder class action, alleging that MK's senior officers concealed hundreds of millions in losses.

RESULT: More than $63 million for investors.

### › Raytheon/Washington Group

Charged Raytheon with deliberately misrepresenting the true financial condition of Raytheon Engineers & Constructors division in order to sell this division to the Washington Group at an artificially inflated price.

RESULT: $39 million settlement.

### › U.S. West

Represented shareholders of U.S. West New Vector in a challenge to the proposed buyout of minority shareholders by U.S. West.

RESULT: The proposed buyout was stayed, and a settlement was achieved, resulting in a $63 million increase in the price of the buyout.

Our current casework includes:

### › China MediaExpress

Represent investors in this case against a company that purported to be the owner of a network of advertising terminals on buses throughout China. The case alleges that the company and its auditor (Deloitte Touche Tohmatsu) participated in an accounting fraud that ultimately led to the demise of the Company. A $12 million settlement has been obtained from Deloitte Touche Tohmatsu, and we continue efforts to collect a $535 million judgment we obtained against the Company.

**WHISTLEBLOWERS**

In an effort to curb Wall Street excesses, Congress passed the Dodd-Frank Wall Street Reform and Consumer Protection Act, which built vigorous whistleblower protections into the legislation known as the "Wall Street Tip-Off Law."

The law empowers the U.S. Securities and Exchange Commission to award between 10 and 30 percent of any monetary sanctions recovered in excess of $1 million to whistleblowers who provide information leading to a successful SEC enforcement. It also provides similar rewards for whistleblowers reporting fraud in the commodities markets.

Hagens Berman represents whistleblowers with claims involving violations of the Securities Exchange Act and the Commodities Exchange Act.

Unlike traditional whistleblower firms who have pivoted into this area, Hagens Berman has a strong background and history of success in securities, antitrust and other areas of fraud enforcement, making us an ideal partner for these cases. Our matters before the SEC/CFTC include a range of claims, including market manipulation and fraudulent financial statements.

HAGENS BERMAN SOBOL SHAPIRO LLP

PRACTICE AREAS

# Investor Fraud – Institutional Investor Portfolio Monitoring and Recovery Services

Hagens Berman is a leading provider of specialized securities litigation services to public, private and Taft-Hartley pension funds. We offer proprietary and unparalleled asset protection and recovery services to both foreign and domestic institutions. Our institutional services provide participants with the ability to identify, investigate and react to potential wrongdoing by companies in which the institution invests.

**PORTFOLIO MONITORING.** Timely information and analysis are the critical ingredients of a successful fraud recovery program. Institutions must receive quick, reliable determinations concerning the source and extent of their losses, the likelihood of recoupment and the best manner for pursuing it. Our Portfolio Monitoring Service provides these services at no cost to participating institutions. The Hagens Berman Portfolio Monitoring Service has three primary components:

**TRACKING.** Alerts clients of any significant portfolio losses due to suspected fraud.

**ANALYSIS.** Provide clients with necessary legal and factual analyses regarding possible recovery options, removing from the institution any burden connected with scrutinizing myriad instances of potential wrongdoing and attempt to decipher whether direct, recoverable injuries have resulted.

**REPORTING.** Attorneys and forensic accounting fraud experts deliver a concise monthly report that furnishes comprehensive answers to these inquiries. On a case-by-case basis, the report specifies each of the securities in which the client lost a significant amount of money, and matches those securities with an analysis of potential fraud likelihood, litigation options and an expert recommendation on how best to proceed for maximum recovery.

Our Portfolio Monitoring Service performs its functions with almost no inconvenience to participating institutions. A client's custodian bank provides us with records detailing the client's transactions from the prior several years and on a regular basis thereafter. Importantly, none of the institution's own personnel is required to share in this task, as we acquire the information directly from the custodian bank.

We provide our Portfolio Monitoring service with no strings attached and allow our clients to act without cost or commitment. In instances where a litigation opportunity arises, we believe our skills make us the ideal choice for such a role, although the client is free to choose others.

When a portfolio loses money because of corporate deception, our litigation services seek to recover a substantial percentage of those losses, thereby increasing a fund's performance metric. As fiduciaries, money managers may not have the ability or desire to risk funds on uncertain litigation using typical hourly-rate law firms. Hagens Berman seeks to minimize the burden on the money manager by pursuing cases on a contingent-fee basis.

**PRACTICE AREAS**

# Antitrust

Hagens Berman works to preserve healthy marketplace competition and fair trade by protecting consumers and businesses that purchase goods and services from price fixing, market allocation agreements, monopolistic schemes and other trade restraints. The firm's lawyers have earned an enviable reputation as experts in this often confusing and combative area of commercial litigation. Our attorneys have a deep understanding of the legal and economic issues within the marketplace, allowing us to employ groundbreaking market theories that shed light on restrictive, anti-competitive practices.

Hagens Berman represents millions of consumers in several high-profile class-action lawsuits, and takes on major antitrust litigation to improve market conditions for consumers, businesses and investors. We have represented plaintiffs in markets as diverse as debit and credit card services, personal computer components, electric and gas power, airlines, and internet services, and we have prevailed against some of the world's largest corporations.

The firm has also generated substantial recoveries on behalf of health plans and consumers in antitrust involving pharmaceutical companies abusing patent rights to block generic drugs from coming to market. Hagens Berman has served as lead or co-lead counsel in landmark litigation challenging anti-competitive practices, in the Paxil Direct Purchaser Litigation ($100 million), Relafen Antitrust Litigation ($75 million), Tricor Indirect Purchaser Antitrust Litigation ($65.7 million), and Augmentin Antitrust Litigation ($29 million). Representative antitrust successes on behalf of our clients include:

> **Visa/MasterCard**

Helped lead this record-breaking antitrust case against credit card giants Visa and MasterCard that challenged charges imposed in connection with debit cards.

RESULT: $3.05 billion settlement and injunctive relief valued at more than $20 billion.

> **DRAM**

Claiming DRAM (Dynamic Random Access Memory) manufacturers secretly agreed to reduce the supply of DRAM, a necessary component in a wide variety of electronics which artificially raised prices. The class included equipment manufacturers, franchise distributors and purchasers.

RESULT: $375 million settlement.

> **Apple E-books**

With state attorneys general, the firm secured a $166 million settlement with publishing companies that conspired with Apple to fix e-book prices. Further settlement with Apple is pending.

RESULT: Potential $450 million total settlement.

> **EA Madden**

Class action claimed that video game giant Electronic Arts used exclusive licensing agreements with various football organizations to nearly double the price of several of its games.

RESULT: $27 million settlement and imposed limits on EA's ability to pursue exclusive licensing agreements.

> **AC Nielsen**

Represented Information Resources, Inc. ("IRI"), in a suit claiming that AC Nielsen's anti-competitive practices caused IRI to suffer significant losses.

RESULT: $55 million settlement.

