Simon J. Frankel (Bar No. 171552)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, California 94111-5356
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091
Email: sfrankel@cov.com

Attorneys for Defendant
HUAWEI DEVICES USA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

*In re Carrier IQ, Inc. Consumer Privacy Litigation*

[This Document Relates to All Cases]

Civil Case No.: C-12-md-2330-EMC

**NOTICE OF SIGNED SETTLEMENT AGREEMENT**

Pursuant to the January 22, 2016 Declaration of Simon J. Frankel, Defendant Huawei Devices, USA, Inc. hereby submits a complete copy of the Stipulation of Settlement and Release, with the signatures of all parties, including that of Huawei Devices USA, Inc.

Date: January 26, 2016

*/s/ Simon J. Frankel*
Simon J. Frankel
Attorneys for Defendant
HUAWEI DEVICES, USA, INC.