STEVE W. BERMAN (*Pro Hac Vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

BRUCE L. SIMON (Bar No. 96241)
**PEARSON, SIMON & WARSHAW, LLP**
44 Montgomery Street, Suite 2450
San Francisco, CA  94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008
bsimon@pswlaw.com

*Counsel for Select Plaintiffs and Co-Lead Counsel for the Proposed Classes*

*[Additional Counsel Listed on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE<br><br>CARRIER IQ, INC.,<br>CONSUMER PRIVACY LITIGATION<br><br><br><br>This Document Relates to:<br><br>ALL CASES | No. 12-md-2330-EMC<br><br>**DECLARATION OF DANIEL L. WARSHAW IN RESPONSE TO ORDER RE SUPPLEMENTAL BRIEFING AND/OR EVIDENCE**<br><br>Date:   February 16, 2016<br>Time:   2:00 p.m.<br>Judge:  Judge: Honorable Edward M. Chen<br>Ctrm.:  Courtroom 5, 17th Floor |

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

867851.167835.2

DECLARATION OF DANIEL L. WARSHAW IN RESPONSE TO ORDER RE SUPPLEMENTAL BRIEFING AND/OR EVIDENCE

I, Daniel L. Warshaw declare as follows:

1.     I am an attorney duly licensed to practice law in the State of California and before this Court.  I am a partner in the law firm Pearson, Simon & Warshaw, LLP ("PSW"), attorneys of record for Plaintiff Daniel Pipkin and Interim Co-Lead Counsel for Plaintiffs and the proposed Class in this case.  I make this declaration in response to the Order Re Supplemental Briefing and/or Evidence.  I have personal knowledge of the following matters and, if called to testify concerning them, I could and would do so competently.

2.     I am one of the attorneys principally responsible for the handling of this matter.  I am personally familiar with the facts set forth in this declaration.  If called as a witness I could and would competently testify to the matters stated herein.

3.     Pursuant to the Order re Supplemental Briefing and/or Evidence ("Order") (Dkt. No. 408), I gathered and compiled Interim Co-Lead Counsels' time and costs in order to answer the questions in Section H of the Court's Order.

4.     **Lodestar:**  In order to calculate Interim Co-Lead Counsels' lodestar, I set the inception date to correspond with the April 20, 2012 MDL Transfer Order (Dkt. No. 1) rather than include pre-coordination activity.  The following *estimated* figures are based upon work performed from April 20, 2012 through January 22, 2016.  The estimated lodestar[1] of Interim Co-Lead Counsel is $3,254,964.25, using historic rates.  Therefore, the multiplier is 0.691 based upon a fee request of $2,225,000.  The average hourly rate is $492.82.  The number of hours incurred by Interim Co-Lead counsel is 6,604.80.

5.     Pursuant to the Court's request, we broke the lodestar into categories of major tasks performed in this litigation.  The below table estimates the total number of hours expended by Interim Co-Lead Counsel by tasks.

/ / /

---

[1] Interim Co-Lead Counsel plans to reference/include the reasonable lodestar of additional plaintiff firms that were assigned work in the MDL proceedings when making Plaintiffs' fee request.  This will increase the lodestar and, in turn, reduce the multiplier.

| TASK | HOURS |
|---|---|
| Preparation of Complaints<br><br>(Including client interviews and questionnaires; investigation and factual and legal research for complaints) | 619.15 |
| Case Management and Misc. Work<br><br>(Including paralegal work, review and analysis of general pleadings and orders and case management conference issues, among other necessary case work) | 1,014.35 |
| Discovery<br><br>(Including drafting of initial disclosures; consulting with Plaintiffs to prepare and finalize initial disclosures; arbitration-related discovery to Defendants; research regarding Defendants' objections; researching and drafting motions to compel; meet-and-confer conferences; reviewing and analyzing produced documents and materials; conducting ADR-related discovery; and attending hearings and meetings regarding discovery) | 1,862.00 |
| Investigation and Research<br><br>(Including legal and factual research and analysis) | 186.90 |
| Motion to Compel Arbitration<br><br>(Including analysis of Defendants' motion; factual and legal research; drafting opposition brief and working with Plaintiffs on declarations; preparation for, and attending and arguing at, hearing) | 716.20 |
| Motion to Dismiss<br><br>(Including analysis of Defendants' motion; factual and legal research; drafting opposition brief; preparation for, and attending and arguing at, hearing) | 456.90 |
| Working with Experts<br><br>(Including consultations with experts and analysis of related materials) | 42.80 |

| | |
|---|---|
| Motion to Stay Order Denying Motion to Compel Arbitration<br><br>(Including analysis of Defendants' motion; factual and legal research; drafting opposition brief; preparation for, and attending and arguing at, hearing) | 191.90 |
| Appellate Work<br><br>(Including review and analysis of Defendants-Appellants' brief; research for Plaintiffs-Appellees' brief; work on Plaintiffs-Appellees' brief; conferences with the Circuit Mediator and Defendants-Appellants) | 96.00 |
| Settlement<br><br>(Including research and preparation of mediation briefs; attending mediations; settlement negotiations; work on the settlement agreement and exhibits; negotiations and conferences with defendants, and further discussions with the mediator and Circuit Mediator) | 935.40 |
| Motion for Preliminary Approval<br><br>(Including drafting the motion; research; preparation of the declarations in support of the motion; work on various materials, including the long and short forms of notice, press release and proposed order) | 483.20 |
| **TOTAL** | **6,604.80** |

6. **Costs and Expenses:** The total estimated costs and expenses of Interim Co-Lead Counsel to date are $72,414.63.

7. With respect to the parties' efforts to acquire direct contact information for the putative class, counsel for Carrier iQ, Tyler Newby, served as a liaison between the parties and the mobile carriers because Carrier iQ had an existing business relationship with the carriers. The parties' efforts to obtain direct contact information from the carriers is set forth in Mr. Newby's declaration filed herewith.

8. My co-counsel, Robert F. Lopez is filing a confidential supplemental declaration contemporaneously with this declaration. The declaration of Mr. Lopez addresses issues raised by the Court in the Order. I agree with the views and comments by Mr. Lopez in his declaration.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on February 2, 2016, at San Diego, California.

                                      */s/ Daniel L. Warshaw*
                                      Daniel L. Warshaw