**GREENBERG TRAURIG, LLP**
Ian C. Ballon (SBN 141819)
*Ballon@gtlaw.com*
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Tel:  650-328-8500
Fax: 650-328-8508

**GREENBERG TRAURIG, LLP**
Jeff E. Scott (SBN 126308)
*ScottJ@gtlaw.com*
Rebekah S. Guyon (SBN 291037)
*GuyonR@gtlaw.com*
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel:  310-586-7700
Fax: 310-586-7800

*Attorneys for Defendants LG Electronics, Inc. and LG Electronics
MobileComm U.S.A., Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE<br><br>CARRIER IQ, INC.,<br>CONSUMER PRIVACY LITIGATION<br><br>[This Document Relates to All Cases] | Case No.:   3:12-md-02330-EMC<br><br>DEFENDANTS LG ELECTRONICS, INC. AND LG ELECTRONICS MOBILECOMM U.S.A., INC.'S REQUEST TO APPEAR TELEPHONICALLY AT THE FEBRUARY 16, 2016 HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT CLASS, AND APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL; [PROPOSED] ORDER |

1    Defendants LG Electronics, Inc. and LG Electronics MobileComm U.S.A., Inc. request

2  permission for their counsel Jeff E. Scott and Rebekah S. Guyon to participate by telephone at the

3  Hearing on Plaintiffs' Motion for Preliminary Approval of Settlement Class, and Appointment of Class

4  Representative and Class Counsel, scheduled for February 16, 2016 at 2:00 p.m. in the above-referenced

5  Court.

6    Defendants request permission for their counsel Jeff E. Scott and Rebekah S. Guyon to appear

7  telephonically because they will not be presenting oral argument in support of Plaintiffs' Motion.

8  DATED:  February 9, 2016                    GREENBERG TRAURIG, LLP
                                             JEFF E. SCOTT
9                                            IAN C. BALLON
                                             REBEKAH S. GUYON
10

11                                           By:    /s/   Jeff E. Scott
                                                    Jeff E. Scott
12                                           *Attorneys for Defendants LG Electronics, Inc. and LG
                                             Electronics MobileComm U.S.A., Inc.*

13

14    **[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY**

15    The Court, having reviewed Defendants LG Electronics, Inc. and LG Electronics MobileComm

16  U.S.A., Inc.'s Request to Appear Telephonically at the February 16, 2016 Hearing on Plaintiffs'

17  Motion for Preliminary Approval of Settlement Class, and Appointment of Class Representative and

18  Class Counsel, determines that GOOD CAUSE supports the request, and hereby grants Jeff E. Scott

19  and Rebekah S. Guyon permission to appear telephonically at the February 16, 2016 hearing.

20    IT IS SO ORDERED.

21

22    DATED:                               _____

23                                         Hon. Edward M. Chen
                                           United States District Judge

24

25

26

27

28

DEFENDANTS LG ELECTRONICS, INC. AND LG ELECTRONICS MOBILECOMM U.S.A.,
INC.'S REQUEST TO APPEAR TELEPHONICALLY; [PROPOSED] ORDER