# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** February 16, 2016  **FTR Time:** 35 Minutes  **Judge:** EDWARD M. CHEN
**Case No.:** 12-md-02330-EMC  **Case Name:** In re Carrier IQ

**Attorney for Plaintiff:**   Dan Warshaw and Robert Lopez
**Attorney for Defendant:**  Tyler Newby for Defendant Carrier IQ, Inc.
                              Krista Enns for Defendant Motorola
                              Wilson Lin for Defendant Pantech
                              Sheryl Leung for Defendant Samsung Tel.
                              Rebekah Guyon and Ian Ballon for Defendant LG USA
                              Bryan Heckenlively and Rosemarie Ring for Defendant HTC
                              Rebecca Jacobs for Huawai

**Deputy Clerk:** Betty Lee                      **Court Reporter:** JoAnn Bryce

## PROCEEDINGS

Plaintiffs' motion for preliminary approval of settlement #403

## SUMMARY

For the reasons stated on the record, Plaintiffs' motion for preliminary approval of settlement is granted. Parties to submit revised proposed order to the Court. Final approval hearing is set for 7/28/16 at 1:30 p.m.