12-MD-2330 EMC

05-03-2016

Dear Sir

I'm writing to you about the cell-phone settlement today. Asking for $5,000 refund check and to let you know about AT&T crank calls occasionally.

I have reported crank calls recently on my phones at home. In the morning, the phone would ring about 8:00 am then 12 noon, then 9:00 pm and 12 midnight. Many times it would be unlisted or unknown callers. I want this corrected and stopped.

Thank you, thank you, Happy Holiday. Thank you.

Joris V. Campbell
3692 Lee Road.
Cleveland Ohio 44128
216-581-0433.