Steve W. Berman (*pro hac vice*)
Robert F. Lopez (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594

Bruce L. Simon (Bar No. 96241)
PEARSON, SIMON & WARSHAW, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008
bsimon@pswlaw.com

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>CARRIER IQ, INC.,<br>CONSUMER PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | No. 12-md-2330-EMC<br><br>**DECLARATION OF DANIEL L. WARSHAW IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT**<br><br>Date:     July 28, 2016<br>Time:    1:30 p.m.<br>Crtrm.:  5, 17th Floor |

870195.2

DECLARATION OF DANIEL L. WARSHAW IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT

Daniel L. Warshaw declares:

1. I am an attorney duly admitted to practice before this Court. I am a partner in the firm of Pearson, Simon & Warshaw, LLP, attorneys of record for Plaintiffs and the Proposed Class, and Co-Class Counsel along with Hagens Berman Sobol Shapiro LLP.

2. I am the attorney principally responsible for the handling of this matter on a day-to-day basis at my firm. I am personally familiar with the facts set forth in this declaration. If called as a witness I could and would competently testify to the matters stated herein.

3. Based upon class counsel's investigation and analysis, including as to information that the defendants produced to us in discovery and in connection with the parties' settlement, we have advised the Court that there are approximately 79 million class members. This figure is equal to the number of devices with the subject software installations. It is, therefore, a high-side estimate, as Kenneth Jue of Gilardi, the Settlement Administrator, explains in his declaration filed contemporaneously with this declaration. (*See* Declaration of Kenneth Jue on Behalf of Settlement Administrator, ¶ 6 (indicating that the number of Class Members is, statistically speaking, likely to be much lower, *i.e.*, approximately 30 million unique individuals.)

4. Subsequent to the Court's Order granting preliminary approval of the settlement, my firm's and Hagens Berman's websites included information regarding the case and links to the www.carrieriqsettlement.com webpage.

5. Pursuant to the terms of the Confidential Settlement Agreement entered into by and between the parties in this litigation, the four Requests for Exclusion received by the claims administrator are insufficient to trigger the Defendants' right to terminate the settlement.

6. To date, class counsel only received three objections to the settlement. Assuming there are 79 million class members, the objection rate equals 0.0000038%. Assuming that there are 30 million class members, the objection rate equals 0.00001%.

///

///

///

///

870195.2

2

DECLARATION OF DANIEL L. WARSHAW IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT

7.  Based upon my experience, and analysis of the claims and defenses asserted in this litigation, I, like our Co-Class Counsel and Plaintiffs' Executive Committee members, believe that the settlement reached is fundamentally fair, adequate and reasonable and that this Court should grant final approval of the settlement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 23, 2016, at Sherman Oaks, California.

*/s/ Daniel Warshaw*
Daniel L. Warshaw

870195.2

3

DECLARATION OF DANIEL L. WARSHAW IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403