Sam A. Miorelli, E.I., Esq. *(Pro Se)*
764 Ellwood Avenue
Orlando, FL 32804
Telephone: (321) 698-2776
E-Mail: sam.miorelli@gmail.com

*Pro Se Objector*

**FILED**

JUN 24 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Case No.: 3:12-md-2330-EMC |
| | ) |
| CARRIER IQ, INC. CONSUMER PRIVACY | ) **NOTICE OF FILING OF** |
| LITIGATION | ) **SUPPLEMENTAL AFFIDAVITS IN** |
| | ) **SUPPORT OF OBJECTION TO CLASS** |
| This Document Relates to: | ) **ACTION SETTLEMENT OF SAM A.** |
| | ) **MIORELLI, E.I., ESQ.** |
| ALL CASES | ) |
| | ) Date:      July 28, 2016 |
| | ) Time:     1:30 p.m. |
| | ) Judge:    Honorable Edwin M. Chen |
| | ) Dept:     Courtroom 5, 17th Floor |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT in light of Plaintiffs' letter raising questions of fact relating to Objector Sam A. Miorelli, E.I., Esq.'s membership in the class, Objector Miorelli hereby files a Supplemental Sworn Affidavit of Sam A. Miorelli, E.I., Esq. and the Exhibits thereto, and a Sworn Affidavit of Luke Miorelli. These additional sworn filings answer the questions raised by Plaintiffs' letter relating to Objector Miorelli's membership in the class. Objector Miorelli has redacted the Exhibits to prevent the release in public of sensitive financial information as well as private communications information of his brother and mother, with whom he shares his AT&T Mobility service account.

DATED: June 20, 2016

Sam A. Miorelli, E.I, Esq. *(Pro Se)*

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Notice of Filing of Supplemental Affidavits in Support of Objection to Class Action Settlement of Sam A. Miorelli, E.I., Esq., the Supplemental Sworn Affidavit of Sam A. Miorelli, E.I., Esq., and the Sworn Affidavit of Luke Miorelli were transmitted via FedEx Overnight Express on June 20, 2016 to the following:

Clerk of the Court
Office of the Clerk
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3489

The undersigned further certifies that the foregoing Notice of Filing of Supplemental Affidavits in Support of Objection to Class Action Settlement of Sam A. Miorelli, E.I., Esq., the Supplemental Sworn Affidavit of Sam A. Miorelli, E.I., Esq., and the Sworn Affidavit of Luke Miorelli were transmitted via U.S. First Class Mail and E-mail (to the attorneys who had e-mails listed on the CM/ECF as of the filing date and as listed below) on June 20, 2016 to the following:

| | |
|---|---|
| Shana E. Scarlett<br>Hagens Berman Sobol Shapiro LLP<br>715 Hearst Avenue<br>Suite 202<br>Berkeley, CA 94710<br>Email: shanas@hbsslaw.com | Daniel L. Warshaw, Bobby Pouya, and Clifford H. Pearson<br>PEARSON SIMON & WASRHAW, LLLP<br>15165 Ventura Boulevard<br>Suite 400<br>Sherman Oaks, CA 91403<br>Email: dwarshaw@pswlaw.com<br>Email: bpouya@pswlaw.com<br>Email: cpearson@pswlaw.com |
| Robert F Lopez, Steve W. Berman, and Thomas Eric Loeser<br>Hagens Berman Sobol Shapiro LLP<br>1918 8th Avenue<br>Suite 3300<br>Seattle, WA 98101<br>Email: robl@hbsslaw.com<br>Email: steve@hbsslaw.com<br>Email: toml@hbsslaw.com | Paul R. Kiesel<br>Kiesel Law LLP<br>8648 Wilshire Boulevard<br>Beverly Hills, CA 90211-2910<br>Email: Kiesel@kbla.com |
| Christopher M Ellis, Shane M Mendenhall, and Jon D. Robinson<br>Bolen Robinson & Ellis, LLP<br>202 South Franklin, 2nd Floor<br>Decatur, IL 62523<br>Email: cellis@brelaw.com<br>Email: smendenhall@brelaw.com | Aaron M. Sheanin, Bruce Lee Simon, Thomas Kay Boardman, & William James Newsom<br>Pearson, Simon & Warshaw, LLP<br>44 Montgomery Street<br>Suite 2450<br>San Francisco, CA 94104<br>Email: asheanin@pswlaw.com<br>Email: bsimon@pswlaw.com |

- 2 -

1   Andrea S. Hirsch
    Herman Gerel, LLP
2   230 Peachtreet Street, NW
    Suite 2260
3   Atlanta, GA 30303

4   Christopher V. Tisi
5   Herman Gerel, LLP
    2000 L Street, N.W.
6   Suite 400
    Washington, DC 20036
7

8   Mark G. Crawford
    Skikos Crawford Skikos Joseph & Millican
9   625 Market Street
    11th Floor
10  San Francisco, CA 94105
    Email: mcrawford@skikoscrawford.com
11

12  Steven James Skikos
    Skikos, Crawford, Skikos & Joseph
13  One Sansome Street
    Suite 2830
14  San Francisco, CA 94104
    Email: sskikos@skikos.com
15

16  Ira P. Rothken and Jared Robinson Smith
    Rothken Law Firm, LLP
17  3 Hamilton Landing
    Suite 280
18  Novato, CA 94949-8248
    Email: ndca@techfirm.com
19  Email: jared@techfirm.net

20
    John R. Parker , Jr.
21  Kershaw Cutter & Ratinoff, LLP
    401 Watt Avenue
22  Sacramento, CA 95864
    Email: jparker@cutterlaw.com
23

24  David I. Cates and Judy L. Cates
    Cates Law Firm-Swansea
25  216 West Pointe Drive
    Suite A
26  Swansea, IL 62226
    Email: dcates@cateslaw.com
27  Email: jcates@cateslaw.com

28

Gregory B Scarlett and Melissa Meeker Harnett
Wasserman Comden Casselman & Esensten
LLP
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, CA 91357-7033
Email: gscarlett@wccelaw.com
Email: mharnett@wccelaw.com

Heather Baker Dobbs, Behram Viraf Parekh,
and Michael Louis Kelly
Kirtland & Packard, LLP
2041 Rosecrans Avenue
Third Floor
El Segundo, CA 90245
Email: hmp@kirtlandpackard.com
Email: bvp@kirtlandpackard.com
Email: mlk@kirtlandpackard.com

Eric Davis Holland, Steven J. Stolze, Kevin
Douglas Wilkins, and Steven Lee Groves
Holland, Groves, Schneller and Stolze
300 North Tucker Blvd
Suite 801
St. Louis, MO 63104
Email: eholland@allfela.com
Email: sstolze@allfela.com
Email: kwilkins@allfela.com
Email: sgroves@allfela.com

Cameron Wayne Wilson
Dolan Law Firm
2665 South Bayshore Drive
Suite 609
Miami, FL 33133
Email: cwilson@gaebemullen.com

Daniel Dennis Dolan, II
Haggard Parks Haggard & Lewis
330 Alhambra Circle
1st Floor
Coral Gables, FL 33134

Peter Wasylyk
Law Offices of Peter Wasylyk
1307 Chalkstone Avenue
Providence, RI 02908

- 2 -

NOTICE OF FILING OF SUPPLEMENTAL AFFIDAVITS IN SUPPORT OF OBJECTION TO
CLASS ACTION SETTLEMENT OF SAM A. MIORELLI, E.I., ESQ.

