STEVE W. BERMAN (*Pro Hac Vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

BRUCE L. SIMON (Bar No. 96241)
**PEARSON, SIMON & WARSHAW, LLP**
44 Montgomery Street, Suite 2450
San Francisco, CA  94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008
bsimon@pswlaw.com

*Plaintiffs' Interim Co-Lead Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE | No. 12-md-2330-EMC |
| CARRIER IQ, INC., CONSUMER PRIVACY LITIGATION | **PROOF OF SERVICE** |
| | Date:   July 28, 2016  |
| | Time:   1:30 p.m. |
| This Document Relates to: | Dept.:  Courtroom 5, 17th Floor |
| ALL CASES | |

870480.1

PROOF OF SERVICE

# PROOF OF SERVICE

IN RE: CARRIER IQ, INC. CONSUMER PRIVACY LITIGATION

Case No. 3:12-md-2330-EMC

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of LOS ANGELES, STATE OF CALIFORNIA. My business address is 15165 Ventura Boulevard, Suite 400, Sherman Oaks, California 91403. I am over the age of eighteen years and am not a party to the within action;

On July 14, 2016, I served the following document(s) entitled:

1. **PLAINTIFFS' RESPONSE TO OBJECTIONS TO CLASS SETTLEMENT; AND**

2. **DECLARATION OF DANIEL L. WARSHAW IN SUPPORT OF PLAINTIFFS' RESPONSE TO OBJECTIONS TO CLASS SETTLEMENT.**

on the following parties in this action by the method(s) described below:

## SEE ATTACHED LIST

**BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service. The correspondence, pleadings and other matters are deposited with the United States Postal Service with postage thereon fully prepaid in Sherman Oaks, California, on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 14, 2016, at Sherman Oaks, California.

*/s/ Ellowene Grant*
Ellowene J. Grant

870480.1

PROOF OF SERVICE

**SERVICE LIST**
**IN RE: CARRIER IQ, INC. CONSUMER PRIVACY LITIGATION)**
**Case No. 3:12-md-2330-EMC**

Sam A. Miorelli, E.I., Esq. *(Pro Se)*
764 Ellwood Avenue
Orlando, FL 32804
Telephone: (321) 698-2776
E-Mail: sam.miorelli@gmail.com

Sandra Singer
P.O. Box 15424
Boston, MA 02215
E-Mail: spamnodo@yahoo.com

Patrick S. Sweeney *(Pro Se)*
2590 Richardson Street
Madison, WI 53711
Telephone: (310) 339-0548
E-Mail: Patrick@sweeneylegalgroup.com

Iris V. Campbell
4696 Lee Road
Cleveland, OH 44128
Telephone: (216) 581-0733

870480.1

PROOF OF SERVICE