# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** July 28, 2016  **FTR Time:** 55 Minutes  **Judge:** EDWARD M. CHEN
**Case No.**: 12-md-02330-EMC  **Case Name:** In re Carrier IQ

**Attorney for Plaintiff:**  Dan Warshaw and Robert Lopez
**Attorney for Defendant:**  Tyler Newby and Rodger Cole for Defendant Carrier IQ, Inc.
Krista Enns for Defendant Motorola
Wilson Lin for Defendant Pantech
Ian Ballon for Defendant LG USA
Bryan Heckenlively for Defendant HTC
Simon Frankel for Huawai
Sheryl Leung for Defendant Samsung Tel.

Sam Miorelli (Objector)

**Deputy Clerk:** Betty Lee        **Court Reporter:**  Deb Pas

## PROCEEDINGS

Plaintiffs' motion for final approval of settlement and attorney's fee motion

## SUMMARY

As stated in Court, Plaintiff shall file supplemental briefing by 8/4/16 (as soon as possible). Court will then take the matter under submission and to issue order.