# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
### Northern District of California

### AMENDED   CIVIL MINUTES

**Date:** July 28, 2016          **FTR Time:** 55 Minutes          **Judge:** EDWARD M. CHEN
**Case No.**: 12-md-02330-EMC    **Case Name:**  In re Carrier IQ

**Attorney for Plaintiff:**      Dan Warshaw and Robert Lopez
**Attorney for Defendant:**      Tyler Newby and Rodger Cole for Defendant Carrier IQ, Inc.
                                 Krista Enns for Defendant Motorola
                                 Wilson Lin for Defendant Pantech
                                 Ian Ballon for Defendant LG USA
                                 Bryan Heckenlively for Defendant HTC
                                 Simon Frankel for Huawai
                                 Sheryl Leung for Defendant Samsung Tel.

                                 Sam Miorelli (Objector)

**Deputy Clerk:** Betty Lee                          **Court Reporter:**   Deb Pas

### PROCEEDINGS

Plaintiffs' motion for final approval of settlement and attorney's fee motion

### SUMMARY

The Court deferred ruling on the motion for final approval and motion for fees, expenses, and incentive awards.

Plaintiffs are to provide supplemental information about the "reach" of the class notice, both on the publication side and the Internet side.  Also, Plaintiffs shall provide information as to what what additional notice could be done and at what cost.

In addition to the above, Plaintiffs shall report back as to whether claim forms were provided to Mr. Riker and Mr. Culp, whether the individuals filed claims, and, if so, whether those claims were deemed valid.