Sam A. Miorelli, E.I., Esq. (*pro se*)
764 Ellwood Avenue
Orlando, FL 32804
sam.miorelli@gmail.com
352-458-4092

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>CARRIER IQ, INC. CONSUMER PRIVACY LITIGATION | Case No. 12-md-02330-EMC |

## NOTICE OF APPEAL

Notice is hereby given that Sam Andrew Miorelli, E.I., Esq., *pro se* objector in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting Final Approval of Class Action Settlement, Certification of Settlement Class, and Appointment of Class Representatives and Class Counsel (Dkt. 482), filed on August 25, 2016; the Order Granting in Part and Denying in Part Plaintiffs' Motion for Award of Attorneys' Fees, Costs, Expenses, and Service Awards (Dkt. 483), filed on August 25, 2016; and the Judgment (Dkt. 485), filed on August 25, 2016, and all opinions and orders that merge therein.

Dated: September 23, 2016

                                                                     */s/ Sam A. Miorelli*
                                                             Sam Andrew Miorelli, E.I., Esq. (*pro se*)
                                                             764 Ellwood Avenue
                                                             Orlando, FL 32804
                                                             sam.miorelli@gmail.com
                                                             352-458-4092

## CERTIFICATE OF SERVICE

  The undersigned certifies that he filed the foregoing Notice of Appeal with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. I further certify that some of the participants, to the best of my knowledge, are not CM/ECF users. I have mailed the foregoing document by First Class Mail, postage prepaid, to the following non-CM/ECF participants:

Scott Culp ID: #AY8092
Pleasant Valley State Prison D5-214
P.O. Box 8500
Coalinga, CA 93210

Sean Riker #567232
P.O. Box 9900
Boscobel, WI 53805

Iris Campbell
4696 Lee Road
Cleveland, OH 44128

Sandra Singer
P.O. Box 15424
Boston, MA 02215

Patrick Sweeney
2590 Richardson Street
Madison, WI 53711

Dated: September 23, 2016

                 */s/ Sam A. Miorelli*
                 Sam Andrew Miorelli, E.I., Esq. (*pro se*)
                 764 Ellwood Avenue
                 Orlando, FL 32804
                 sam.miorelli@gmail.com
                 352-458-4092