UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re CARRIER IQ, INC. CONSUMER ) C/12md2330EMC
PRIVACY LITIGATION ) Case No. 2330
)
)
)
)
)

## NOTICE OF APPEAL

**Patrick S. Sweeney, Pro Se,**
6666 Odana Road
Madison, WI 53719
PH.: 310-339-0548
patrick@sweeneylegalgroup.com

Notice is hereby given that Class Member/Objector Patrick S. Sweeney, Pro Se appeals to the United States Court of Appeals for the Ninth Circuit from the Order for Final Approval (Dkt. #481), Order for Final Approval of Class Settlement, Certification of Settlement Class, and Appointment of Class Representatives and Class Counsel (Dkt.# 482), Order Granting in Part and Denying in Part Plaintiffs' Motion for Award of Attorneys' Fees, Costs, Expenses, and Service Awards (Dkt#483) and the Judgment (Dkt.#485), each of which were entered in this action on August 25, 2016. Class Member/Objector also hereby appeals from any order or judgment approving the class settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying this objector or the objection filed by this objector, including any entered or signed subsequent to this notice of appeal.

Dated: September 20, 2016

Respectfully submitted,

_____
Patrick S. Sweeney, Pro Se,
6666 Odana Road
Madison, WI 53719
PH.: 310-339-0548
patrick@sweeneylegalgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, September 21, 2016, I caused to be filed this Notice of Appeal by mailing this Notice of Appeal via U.S.P.O. First Class to the Clerk of Courts of the United States District Court for the Northern District of California at the Clerk of Courts address included in the Legal Notice of Settlement in this action. The Clerk will file this Notice of Appeal in the CM/ECF system thus effectuating service of such filing on all ECF registered attorneys in this case.

I further certify that I caused to be mailed via U.S. First Class this Notice of Appeal to the counsel listed in the Notice in this matter.

_____
Patrick S. Sweeney, Pro Se