**Law Office of Sam Miorelli, P.A.**
Sam A. Miorelli (Florida Bar No. 99886, *pro se*)
764 Ellwood Avenue
Orlando, FL 32804
Telephone: (352) 458-4092
E-Mail: sam.miorelli@gmail.com

*Pro Se Objector*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISON

| | |
|---|---|
| IN RE: CARRIER IQ, INC., CONSUMER PRIVACY LITIGATION | ) Case No.: 12-md-2330-EMC<br>)<br>) **DECLARATION OF SAM A. MIORELLI,**<br>) **E.I., ESQ. IN SUPPORT OF**<br>) **STIPULATION AND [PROPOSED]**<br>) **ORDER RE APPEAL**<br>) |

I, Sam A. Miorelli, E.I., Esq., declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a sole practitioner through the Law Office of Sam Miorelli, P.A. and am a *pro se* objector to the settlement in the above-captioned matter. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to them.

2. My lodestar for work performed on the appeal and settlement is $30,136.60, and the Law Office of Sam Miorelli, P.A. has incurred $1,182.87 in unreimbursed expenses, as set forth in more detail below.

3. After the Court approved the settlement, I reviewed that order and decided to appeal. I filed my notice of appeal, addressed a procedural issue at the appellate court regarding the post-approval motion practice, and began discussions with the 9th Circuit mediator. I also conducted extensive legal research and writing to prepare my Opening Brief and the associated filings. Through the 9th Circuit's receipt of the paper copies of my Opening Brief and Excerpts of Record, I worked 67.7 hours.

4. After filing the Opening Brief, negotiations continued. Eventually they resulted in a settlement of the appeal. Through execution of the settlement I worked an additional 9.4 hours.

DECLARATION OF SAM A. MIORELLI, E.I., ESQ. IN SUPPORT OF STIPULATION AND [PROPOSED] ORDDER RE APPEAL

5. Since the settlement was executed there has been additional work to prepare the filings, correspondence with the 9th Circuit Mediator, and further telephone conferences and other work involving the other parties. That work constituted an additional 10.0 hours.

6. In total, I have worked 87.1 hours on the appeal and its settlement. This amount of time spent on the briefing was similar to the amount of time I have spent on litigation of other appeals of consumer class action objection cases where I was representing a client instead of proceeding *pro se*.

7. I am a lawyer with 5 years of experience, and as a result, I believe my hourly rate of $346 is fair. That belief is informed by the hourly rates claimed and approved by the Court in this case for Class Counsel. (Dkt 424 at 23-25). The average hourly rate billed by Class Counsel was $519 per hour, 50% higher than my normal hourly rate. Independent of this case I am also informed in setting my fee by the fee I charged when I was a full-time appellate litigator from 2012-2013 when my rate was $350 per hour at Brownstone, P.A. with offices in Winter Park, FL. This is verified by the current U.S. Attorney's Office Matrix for 2017-2018 which indicates an hourly rate of $346 per hour for attorneys with 4-5 years of experience.

8. **At my hourly rate of $346 per hour, my total lodestar for the appeal and its settlement is $30,136.60.** The time figures described in this declaration come from my contemporaneous, tenth-of-an-hour-based time records maintained by the Law Office of Sam Miorelli, P.A. in the ordinary course of business. They reflect all hours worked on tasks related to the appeal and its settlement. A detailed report of my work performed on the appeal and its settlement will be made available for the Court's *in camera* review if requested.

9. The Law Office of Sam Miorelli, P.A. incurred the following unreimbursed expenses related to the appeal and its settlement, as follows:

| Expense Type | Amount |
|---|---|
| Court Fees | $ 505.00 |
| PACER | $ 40.80 |
| FedEx / USPS | $ 180.57 |
| Printing (charged at 11th Circuit-approved rate of 15¢/page) | $ 456.00 |
| **TOTAL** | **$ 1,182.37** |

DECLARATION OF SAM A. MIORELLI, E.I., ESQ. IN SUPPORT OF STIPULATION AND [PROPOSED] ORDDER RE APPEAL

10. The Law Office of Sam Miorelli, P.A. has discounted rates for FedEx and USPS and the costs reflected are at those lower, discounted rates. The costs reflected above are the normal costs which if I were a paying client of my firm, I would be required to reimburse.

11. Subtracting costs, the settlement amount agreed represents a 21% reduction from my lodestar for the appeal and its settlement.

Under penalty of perjury pursuant to 28 U.S.C. § 1746, I declare the foregoing is true and correct.

DATED: March 8, 2018.

/s/ Sam A. Miorelli
Sam A. Miorelli, E.I., Esq.