PRACTICE AREAS

# Consumer Protection - General Class Litigation

Hagens Berman is a leader in protecting consumers, representing millions in large-scale cases that challenge unfair, deceptive, and fraudulent practices.

We realize that often-voiceless consumers suffer the brunt of corporate wrongdoing and have little power to hold companies responsible or to change those tactics.

Hagens Berman pursues class litigation on behalf of clients to confront fraudulent practices that consumers alone cannot effectively dispute. We make consumers' concerns a priority, collecting consumer complaints against suspected companies and exploring all avenues for prosecution.

Hagens Berman's legacy of protecting consumer rights reflects the wide spectrum of scams that occur in the marketplace. The cases that we have led have challenged a variety of practices such as:

〉 False, deceptive advertising of consumer products and services

〉 False billing and over-charging by credit card companies, banks, telecommunications providers, power companies, hospitals, insurance plans, shipping companies, airlines and Internet companies

〉 Deceptive practices in selling insurance and financial products and services such as life insurance and annuities

〉 Predatory and other unfair lending practices, and fraudulent activities related to home purchases

A few case examples are:

〉 **Expedia Hotel Taxes and Service Fees Litigation**

Hagens Berman led a nationwide class-action suit arising from bundled "taxes and service fees" that Expedia collects when its consumers book hotel reservations. Plaintiffs alleged that by collecting exorbitant fees as a flat percentage of the room rates, Expedia violated both the Washington Consumer Protection Act

and its contractual commitment to charge as service fees only "costs incurred in servicing" a given reservation.

RESULT: Summary judgment in the amount of $184 million. The case settled for cash and consumer credits totaling $123.4 million.

〉 **Tenet Healthcare**

In a pioneering suit filed by Hagens Berman, plaintiffs alleged that Tenet Healthcare charged excessive prices to uninsured patients at 114 hospitals owned and operated by Tenet subsidiaries in 16 different states.

RESULT: Tenet settled and agreed to refund to class members amounts paid in excess of certain thresholds over a four-and-a-half year period.

〉 **Hyundai Kia**

Hagens Berman sued Hyundai and Kia on behalf of owners after the car manufacturers overstated the MPG fuel economy ratings on 900,000 of its cars. The suit seeks to give owners the ability to recover a lump-sum award for the lifetime extra fuel costs, rather than applying every year for that year's losses.

RESULT: The result was a lump-sum payment plan worth $400 million on a cash basis, and worth even more if owners opt for store credit (150% of cash award) or new car discount (200% of cash award) options.

BP-040315

**PRACTICE AREAS**

# Consumer Protection - General Class Litigation

› **Equity-Indexed Annuities**

Hagens Berman has sued a number of insurers, alleging that they knowingly engaged in an unethical and fraudulent scheme targeted towards senior citizens. The lawsuits allege that the insurers exploit customers' fears of outliving their assets and push them into deferred annuities that tie up their investments and savings for 10 to 20 years. These annuity products carry large surrender charges and create complications for loved ones dealing with estates when family members pass.

**RESULT:** In settlements valued at $129 million and $80 million respectively, American Equity Investment Life Insurance Company and Midland National Insurance Company agreed to significantly reduce surrender charge penalties under certain circumstances (in some instances up to a 100% reduction), refund a portion of surrender charges paid, and provide annuitization bonuses.

› **Consumer Insurance Litigation**

Hagens Berman has pioneered theories to ensure that in first- and third-party contexts consumers and health plans always receive the treatment and benefits to which they are entitled. Many of our cases have succeeded in expanding coverage owed and providing more benefits; recovering underpayments of benefits; and returning uninsured/underinsured premiums from the misleading tactics of the insurer.

PRACTICE AREAS
# Consumer Protection - Defective Product Litigation

When a product fails to meet accepted or advertised standards, the results can be costly, hazardous or even deadly. In such cases, consumers deserve relief. Hagens Berman is nationally recognized for successful prosecution of lawsuits involving a wide range of such defective products, from faulty building and home products to defective cars, computers, software, electronics, and toys.

The federal court overseeing the massive multi-district litigation against Toyota appointed the firm to co-lead one of the largest consolidations of class-action cases in U.S. history. The litigation combined more than 300 state and federal suits concerning acceleration defects tainting Toyota vehicles. Hagens Berman and its two co-lead firms were selected from more than 70 law firms applying for the role. Select firm successes representing consumers in defective product class litigation include:

> **Toyota Sudden, Unintended Acceleration Litigation**

Co-lead counsel for the economic loss class in this lawsuit filed on behalf of Toyota owners alleging a defect causes vehicles to undergo sudden, unintended acceleration. In addition to safety risks, consumers suffered economic loss from decreased value of Toyota vehicles following media coverage of the alleged defect. RESULT: Settlement package valued at up to $1.6 billion.

> **Louisiana-Pacific Siding Litigation**

Served as co-lead counsel in a nationwide case involving defective siding installed on 800,000 homes that soaked up moisture, resulting in swelling and cracking. RESULT: More than 130,000 claims have been paid exceeding $500 million in total.

> **Polybutylene Pipe Litigation**

This litigation charged Shell Oil Company, E. I. du Pont de Nemours and Hoescht Celanese with manufacturing and marketing defective polybutylene pipes and plumbing systems. Hagens Berman served as co-lead counsel for the class.

RESULT: A settlement providing a minimum of $950 million, which, at the time, was the largest class-action settlement of its kind.

> **Nissan Quest Accelerator Litigation**

Represented Nissan Quest minivan owners who alleged that their vehicles developed deposits in a part of the engine, causing drivers to apply increased pressure to push the accelerator down. RESULT: Settlement providing reimbursement for cleanings or replacements and applicable warranty coverage.

> **Hyundai Horsepower Litigation**

Co-lead counsel in a class-action lawsuit against Hyundai that claimed the company overstated the horsepower of 1.3 million vehicles and inflated the value of certain Hyundai models. RESULT: Owners of each vehicle will receive up to $225 in cash or up to $325 in credit with Hyundai dealers. The cost of the settlement to Hyundai ranges from $76 million to $127 million.

The firm's current cases involving product defects include:

> **General Motors Ignition Switch Litigation**

Co-lead counsel in high-profile case on behalf of millions of owners of recalled GM vehicles affected by a safety defect linked to over 100 fatalities. The suit alleges GM did not take appropriate measures, despite having prior knowledge of the defect.

> **Lumber Liquidators**

Co-lead counsel representing a class of consumers who purchased Lumber Liquidators flooring tainted will toxic levels of formaldehyde.

PRACTICE AREAS

# Consumer Protection - Drug and Supplement Litigation

Hagens Berman aggressively pursues pharmaceutical industry litigation, fighting against waste, fraud and abuse in healthcare. For decades, pharmaceutical manufacturers have been among the most profitable companies in America. But while pharmaceutical companies become richer, consumers, health plans and insurers pay higher costs for prescription and over-the-counter drugs and supplements. We shine the light of public scrutiny on this industry's practices and represent individuals, direct and indirect purchasers, and the nation's most forward-thinking public-interest groups.