David A. Straite
Kaplan Fox & Kilsheimer LLP
850 Third Avenue
14th Floor
New York, NY 10022
Email: dstraite@kaplanfox.com
Manuel Dobrinsky, Andrew Mitchell Moss, and
Eric Bluestein
2 South Biscayne Boulevard
Suite 3100
Miami, FL 33131
Email: MDobrinsky@fdlaw.net
Email: moss@krmlegal.com
Email: EBluestein@fdlaw.net

Ralph N. Sianni
Stewarts Law US LLP
1201 North Orange Street
Wilmington, DE 19801
Email: rsianni@stewartslaw.com

Randy Rosenblum
700 South Andrews Avenue, Suite 200
Fort Lauderdale, FL 33316
Email: RRosenblum@fdlaw.net

John T. Longo
Law Office of John T. Longo
681 Smith Street
Suite 201
Providence, RI 02908
Email: jtlongo@yahoo.com

Gary E. Klein, Kevin Costello, and Shennan
Alexandra Kavanagh
Roddy Klein & Ryan
727 Atlantic Avenue
2nd Floor
Boston, MA 02111
Email: klein@roddykleinryan.com
Email: kavanagh@roddykleinryan.com

Patrick V. Dahlstrom
Pomerantz LLP
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Email: pdahlstrom@pomlaw.com

Gary Edward Klein
Klein Kavanagh Costello, LLP
85 Merrimac St.
4th Floor
Boston, MA 02114
Email: Klein@kkcllp.com

David S Ratner
Morelli Ratner, P.C.
950 Third Avenue
New York, NY 10022
Email: DRatner@morellilaw.com
Charles E. Schaffer & Michael M. Weinkowitz
Levin Fishbein Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Email: cschaffer@lfsblaw.com
Email: mweinkowitz@lfsblaw.com

Brian Russell Strange
Strange & Butler
12100 Wilshire Boulevard
Suite 1900
Los Angeles, CA 90025
Email: bstrange@strangeandbutler.com

Joseph H Malley
Law Office of Joseph H. Malley, PC
1045 North Zang Boulevard
Dallas, TX 75208
Email: malleylaw@gmail.com

Daniel Lee Low
Kotchen and Low LLP
1745 Kalorama Rd NW
Suite 101
Washington, DC 20009
Email: dlow@kotchen.com

Lionel Z. Glancy and Marc Lawrence Godino
Glancy Prongay & Murray LLP
1925 Century Park East
Suite 2100
Los Angeles, CA 90067-2722
Email: info@glancylaw.com
Email: mgodino@glancylaw.com

NOTICE OF FILING OF SUPPLEMENTAL AFFIDAVITS IN SUPPORT OF OBJECTION TO
CLASS ACTION SETTLEMENT OF SAM A. MIORELLI, E.I., ESQ.

Matthew Laurence Tuccillo
Pomerantz LLP
600 Third Avenue
20th Floor
New York, NY 10016
Email: mltuccillo@pomlaw.com

Ryan Mark Ferrell
Newport Trial Group
895 Dove Street
Suite 425
Newport Beach, CA 92660
Email: rferrell@trialnewport.com

Mark Punzalan
Punzalan Law, P.C.
600 Allerton St., Suite 201
Redwood City, CA 94063
Email: mpunzalan@finkelsteinthompson.com

Danielle A. Stoumbos and Rosemary M. Rivas
Finkelstein Thompson LLP
One California Street, Suite 900
San Francisco, CA 94111
Email: dstoumbos@finkelsteinthompson.com
Email: rrivas@finkelsteinthompson.com

Jay P. Salzman
Schoengold & Sporn, PC
19 Fulton Street, Suite 406
New York, NY 10038

Paul O. Paradis
Horwitz Horwitz & Paradis
570 7th Avenue
20th Floor
New York, NY 10018
Email: pparadis@hhplawny.com

J. Paul Gignac, Peter J. Bezek, and Robert A.
Curtis
Foley Bezek Behle & Curtis LLP
15 West Carrillo Street
Santa Barbara, CA 93101
Email: jpg@foleybezek.com
Email: pbezek@foleybezek.com
Email: rcurtis@foleybezek.com

Dale Bernardo Ratner, Esq.
1550 Hayes Street
San Francisco, CA 94117

Shawn A. Williams
Robbins Geller Rudman & Dowd LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Email: shawnw@rgrdlaw.com
Christopher Collins & Frank James Janecek , Jr.
Robbins Geller Rudman & Dowd LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
Email: chrisc@rgrdlaw.com
Email: frankj@rgrdlaw.com

Michael W. Sobol
Lieff Cabraser Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Email: msobol@lchb.com

Nicholas Diamand
Lieff Cabraser Heimann and Bernstein LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Email: ndiamand@lchb.com

Helen U Kim
Arias, Ozzello & Gignac LLP
115 South La Cumbre Lane
Suite 300
Santa Barbara, CA 93105
Email: helenk@kallawgroup.com

Allan Steyer and Gabriel Dash Zeldin
Steyer Lowenthal Boodrookas Alvarez & Smith
LLP
One California Street, Suite 300
San Francisco, CA 94111
Email: asteyer@steyerlaw.com
Email: gzeldin@steyerlaw.com

- 4 -

NOTICE OF FILING OF SUPPLEMENTAL AFFIDAVITS IN SUPPORT OF OBJECTION TO
CLASS ACTION SETTLEMENT OF SAM A. MIORELLI, E.I., ESQ.