The firm's pharmaceutical and dietary supplement litigation practice is second to none in the nation in terms of expertise, commitment and landmark results. Hagens Berman's attorneys have argued suits against dozens of major drug companies and the firm's aggressive prosecution of pharmaceutical industry litigation has recovered more than $1 billion in gross settlement funds.

**RECENT ANTITRUST RESOLUTIONS**

In the last few years, Hagens Berman – as lead or co-lead class counsel – has garnered significant settlements in several antitrust cases involving prescription drugs. In each case, the plaintiffs alleged that a manufacturer of a brand-name drug violated federal or state antitrust laws by delaying generic competitors from coming to market, forcing purchasers to buy the more expensive brand name version instead of the generic equivalent. Examples of our recent successes include:

› **Prograf Antitrust Litigation**

Hagens Berman represented purchasers who alleged Astellas Pharma US, Inc. unlawfully maintained its monopoly and prevented generic competition for Prograf, an immunosuppressant used to help prevent organ rejection in transplant patients, harming purchasers by forcing them to pay inflated brand name prices for longer than they should have absent the anticompetitive conduct.

RESULT: The parties' motion for final approval of the $98 million class settlement is under advisement with the court.

› **Skelaxin Antitrust Litigation**

The firm represented purchasers in this case alleging King Pharmaceuticals LLC and Mutual Pharmaceutical Company alleging conspired to suppress generic competition and preserve King's monopoly in the market for the brand name muscle relaxant Skelaxin.

RESULT: $73 million class settlement

› **Flonase Antitrust Litigation**

Hagens Berman represented purchasers in this case alleging pharmaceutical giant GlaxoSmithKline filed petitions to prevent the emergence of generic competitors to its drug Flonase, all to overcharge consumers and purchasers of the drug, which would have been priced lower had a generic competitor been allowed to come to market.

RESULT: $150 million class settlement

**FRAUDULENT DRUG PRICING RESOLUTIONS**

Hagens Berman has led many complex cases that take on fraud and inflated drug prices throughout the U.S. This includes sweeping manipulation of the average wholesale price benchmark used to set prices for prescription drugs nationwide, fraudulent marketing of prescription drugs and the rampant use of co-pay subsidy cards that drive up healthcare costs. These efforts have led to several significant settlements:

BP-LB 04/1615

HAGENS BERMAN SOBOL SHAPIRO LLP

PRACTICE AREAS

# Consumer Protection – Drug and Supplement Litigation

› **McKesson and First DataBank Drug Litigation**

The firm discovered a far-reaching fraud by McKesson and became lead counsel in this RICO case against McKesson and First DataBank, alleging the companies fraudulently inflated prices of more than 400 prescription drugs.

RESULT: $350 million settlement and a four percent rollback on the prices of 95 percent of the nation's retail branded drugs, the net impact of which could be in the billions of dollars. The states and federal government then used Hagens Berman's work to bring additional suits. Hagens Berman represented several states and obtained settlements three to seven times more than that of the Attorneys General. Almost $1 billion was recovered from the McKesson fraud.

› **Average Wholesale Price Drug Litigation**

Hagens Berman served as co-lead counsel and lead trial counsel in this sprawling litigation against most of the nation's largest pharma companies, which alleges defendants artificially inflated Average Wholesale Price.

RESULT: Approximately $338 million in class settlements. Hagens Berman's work in this area led to many state governments filing suit and hundreds of millions in additional recovery.

**FRAUDULENT MARKETING RESOLUTIONS**

Hagens Berman also litigates against drug companies that fraudulently promote drugs for uses not approved by the Food and Drug Administration (FDA), commonly known as "off-label" uses. We also litigate cases against dietary supplement manufacturers for making false claims about their products. Recent successes include:

› **Neurontin Third Party Payor Litigation**

Hagens Berman served as co-lead trial counsel in this case alleging that Pfizer fraudulently and unlawfully promoted the drug Neurontin for uses unapproved by the FDA.

RESULT: A jury returned a $47 million verdict in favor of a single third-party payor plaintiff, automatically trebled to $142 million, and the court recently approved a $325 million class settlement.

› **Vioxx Third Party Payor Marketing and Sales Practices Litigation**

The firm served as lead counsel for third party payors in the Vioxx MDL, alleging that Merck & Co. misled physicians, consumers and health benefit providers when it touted Vioxx as a superior product to other non-steroidal anti-inflammatory drugs. According to the lawsuit, the drug had no benefits over less expensive medications, but carried increased risk of causing cardiovascular events.

RESULT: $80 million settlement

› **Serono Drug Litigation**

Hagens Berman served as lead counsel for a class of consumers and third party payors in a suit alleging that global biotechnology company Serono, Inc. schemed to substantially increase sales of the AIDS drug Serostim by duping patients diagnosed with HIV into believing they suffered from AIDS-wasting and needed the drug to treat that condition.

RESULT: $24 million settlement

› **Bayer Combination Aspirin/Supplement Litigation**

Hagens Berman served as lead counsel on behalf of consumers in a suit alleging that Bayer Healthcare LLC deceptively marketed Bayer® Women's Low-Dose Aspirin + Calcium, an 81 mg aspirin pill combined with calcium, and Bayer® Aspirin With Heart Advantage, an 81 mg aspirin pill combined with phytosterols. Plaintiffs alleged that Bayer overcharged consumers for these products or that these products should not have been sold, because these products were not FDA-approved, could not provide all advertised health benefits, and were inappropriate for long-term use.

RESULT: $15 million settlement

**PRACTICE AREAS**

# Employment Litigation

Hagens Berman takes special interest in protecting workers from exploitation or abuse. We take on race and gender discrimination, immigrant worker issues, wage and hour issues, on-the-job injury settlements and other crucial workplace issues.

Often, employees accept labor abuses or a curbing of their rights because they don't know the law, respect their superiors or fear for their jobs. We act on behalf of employees who may lack the individual power to bring about meaningful change in the workplace. We take a comprehensive approach to rooting out systemic employee abuses through in-depth investigation, knowledgeable experts and fervent exploration of prosecution strategies. Hagens Berman is a firm well-versed in taking on complicated employee policies and bringing about significant results. Representative cases include:

> ### CB Richard Ellis Sexual Harassment Litigation

Filed a class action against CB Richard Ellis, Inc., on behalf of 16,000 current and former female employees who alleged that the company fostered a climate of severe sexual harassment and discriminated against female employees by subjecting them to a hostile, intimidating and offensive work environment, also resulting in emotional distress and other physical and economic injuries to the class.

RESULT: An innovative and unprecedented settlement requiring changes to human resources policies and procedures, as well as the potential for individual awards of up to $150,000 per class member. The company agreed to increase supervisor accountability, address sexually inappropriate conduct in the workplace, enhance record-keeping practices and conduct annual reviews of settlement compliance by a court appointed monitor.