1  Hamilton P. Lindley
   Goldfard Branham, LLP
2  2501 North Harwood Street
   Suite 1801
3  Dallas, TX 75201

4
   Brett Louis Rosenthal and Peter J. McNulty
5  827 Moraga Drive
   Bel Air, CA 92101-1502
6  Email: Brett@mcnultylaw.com
   Email: peter@mcnultylaw.com
7

8  Sydney J. Hall
   Law Offices of Sydney Jay Hall
9  P.O. Box 13315, PMB #305
   Oakland, CA 94661
10

11 Mark Andrew Chavez and Nance Felice Becker
   Chavez & Gertler LLP
12 42 Miller Avenue
   Mill Valley, CA 93941
13 Email: mark@chavezgertler.com
   Email: nance@chavezgertler.com
14

15 Eric J. O'Bell
   Law Offices of Eric J. O'Bell, LLC
16 3500 North Hullen Street
   Metairie, LA 70002
17

18 Paul Marett Brannon
   Brannon Law Firm, L.L.C.
19 3500 North Hullen Street
   Metairie, LA 70002
20 Email: PMB@BrannonLawFirm.com

21 Daniel E Gustafson
   Gustafson Gluek PLLC
22 608 2nd Ave S Ste 650
   Minneapolis, MN 55402
23 Email: dgustafson@gustafsongluek.com

24
   Daniel C. Hedlund and Joseph C Bourne
25 Gustafson Gluek PLLC
   120 South Sixth St., Suite 2600
26 Minneapolis, MN 55402
   Email: dhedlund@gustafsongluek.com
27 Email: jbourne@gustafsongluek.com

28

Ben Barnow and Blake Anthony Strautins
Barnow and Associates, P.C.
One North LaSalle Street, Suite 4600
Chicago, IL 60602
Email: b.barnow@barnowlaw.com
Email: b.strautins@barnowlaw.com

Corey M Mather, David J Syrios, Guri Ademi,
and Shpetim Ademi
Ademi & O'Reilly LLP
3620 E. Layton Ave.
Cudahy, WI 53110
Email: cmather@ademilaw.com
Email: dsyrios@ademilaw.com
Email: sademi@ademilaw.com

Burton Rosenblatt
Ely Bettini Ulman et al
3200 N Central Ave #1930
Phoenix, AZ 85012

David I. Pankin
Law Offices of David I. Pankin, P.C.
48 Willoughby St.
Brooklyn, NY 11201
Email: dpankin@pankinlaw.com

Bernard Daskal
Lynch Daskal Emery LLP
264 West 40th Street
New York, NY 10018
Email: daskal@lawlynch.com

Andrew F. Knopf and C. Richard Newsome
Newsome Law Firm
201 S. Orange Ave
Suite 1500
Orlando, FL 32801
Email: knopf@newsomelaw.com
Email: newsome@newsomelaw.com

Marc A. Wites & Jonathan Stephen Burns
Wites & Kapetan, P.A.
4400 North Federal Highway
Lighthouse Point, FL 33064
Email: mwites@wklawyers.com
Email: jburns@wklawyers.com

- 5 -

NOTICE OF FILING OF SUPPLEMENTAL AFFIDAVITS IN SUPPORT OF OBJECTION TO
CLASS ACTION SETTLEMENT OF SAM A. MIORELLI, E.I., ESQ.

1   Peter M. Van Dyke
    Eagan, Donohue, Van Dyke & Falsey, LLP
2   55 Public Square
    Ste. 1950
3   Cleveland, OH 44113
    Email: japeca@climacolaw.com
4

5   Patrick G. Warner
    David P. Meyer & Associates Co., LPA
6   1320 Dublin Road
    Suite 100
7   Columbus, OH 43215

8
    Kip T. Bollin
9   Thompson Hine Cleveland
    3900 Key Tower
10  127 Public Square
    Cleveland, OH 44114
11  Email: kip.bollin@thompsonhine.com

12
    Rebecca S Tinio
13  Susman Godfrey
    560 Lexington Avenue
14  15th Floor
    New York, NY 100226828
15  Email: rtinio@susmangodfrey.com

16
    Warren Tavares Burns and Daniel Henry
17  Charest
    Burns Charest LLP
18  500 N. Akard St.
    Suite 2810
19  Dallas, TX 75201
    Email: wburns@burnscharest.com
20  Email: dcharest@burnscharest.com

21
    Arthur M Murray, Korey Arthur Nelson, and
22  Stephen Murray, Sr.
    Murray Law Firm
23  650 Poydras Street
    Ste 2150
24  New Orleans, LA 70130
    Email: knelson@murraylawfirm.com
25  Email: smurray@murraylawfirm.com

26

27

28

Terrell W. Oxford
Susman Godfrey L.L.P.
2323 Bryan Street
Suite 1400
Dallas, TX 752012663

David M Finn
Milner Finn Price
2828 N Harwood
Suite 1950
Dallas, TX 75201
Email: judgefinn@davidfinn.com

Daniel L. Germain
Rosman & Germain LLP
16311 Ventura Blvd, Suite 1200
Encino, CA 914362152
Email: Germain@lalawyer.com

Brian Gudmundson and David M. Cialkowski
Zimmerman Reed, PLLP
1100 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Email: bcg@zimmreed.com
Email: David.Cialkowski@zimmreed.com

Paula R. Brown and Timothy G. Blood
Blood Hurst & O'Reardon LLP
701 B Street, Suite 1700
San Diego, CA 92101
Email: pbrown@bholaw.com
Email: tblood@bholaw.com

Scott L. Keniley
The Keniley Law Firm
2 Ravina Drive
Suite 500
Atlanta, GA 30346
Email: scott@k5law.com

Curtis D. Johnson , Jr.
Johnson & Brown, PC
11 South Idlewild Street
Memphis, TN 38104
Email: cjohnson@johnsonandbrownlaw.com

- 6 -

NOTICE OF FILING OF SUPPLEMENTAL AFFIDAVITS IN SUPPORT OF OBJECTION TO
CLASS ACTION SETTLEMENT OF SAM A. MIORELLI, E.I., ESQ.