> ### Costco Wholesale Corporation Wage & Hour Litigation

Filed a class action against Costco Wholesale Corporation on behalf of 2,000 current and former ancillary department employees, alleging that the company misclassified them as "exempt" executives, denying these employees overtime compensation, meal breaks and other employment benefits.

RESULT: $15 million cash settlement on behalf of the class.

> ### Washington State Ferry Workers Wage Litigation

Represented "on-call" seamen who alleged that they were not paid for being "on call" in violation of federal and state law.

RESULT: Better working conditions for the employees and rearrangement in work assignments and the "on-call" system.

> ### SunDance Rehabilitation Corporation

Filed a class action against SunDance challenging illegal wage manipulation, inconsistent contracts and other compensation tricks used to force caregivers to work unpaid overtime.

RESULT: $3 million settlement of stock to be distributed out of the company's bankruptcy estate.

Some of the firm's current cases in this area include:

> ### Swift Transportation

Hagens Berman filed suit against national trucking company Swift Transportation, alleging that it shortchanged its drivers by not paying them on the actual miles traveled when driving. The case is scheduled for trial in October 2015.

> ### Schneider National Carriers

The firm represents a certified class of regional drivers in a suit filed against Schneider National Carriers, claiming that the company failed to pay its workers for all of their on duty time devoted to a variety of work tasks, including vehicle inspections, fueling, and waiting on customers and assignments. The suit also claims that the company does not provide proper meal and rest breaks and the company is liable for substantial penalties under the California Labor Code.

LG-04615

HAGENS BERMAN SOBOL SHAPIRO LLP

**PRACTICE AREAS**

# Civil and Human Rights

Hagens Berman has represented individuals and organizations in difficult civil rights challenges that have arisen in the past two decades. In doing so, we have managed cases presenting complex legal and factual issues that are often related to highly charged political and historical events. Our clients have included such diverse communities as World War II prisoners of war, conscripted civilians and entire villages.

In this cutting-edge practice area, the firm vigilantly keeps abreast of new state and national legislation and case-law developments. We achieve positive precedents by zealously prosecuting in our clients' interests. Some examples of our work in this area include:

›  **World Trade Organization Protests**

During the 1999 World Trade Organization (WTO) protests in Seattle, tens of thousands of Seattle citizens became targets after Seattle officials banned all forms of peaceful protest. Seattle police attacked anyone found in the designated "no protest" zones with rubber bullets and tear gas. Hundreds of peaceful protesters were arrested and incarcerated without probable cause for up to four days. The firm won a jury trial on liability and ultimately secured a settlement from Seattle officials after filing a class action alleging violations of the First and Fourth Amendments.

›  **Hungarian Gold Train**

Following the firm's representation of former forced and enslaved laborers for German companies in the Nazi Slave Labor Litigation, Hagens Berman led a team of lawyers against the U.S. on behalf of Hungarian Holocaust survivors in the Hungarian Gold Train case. The suit claimed that, during the waning days of World War II, the Hungarian Nazi government loaded plaintiffs' valuable personal property onto a train, which the U.S. Army later seized, never returning the property to its owners and heirs.

›  **Dole Bananas**

Hagens Berman filed suit against the Dole Food Company, alleging that it misled consumers about its environmental record. The complaint alleged that Dole purchased bananas from a grower in Guatemala that caused severe environmental damage and health risks to local residents. Dole ultimately agreed to take action to improve environmental conditions, collaborating with a non-profit group on a water filtration project for local communities.

›  **Chiquita Bananas**

Hagens Berman filed suit against Chiquita Brands International, alleging that it also misled consumers about its environmental record. The complaint alleges that Chiquita purchased bananas from a grower in Guatemala that caused severe environmental damage and health risks to local residents.

PRACTICE AREAS

# Whistleblower Litigation

Hagens Berman represents whistleblowers under various programs at both the state and federal levels. All of these whistleblower programs reward private citizens who blow the whistle on fraud. In many cases, whistleblowers report fraud committed against the government and may sue those individuals or companies responsible, helping the government recover losses.

Our depth and reach as a leading national plaintiffs' firm with significant success in varied litigation against industry leaders in finance, health care, consumer products, and other fields causes many whistleblowers to seek us to represent them in claims alleging fraud against the government.

Our firm also has several former prosecutors and other government attorneys in its ranks and has a long history of working with governments, including close working relationships with attorneys at the U.S. Department of Justice. The whistleblower programs under which Hagens Berman pursues cases include:

## FALSE CLAIMS ACT

Under the federal False Claims Act, and more than 30 similar state laws, a whistleblower reports fraud committed against the government, and under the law's *Qui Tam* provision, may file suit on its behalf to recover lost funds. False claims acts are one of the most effective tools in fighting Medicare and Medicaid fraud, defense contractor fraud, financial fraud, under-payment of royalties, fraud in general services contracts and other types of fraud perpetrated against governments.

The whistleblower initially files the case under seal, giving it only to the government and not to the defendant, which permits the government to investigate. After the investigation, the government may take over the whistleblower's suit, or it may decline. If the government declines, the whistleblower can proceed alone on his or her behalf. In successful suits, the whistleblower normally receives between 15 and 30 percent of the government's recovery as a reward.

Since 1986, federal and state false claims act recoveries have totaled more than $22 billion. Some examples of our cases brought under the False Claims Act include:

> ## In U.S. ex rel. Lagow v. Bank of America

Represented former District Manager at Landsafe, Countrywide Financial's mortgage appraisal arm, who alleged systematic abuse of appraisal guidelines as a means of inflating mortgage values.

RESULT: The case was successful, ultimately triggering a settlement of $1 billion, and our client received a substantial reward.

> ## In U.S. ex rel. Mackler v. Bank of America

Represented a whistleblower who alleged that Bank of America failed to satisfy material conditions of its government contract to provide homeowners mortgage relief under the HAMP program.

RESULT: The case succeeded and was settled as part of the 2012 global mortgage settlement, resulting in an award to our client.

> ## In U.S. ex rel. Horwitz v. Amgen

Represented Dr. Marshall S. Horwitz, who played a key role in uncovering an illegal scheme to manipulate the scientific record regarding two of Amgen's blockbuster drugs.

RESULT: $762 million in criminal and civil penalties levied by the U.S. Department of Justice and an award to our client.

## SECURITIES AND EXCHANGE COMMISSION / COMMODITY FUTURES TRADING COMMISSION

Since implementation of the SEC/CFTC Dodd Frank whistleblower programs in 2011, Hagens Berman has naturally transitioned into

**PRACTICE AREAS**

# Whistleblower Litigation

representation of whistleblowers with claims involving violations of the Securities Exchange Act and the Commodities Exchange Act.

Unlike the False Claims Act, whistleblowers with these new programs do not initially file a sealed lawsuit. Instead, they provide information directly to the SEC or the CFTC regarding violations of the federal securities or commodities laws. If the whistleblower's information leads to an enforcement action, they may be entitled to between 10 and 30 percent of the recovery.