Larry Daniel Drury
Larry D. Drury, LTD.
100 N. LaSalle St.
Suite 1010
Chicago, IL 60602
Email: ldrurylaw@aol.com

Jonathan Shub
Kohn, Swift & Graf, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107
Email: jshub@kohnswift.com

Donna F Solen
Center for Food Safety
303 Sacramento Street
Second Floor
San Francisco, CA 94111
Email: dsolen@lexlawgroup.com

Gary E. Mason
Whitfield Bryson & Mason LLP
5101 Wisconsin Avenue NW
Suite 305
Washington, DC 20016
Email: gmason@wbmllp.com

Jamie E. Weiss
Eric D. Freed Law Office
10573 West Pico Blvd., Ste. 852
Los Angeles, CA 90064

Jason S Rathod
Whitfield Bryson & Mason LLP
1625 Massachusetts Avenue, NW
Washington, DC 20036

Rodger R. Cole, Jennifer Jane Johnson, and
Tyler Alexander Baker
Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Email: rcole@fenwick.com
Email: jjjohnson@fenwick.com
Email: Tbaker@fenwick.com

Tyler Newby, Annasara Guzzo Purcell, and
Jennifer J Johnson
Fenwick & West LLP
555 California Street
12th Floor
San Francisco, CA 94104
Email: tnewby@fenwick.com
Email: apurcell@fenwick.com

Christopher E. Carey
Pugh, Accardo, Haas, Radecker, Carey &
Hymel
1100 Poydras St.
Suite 3200
New Orleans, LA 70163
Email: ccarey@pughlaw.com

Eugene J. Podesta , Jr.
Baker, Donelson, Bearman, Caldwell &
Berkowitz, P.C.
First Tennessee Bank Building
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Email: gpodesta@bakerdonelson.com

James Christie
Christie Pabarue Mortensen & Young
1880 JFK Boulevard
10th Floor
Philadelphia, PA 19103
Email: jwchristie@cpmy.com

Jonathan Hugh Blavin, Rosemarie Theresa
Ring, Bryan H. Heckenlively, and Rosemarie T
Ring
Munger, Tolles & Olson, LLP
560 Mission Street
27th Floor
San Francisco, CA 94105
Email: jonathan.blavin@mto.com
Email: rose.ring@mto.com
Email: Bryan.Heckenlively@mto.com

Henry Weissman
Munger Tolles & Olson LLP
355 South Grand Avenue
35th Floor

- 7 -

NOTICE OF FILING OF SUPPLEMENTAL AFFIDAVITS IN SUPPORT OF OBJECTION TO
CLASS ACTION SETTLEMENT OF SAM A. MIORELLI, E.I., ESQ.

| | | |
|---|---|---|
| 1 | Los Angeles, CA 90071 | Lance Allan Etcheverry |
| | Catherine A. Miller | Skadden, Arps, Slate, Meagher & Flom LLP |
| 2 | Freeborn & Peters | 300 South Grand Avenue |
| 3 | 311 South Wacker Drive | Suite 3400 |
| | Suite 3000 | Los Angeles, CA 90071 |
| 4 | Chicago, IL 60606 | Email: letcheve@skadden.com |
| | Email: cmiller@freebornpeters.com | |
| 5 | | Shouying Sheryl Leung |
| | J Thad Heartfield | Skadden, Arps, Slate, Meagher & Flom LLP |
| 6 | The Heartfield Law Firm | 525 University Avenue, Suite 1400 |
| 7 | 2195 Dowlen Rd | Palo Alto, CA 94301 |
| | Beaumont, TX 77706 | Email: Sheryl.Leung@skadden.com |
| 8 | Email: thad@jthlaw.com | |
| 9 | | R. Patrick Vance |
| | Jennifer Amy Baker | Jones Walker (New Orleans) |
| 10 | Roshka DeWulf & Patten PLC | Place St. Charles |
| | One Arizona Center | 201 St. Charles Ave. |
| 11 | 400 E Van Buren, Ste. 800 | Suite 5100 |
| | Phoenix, AZ 850043906 | New Orleans, LA 701705100 |
| 12 | Email: jbaker@rdplaw.com | |
| 13 | | Christopher Joseph Letkewicz , |
| | Michael Benjamin Alexander | Winston and Strawn LLP |
| 14 | Preis & Roy, PLC (Lafayette) | 35 W Wacker Dr |
| | Versailles Centre | Chicago, IL 60601 |
| 15 | 102 Versailles Blvd. | Email: cletkewicz@winston.com |
| | Suite 400 | |
| 16 | Lafayette, LA 70501 | Krista M. Enns |
| 17 | Email: balexander@preisroy.com | Winston & Strawn LLP |
| | | 101 California Street |
| 18 | Ross Eric Morrison | 35th Floor |
| | Weil, Gotshal & Manges, LLP | San Francisco, CA 94111 |
| 19 | 767 Fifth Avenue | Email: kenns@winston.com |
| | New York, NY 10153 | |
| 20 | Email: rmorrison@osheapartners.com | Christopher John Kelly |
| 21 | | Mayer Brown LLP |
| | Sean F. O'Shea | Two Palo Alto Square |
| 22 | O'Shea Partners LLP | 3000 El Camino Real, Suite 300 |
| | 90 Park Avenue | Palo Alto, CA 943062112 |
| 23 | 20th Floor | Email: cjkelly@mayerbrown.com |
| | New York, NY 10016 | |
| 24 | Email: soshea@osheapartners.com | Evan Tager and Archis Ashok Parasharami |
| 25 | | Mayer Brown LLP |
| | | 1999 K Street NW |
| 26 | | Washington, DC 20006-1101 |
| | | Email: etager@mayerbrown.com |
| 27 | | Email: aparasharami@mayerbrown.com |
| 28 | | |

- 8 -

NOTICE OF FILING OF SUPPLEMENTAL AFFIDAVITS IN SUPPORT OF OBJECTION TO
CLASS ACTION SETTLEMENT OF SAM A. MIORELLI, E.I., ESQ.

1  Timothy L. Alger
   Greenberg Traurig LLP
2  3161 Michelson, Suite 1000
   Irvine, CA 92612
3  Email: algert@gtlaw.com
4
   Amanda J Beane
5  1201 Third Ave
   Ste. 49
6  Seattle, WA 98101
   Email: abeane@perkinscoie.com
7
8  Kevan A. Fornasero
   Perkins Coie LLP
9  4 Embarcadero Center, Suite 2400
   San Francisco, CA 94111
10 Email: KFornasero@perkinscoie.com
11
   Jeff Eric Scott, Lori Chang, and Rebekah
12 Susanne Strawn Guyon
   Greenberg Traurig, LLP
13 1840 Century Park East, Suite 1900
   Los Angeles, CA 900672121
14 Email: scottj@gtlaw.com
   Email: changl@gtlaw.com
15 Email: Guyonr@gtlaw.com
16

Ian Ballon
Greenberg Traurig LLP
1900 University Avenue
5th Floor
East Palo Alto, CA 94303
Email: ballon@gtlaw.com

Wilson W Lin
H.C. Park and Associates, PLC
1894 Preston White Drive
Reston, VA 20191
Email: wlin@parklaw.com

Simon J. Frankel and Katherine RH Gasztonyi
Covington & Burling LLP
One Front Street
San Francisco, CA 94111
Email: sfrankel@cov.com
Email: kgasztonyi@cov.com

17

18                          Sam A. Miorelli, E.I., Esq. *pro se*

19

20

21

22

23

24

25

26

27

28

- 9 -

NOTICE OF FILING OF SUPPLEMENTAL AFFIDAVITS IN SUPPORT OF OBJECTION TO
CLASS ACTION SETTLEMENT OF SAM A. MIORELLI, E.I., ESQ.