The firm currently represents HFT whistleblower and market expert, Haim Bodek, in an SEC fraud whistleblower case that prompted the U.S. Securities and Exchange Commission to bring record-breaking fines against two exchanges formerly owned by Direct Edge Holdings (and since acquired by Bats Global Markets, the second-largest financial exchange in the country). The exchanges agreed to pay $14 million to settle charges that the exchanges failed to accurately and completely disclose how order types functioned on its exchanges and for selectively providing such information only to certain high-frequency trading firms.

Hagens Berman also represents an anonymous whistleblower who brought his concerns and original analysis related to the May 2, 2010 Flash Crash to the CFTC after hundreds of hours spent analyzing data and other information.

Both the U.S. Commodity Futures Trading Commission (CFTC) and the Department of Justice, in separate criminal and civil

enforcement actions, brought charges of market manipulation and spoofing against Nav Sarao Futures Limited PLC (Sarao Futures) and Navinder Singh Sarao (Sarao) based on the whistleblower's information.

Hagens Berman has worked alongside government officials and regulators, establishing the credibility necessary to bring a case to the SEC or CFTC. When Hagens Berman brings a claim, we work hard to earn their respect and regulators pay attention.

**INTERNAL REVENUE SERVICE**

Hagens Berman also represents whistleblowers under the IRS whistleblower program enacted with the Tax Relief and Health Care Act of 2006.

The IRS program offers rewards to those who come forward with information about persons, corporations or any other entity that cheats on its taxes. In the event of a successful recovery of government funds, a whistleblower can be rewarded with up to 30 percent of the overall amount collected in taxes, penalties and legal fees.

Hagens Berman helps IRS whistleblowers present specific, credible tax fraud information to the IRS. Unlike some traditional False Claims Act firms, Hagens Berman has experience representing governments facing lost tax revenue due to fraud, making us well-positioned to prosecute these cases.

PRACTICE AREAS

# Sports Litigation

Hagens Berman has one of the nation's most highly regarded sports law practices. Our attorneys are the vanguard of new and innovative legal approaches to protect the rights of professional and amateur athletes in cases against large, well-financed interests, including the National Collegiate Athletic Association (NCAA), the National Football League (NFL) and the Fédération Internationale de Football Association (FIFA).

## > NCAA: Scholarships/Grants In Aid (GIAs)

Cases of particular nationwide interest for fans, athletes and the general public involve numerous cases filed by Hagens Berman against the NCAA. The most recent, and potentially far-reaching, case involves a suit on behalf of NCAA student-athletes against the NCAA and its most powerful members, including the Pac-12, Big Ten, Big-12, SEC and ACC, claiming these entities violated federal antitrust laws by drastically reducing the number of scholarships and financial aid student-athletes receive to an amount below the actual cost of attendance and far below what the free market would bare.

## > NCAA: Concussions

Hagens Berman has also taken on the NCAA for its failure to prevent concussions and protect student-athletes who suffered concussions. Currently, the firm is finalizing a proposed settlement that will make sweeping changes to the NCAA's approach to concussion treatment and prevention; provide a 50-year medical-monitoring program for student-athletes to screen for and track head injuries; and establish a $5 million fund for concussion research.

The core settlement benefits include:

A 50-year medical monitoring program overseen by a medical science committee appointed by the court that will screen and track concussions. Examinations will include neurological and neurocognitive assessments to evaluate potential injuries. The monitoring program will be funded by a $70 million medical monitoring fund, paid by the NCAA and its insurers.

Significant changes to and enforcement of the NCAA's concussion management policies and return-to-play guidelines. All players will now receive a seasonal, baseline test to better assess concussions sustained during the season. All athletes who have sustained a concussion will now need to be cleared before returning to play, under the terms of the settlement. Additionally, a medical professional trained in the diagnosis of concussions will be present at all games involving contact-sports. The settlement also creates reporting mandates for concussions and their treatment.

## > Player Likeness Rights

Hagens Berman attorneys representing student-athletes who claimed that the NCAA illegally used student-athletes' names, images and likenesses in Electronic Arts' popular NCAA Football, Basketball and March Madness video game series reached a combined $60 million settlement with the NCAA and EA, marking the first time the NCAA has agreed to a settlement that pays student-athletes for acts related to their participation in athletics

The firm also represents NFL legend Jim Brown in litigation against videogame manufacturer Electronic Arts for improperly using his likeness in its NFL video games.

"We began this case with the knowledge that the NCAA and member schools were resolute in keeping as much control over student-athletes as possible," managing partner Steve Berman said. "But we were equally resolute that anyone – even a student-athlete playing under scholarship – should not be exploited for profit, especially by the organization that vowed to prevent the athlete from exploitation."

PRACTICE AREAS

# Sports Litigation

> **USA Water Polo: Concussions**

Hagens Berman filed a class-action suit against USA Water Polo alleging the entity has neglected to enact concussion and head injury safety measures. The case arises from USA Water Polo's failure to take steps to recognize, manage and appropriately treat head injuries and concussions. The governing body for the sport allegedly failed to implement even a scant amount of concussion management care for its participants, representing an extreme departure from the ordinary standard of care.

> **FIFA/U.S. Soccer: Concussions**

Several current and former soccer players filed a class action against U.S. soccer's governing bodies, which led to sweeping safety measures brought to millions of US youth soccer players. Players represented by Hagens Berman alleged these groups failed to adopt effective policies to evaluate and manage concussions.

The settlement suit against six of the largest youth soccer organizations eliminated heading for youth players and greatly diminishing risks of concussions and traumatic head injuries, and also set other benchmarks for concussion measurement and safety protocols.

> **NFL Films: Player Likeness**

Together with attorney and former NFL player, Bob Stein, Hagens Berman represents a group of accomplished retired NFL players who challenge the uncompensated use of the players' images by NFL Films. The firm originally filed suit on behalf of ten players in Culp v. NFL Films, but that suit was dismissed due to an injunction instituted while a previous settlement was finalized. However, U.S. District Judge Paul Magnuson lifted the injunction that would have barred further litigation for several years. This opened the doors for immediate further legal action by more than 2,000 retired players, including numerous NFL Hall-of-Famers.

> **Pop Warner**

Hagens Berman represents youth athletes who have suffered traumatic brain injuries due to gross negligence, and has filed a lawsuit on behalf of former Pop Warner football player Donnovan Hill and his mother Crystal Dixon. The suit claims that the league insisted Hill use improper and dangerous tackling techniques which left the now 17-year-old paralyzed from the neck down. Pop Warner, its affiliates, Hill's coaches and members of the Lakewood Pop Warner board of directors are liable for the coaches' repeated and incorrect instruction that Hill and his teammates tackle opposing players by leading with the head.