Sam A. Miorelli, E.I., Esq. *(Pro Se)*
764 Ellwood Avenue
Orlando, FL 32804
Telephone: (321) 698-2776
E-Mail: sam.miorelli@gmail.com

*Pro Se Objector*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Case No.: 3:12-md-2330-EMC |
| CARRIER IQ, INC. CONSUMER PRIVACY LITIGATION | ) **SUPPLEMENTAL SWORN AFFIDAVIT** ) **OF SAM A. MIORELLI, E.I., ESQ.** |
| This Document Relates to: | ) Date:     July 28, 2016 |
| ALL CASES | ) Time:     1:30 p.m. ) Judge:    Honorable Edwin M. Chen ) Dept:     Courtroom 5, 17th Floor |

I, Sam Andrew Miorelli, the undersigned, state under oath and penalty of perjury that the following facts are true:

1.      I purchased a Samsung Galaxy S6 phone, model number SMG-920A, on May 13, 2015 at a total price of $425.99. That telephone was replaced under warranty due to battery drain, extreme slowness, and other symptoms similar to those reported relating to CarrierIQ, under warranty, on December 20, 2015 and again on April 30, 2016.

2.      My AT&T phone number for that Samsung Galaxy S6 is 321-698-2776. I have had that number on my father's account for over a decade using a variety of devices over the years.

3.      Attached as Exhibit A is a true and correct copy of a bill for the AT&T Mobility, LLC account for my phone as well as the phones of my mother, Jan Miorelli, and my brother, Mitchell Miorelli. The account is in my father, Luke Miorelli's name as the primary account holder.

4.      Attached as Exhibit B is a true and correct copy of the e-mail receipt sent by AT&T to my father when I purchased my Samsung Galaxy S6 phone on May 13, 2015. While the receipt is made in his name, I made the purchase using my American Express card ending in 4007.

- 1 -

SUPPLEMENTAL SWORN AFFIDAVIT OF SAM A. MIORELLI, E.I., ESQ.

1    5.      Attached as Exhibit C is a true and correct copy of the American Express Transaction

2 Details Report for the American Express card ending in 4007 that I used to purchase my Samsung

3 Galaxy S6.

4    6.      I am over the age of 18 years old.

5 Executed this ____20 th____ day of June, 2016 in Brevard County, Florida.

7                                     Sam A. Miorelli, E.I, Esq.

9     Sworn to and subscribed before me this ____20____ day of June, 2016, by Sam A. Miorelli,

10 E.I., Esq., who is personally known to me / produced _____ as identification.

12                                       _Cheryl L. Egger_

13                                       Notary Public Signature

15                                 ____Cheryl L. Egger____

                                    Notary Public Printed Name

CHERYL L. EGGER
Notary Public - State of Florida
Commission # FF 977456
My Comm. Expires Apr 3, 2020

SUPPLEMENTAL SWORN AFFIDAVIT OF SAM A. MIORELLI, E.I., ESQ.

1

EXHIBIT A – AT&T Mobility Bill for Bill Cycle Ending 1/19/2016

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUPPLEMENTAL SWORN AFFIDAVIT OF SAM A. MIORELLI, E.I., ESQ.

Visit us online at www.att.com

# Wireless Statement

## Bill-At-A-Glance

Previous Balance ████

Payment - 01/07 - Thank You! ████

Adjustments ███

Balance ███

New Charges ████

**Total Amount Due** ████

Amount Due in Full by **Feb 14, 2016**



## Start the year off right

Add a smartphone for
$0 down with AT&T Next™*

Visit att.com/aaitoday
Go to an AT&T store
Call 800.909.0135

*Pricing is for wireless service only. Req's Mobile Share® plan charge (min $30/mo.) & per tablet access charge ($10/mo.) Up to ten devices. Add'l monthly charges for extra data and devices. Does not include device purchase costs. Other pricing options, charges & restrictions apply.

## Wireless

**Group 2 - Data Summary - Dec 20 thru Jan 19**

**Mobile Share Value 10GB with Rollover Data** - Includes 10 gigabytes of domestic data. $15 each additional 1GB. Unused plan data from the current bill period rolls over for use and expires after 1 billing period. Additional monthly charge applies for each device on the plan. Unlimited talk & text on mobile phones. Unlimited talk on Wireless Home Phone. Mobile Hotspot, video calling, and Visual Voicemail available with compatible devices. Unlimited domestic data usage on the AT&T Wi-Fi Basic network for smartphones and select data devices.

## Service Summary

| Service | Page | Total |
|---|---|---|
| **Wireless** | | |
| ████ ████ | █ | |
| 321 698-2776   $50.25 | █   3 | |
| **Total New Charges** | | ████ |

|  | Data Used (MB) |
|---|---|
| ████ | ███ |
| 321 698-2776 | 4,106 |
| **Total** | ███ |

**Manage Your Account:**
Online: att.com/myatt
Mobile App: att.com/myattapp
Support: 800 331-0500 or 611 from your mobile device
TTY: 866 241-6567

 For Important Information about your bill, please see the News You Can Use section (Page 4).

Return bottom portion with your check in the enclosed envelope. Payments may take 7 days to post.

Wireless Services provided by AT&T Mobility, LLC.

Printed on Recyclable Paper

**DUE BY: Feb 14, 2016** ████

 **at&t**

Account Number ████ **7532**

Please include account number on your check.

LUKE MIORELLI ████

☐ CHECK FOR AUTO PAY

Make checks payable to:
**AT&T MOBILITY**

 **Wireless**

## Mobile Share Value 10GB with Rollover Data

|  | Megabytes (MB) |
|---|---|
| Rollover available through Jan 19* |  |
|  |  |
| Included in Plan | 10,240 |
| Total Data Used | - ▅ |

**Rollover available on Jan 20** ▅

*Usage and available Rollover are rounded up to the next megabyte. For more details on your Data Summary, visit myatt.com.*
*\* Unused Rollover Data expires after 1 billing period or when you change your plan or account.*



**Mobile Share Value iPhone on 4G LTE w/ VVM** – Includes unlimited Anytime minutes, Nationwide Long Distance & Roaming, unlimited domestic and international text, picture, and video messages sent or received from the U.S., Puerto Rico and the U.S. Virgin Islands, Call Forward feature, Caller ID, Call Wait, Conference Call feature. Mobile Share voice and data plan required.