Hagens Berman encourages Pop Warner and high school student-athletes and/or parents or guardians to contact the firm if they believe a student-athlete has suffered a brain injury due to harm sustained during Pop Warner or high school sports.

> **MLB Foul Ball Injuries**

Hagens Berman filed a class-action lawsuit on behalf of baseball fans, seeking to extend safety netting to all major and minor league ballparks from foul pole to foul pole. The suit alleges that tens of millions attend an MLB game annually, and every year fans of all ages, but often children, suffer horrific and preventable injuries, such as blindness, skull fractures, severe concussions and brain hemorrhages when struck by a fast-moving ball or flying shrapnel from a shattered bat.

> **Other Cases**

In addition to its class actions, Hagens Berman has filed several individual cases to uphold the rights of athletes and ensure a fair and safe environment. The firm has filed multiple individual cases to address concussions and other traumatic head injuries among student-athletes at NCAA schools and in youth sports. Hagens Berman continues to represent the interests of athletes and find innovative and effective applications of the law to uphold players' rights.

The firm has also brought many concussions cases on behalf of individual athletes, challenging large universities and institutions for the rights those who have suffered irreversible damage due to gross negligence and lack of even the most basic concussion-management guidelines.

HAGENS BERMAN SOBOL SHAPIRO LLP

PRACTICE AREAS

# Governmental Representation

Hagens Berman has been selected by public officials to represent government agencies and bring civil law enforcement and damage recoupment actions designed to protect citizens and the treasury. We understand the needs of elected officials and the obligation to impartially and zealously represent the interests of the public, are often chosen after competitive bidding and have been hired by officials from across the political spectrum.

Hagens Berman has assisted governments in recovering billions of dollars in damages and penalties from corporate wrongdoers and, in the process, helped reform how some industries do business. In serving government, we are often able to leverage the firm's expertise and success in related private class-action litigation. Successes on behalf of government clients include:

## › Big Tobacco

We represented 13 states in landmark Medicaid-recoupment litigation against the country's major tobacco companies. Only two states took cases to trial – Washington and Minnesota. The firm served as trial counsel for the state of Washington, becoming only one of two private firms in the entire country to take a state case to trial.

Hagens Berman was instrumental in developing what came to be accepted as the predominant legal tactic to use against the tobacco industry: emphasizing traditional law enforcement claims such as state consumer protection, antitrust and racketeering laws. This approach proved to be nearly universally successful at the pleading stage, leaving the industry vulnerable to a profits-disgorgement remedy, penalties and double damages. The firm also focused state legal claims on the industry's deplorable practice of luring children to tobacco use.

RESULT: $206 billion for state programs, the largest settlement in the history of civil litigation in the U.S.

## › McKesson Average Wholesale Price Litigation

This litigation is yet another example of fraudulent drug price inflation impacting not just consumers and private health plans, but public health programs such as Medicaid and local government-sponsored plans as well.

RESULT: Hagens Berman has started the AWP class action, which resulted in many states filing cases. HB represented several of those states in successful litigation.

## › McKesson Government Litigation

On the heels of Hagens Berman's class action against McKesson, the firm led lawsuits by states (Connecticut, Utah, Virginia, Montana, Arizona).

RESULT: These states obtained recoveries three to seven times larger than states settling in the multi-state Attorneys General settlement. In addition, the firm obtained $12.5 million for the City of San Francisco and $82 million for a nationwide class of public payors.

## › Zyprexa Marketing & Sales Practices Litigation - Connecticut

Hagens Berman served as outside counsel to then-Attorney General Richard Blumenthal in litigation alleging that Lilly engaged in unlawful offlabel promotion of the atypical antipsychotic Zyprexa. The litigation also alleged that Lilly made significant misrepresentations about Zyprexa's safety and efficacy, resulting in millions of dollars in excess pharmaceutical costs borne by the State and its taxpayers.

RESULT: $25 million settlement.

HAGENS BERMAN SOBOL SHAPIRO LLP

PRACTICE AREAS
# Personal Injury and Abuse

For more than a decade, Hagens Berman's blend of professional expertise and commitment to our clients has made our firm one of the most well-respected and successful mass tort and personal injury law firms in the nation. We deliver exceptional results for our clients by obtaining impressive verdicts and settlements in personal injury litigation.

Our attorneys have experience in wrongful death, brain injury and other catastrophic injury cases, as well as deep experience in social work negligence, medical malpractice, nursing home negligence and sexual abuse cases.

Hagens Berman also has unparalleled experience in very specific areas of abuse law, recovering damages on behalf of some of the most vulnerable people in our society.

**Sexual Abuse Litigation** Hagens Berman has represented a wide spectrum of individuals who have been victims of sexual abuse, including children and developmentally disabled adults. We treat each case individually, with compassion and attention to detail and have the expertise, resources and track record to stand up to the toughest opponents. In the area of sexual abuse, our attorneys have obtained record-breaking verdicts, including the largest personal injury verdict ever upheld by an appellate court in the state of Washington.

**Nursing Home Negligence** Nursing home negligence is a growing problem throughout the nation. As our population ages, reports of elder abuse and nursing home negligence continue to rise. Today, elder abuse is one of the most rapidly escalating social problems in our society. Hagens Berman is uniquely qualified to represent victims of elder abuse and nursing home negligence. Our attorneys have secured outstanding settlements in this area of the law and have committed to holding nursing homes accountable for wrongdoing.

**Social Work Negligence** Social workers play a critical role in the daily lives of our nation's most vulnerable citizens. Social workers, assigned to protect children, the developmentally disabled and elderly adults, are responsible for critical aspects of the lives of tens of thousands of citizens who are unable to protect themselves. Many social workers do a fine job. Tragically, many do not. The results are often catastrophic when a social worker fails to monitor and protect his or her vulnerable client. All too often, the failure to protect a child or disabled citizen leads to injury or sexual victimization by predators. With more than $40 million in recoveries on behalf of vulnerable citizens who were neglected by social workers, Hagens Berman is the most experienced, successful and knowledgeable group of attorneys in this dynamic area of the law.

**Workplace Injury** While many workplace injury claims are precluded by workers compensation laws, many instances of workplace injury are caused by the negligence and dangerous oversight of third parties. In these instances, victims may have valid claims. Hagens Berman's personal injury legal team has successfully brought many workplace injury claims, holding third parties liable for our clients' serious bodily injuries.

**Medical Malpractice** Litigating a medical malpractice case takes acute specialization and knowledge of medical treatments and medicine. Notwithstanding these facts, Hagens Berman pursues meritorious medical malpractice claims in instances where clients have suffered life-altering personal injuries. Our firm's personal injury attorneys handle medical malpractice cases with the dedication and detail necessary to make victims whole. Hagens Berman is very selective in accepting medical malpractice cases and has been successful in recovering significant compensation for victims of medical error and negligence.

**PRACTICE AREAS**

# Intellectual Property

The Hagens Berman intellectual property team has deep experience in all aspects of intellectual property litigation. We specialize in complex and significant damages cases against some of the world's largest corporations.