**International Roaming - Expanded** – Includes international roaming outside the U.S. and international long distance from the U.S. at standard, pay-per-use international rates. See rates at www.att.com/global.

### Monthly Charges - Jan 20 thru Feb 19

**Total Monthly Charges**

### Other Charges and Credits
**Voice Usage Summary**

| Shared Minutes | Unlimited |
|---|---|
| Daytime Minutes |  |
| Minutes Used | ▅ |
| Night & Weekend Minutes |  |
| Minutes Used | ▅ |



---

## Other Charges and Credits - Continued
**Data Usage Summary**

| Shared Messaging | Unlimited |
|---|---|
| Used | ▅ |

Mobile Share Value 10GB with Rollover Data
Individual MB Used ▅
*1 Gigabyte (GB) = 1024MB, 1 Megabyte (MB) = 1024KB*

### Surcharges and Other Fees
4.  Administrative Fee ▅
5.  Federal Universal Service Charge ▅
6.  Regulatory Cost Recovery Charge ▅
Total Surcharges and Other Fees ▅

### Government Fees and Taxes
7.  911 Service Fee ▅
8.  City Communications Tax ▅
9.  FL State Communications Tax ▅
Total Government Fees and Taxes ▅

**Total Other Charges & Credits** ▅

**Total for** ▅



**Mobile Share Value iPhone on 4G LTE w/ VVM** – Includes unlimited Anytime minutes, Nationwide Long Distance & Roaming, unlimited domestic and international text, picture, and video messages sent or received from the U.S., Puerto Rico and the U.S. Virgin Islands, Call Forward feature, Caller ID, Call Wait, Conference Call feature. Mobile Share voice and data plan required.

**International Roaming - Expanded** – Includes international roaming outside the U.S. and international long distance from the U.S. at standard, pay-per-use international rates. See rates at www.att.com/global.

### Monthly Charges - Jan 20 thru Feb 19



**Total Monthly Charges**

© 2012 AT&T Intellectual Property. All rights reserved.



Date: _____
Bank Account Holder Signature: _____



**LUKE MIORELLI**

█████████████

Visit us online at: **www.att.com**

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

## Other Charges and Credits

### Voice Usage Summary
| | |
|---|---|
| Shared Minutes | Unlimited |
|   Daytime Minutes | |
|     Minutes Used | ██ |
|   Night & Weekend Minutes | |
|     Minutes Used | ██ |

### Data Usage Summary
| | |
|---|---|
| Shared Messaging | Unlimited |
|   Used | ██ |

| Mobile Share Value 10GB with Rollover Data | |
|---|---|
|   Included in Plan MB | 10,240 |
|   Individual MB Used | ██ |

*1 Gigabyte (GB) = 1024MB, 1 Megabyte (MB) = 1024KB*

### Surcharges and Other Fees
| | |
|---|---|
| 5.  Administrative Fee | ██ |
| 6.  Federal Universal Service Charge | ██ |
| 7.  Regulatory Cost Recovery Charge | ██ |
| Total Surcharges and Other Fees | ██ |

### Government Fees and Taxes
| | |
|---|---|
| 8.  911 Service Fee | ██ |
| 9.  County Communications Tax | ██ |
| 10. FL State Communications Tax | ██ |
| Total Government Fees and Taxes | ██ |

**Total Other Charges & Credits**  ██

**Total for 321 544-0230**  ██



**Mobile Share Value Smartphone 4G LTE w/ VVM** – Includes
unlimited Anytime minutes, Nationwide Long Distance &
Roaming, unlimited domestic and international text, picture,
and video messages sent or received from the U.S., Puerto
Rico and the U.S. Virgin Islands, Call Forward feature,
Caller ID, Call Wait, Conference Call feature. Mobile Share
voice and data plan required.

**International Roaming – Expanded** – Includes international
roaming outside the U.S. and international long distance
from the U.S. at standard, pay-per-use international rates.

---

See rates at www.att.com/global.

**Messages Backup & Sync** – Includes text and picture
message backup in our cloud for up to 90 days. Your messages
can be downloaded to a new phone and you can send messages
from a tablet, computer or eligible app using your mobile
phone number. Visit messages.att.net to try it!

### Monthly Charges – Jan 20 thru Feb 19
| | |
|---|---|
| 1.  Mobile Share Value Smartphone 4G LTE w/ VVM | 40.00 |
| 2.  International Roaming - Expanded | 0.00 |
| 3.  Messages Backup & Sync | 0.00 |
| **Total Monthly Charges** | **40.00** |

## Other Charges and Credits

### Voice Usage Summary
| | |
|---|---|
| Shared Minutes | Unlimited |
|   Daytime Minutes | |
|     Minutes Used | 187 |
|   Night & Weekend Minutes | |
|     Minutes Used | 111 |

### Data Usage Summary
| | |
|---|---|
| Shared Messaging | Unlimited |
|   Used | 3,107 |

| Mobile Share Value 10GB with Rollover Data | |
|---|---|
|   Individual MB Used | 4,106 |

*1 Gigabyte (GB) = 1024MB, 1 Megabyte (MB) = 1024KB*

### Surcharges and Other Fees
| | |
|---|---|
| 4.  Administrative Fee | 0.61 |
| 5.  Federal Universal Service Charge | 2.52 |
| 6.  Regulatory Cost Recovery Charge | 0.99 |
| Total Surcharges and Other Fees | 4.12 |

### Government Fees and Taxes
| | |
|---|---|
| 7.  911 Service Fee | 0.40 |
| 8.  City Communications Tax | 2.44 |
| 9.  FL State Communications Tax | 3.29 |
| Total Government Fees and Taxes | 6.13 |

**Total Other Charges & Credits**  **10.25**

**Total for 321 698-2776**  **50.25**

**Total for Wireless accounts**  ██



LUKE MIORELLI

**Page:** 4 of 4
**Bill Cycle Date:** 12/20/15 - 01/19/16
**Account:** ▮7532

Visit us online at: **www.att.com**

## News You Can Use

**NEW YEAR. NEW SMARTPHONE.**
Ring in the new year by adding a new smartphone on AT&T Next(SM)!  The Samsung Galaxy Note5 helps you get more done with a built-in S Pen(TM). With the LG V10(TM), you can record and edit video, while two front-facing cameras make taking selfies a snap. To start the new year off in style, visit www.att.com/addaline or call 800-449-1672 today.