The firm is primarily engaged in patent infringement litigation at this time. We seek to represent intellectual property owners, including inventors, universities, non-practicing entities, and other groups whose patent portfolios represents a significant creative and capital investment.

Our current and recent engagements include the following:

› **Oracle**

The firm represents Thought Inc. against Oracle Corporation in a suit alleging infringement of seven patents covering various aspects of middleware systems providing application to database mapping, reading and persistence.

› **Salesforce**

The firm represents Applications in Internet Time LLC in patent litigation against Salesforce Inc. The suit alleges that our client's patents cover the core architecture of salesforce's platform for developing, customizing, and updating cloud-based software applications.

› **Nintendo**

The firm represented Japan-based Shinsedai Company in patent infringement litigation against Nintendo. The suit alleged that our client's patents were infringed by various sports games for the Nintendo Wii.

› **Electronic Arts**

The firm represents the original software developer of the Electronic Arts (EA) NFL Madden Football video game series in a suit alleging that he is owed royalties on EA Madden NFL titles as well as other derivative products. We prevailed in two trials

against EA, and the verdicts were designated as the Top Verdict of the Year (2013) by The Daily Journal. The judgment is on appeal and if upheld will return for a final damages phase.

› **Samsung, LG, Apple**

The firm represents FlatWorld Interactives LLC in patent litigation against Samsung, LG and Apple. The complaints allege that the defendants' mobile handsets, tablets, media players and other devices infringe a FlatWorld patent covering the use of certain gestures to control touchscreen displays.

› **Alnylam, MIT, Max Planck Institute**

The firm represents the University of Utah against Alnylam Pharmaceuticals Inc., Massachusetts Institute of Technology and Max Planck Institute in a suit seeking to correct inventorship on patents covering discoveries in gene therapy involving silencing of target gene expression in cells through RNA interference. Hagens Berman defeated a motion to dismiss the case at the district court, won again on appeal to the Federal Circuit and

> *Unlike other intellectual property firms, Hagens Berman only represents plaintiffs. This reduces the risk of potential conflicts of interest which often create delays in deciding whether or not to take a case at larger firms.*

**PRACTICE AREAS**

# Intellectual Property

defeated defendants' petition for certiorari by the Supreme Court. The case is set for trial in 2015.

> **Alcon**

The firm represents Femto-Sec Tech Inc. and its founder Joseph Neev in patent and breach of contract litigation against Alcon Laboratories and certain Alcon subsidiaries. The patents cover foundational applications of lasers in the fields of ophthalmic surgery and dermatology.

> **Bombadier Inc.**

The firm represents Arctic Cat Inc. in patent infringement litigation against Bombardier Recreational Products. The complaint alleges that Bombardier's Sea-Doo personal watercraft infringe Arctic Cat's patents covering temporary steerable thrust technology used when the rider turns in off-throttle situations.

Hagens Berman is also skilled in other aspects of intellectual property law, including trademark, trade dress, trade secret and copyright litigation.



**MANAGING PARTNER**

# Steve W. Berman

*Served as lead counsel for the largest settlement in world history against Big Tobacco, the largest antitrust settlement, the largest ERISA settlement and, at the time, the largest U.S. securities settlement in U.S. history.*

**CONTACT**
1918 8th Avenue
Suite 3300
Seattle, WA 98101

(206) 623-7292 office
(206) 623-0594 fax
steve@hbsslaw.com

**YEARS OF EXPERIENCE**
> 35

**PRACTICE AREAS**
> Antitrust/Trade Law
> Consumer Protection
> Securities/Investment Fraud
> Whistleblower/*Qui Tam*
> Patent Litigation

**BAR ADMISSIONS**
> Washington
> Illinois

**EDUCATION**
> University of Chicago Law School, J.D., 1980
> University of Michigan, B.A., 1976

Steve Berman represents consumers, investors and employees in large, complex litigation held in state and federal courts. Berman's trial experience has earned him significant recognition and led *The National Law Journal* to name him one of the 100 most powerful lawyers in the nation, and to repeatedly name Hagens Berman one of the top 10 plaintiffs' firms in the country.

Berman co-founded Hagens Berman in 1993 after his prior firm refused to represent several young children who consumed fast food contaminated with E. coli—Steve knew he had to help. In that case, Steve proved that the poisoning was the result of Jack in the Box's cost cutting measures along with gross negligence. He was further inspired to build a firm that vociferously fought for the rights of those unable to fight for themselves. Berman's innovative approach, tenacious conviction and impeccable track record have earned him an excellent reputation and numerous historic legal victories. He is considered one of the nation's most successful class-action attorneys.

**CURRENT ROLE**

> Managing Partner, Hagens Berman Sobol Shapiro

**RECENT SUCCESS**

> Consumer Rights
 - Represented 20 million class members against Toyota for its sudden unintended acceleration defect and subsequent economic loss to vehicle owners, achieving the largest settlement ever against an automotive company – $1.6 billion.
 - Fought against Apple and five of the nation's top publishers for colluding to raise the price of e-books, securing a settlement of at least $400 million, with the potential to repay class members twice the amount of damages suffered.

> Big Oil
 - Represented clients against Exxon Mobil affected by the 10 million gallons of oil spilled off the coast of Alaska by the Exxon Valdez (multi-million dollar award)

> Big Pharma
 - Represented clients against Big Pharma in various actions ranging from price-fixing schemes to antitrust activities (more than $1 billion in aggregate settlements)

> Wall Street
 - Class-action securities case against Charles Schwab ($235 million settlement)
 - Represented Enron employees who had their retirement accounts wiped out by Enron's fraud (largest ERISA settlement in U.S. history)
 - Represented Bernard L. Madoff investors in a suit filed against JPMorgan Chase Bank, one of the largest banks in the world (approved $218 million settlement)

MANAGING PARTNER

# Steve W. Berman

## RECOGNITION

› Named a member of the 2014-2015 Lawdragon 500 Leading Lawyers in America

› Voted one of the 100 most influential attorneys in America by *The National Law Journal* three times

› Voted most powerful lawyer in the state of Washington by *The National Law Journal*

› Hagens Berman named one of the top 10 plaintiffs' firms in the country, *The National Law Journal*

› Selected as a Finalist for *Public Justice's* 2014 Trial Lawyer of the Year

## NOTABLE CASES

› *State Tobacco Litigation*

Lead counsel for 13 states in cases that led to the largest settlement in world history.

› *WPPSS Securities Litigation*

Member of trial team that led to the then largest securities case settlement.

› *McKesson Drug Litigation*

Lead counsel in an action that led to a rollback of benchmark prices of hundreds of brand name drugs, and a $350 million settlement for third-party payers and insurers.

› *Average Wholesale Price Litigation*

Steve served as lead trial counsel, securing trial verdicts against three drug companies that paved the way for a settlement of $338 million.