**TTY LIMITATIONS FOR 911 CALLS**
Due to technical limitations, Wi-Fi Calling and NumberSync cannot be used with TTY devices and will not support 911 calls over TTY devices.  Persons with communications disabilities can still reach 911 services by either (1) calling 911 directly using a TTY over the cellular network or a landline telephone, or (2) sending a text message to 911 directly (in areas where text-to-911 is available) using a wireless device over the cellular network, or (3) using relay services to place a TTY or Captioned Telephone Service (CTS) call over the cellular network or a landline telephone, or (4) using relay services to place a IP Relay or IP CTS call over a cellular data or other IP network. Visit www.att.com/wificalling and www.att.com/numbersync for more information.

## Important Information

**LATE PAYMENT FEE**
The late payment fee for consumer and Individual Responsibility User (IRU) bills not paid in full by the payment due date is $5.  Late payment fees for Corporate Responsibility User (CRU) accounts are applied according to applicable contracts.

**PAYMENT OPTIONS**
Use the myAT&T App* on your smartphone, visit att.com/bill to pay your AT&T bills electronically, or via our Interactive Voice Response system free of charge anytime day or night by calling 800 288-2020. Payments made with an AT&T representative will be assessed a $5 convenience fee. *Compatible device and account registration required. Messaging and data charges may apply for download and usage.

**ELECTRONIC CHECK CONVERSION**
Paying by check authorizes AT&T to use the information from your check to make a one-time electronic fund transfer from your account. Funds may be withdrawn from your account as soon as your payment is received. If we cannot process the transaction

electronically, you authorize AT&T to present an image copy of your check for payment. Your original check will be destroyed once processed. If your check is returned unpaid you agree to pay such fees as identified in the terms and conditions of your AT&T Service Agreement, up to $30. Returned checks may be presented electronically. If you want to save time and stamps, sign up for AutoPay at www.att.com/stoppaper using  your checking account. It's easy, secure, and convenient!

**TAX ID**
AT&T Mobility Tax ID # 84-1659970.

**SURCHARGES AND OTHER FEES**
In addition to the monthly cost of the rate plan and any selected features, AT&T imposes the following other charges, on a per line basis: (1) federal and state universal service charges, (2) a Regulatory Cost Recovery Charge of up to $1.25 to help defray its cost incurred in complying with obligations and charges imposed by state and federal telecom regulations, (3) an Administrative Fee to help defray certain expenses AT&T incurs, such as interconnection and cell site rents and maintenance, and (4) other government assessments, including without limitation a gross receipts surcharge and a Property Tax Allotment surcharge of $0.20 - $0.45 applied per Corporate Responsibility User's assigned number. These fees are not taxes or government-required charges. See www.att.com/additionalcharges.

**AT&T NATL CENTER FOR CUSTOMERS WITH DISABILITIES**
Questions on accessibility by persons with disabilities:
866 241-6568.

**WRITTEN CORRESPONDENCE**
For fastest service, call Customer Service at 800 331-0500 or 611 from your cell phone.
Send correspondence to:
AT&T, PO Box 1809, Paramus, NJ 07653-1809
DO NOT send payments to this address.

**HOW DATA IS BILLED**
Data is rounded up to the nearest KB for each line on your invoice. Then,for billing,each line is added together and the total is rounded up to the nearest MB at the end of each billing cycle.If your plan is changed during the month, data will be rounded up to the nearest M for each plan.  1024KB = 1Megabyte (MB), 1024MB = 1 Gigabyte (GE

1

EXHIBIT B – Receipt for Purchase of Samsung Galaxy S6

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUPPLEMENTAL SWORN AFFIDAVIT OF SAM A. MIORELLI, E.I., ESQ.

 Gmail

Sam Miorelli <sam.miorelli@gmail.com>

---

## FW: Your Confirmation for AT&T Order #163352665671
1 message

**Luke Miorelli <Luke@meconstruction.com>**                          Wed, May 13, 2015 at 4:38 PM
To: Sam Miorelli <sam.miorelli@gmail.com>

---

Luke Miorelli, P.E.

President



luke@meconstruction.com

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

http://www.meconstruction.com

Check us out on Facebook

**From:** order@ecommerce.wireless.att-mail.com [mailto:order@ecommerce.wireless.att-mail.com]
**Sent:** Wednesday, May 13, 2015 4:29 PM
**To:** Luke Miorelli
**Subject:** Your Confirmation for AT&T Order #163352665671



Gmail - FW: Your Confirmation for AT&T Order #163352665671

# Thank You

Dear LUKE MIORELLI,

Thank you for choosing AT&T! Your order has been received and is being processed. A summary of your order details is shown below.

We value and appreciate your business and look forward to serving you.

Sincerely,
AT&T



**You Could Be Earning Plenti Points**

When you connect your Plenti account to your AT&T account, you'll earn points on every AT&T purchase you make. If you connect your accounts within the next 14 days, you'll even earn points on this purchase.    Enroll in Plenti rewards

## Order Number: 163352665671

**Your order was placed: 03:28 PM CDT May 13, 2015**

**Bill To:**

LUKE MIORELLI
4715 N HARBOR CITY BLVD
MELBOURNE, FL 32935

**Ship To:**

LUKE MIORELLI
Attention: Sam Miorelli
764 ELLWOOD AVE
ORLANDO, FL 32804

Gmail - FW: Your Confirmation for AT&T Order #16335266567.b

Track your order online by visiting www.att.com/wirelessorderstatus (Status may not be available for at least 24 hours.) If you are an existing AT&T customer, you may also text *ORDR# from your mobile phone to check your order status.

# Wireless

**Shipping Method**: Express Shipping



## 321-698-2776

|  | Monthly | Added to 1st Bill | Paid Today |
|---|---|---|---|
| Device: **Samsung Galaxy S 6 - 128GB - Gold Platinum** |  |  | $399.99 |
| With 2-year contract |  |  |  |
| Upgrade fee: |  | $40.00 |  |

|  | Monthly | Added to 1st Bill | Paid Today |
|---|---|---|---|
| Wireless Subtotal* | $0.00 | $40.00 | $399.99 |

Returns Policy & Early Termination Fee

Gmail - FW: Your Confirmation for AT&T Order #103352665671

# Summary

|  | Monthly | Added to 1st Bill | Paid Today |
|---|---|---|---|
| **Delivery method:** Express Shipping |  |  | FREE |
| **Estimated Sales Tax\*\*** Based on shipping zip code [32804] |  |  | $26.00 |
| **Payment Method:** AE ending in 4007 |  |  |  |

## Amount Paid Today $425.99

## Due Monthly\* $0.00

## Added to 1st Bill\* $40.00

Track your order online by visiting www.att.com/wirelessorderstatus. (Status may not be available for at least 24 hours.) If you are an existing AT&T customer, you may also text *ORDR# from your mobile phone to check your order status.