› *McKesson Governmental Entity Litigation*

Steve was lead counsel for a nationwide class of local governments that resulted in an $82 million settlement for drug price-fixing claims.

› *State and Governmental Drug Litigation*

Steve served as outside counsel for the state of New York for its Vioxx claims, several states for AWP claims and several states for claims against McKesson.

› *Optical-Disc Price Fixing Litigation*

Lead counsel in action on behalf of consumers in more than two dozen states against the manufacturers of optical disk drives. The plaintiffs allege defendants conspired to increase the price of ODDs that were sold to original equipment manufacturers. Defendants' conduct allegedly caused millions of consumer electronics products, such as computers, to be sold at illegally inflated prices.

› *Electronic Arts Video Games Litigation*

Nationwide certified class of consumers who bought interactive football video games. Plaintiffs allege Electronic Arts entered into a series of exclusive licenses with football intellectual property owners, such as the NFL and NCAA, in order to lock up the market, brought on behalf of a national class of consumers who purchased the video games. A $60 million settlement in the case against EA and the NCAA was reached, as well as a $27 million settlement covering NFL title video games.

› *Bank of America Home Affordable Modification Program (HAMP) Contract Litigation*

Berman served as lead counsel in action on behalf of homeowners to whom the defendant allegedly promised mortgage modifications as part of a federal program but failed to provide.

HAGENS BERMAN SOBOL SHAPIRO LLP

**MANAGING PARTNER**

# Steve W. Berman

› *Boeing Securities Litigation*

Berman served as lead counsel in a $92 million settlement of a securities action concerning Boeing's merger with McDonnell Douglas.

› *Charles Schwab Securities Litigation*

Lead counsel in securities case resulting in $235 million settlement and 45 percent and 82 percent recoveries for the class, high percentages for securities cases.

› *Enron Pension Protection Litigation*

Lead counsel for Enron employees whose retirement accounts were wiped out by Enron's fraud. Settlement was the largest ERISA settlement in U.S. history.

› *VW Emissions Defect Litigation*

Steve Berman is currently representing nationwide owners of Volkswagen CleanDiesel vehicles that were installed with an emissions-cheating software.

› *NCAA Concussions*

Steve is lead counsel in a class action seeking to protect NCAA student athletes in all sports.

› *NCAA Grant-In-Aid Litigation*

Steve is lead counsel in a case challenging the NCAA's collusion in refusing to allow student athletes to receive scholarships amounting to the full cost of attending school.

› *Orange County and Santa Clara County Opioid Litigation*

Opioid abuse is one of our nation's leading health disasters. Steve is leading the first litigation seeking to recover public costs resulting from the opioid manufacturer's deceptive marketing.

› *General Motors Ignition Switch Defect Litigation*

Steve serves as lead counsel seeking to obtain compensation from the millions of GM car owners whose cars have diminished in value.

› *Lumber Liquidators Flooring*

Steve serves as lead counsel in ongoing litigation against Lumber Liquidators, seeking to represent a proposed class of consumers who unknowing purchased flooring tainted with toxic levels of cancer-causing formaldehyde.

› *Discriminatory Lending in Miami and Los Angeles*

Steve is currently representing the cities of Miami and Los Angeles in a series of lawsuits filed against the nation's largest banks, including CitiGroup, JP Morgan, Wells Fargo and Bank of America, alleging that they egage in systematic discrimination against minority borrowers, resulting in reduced property tax, and other damages to the cities.

**PERSONAL INSIGHT**

Steve was a high school and college soccer player and coach. Now that his daughter's soccer skills exceed his, he is relegated to being a certified soccer referee and spends weekends being yelled at by parents and coaches. Steve is also an avid cyclist and is heavily involved in working with young riders on the USA cycling team and who are trying to transition to the pro cycling tour.



**PARTNER**

# Robert F. Lopez

*Mr. Lopez continues practice on qui tam matters at the firm, representing whistleblowers in cases involving violations of federal and state laws that prohibit the making of false claims for government payments.*

**CONTACT**

1918 8th Avenue
Suite 3300
Seattle, WA 98101

(206) 268-9304 office
(206) 623-0594 fax
robl@hbsslaw.com

**PRACTICE AREAS**

> Complex Commercial Litigation
> Health Care & Pharmaceuticals Litigation
> Intellectual Property Litigation
> Privacy Litigation
> Antitrust Litigation
> Securities Litigation
> *Qui Tam* Litigation

**BAR ADMISSIONS**

> Washington
> Western District of Washington
> Eastern District of Washington
> U.S. Court of Appeals for the Ninth Circuit

**EDUCATION**

> Gonzaga University, B.A., English Literature; Arnold Scholar
> University of Washington School of Law, J.D.

## CURRENT ROLE

> Partner, Hagens Berman Sobol Shapiro

> Offers a broad range of legal experience in the fields of:

- Complex commercial litigation
- Health care and pharmaceuticals litigation
- Product defect litigation
- False Claims Act litigation
- Intellectual property litigation
- Privacy litigation
- Securities litigation
- Antitrust litigation
- Creditor-debtor litigation

> Member of firm's *In re Carrier IQ, Inc. Consumer Privacy Litigation* team

> Member of the firm's team representing the plaintiffs and proposed class in *Free Range Content Inc. v. Google Inc.*, an class-action case based on allegations that Google unlawfully denies payments to thousands of website owners and operators who place ads on their sites sold through Google AdWords

> Continues practice on *qui tam* matters at the firm, representing whistleblowers in cases involving violations of federal and state laws that prohibit the making of false claims for government payments

## EXPERIENCE

> Experienced in prosecuting and defending appeals in the federal and state courts of appeal; representing institutions and consumers in nationwide class-action lawsuits, including in the federal multidistrict litigation setting; advising clients in non-litigation settings with respect to trademark, trade-name, copyright and Internet-communications law

> Member of firm's team representing one of the relators in the 2012 settlement with Amgen Inc., in which the company agreed to pay $612 million to the U.S. and various state governments in order to resolve claims that it caused false claims to be submitted to Medicare, Medicaid and other government insurance programs

> Member of the firm's team that prosecuted *In re Charles Schwab Corp. Securities Litigation*

> Experienced in class-action litigation against DaimlerChrysler Corporation relating to product defects in its Neon automobiles, nationwide class-action cases against Trex Company, Inc. and Fiber Composites, Inc.

> Founding Member and Partner, Socius Law Group PLLC

> Partner, Betts, Patterson & Mines, P.S.

HAGENS BERMAN SOBOL SHAPIRO LLP

**PARTNER**

# Robert F. Lopez

**NOTABLE CASES**

> *In re Pharmaceutical Industry Average Wholesale Price Litigation*

> *Amgen Inc. Qui Tam Litigation*

> *In re Metropolitan Securities Litigation*

> *In re Charles Schwab Corp. Securities Litigation*

> *In re Carrier IQ, Inc. Consumer Privacy Litigation*