Make an in-store appointment for hands-on help at www.att.com/storeappointment.





* "Subtotal/Due Monthly/Added to 1st Bill" do not include, applicable taxes, Pay-Per-Use charges, State and Federal Universal Service Charges, Regulatory Cost Recovery Fee, Administrative Fee and other surcharges. "Due Today" payments for devices/accessories will be

charged to your debit/credit card when items are shipped. Please visit Additional Charges to view the estimates of the discretionary charges for your area. Your first month's statement will include a one-time activation fee, prorated monthly charge, as well as one month's charge in advance. If you are keeping an existing plan, the monthly fees you already pay will not be reflected in the shopping cart. GoPhone accounts do not include an activation fee.

**Estimated sales tax is based on the ZIP Code you provided to us. Actual sales tax may vary and is based on your shipping ZIP Code.

Postpaid orders will be processed and shipped subject to credit approval, inventory availability, and validation of a proper shipping address and other information. Orders received after 4 p.m. CST will be processed the next business day. Inventory, credit, or other issues may delay shipment. No holiday, Saturday, or Sunday delivery. Excludes GoPhone and Accessory orders. Shipping policy is subject to change. Please note: It may take up to 24 hours to process your order if there are any issues with the credit approval process and/or the shipping address validation process. This 24 hours is not included in the delivery time and should be taken into account in your order placement timing. Delivery signatures may be required. Priority shipping offers exclude shipments to Puerto Rico.

**ENJOY Offer:** Online only. Must purchase and activate eligible smartphone online with required agreement and qualifying voice and/or data plan. Requires account holder present, at least 18 years of age with government-issued photo ID. Limited to San Francisco Bay Area, Manhattan, NY, and Brooklyn, NY. Other geographic and service restrictions apply. ENJOY will contact customer to schedule up to 60 minutes to deliver and set up eligible device (ENJOY delivery). Delivery location requires power and Wi-Fi access. No charge to customer for ENJOY delivery. ENJOY delivery is non-transferable, has no cash value and cannot be redeemed for cash or applied as payment to an AT&T account. AT&T not responsible for lost or damaged software or data. Subject to wireless service agreement. Activation/upgrade, early termination and other fees & restrictions may apply. Offer subject to change. ENJOY delivery subject to terms and conditions and privacy policy found at goenjoy.com/privacy. See att.com/wireless for more info.

**DO NOT REPLY TO THIS MESSAGE**

All replies are automatically deleted. For questions regarding this message, refer to the contact information listed above.

© 2015 AT&T Intellectual Property. All rights reserved. AT&T, the AT&T logo and all other AT&T marks contained herein are trademarks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

1          EXHIBIT C – American Express Transaction Details Report for Purchase of Samsung

2                            Galaxy S6 on May 13, 2015

SUPPLEMENTAL SWORN AFFIDAVIT OF SAM A. MIORELLI, E.I., ESQ.



**Transaction Details**
Prepared for
Sam A Miorelli
Account Number
XXXX-XXXXXX-74007

**Platinum Delta SkyMiles® / May 13, 2015 to May 13, 2015**

| Date | Description | Amount |
|------|-------------|--------|
| May 13 2015 | AT&T K004 9966 ESTOR800-331-0500 | $425.99 |

**Doing Business As: WWW.ATT.COM**

1525 VALLEY CENTER PKWY BETHLEHEM PA 18017-2279 UNITED STATES OF AMERICA (THE)

**Additional Information:** 401023449 32804
AT&T EQUIPMENT/ACCESSORIES PURCHASE

**Reference:** 320151340467042806

**Category:** Merchandise & Supplies-Internet Purchase

1  Luke Miorelli, P.E.
   4715 N Harbor City Blvd.
2  Melbourne, FL 32935
   Telephone: (321) 749-6664
3  E-Mail: luke@meconstruction.com

4              UNITED STATES DISTRICT COURT

5            NORTHERN DISTRICT OF CALIFORNIA

6  In re                              )  Case No.: 3:12-md-2330-EMC
                                      )
7  CARRIER IQ, INC. CONSUMER PRIVACY  )  **SWORN AFFIDAVIT OF**
   LITIGATION                         )  **LUKE MIORELLI**
8                                     )
   This Document Relates to:          )  Date:    July 28, 2016
9                                     )  Time:    1:30 p.m.
   ALL CASES                          )  Judge:   Honorable Edwin M. Chen
10                                    )  Dept:    Courtroom 5, 17th Floor
                                      )
11 _____)

12
13        I, Luke Miorelli, the undersigned, state under oath and penalty of perjury that the following

14 facts are true:

15        1.       I am the primary account holder for the AT&T Mobility, LLC wireless account which

16 is used by my sons, Sam and Mitchell Miorelli, and my wife, Jan Miorelli.

17        2.       Sam Miorelli is an authorized user on the account and has been an authorized user for

18 many years. To the best of my recollection, he has been an authorized user continuously since around

19 2009 when he started law school.

20        3.       While all receipts for purchases of new phones on the account come to me, Sam and

21 Mitchell both purchase their own phones personally.

22        4.       I did not purchase Sam's Samsung Galaxy S6, he did.

23        5.       Sam's phone number is 321-698-2776 and is one of the three lines on our family's

24 shared AT&T Mobility account.

25        6.       When the e-mail receipts for a new device purchase get sent to me, it is my practice to

26 forward them to whichever son purchased the phone so that they have a record for warranty purposes.

27        7.       I am over the age of 18 years old.

28        8.       Further affiant sayeth naught. (Signature on following page).

                                    - 1 -
                  SWORN AFFIDAVIT OF LUKE MIORELLI, P.E.

1  Executed this _____15th_____ day of June, 2016 in Brevard County, Florida.

2

3                                                  Luke Miorelli, P.E.

4

5  Sworn to and subscribed before me this _____15th_____ day of June, 2016, by Luke Miorelli,

6  P.E., who is personally known to me / produced _____ as identification.

7

8                                                  Jessica Herb
                                                   Notary Public Signature
9

10                                                 JESSICA HERB
                                                   Notary Public Printed Name
11

12

13                                                 JESSICA HERB
                                                   NOTARY PUBLIC
14                                                 STATE OF FLORIDA
                                                   Comm# FF129488
15                                                 Expires 6/4/2018

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    - 2 -
              **SWORN AFFIDAVIT OF LUKE MIORELLI, P.E.**